IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-CAP |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff J.G.

- Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites

- At present, Plaintiff does not know the corporate structure of Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Finch McCranie, LLP

- Anderson, Tate & Carr, P.C.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:**

> David H. Bouchard
> Ga. Bar No. 712859
> Richard W. Hendrix
> Ga. Bar No. 346750
> W. Carl Lietz, III
> Ga. Bar No. 452080

**FINCH McCRANIE, LLP**
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303
(404) 658-9070 (Phone)
(404) 688-0649 (Fax)
david@finchmccranie.com
rhendrix@finchmccranie.com
carl@finchmccranie.com

           Patrick J. McDonough
           Ga. Bar No. 489855
           Jonathan S. Tonge
           Ga. Bar No. 303999

**Anderson, Tate & Carr, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 (Telephone)
(770) 822-9680 (Fax)
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

      Respectfully submitted this 29th day of December, 2020.

                                        */s/ David H. Bouchard*
                                        Richard W. Hendrix
                                        rhendrix@finchmccranie.com
                                        Georgia Bar No. 346750
                                        W. Carl Lietz, III
                                        carl@finchmccranie.com
                                        Georgia Bar No. 452080
                                        David H. Bouchard
                                        david@finchmccranie.com
                                        Georgia Bar No. 712859

**FINCH McCRANIE, LLP**
225 Peachtree Street NE
1700 South Tower
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*/s/ Patrick J. McDonough*
Patrick J. McDonough
pmcdonough@atclawfirm.com
Georgia Bar No. 489855
Jonathan S. Tonge
jtonge@atclawfirm.com
Georgia Bar No. 303999

**ANDERSON, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

Attorneys for Plaintiff

# **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** has been prepared with a font and point selection approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14-point size.

                                  Respectfully submitted,

                                  */s/ David H. Bouchard*
                                  Richard W. Hendrix
                                  rhendrix@finchmccranie.com
                                  Georgia Bar No. 346750
                                  W. Carl Lietz, III
                                  carl@finchmccranie.com
                                  Georgia Bar No. 452080
                                  David H. Bouchard
                                  david@finchmccranie.com
                                  Georgia Bar No. 712859

FINCH McCRANIE, LLP
225 Peachtree Street NE
1700 South Tower
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

                                  Attorneys for Plaintiff