# Exhibit 4

| | |
|---|---|
| **From:** | Melissa Millen |
| **To:** | Richens, Dana |
| **Cc:** | David Bouchard; Richard Hendrix; Pat McDonough; jtonge@atclawfirm.com; Alexis O. Digiorgio; Rebecca Osborn; Teresa Scarberry |
| **Subject:** | J.G. v. United Inn - First Supplemental Set of Continuing Interrogatories and First Supplemental Set of Requests for Production of Documents |
| **Date:** | Friday, February 24, 2023 5:50:17 PM |
| **Attachments:** | 2023-02-24 - P"s 1st Supp ROGs to UI&S (J.G.).pdf<br>2023-02-24 - P"s 1st Supp RPDs to UI&S (J.G.).pdf |

Good afternoon Ms. Richens:

On behalf of Plaintiff J.G., please see the attached service copies of **Plaintiff's First Supplemental Set of Continuing Interrogatories to Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites and Plaintiff's First Supplemental Set of Requests for Production of Documents to Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites**.

Thank you,

*PLEASE NOTE OUR NEW ADDRESS!*

Melissa Millen
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500, International Tower
Atlanta, Georgia 30303
(o) 404-658-9070
(f) 404-688-0649
mmillen@finchmccranie.com