# Exhibit 10

| | |
|---|---|
| **From:** | David Bouchard |
| **Sent time:** | 03/31/2023 02:50:17 PM |
| **To:** | Richens, Dana <DRICHENS@sgrlaw.com>; Will Story <WStory@hallboothsmith.com> |
| **Subject:** | United Inn & Suites Deposition Scheduling -- AG, GW, and JG Matters |

Good afternoon, Dana and Will-


As I have discussed with both of you, I anticipate that I may need to re-open and continue the depositions of United Inns 30(b)(6) representative, United Inns owner (Mr. Shareef), and United Inns manager (Mr. Islam). That depends in large part on the documents that United Inn produces in the coming days in the AG, GW, and JG matters in response to the plaintiffs respective requests for production. Can you please confirm that the dates May 2 - 5 and May 9 - 12 work for your schedules and for their schedules? If so, please go ahead and hold those dates for depositions and please ask them to do so as well. In the coming days, after I see the documents produced by United Inn, we can agree on a specific date or dates for their depositions if I decide it is necessary to re-open and continue the depositions. I do not want to wait until mid or late April to start talking about scheduling depositions in May because the back half of May is very busy for me with a federal trial starting on May 22nd. Thank you both.



Best regards,



David



**David Bouchard** (Bio <https://www.finchmccranie.com/david-bouchard.html>)

*Partner*

          <https://www.finchmccranie.com/>


229 Peachtree Street N.E., Suite 2500

Atlanta, Georgia 30303 **|** T: (404) 658-9070

david@finchmccranie.com <mailto:david@finchmccranie.com>