# Exhibit 14

| | |
|---|---|
| **From:** | David Bouchard |
| **To:** | Richens, Dana; Don B. Brown |
| **Subject:** | United Inn -- AG/GW/JG |
| **Date:** | Friday, May 12, 2023 8:56:00 AM |

Good morning, Dana and Don—

Considering United Inn's productions of significant documents in late April and the May 31 fact discovery deadlines for plaintiffs in the AG, GW, and JG matters, I'm working on a compressed timeline to try to determine whether to take any additional depositions and then schedule and complete those depositions.  What complicates matters for me is I have a definite trial starting in front of Judge Story on 5/22.  As a result, the latter half of May is very full for me.  At this point, I don't know if I'm going to take any additional depositions in the AG, GW, and JG matters.  I'm exploring that possibility as we speak.  If I choose to do so, I can do them on Friday, 5/19, Friday, 5/26, and Monday, 5/29.  I understand 5/29 is Memorial Day.  Can you please hold those days for the time being?  I don't expect any of the depositions would be more than a couple hours, at least on my part.   I will let you know in due course whether I will need any of those days for depositions.  Thank you.

Best regards,

David

**David Bouchard** (Bio)

*Partner*


229 Peachtree Street N.E., Suite 2500

Atlanta, Georgia 30303 **|** T: (404) 658-9070

david@finchmccranie.com