# Exhibit 17

**From:** David Bouchard
**To:** Richens, Dana
**Subject:** JG v. United Inn --- Follow up
**Date:** Friday, May 26, 2023 2:37:00 PM

Good afternoon, Dana—

I'd like to schedule a time to confer as directed by the Court. I recall you had a deposition this afternoon. I'm available Tuesday or Wednesday. Please let me know if either works for you. Thank you.

Best regards,

David

**David Bouchard** (Bio)

*Partner*

229 Peachtree Street N.E., Suite 2500

Atlanta, Georgia 30303 **|** T: (404) 658-9070

david@finchmccranie.com