# Exhibit 18

| | |
|---|---|
| **From:** | David Bouchard |
| **Sent time:** | 05/30/2023 11:04:04 AM |
| **To:** | Richens, Dana <DRICHENS@sgrlaw.com> |
| **Subject:** | RE: JG v. United Inn --- Follow up |

Good morning, Dana—I'll plan to call you at 4pm tomorrow afternoon.  Thanks.

Best regards,

David

**David Bouchard** (Bio)
*Partner*



229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 | T: (404) 658-9070
david@finchmccranie.com

**From:** Richens, Dana <DRICHENS@sgrlaw.com>
**Sent:** Friday, May 26, 2023 5:20 PM
**To:** David Bouchard <david@finchmccranie.com>
**Subject:** RE: JG v. United Inn --- Follow up

David, I'm available any time Wednesday afternoon.  Just let me know what time to expect your call.

I hope you enjoy the holiday weekend.

Dana

**Dana M. Richens**
*Partner*

**p** | 404-815-3659
**f** | 404-685-6959
**e** | DRICHENS@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
https://link.edgepilot.com/s/403ade00/RjwiG0HwBEuwAsbxNO5Tyg?u=http://www.sgrlaw.com/ | My Bio | vCard



**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Friday, May 26, 2023 2:37 PM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** JG v. United Inn --- Follow up

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Dana—

I'd like to schedule a time to confer as directed by the Court.  I recall you had a deposition this afternoon.  I'm available Tuesday or Wednesday.  Please let me know if either works for you.  Thank you.

Best regards,

David

**David Bouchard** (Bio)
*Partner*



229 Peachtree Street N.E., Suite 2500

Atlanta, Georgia 30303 - v. (404) 658-9070
david@finchmccranie.com

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.