# Exhibit 18a

**From:** David Bouchard
**To:** Richens, Dana
**Subject:** JG v. United Inn & Suites
**Date:** Thursday, June 1, 2023 9:08:00 AM

Good morning, Dana—

I'm writing to memorialize a few items from our call yesterday on the JG matter. In accordance with Judge Geraghty's direction during the telephonic conference, we conferred about whether there is a possible way for the parties to resolve Defendant's discovery noncompliance and misconduct without Plaintiff filing a motion for sanctions. We discussed the sanctions Plaintiff believes she is entitled to under the rules and the case law. I understand you need some time to consider the sanctions Plaintiff would request via a motion for sanctions so that you and your client can discuss whether to agree to some or all of what Plaintiff intends to request (obviating the need for a sanctions motion), or to make a different proposal altogether. Either way, I'm agreeable to giving you until next Friday, June 9th to get back to me with an answer on your client's position. If I don't hear back, I will move forward with filing the motion for sanctions the week of June 12th. If your answer on June 9th is that your client has a serious proposal to make, then I'd like to talk by phone early the week of June 12th about that proposal so we can decide whether it may be sufficient to resolve the dispute.

Thanks, Dana.

Best regards,

David

**David Bouchard** (Bio)

*Partner*

229 Peachtree Street N.E., Suite 2500

Atlanta, Georgia 30303 | T: (404) 658-9070

david@finchmccranie.com