# Exhibit 20

| | |
|---|---|
| **From:** | Richens, Dana <DRICHENS@sgrlaw.com> |
| **Sent time:** | 08/06/2023 01:29:24 PM |
| **To:** | David Bouchard |
| **Subject:** | RE: JG // United Inn Supplemental Discovery Responses in June 2023 |

David, please see my email dated June 30. As stated therein, I'm not aware of any additional responsive documents to be produced by Northbrook.

Dana

**Dana M. Richens**
*Partner*

**p** | 404-815-3659
**f** | 404-685-6959
**e** | DRICHENS@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
https://link.edgepilot.com/s/7ec32db0/LGc0R7FnSEOCAECIhQfyZA?u=http://www.sgrlaw.com/ | My Bio | vCard

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Friday, August 4, 2023 10:27 AM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, Dana—I'm following up on the below. Thanks.

Best regards,

David

**David Bouchard** (Bio)
*Partner*



229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 | T: (404) 658-9070
david@finchmccranie.com

---

**From:** David Bouchard
**Sent:** Wednesday, July 26, 2023 11:25 AM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** JG // United Inn Supplemental Discovery Responses in June 2023

Good morning, Dana—

My understanding of United Inn's discovery responses served on June 26th and June 30th was that United Inn would be producing additional documents. For example, United Inn responded on June 26th to Plaintiff's Second Supplemental RFPs by saying it "will produce" numerous categories of documents. I cannot tell whether United Inn has produced all documents responsive to the requests that United Inn responded to on June 26th and June 30th. Please let me know if there are any more documents coming relating to the responses United Inn served on June 26th and June 30th. Thanks.

Best regards,

David

**David Bouchard** (Bio)
*Partner*
<< OLE Object: Picture (Device Independent Bitmap) >>

229 Peachtree Street N.E., Suite 2500

Atlanta, Georgia 30326 | (404) 658-9070
david@finchmccranie.com

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.