# Exhibit 22

| Decatur Name | Hours | pay/Hrs | Hrs/Check | cash/Hrs | Cash $$ | Check $$ | Total | Deductions | Pay Day 08/31/18 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Maria De Arroyo | 76.75 | 9.5 | 76.75 | 0 | $0.00 | $646.59 | $646.59 | $0.00 | $646.59 | ,,,, | c |
| Ashar Islam | 168 | 11 | 80 | 88 | $968.00 | $722.43 | $1,690.43 | $0.00 | $1,690.43 | $0.00 | c |
| Nazia Islam** | 20 | 9 | 20 | 0 | $0.00 | $166.23 | $166.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| Uzma Islam** | 10 | 8 | 10 | 0 | $0.00 | $73.88 | $73.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jenoris | 81.75 | 9.5 | 40 | 41.75 | $396.63 | $345.01 | $741.64 | $750.00 | -$8.37 | $0.00 | c |
| Alejandra Leon | 84.75 | 9.5 | 40 | 44.75 | $425.13 | $345.01 | $770.14 | $0.00 | $770.14 | $0.00 | c |
| Rosa Mendoza | 85 | 9 | 80 | 5 | $45.00 | $638.72 | $683.72 | $0.00 | $683.72 | $0.00 | c |
| Marisol / Braulia | 82.75 | 9 | 80 | 2.75 | $24.75 | $655.99 | $680.74 | $0.00 | $680.74 | $0.00 | c |
| Nabeela Shareef** | 55 | 10 | 55 | 0 | $0.00 | $391.93 | $391.93 | $0.00 | $391.93 | $0.00 | $0.00 |
| Tahir Shareef** | 80 | 25 | 80 | 0 | $0.00 | $1,440.15 | $1,440.15 | $0.00 | $1,440.15 | $0.00 | $0.00 |
| Mohammad Sheik | 123.5 | 9.25 | 40 | 83.5 | $772.38 | $341.70 | $1,114.08 | $0.00 | $1,114.08 | $0.00 | c |
| Syed Azfar** | 0 | 0 | 0 | 0 | $1,914.00 | $0.00 | $1,914.00 | $0.00 | $1,914.00 | $0.00 | $0.00 |
| K P Patel | 121.25 | 10 | 0 | 121.25 | $1,212.50 | $0.00 | $1,212.50 | $0.00 | $1,212.50 | $0.00 | c |
| Laura C Suarez | 39.25 | 10 | 0 | 39.25 | $392.50 | $0.00 | $392.50 | $40.00 | $352.50 | $0.00 | c |
| iiii | 0 | 8.5 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tony** | 80 | 16.25 | 0 | 80 | $1,300.00 | $0.00 | $1,300.00 | $0.00 | $1,300.00 | $0.00 | c |
| jessie | 0 | 11 | | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | c |
| Beatris | 85 | 8.5 | | 85 | $722.50 | | $722.50 | $0.00 | $722.50 | $0.00 | c |
| Jorge | 56.5 | 9 | 0 | 56.5 | $508.50 | $0.00 | $508.50 | $0.00 | $508.50 | $0.00 | c |
| Mireya | 83 | 8.75 | 0 | 83 | $726.25 | $0.00 | $726.25 | $0.00 | $726.25 | $0.00 | c |
| Sam | 0 | 8 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | c |
| Reyna | 83.75 | 9 | 0 | 83.75 | $753.75 | $0.00 | $753.75 | $0.00 | $753.75 | $0.00 | c |
| Corita | 82 | 8.5 | | 82 | $697.00 | | $697.00 | $0.00 | $697.00 | $0.00 | c |
| Bilal | 24 | 10 | | 24 | $240.00 | | $240.00 | $0.00 | $240.00 | $0.00 | c |
| Total | 1498.25 | 0 | 601.75 | 730.75 | $9,408.13 | $5,767.64 | $15,175.77 | $790.00 | $14,385.77 | 0 | 0 |
| | | | | | | | | 0 | $0.00 | | |



NBI 002403

EXHIBIT