# Exhibit 22a

2017,

Ashar Islam  , Nazia Islam , Uzma Islam ,

 Abdullah Ahmed, Jenoris Parker, Alejandra Leon, Rosa Mendoza, Marisol Braulia, Nabeela Shareef , Tahir Shareef , Saad Iqbal, Amber Kirk, Asma Iqbal , Muhammad Sheikh, Ketan Patel, Laura Saurez, Maria Chy,  Reyna Ray , Corita Gram , Jassie Gram ,  Bilal Ahmed , dekalb county police officer  detective  Mcclellan, dekalb detective Webber

2018 ,

Ashar Islam   , Nazia Islam , Uzma Islam ,

 Abdullah Ahmed, Jenoris Parker, Alejandra Leon, Rosa Mendoza, Marisol Braulia, Nabeela Shareef , Tahir , Raza Shareef, Saad Iqbal, Asma Iqbal ,

Muhammad Sheikh, Ketan Patel, Laura Saurez, Maria Chy, Betaris , Reyna Ray , Corita Gram , Jassie Gram , Sam Cole,  Bilal Ahmed dekalb county police officer  detective  Mcclellan , dekalb  detective Webber

2019,

Ashar Islam   , Nazia Islam , Abdullah Ahmed , Alejandra Leon, Rosa Mendoza, Marisol Braulia, Nabeela Shareef , Tahir , Raza Shareef , Muhammad Sheikh, Ketan Patel, Laura Saurez, Maria Chy ,

Reyna Ray , Corita Gram , Jassie Gram  ,  Bilal Ahmed, Sam Cole, dekalb county police officer  detective  Mcclellan, dekalb county police officer  detective  Webber



EXHIBIT 30-II

NBI 000624