# Exhibit 25

Message

From: Tim Wade [Tim.Wade@RockdaleCountyGA.gov]
Sent: 10/29/2018 7:54:36 PM
To: UnitedInn4649@Gmail.com
Subject: Missing person
Attachments: bolo J█████ G█████.docx

Ashar,
Was advised by her guardian that she was staying at United Inn located at 4649 Memorial Drive.
Thank you for your help.

*Respectfully,*

*Investigator T.Wade #2351*
*Criminal Investigations Division*

*Rockdale County Sheriff's Office*
*911 Chambers Drive*
*Conyers, GA 30012*
*Main No.: 770-278-8000*
*Direct No.: 770-278-8023*
*Fax No.: 770-785-2494*
*Email: Tim.Wade@rockdalecountyga.gov*





**Sheriff Eric J. Levett**

# BOLO

## MISSING PERSON
Rockdale S.O. Case #18-147093
As of 10/09/2018



J█████ G█████

Current Age: 16 y/o, Black Female, Brown Hair, Brown Eyes,
Height: 5'07", Weight: 180 lbs.
Last seen:  Conyers, Georgia
Clothing description unknown

Anyone with information about this case is asked to contact:

Investigator Tim Wade
Rockdale County Sheriff's Office
Office: 770-278-8023 or cell: 470-808-2586    24 Hour No.: 770-483-4200



www.rockdalesheriff.com