# Exhibit 27

**The Defendant Has Produced Inconsistent Information
About the People Who Worked at the Hotel During the Relevant Period**

| Exhibit 2a (Dft's Initial Disclosures) | Exhibit 2 (Dft's Interrogatory Responses) | Exhibit 22 | Exhibit 22a |
|---|---|---|---|
| Tahir Shareef | | Tahir Shareef | Tahir Shareef |
| Harsimran Sabharwal | | | |
| Ashar Islam | Ashar Islam | Ashar Islam | Ashar Islam |
| Nazia Islam | Nazia Islam | Nazia Islam | Nazia Islam |
| Raz Shareef | Raz Shareef | | Raz Shareef |
| Corita Gram | Corita Gram | Corita Gram | Corita Gram |
| Ketan Patel | Ketan Patel | Ketan Patel | Ketan Patel |
| Nabella Shareef | Nabella Shareef | Nabella Shareef | Nabella Shareef |
| Saad Iqbal | Saad Iqbal | | Saad Iqbal |
| Asma Iqbal | Asma Iqbal | | Asma Iqbal |
| Rossa Mandosa | Rossa Mandosa | Rosa Mendoza | Rosa Mendoza |
| Maria Olivia | Maria Olivia | | |
| Jassie Gram | Jassie Gram | Jessie Gram | Jassie Gram |
| Sheakh Muhammad | Sheakh Muhammad | Sheakh Muhammad | Sheakh Muhammad |
| Alejandra Leon | Alejandra Leon | Alejandra Leon | Alejandra Leon |
| Abdullah Ahmed | Abdullah Ahmed | | Abdullah Ahmed |
| Rafiuzaman Biswas | Rafiuzaman Biswas | | |
| Rashid Iqbal | Rashid Iqbal | | |
| | | Uzma Islam | Uzma Islam |
| | | | Jenoris Parker |
| | | Marisol Braulia | Marisol Braulia |

|  |  |  | Amber Kirk |
|--|--|--|--|
|  |  | Laura Suarez | Laura Suarez |
|  |  |  | Maria Chy |
|  |  | Reyna Ray | Reyna Ray |
|  |  | Bilal Ahmed | Bilal Ahmed |
|  |  | Beatris | Beatris |
|  |  | Sam Cole | Sam Cole |
|  |  | Syzed Azfar |  |
|  |  | Tony |  |
|  |  | Jorge |  |
|  |  | Mireya |  |