# Exhibit 1

**From:** Richens, Dana
**To:** David Bouchard
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023
**Date:** Thursday, September 7, 2023 8:45:31 AM
**Attachments:** image007.png
image009.png
image011.png

David, good morning.

I do not believe that the posting of materials on the wall in 2023 makes them relevant to our litigation (unless they are otherwise responsive to nonobjectionable requests, in which case they have been produced). I believe the same holds true for the BOLO and similar notices postdating the 2017-2019 time period. So, no, we do not intend to voluntarily produce either category of documents.

As for your visit to the lobby and offices, it is hard for me to believe that the numerous photos we have produced will not suffice for your purposes of "understand[ing] the configuration," however that might be relevant. I also have concerns that your requested videotaping will record (either intentionally or unintentionally) the above-referenced irrelevant materials and general improperly fish through the property offices. So, we will need to reach agreement on the specific parameters of your recording.

Dana

**Dana M. Richens**
*Partner*

**p** | 404-815-3659
**f** | 404-685-6959
**e** | DRICHENS@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
https://link.edgepilot.com/s/0b6d0505/KpaVoY4CR0aTR7qk2pZx7w?u=http://www.sgrlaw.com/ | My Bio | vCard

Smith Gambrell Russell

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Wednesday, September 6, 2023 10:10 AM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, Dana—

Thanks for getting back to me.

You did not respond to the following request, which seeks legible copies of the documents on the wall (at least some of which are not the notices addressed in your email): "The photos and notices on the wall are responsive to numerous discovery requests made by Plaintiff over the last year, but I do not believe they have been produced. For example, the circled notice in the photo above has not been produced. The photos United Inn produced on June 30th are not sufficient because the documents are not legible. Please provide scanned copies of the papers and notices posted on the wall/s at United Inn as well as any other similar documents and notices that may not be posted on the wall (like those at the front desk, according to Mr. Shareef's deposition testimony)."

Turning to the notices requested, please produce all requested BOLO and missing person notices, whether they are from 2017 – 2019 or not. I do not agree with your statement that notices outside of the period 2017 – 2019 are "not relevant." United Inn's owner and manager denied under oath that they were aware of commercial sex activity at the United Inn, that United Inn had a problem with commercial sex activity, and that there were unaccompanied minors on the property engaging in commercial sex activity. JG, AG, GW, and Sergeant King will provide testimony that contradicts such denials. The notices are relevant to impeach the hotel owner/manager's denials. Further, the notices are relevant and admissible under Federal Rule of Evidence 404. Additionally, the notices are relevant and admissible under Federal Rule of Evidence 406. Please confirm you are refusing to producing the requested notices so that we can move forward with notifying the Court.

Please let us know a time that we can visit the property to take a video of the lobby and the offices so that we can understand the configuration. It should not take more than 5-10 minutes.

Best regards,

David

**David Bouchard** (Bio)
*Partner*
FINCH MCCRANIE LLP
TRIAL LAWYERS
229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 | T: (404) 658-9070
david@finchmccranie.com

**From:** Richens, Dana <DRICHENS@sgrlaw.com>
**Sent:** Wednesday, September 6, 2023 9:36 AM
**To:** David Bouchard <david@finchmccranie.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

David, good morning. Responding to your email below:

1. We have checked again with the client regarding the BOLO notices and similar documents listed below and visited the site ourselves. We have not located any additional documents of this kind from the relevant time period (2017-2019). There are some such documents that are more recent, such as the notice you circled in the photo below, but we only agreed to produce such documents from 2017-2019. More recent documents are not relevant.

2. The office and lobby area are configured in such a way that we have been unable to take a photo showing both areas in a single photo. We have therefore attached a pair of photos of the lobby taken from the office, and a pair of photos of the office taken from the lobby. They are titled in such a way that you can easily discern what is what.

3. As stated in the above paragraph 1, the notice circled in the photo below is from 2021, not 2017-2019, and thus has not been produced. We are not aware of any additional responsive documents from the relevant time period that have not been produced.

4. See attached photos of after-hours check-in window from both the inside and the outside.

Respectfully, in view the foregoing, I believe your “alarm” reported below is unfounded. We have provided responsive documents and I believe we have gone above and beyond in responding to each and every one of your follow-up emails and attempting to allay your “concerns,” including going out to the property ourselves to make sure the documents have been compiled as thoroughly as possible and to take the photos you’ve requested. Nevertheless, if there is anything else you wish to discuss, please do not hesitate to reach out.

Dana

**Dana M. Richens**
*Partner*

**p** | 404-815-3659
**f** | 404-685-6959
**e** | DRICHENS@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
https://link.edgepilot.com/s/0919bfd8/MUdFOolx2E6ChVSgT2Rf4Q?u=http://www.sgrlaw.com/ | My Bio | vCard
Smith Gambrell Russell

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Tuesday, September 5, 2023 10:53 AM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, Dana—I’m following up on the below.

Best regards,

David

**David Bouchard** (Bio)
*Partner*
FINCH MCCRANIE LLP
TRIAL LAWYERS
229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 | T: (404) 658-9070
david@finchmccranie.com

**From:** Richens, Dana <DRICHENS@sgrlaw.com>
**Sent:** Monday, August 14, 2023 9:05 AM
**To:** David Bouchard <david@finchmccranie.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

David, good morning. Sorry I was not able to respond sooner—I was in San Francisco last week in advance of a trial next week. I am reviewing your email and will report back once we've been able to work our way through it. Will do so as soon as possible but it may be after my trial.

Thank you.
Dana

**Dana M. Richens**
*Partner*

p | 404-815-3659
f | 404-685-6959
e | DRICHENS@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
https://link.edgepilot.com/s/081ad391/8qKj3fvvbkGj4GD1kSYzWw?u=http://www.sgrlaw.com/ | My Bio | vCard

Smith Gambrell Russell

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Tuesday, August 8, 2023 11:14 AM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, Dana—

A few follow-up points:

1. United Inn's June 26th responses to Plaintiff's Second Supplemental RFPs say in multiple places that United Inn "will produce" certain categories of requested documents "to the extent such documents exist." Your August 6th email says you're "not aware of any additional responsive documents to be produced by Northbrook," which suggests no "such documents exist." But Mr. Shareef and Mr. Islam testified under oath that the hotel has in its possession certain requested documents in Plaintiff's Second Supplemental RFPs that have not been produced. For example, RFP No. 4 requests BOLO notices, missing person notices, runaway person notices, and documents about law enforcement investigations of runaway minors, among other documents. On May 2nd, Mr. Islam testified that he has received numerous missing persons reports, (T.142), and Mr. Shareef testified that he had "right now, in my, you know, front desk we have maybe ten pictures missing persons[,]" (T.316). Further, on June 30th United Inn produced photos of a wall of notices, and at least one of the notices appears to be a missing person report. See below. Why has United Inn not produced any other missing persons reports despite Plaintiff's requests for the same? Are there any other categories of documents United Inn said it "will produce" on June 26th that United Inn has in its possession but has not produced?

I remain alarmed about the reliability of United Inn's discovery responses. We have previously discussed the basis of my concerns by email, by phone, and with the Court. The questions I'm raising here only add to my concern about the accuracy of United Inn's discovery responses and representations to date.



2. United Inn's June 30th production includes photos of the lobby and the office connected to the lobby. The pictures make it very difficult to understand the layout of the lobby and the connected office. Can you please provide photos of the entire lobby and the entire office? If it's not possible to capture the entire lobby in a single photo and the entire office in a single photo, then please provide photos of portions of the lobby and portions of the office that can be pieced together to understand the layout of those entire spaces. Again, we're happy to do a brief site visit to take photos of the lobby and the office, if that would be easier.

3. The photos and notices on the wall are responsive to numerous discovery requests made by Plaintiff over the last year, but I do not believe they have been produced. For example, the circled notice in the photo above has not been produced. The photos United Inn produced on June 30th are not sufficient because the documents are not legible. Please provide scanned copies of the papers and notices posted on the wall/s at United Inn as well as any other similar documents and notices that may not be posted on the wall (like those at the front desk, according to Mr. Shareef's deposition testimony).

4. United Inn did not produce the photos Plaintiff requested in her Third Supplemental RFP No. 10 of the room used to check in guests at night. The photos United Inn produced are of the main lobby, not the after-hours check-in counter behind glass. Please produce the requested photos.

Best regards,

David

**David Bouchard** (Bio)
*Partner*

FINCH MCCRANIE LLP
TRIAL LAWYERS

229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 | T: (404) 658-9070
david@finchmccranie.com

---

**From:** Richens, Dana <DRICHENS@sgrlaw.com>
**Sent:** Sunday, August 6, 2023 1:29 PM
**To:** David Bouchard <david@finchmccranie.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

David, please see my email dated June 30. As stated therein, I'm not aware of any additional responsive documents to be produced by Northbrook.

Dana

**Dana M. Richens**
*Partner*

---

p | 404-815-3659
f | 404-685-6959
e | DRICHENS@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
https://link.edgepilot.com/s/7ec32db0/LGc0R7FnSEOCAECIhQfyZA?u=http://www.sgrlaw.com/ | My Bio | vCard

Smith Gambrell Russell

---

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Friday, August 4, 2023 10:27 AM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** RE: JG // United Inn Supplemental Discovery Responses in June 2023

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, Dana—I'm following up on the below. Thanks.

Best regards,

David

**David Bouchard** (Bio)
*Partner*
FINCH MCCRANIE LLP
TRIAL LAWYERS

229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 | T: (404) 658-9070
david@finchmccranie.com

---

**From:** David Bouchard
**Sent:** Wednesday, July 26, 2023 11:25 AM
**To:** Richens, Dana <DRICHENS@sgrlaw.com>
**Subject:** JG // United Inn Supplemental Discovery Responses in June 2023

Good morning, Dana—

My understanding of United Inn's discovery responses served on June 26th and June 30th was that United Inn would be producing

additional documents. For example, United Inn responded on June 26th to Plaintiff's Second Supplemental RFPs by saying it "will produce" numerous categories of documents. I cannot tell whether United Inn has produced all documents responsive to the requests that United Inn responded to on June 26th and June 30th. Please let me know if there are any more documents coming relating to the responses United Inn served on June 26th and June 30th. Thanks.

Best regards,

David

**David Bouchard** (Bio)
*Partner*
<< OLE Object: Picture (Device Independent Bitmap) >>

229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 | T: (404) 658-9070
david@finchmccranie.com

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.