IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO EXCLUDE TESTIMONY OF**
**PLAINTIFF'S EXPERT NAESHIA MCDOWELL**

COMES NOW Defendant Northbrook Industries, Inc., d/b/a United Inn & Suites ("Northbrook"), and, pursuant to Rules 702 and 403 of the Federal Rules of Evidence, hereby moves this Court for an order excluding from the trial of this case the testimony of Plaintiff's purported expert Naeshia McDowell.

In this hotel sex-trafficking case, Ms. McDowell should be excluded from providing the opinions identified in her expert report because the opinions are irrelevant and thus not helpful, and may in fact be misleading or confusing to the jury. Ms. McDowell should also be excluded from providing the opinion that Plaintiff's experience was "consistent with the experiences of child sex trafficking victims," as the opinion was not properly disclosed in Ms. McDowell's report, the

opinion is confusing, and Ms. McDowell lacks the qualifications to state that Plaintiff was the victim of sex trafficking, which essentially is what she would be doing in offering such an opinion.

In support of this motion, Northbrook relies on the accompanying Memorandum of Law in Support, filed contemporaneously herewith, and the entire record in this case.

Respectfully submitted,

*/s/ Dana M. Richens*

Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served all parties with the within and foregoing **MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT NAESHIA MCDOWELL** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 21st day of December, 2023.

*/s/ Dana M. Richens*