IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., <br><br> Plaintiff, <br><br> v. <br><br> NORTHBROOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES, <br><br> Defendant. | ) | Civil Action File <br> No. 1:20-cv-05233-SEG |

**DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT DARRELL B. CHANEYFIELD**

COMES NOW Defendant Northbrook Industries, Inc., d/b/a United Inn & Suites ("Northbrook"), and pursuant to Rules 702 and 403 of the Federal Rules of Evidence, hereby moves this Court for an order excluding from the trial of this case the testimony of Plaintiff's purported expert Darrell B. Chaneyfield.

In this hotel sex-trafficking case, Mr. Chaneyfield should be excluded from providing the opinions identified in his expert report because he lacks the qualifications needed for him to speak authoritatively on the topics on which he wishes to opine. His intention to testify as to "industry standard," when he has no idea what was going on in the hospitality industry during the relevant time period,

must be rejected. His opinions are unreliable, as he has neither the qualifications, nor sufficient exposure to the relevant industry, to give the opinions he offers.

In support of this motion, Northbrook relies on the accompanying Memorandum of Law in Support, filed contemporaneously herewith, and the entire record in this case.

Respectfully submitted,

*/s/ Dana M. Richens*

Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date served all parties with the within and foregoing **DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT DARRELL B. CHANEYFIELD** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 21st day of December, 2023.

*/s/ Dana M. Richens*