IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE DOCUMENTS UNDER SEAL**

COMES NOW Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites ("Northbrook"), and, pursuant to the Standing Order of this Court and the Northern District's Procedures for Electronic Filing Under Seal in Civil Cases, hereby moves the Court for entry of an order permitting Northbrook to filed under seal certain documents pertaining to its motion for summary judgment filed contemporaneously herewith. A supporting brief and a proposed order granting this motion are provided.

Respectfully submitted,

*/s/ Dana M. Richens*

Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served all parties with the within and foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 21st day of December, 2023.

*/s/ Dana M. Richens*