IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

**BRIEF IN SUPPORT OF**
**DEFENDANT'S MOTION FOR LEAVE TO**
**FILE DOCUMENTS UNDER SEAL**

Pursuant to the Standing Order of this Court and the Northern District's Procedures for Electronic Filing Under Seal in Civil Cases, Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites ("Northbrook"), seeks leave to file under seal certain documents pertaining to its motion for summary judgment filed contemporaneously herewith.

This is a hotel sex-trafficking case. Plaintiff is proceeding under the initials J.G. to protect her identity. Additionally, several of the depositions in the case have been designated as Confidential to further prevent the public disclosure of information that might inadvertently disclose Plaintiff's identity. Thus, Northbrook requests an order allowing the filing under seal of those depositions, as

well as documents being filed that make reference to the information contained in those depositions.

Thus, Northbrook seeks leave to file the following documents under seal:

a) Memorandum of Law in Support of Defendant's Motion for Summary Judgment;

b) Defendant's Statement of the Material Facts As to Which There Is No Genuine Issue to Be Tried:

c) Notice of Filing Deposition of J.G.;

d) Notice of Filing Deposition of Tahir Shareef (Volumes I and II); and

e) Notice of Filing Deposition of Ashar Islam (Volumes I and II).

A proposed order granting this motion is provided.

Respectfully submitted,

*/s/ Dana M. Richens*

Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served all parties with the within and foregoing **BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 21st day of December, 2023.

*/s/ Dana M. Richens*