IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

# **MOTION TO STRIKE DOCKET ENTRY**

Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites ("Northbrook"), hereby moves to strike Dkt. #102, filed by Northbrook on December 21, 2023. This submission was inadvertently filed to the public docket. It has been replaced by Dkt. #103, and by Dkt. #104 provisionally filed under seal.

Respectfully submitted,

*/s/ Dana M. Richens*
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date served all parties with the within and foregoing **DEFENDANT'S MOTION TO STRIKE DOCKET ENTRY** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 22nd day of December, 2023.

*/s/ Dana M. Richens*