Message

**From:** Tim Wade [Tim.Wade@RockdaleCountyGA.gov]
**Sent:** 10/29/2018 7:54:37 PM
**To:** UnitedInn4649@Gmail.com; Tim Wade [Tim.Wade@RockdaleCountyGA.gov]
**Subject:** Missing Juvenile
**Attachments:** bolo J▇▇ G▇▇.docx

Respectfully,

*Investigator T.Wade #2351*
*Criminal Investigations Division*

**Rockdale County Sheriff's Office**
911 Chambers Drive
Conyers, GA 30012
Main No.: 770-278-8000
Direct No.: 770-278-8023
Fax No.: 770-785-2494
Email: Tim.Wade@rockdalecountyga.gov







Sheriff Eric J. Levett

# BOLO

## MISSING PERSON

Rockdale S.O. Case #18-147093
As of 10/09/2018



**J███ D. G████**

Current Age: 16 y/o, Black Female, Brown Hair, Brown Eyes,
Height: 5'07", Weight: 180 lbs.

Last seen: ███████████████████ Conyers, Georgia

Clothing description unknown

Anyone with information about this case is asked to contact:

Investigator Tim Wade
Rockdale County Sheriff's Office
Office: 770-278-8023 or cell: 470-808-2586   24 Hour No.: 770-483-4200



www.rockdalesheriff.com

NBI 003107