Message
_____

**From**:        Tim Wade [Tim.Wade@RockdaleCountyGA.gov]
**Sent**:        10/29/2018 7:54:36 PM
**To**:          UnitedInn4649@Gmail.com; Tim Wade [Tim.Wade@RockdaleCountyGA.gov]
**Subject**:     MISSING JUVENILE MAYBE AT UNITED INN HOTEL ON MEMORIAL DRIVE


        I was contacted by the guardian of J    G    who stated that her neice was at this hotel with some
friends.

Thank you for your help

*Respectfully,*

*Investigator T.Wade #2351*
*Criminal Investigations Division*

*Rockdale County Sheriff's Office*
*911 Chambers Drive*
*Conyers, GA 30012*
*Main No.: 770-278-8000*
*Direct No.: 770-278-8023*
*Fax No.: 770-785-2494*
*Email: Tim.Wade@rockdalecountyga.gov*



NBI 003099