Page 18

1  Q. Over the course of your time on that
2 website, did you come across women who were posting
3 ads on Backpage who were at the United Inn and
4 Suites?
5  A. Yes.
6  Q. Would they ever use the name United Inn or
7 United Inn and Suites or the address of the hotel in
8 their posts on Backpage?
9  A. Once in a blue moon they'll put the name,
10 but rarely. They normally get that information once
11 they text you or call you and speak on the phone,
12 they'll tell you the address and then tell you the
13 name. But they normally don't post that in the
14 description.
15  Q. I wanted to ask you one other question
16 about this report that we're looking at from
17 August 12, 2015, which has been identified as
18 Plaintiff's Exhibit 1. What gave rise to this
19 prostitution operation in the first place, Sergeant
20 King?
21  A. At the United Inn?
22  Q. Yeah. I mean, how was it that you and
23 Schofield ended up investigating this prostitution
24 at the United Inn as of August 12th, 2015?
25  A. Well, United Inn is -- was one of the --

Page 19

1 one of the problem hotels that we had in DeKalb
2 County for drug and prostitution anyway, so it was
3 like a radar hotel that we know about. Due to the
4 fact that a lot of arrests were made, several
5 arrests were made for narcotics and prostitution
6 prior, for several years, at the hotel.
7      And anytime that we get a female that we
8 locate off of Backpage.com and they give us that
9 address number, we immediately know the hotel, that
10 it was United Inn.
11  Q. So when you got that address, you didn't
12 have to double-check and see where that was, you
13 automatically knew that the United Inn and Suites?
14  A. Absolutely, yes. Familiarized with those
15 numbers, the addresses.
16  Q. Because that's a hotel that you were aware
17 had a high crime rate?
18  A. Yes.
19  Q. And the crime that you were aware of at the
20 United Inn and Suites included drugs and
21 prostitution?
22  A. Yes.
23  Q. Did you believe that some of that
24 commercial sex that was occurring at the United Inn
25 and Suites involves women under the age of 18 years

Page 20

1 old, Sergeant King?
2  A. Could be.
3      MR. STORY: Object to form.
4 BY MR. BOUCHARD:
5  Q. I heard -- I didn't hear what you said,
6 Sergeant King. Sorry.
7  A. Possibility, yes, could be.
8  Q. I said I had one more question, but I -- I
9 realize I spoke too soon, about this report,
10 Sergeant King. It says here that the -- the female
11 on the passenger side, Tonisha Smith, waved her hand
12 and exited out of the vehicle. But the prior
13 sentence says that you and Officer Schofield
14 observed a gray Honda Accord occupied by two females
15 coming from the rear of the hotel. Did you ever
16 figure out who the other female was who was in the
17 car with Tonisha Smith?
18  A. Possibly not, if it's not in the report.
19 Maybe she could have been a friend dropping her off.
20 She could have had another room there as well. It's
21 a lot of females have different rooms in the hotel,
22 so she could have been prostituting there as well
23 but in a different room.
24  Q. Just following up on what you just said, is
25 it fair to say that there were a number of women, in

Page 21

1 your experience, working at the United Inn and
2 Suites doing commercial sex activities?
3  A. Absolutely, yes.
4  Q. And was that true during the entire period
5 that you were a member of the vice unit from 2015 to
6 2021?
7  A. Yes.
8  Q. Ms. Smith said in this fourth paragraph
9 here, Sergeant King, that she could not locate her
10 room key, and she said please don't leave, have to
11 go to the front office to get another key."
12      And Officer Schofield apparently replied,
13 "Okay, not a problem." And it says she as and
14 Tonisha Smith later walked back to the hotel room
15 with a key and opened the door. Both Officer C.
16 King and I proceeded to walk inside the hotel room."
17 Do you see that?
18  A. Yes.
19  Q. Okay. Was it your understanding that
20 Tonisha Smith then went back to the hotel lobby and
21 got a new key for the room?
22  A. Yes.
23  Q. Okay. All right. I'm showing you what
24 I've marked as Plaintiff's Exhibit 2 to your
25 deposition, Sergeant King, which is Bates stamped

Page 26

1 sexual acts on a person for monetary gifts; could be
2 money, could be gift cards, could be getting a room
3 or whatnot. The pimp does, the pimp oversees all
4 that stuff, so once the prostitute performs those
5 acts, any monetary gifts or gifts that he or she
6 gets, she pass it on to the pimp, and the pimp take
7 possession of it.
8    Q. So the pimp gets some portion, or maybe in
9 some cases all that the prostitute earns from sexual
10 activity for money?
11   A. Yes.
12   Q. Are you familiar over the course of your
13 time in law enforcement in your work at the United
14 Inn and Suites, are you familiar with there being
15 pimps at the hotel who were working with prostitutes
16 at the hotel, sir?
17   A. Yes, absolutely.
18   Q. And so the pimps at the United Inn and
19 Suites, then, in your understanding, Sergeant King,
20 would have been collecting money from the
21 prostitutes that were working for them after those
22 prostitutes had made money from sex?
23   A. Yes.
24   Q. And I'm assuming when it says here that
25 Ms. Day, that is Daysheana Day, stated that

Page 27

1 Mr. Perry, her pimp, left, taking his suitcase and
2 proceeded to another female's room at the motel, we
3 don't know who this other female was, do we?
4    A. Let me see. Proceeded to another female's
5 room at the motel. Ms. Day stated that the room --
6 I don't know who the other female was.
7    Q. Are you familiar, sir, from your time in
8 the vice unit, DeKalb County, working on human
9 trafficking and prostitution investigations with one
10 pimp having multiple women working for him at the
11 same time?
12   A. Absolutely, yes.
13   Q. In other words, one individual pimp could
14 have multiple hotel rooms with multiple women
15 working out of those hotel rooms, and he's earning
16 money from all of those women?
17   A. Yes.
18   Q. Sir, I'm going to show you what's been
19 marked as Plaintiff's Exhibit 4, which is Bates
20 stamped Plaintiff 1432 to 1433, and this is
21 Plaintiff's Exhibit 4.
22       (Plaintiff's Exhibit 4 marked)
23 BY MR. BOUCHARD:
24   Q. And before asking you some questions about
25 it, I just wanted to ask you something else about

Page 28

1 the pimp-prostitute issue that we were just talking
2 about. Were you familiar with there being pimps at
3 the United Inn and Suites specifically who were
4 overseeing multiple prostitutes?
5    A. Yes.
6    Q. Okay. Do -- do you recall the names of any
7 of those pimps?
8    A. No, I can't recall, remember the names of
9 them.
10   Q. Well, and again, it's not -- it's not a
11 memory test so it's fine if you don't remember, but
12 in the course of your work in the vice unit, you
13 were aware that there were pimps at the United Inn
14 and Suites who were --
15   A. Yes.
16   Q. -- overseeing multiple prostitutes?
17   A. Yes.
18   Q. And again, when we talk about your time in
19 the vice unit, we're talking about 2015 to 2021. So
20 is that period -- is that period of time when you
21 were familiar with there being pimps at the United
22 Inn overseeing multiple prostitutes?
23   A. Yes.
24   Q. Okay. Taking you back to Plaintiff's
25 Exhibit 4, this is a report that you are on, sir,

Page 29

1 and it's dated July 21, 2017. Do you see that?
2    A. Yes.
3    Q. And you see again incident location, 4649
4 Memorial, which is United Inn?
5    A. Yes.
6    Q. And the incident type is prostitution;
7 right?
8    A. Yes.
9    Q. The offender here is listed as somebody by
10 the name of Jessica Kenya Smith, who's 18 years old.
11 Right?
12   A. Yes.
13   Q. And Sergeant King, I wanted to ask you,
14 after you've had a chance to take a look at this
15 narrative, if -- if you could just sort of summarize
16 what happened in -- in this particular incident
17 report that's recorded here.
18       Have you had a chance to review it,
19 Sergeant King?
20   A. Yes.
21   Q. Do you mind just summarizing for me what --
22 what happened here?
23   A. Looks like detective at the time was
24 Detective Johnson. He did the same thing as by
25 contacting a -- scrolling the Backpage.com website.

Page 30

1 Observed a black female posing most likely in nudity
2 and soliciting for sex. Made contact with her via
3 telephone. She stated that it's $80 for 30 minutes
4 of sexual favors and to also bring a condom.
5     Johnson arrived at the location. The
6 female gave him the address, which is the 4649
7 Memorial Drive, United Inn hotel. Once he arrived,
8 she gave her room number of 132. Johnson went
9 inside the room, did the money exchange and
10 everything. Then he contact us, who was waiting
11 outside the vice unit. I was in a -- then we took
12 the female down into custody. That was my role on
13 this play here.
14    Q. Were you in undercover attire for this, or
15 were you in your uniform?
16    A. At this time I probably had my mask on with
17 a pullover vest that says Police. Plain clothes,
18 but we just put a vest on over our shirts and a mask
19 on our face.
20    Q. I wanted to ask -- go ahead, sorry.
21    A. And I also had a marked unit uniformed
22 personnel who be with me as well and we -- for the
23 presence of the police, to show that the police
24 presence was there.
25    Q. Do you remember how many officers were

Page 31

1 involved in this operation?
2    A. No. Look like it was the NET team, so it
3 could have been a minimum of probably three,
4 minimum.
5    Q. Well, let me ask you about that a little
6 bit more. It says in the second paragraph here, "On
7 July 20th, 2017, the DeKalb County Vice Unit and the
8 FBI Metro Atlanta Child Exploitation Task Force,
9 with help from the North Central Precinct
10 Neighborhood Enforcement Team, conducted an
11 operation in reference to child and adult
12 prostitution at 4649 Memorial Drive, United Inn and
13 Suites, Decatur, 30032."
14    I just want to sort of break that down with
15 you, Sergeant King, if we can. Why -- why would
16 there have been more than just the DeKalb County
17 Vice Unit? Like, why was the FBI have been
18 involved?
19    A. Like I said, we're a part of the MATCH Task
20 Force, which is the Metro Atlanta Child Exploitation
21 Task Force Unit for the FBI. Sometimes we conduct
22 operations, we do conduct operations that falls up
23 under the FBI. And so at that time the FBI was
24 present. And then whatever territory that hotel or
25 residence is at, we normally get the -- the precinct

Page 32

1 task force unit to assist with it as well.
2    Q. And that --
3    A. Which is --
4    Q. Go ahead.
5    A. Which is the NET team, the Neighborhood
6 Enforcement Team.
7    Q. So the FBI was present for this operation
8 too?
9    A. Yes. I'm a part of the FBI, so we -- I
10 mean, they don't have to be there. I'm a part of
11 the FBI-Metro Atlanta Task Force Unit. So we have
12 two roles: I'm a vice unit vice detective at that
13 time, and I have credentials for the FBI for the
14 Metro Atlanta Children Exploitation Unit.
15    Q. Understood. And it says "conducted an
16 operation in reference to child and adult
17 prostitution." What does that mean, child and adult
18 prostitution?
19    A. We're doing a mass operation in reference
20 to combatting all human trafficking and
21 prostitutions, any -- any adult or underage
22 individuals that's in a human traffic operation. So
23 we try to find people that's probably 18 and under,
24 focus on that 18 and under in reference to when it
25 comes to the MATCH Task Force.

Page 33

1    Q. And is 18 and under considered a minor
2 under the law?
3    A. Yes.
4    Q. And so is it fair to say in your experience
5 and training in law enforcement, Sergeant King, that
6 there's a difference between somebody who's over 18
7 engaging in commercial sex from somebody who's under
8 18 engaging in commercial sex?
9    A. Yes, absolutely. Actually, it's 17. So 17
10 and under now. Once you get 18, then it's adult.
11    Q. So if you're under 18, if you're 17, it's
12 considered to be a minor?
13    A. Yes.
14    Q. Do you recall what gave rise to this
15 operation regarding child and adult prostitution at
16 United Inn?
17    A. Backpage.com. Once you type in
18 Backpage.com, you can normally filter and put a --
19 pretty much of a location, so you type in Memorial
20 Drive, it would filter every ads that's posted in
21 the area of Memorial Drive.
22    Q. So if you went in Backpage.com around 2017,
23 July, and searched for Memorial Drive, it -- it
24 would sort of filter you down to the advertisements
25 from people who were around Memorial Drive and were

9 (Pages 30 - 33)

Page 34

1  selling sex?
2  A. Yes.
3  Q. Were you able to, in the course of that
4  kind of an analysis of Backpage and the
5  advertisements on Backpage, were you able to figure
6  out there's a lot of advertisements coming from this
7  area around United Inn and Suites?
8  A. Yes, pretty much. Any advertisement that
9  you normally get off of Memorial Drive, they
10 normally nine out of ten used to be United Inn.
11 Q. And there are a lot of hotels on Memorial
12 Drive; right?
13 A. Approximately, I think it's around about
14 four or five, all the way down.
15 Q. But you're saying most of the -- the
16 commercial sex activity, in your experience, that
17 was on Memorial Drive was at United Inn?
18 A. Yes.
19 Q. Do you recall -- in terms of what gave rise
20 to this investigation about child and adult
21 prostitution at United Inn, do you remember there
22 being any complaints made to the DeKalb County
23 Police Department from local business owners or
24 citizens or -- or anybody else about this kind of
25 activity at the hotel?

Page 35

1  A. No.
2  Q. So similar to the 2015 incident that we
3  talked about, just to make sure I'm clear, Sergeant
4  King, Ms. Smith, who's the subject in this report,
5  was offering to have sex with a DeKalb County Police
6  Officer who was undercover for money; is that right?
7  A. Yes.
8  Q. And she was at the United Inn; correct?
9  A. Yes.
10 Q. And you participated in -- in the arrest;
11 is that correct?
12 A. Yes.
13 Q. And when you went into the hotel room, can
14 you tell us what you saw?
15 A. I don't remember what I saw at that time.
16 Normally when you go in the room, you normally find
17 a female, could be partially naked or could be fully
18 naked. We take pictures. And then we'll locate our
19 investigative funds money that the detective gave
20 the female. Then we'll retrieve the money. Then
21 we'll put that female into custody and take her
22 downstairs and secure her inside a marked police
23 vehicle.
24 Q. Okay. This -- this mentions in the report
25 that there was a female toddler sitting in a

Page 36

1  stroller inside the bathroom.
2  A. Oh, I remember this case. Yes. Yes, we
3  know her. I arrested her maybe two or three times
4  after that too. Yeah, I'm familiar with this one
5  all the way.
6  Q. Okay. And do you recall whether you
7  arrested her again at the United Inn and Suites or
8  was it somewhere else?
9  A. Another hotel in DeKalb. She got arrested
10 with a female. Yes.
11 Q. Okay, sir. I'm showing you what's been
12 marked as Plaintiff's Exhibit 5, which is an article
13 from the Atlanta Journal Constitution, and the
14 headline is DeKalb News, extended stay hotel
15 inspections lead to 2,397 citations.
16     (Plaintiff's Exhibit 5 marked)
17 BY MR. BOUCHARD:
18 Q. Do you see that?
19 A. Yes.
20 Q. And I wanted to ask you just a couple
21 questions about this article. The first sentence in
22 the article says "12 extended stay hotels in DeKalb
23 County accumulated 2,397 code enforcement citations
24 during 2018 according to a report provided to the
25 county commission." Do you see that?

Page 37

1  A. Yes.
2  Q. Okay. And then the next page says, "The
3  worst offender was United Inn and Suites in Decatur,
4  which paid $60,345 in fines after receiving 447
5  citations last year. It was among four hotels along
6  Memorial drive that made the list." Do you see
7  that?
8  A. Yes.
9  Q. Sergeant King, were you aware that the
10 United Inn and Suites had received 447 citations in
11 2018 from DeKalb County Code Enforcement?
12 A. Not -- I didn't know, aware of the total
13 amount of numbers, but I knew that all the hotels
14 was getting cited for a lot of violations, several
15 hotels, and I knew United Inn was one of them. But
16 I didn't check up on the final numbers of how many
17 citations was written.
18 Q. Did you know that United Inn and Suites was
19 the worst offender in terms of the volume of fines
20 and the volume of citations?
21 A. Didn't know that.
22 Q. Does that surprise you, based on your time
23 and experience at the United Inn and Suites?
24 A. No, it doesn't surprise me.
25 Q. Why do you say that?

Page 46

1 made arrangements for her to text me the address.
2 She texted the address as United Inn.
3     Once I arrived to the location, they gave
4 the -- the room number for 118. At that time I went
5 up to the Room 118, opened up the door. It's a
6 female who opened up the door, she was standing
7 behind the door. She was completely naked, and
8 there was another female directly in front of me who
9 had a jumpsuit on. I noticed both of the females
10 who pictures were posted on Listcrawler.com at that
11 time.
12     Made connections with them. Talked about
13 the money, exchanged for the money. At the time,
14 notified the units outside to come and take them
15 into custody. Upon taking them into custody, they
16 noticed there was a male hiding inside the bathroom.
17 He was taken into custody without incident, and
18 that's how he got charged for pimping.
19     Q. You mentioned Listcrawler.com, Sergeant
20 King. Is that a website like Backpage where you
21 advertise sex for money?
22     A. Yes. That's one of them. Several more
23 that we normally use, yes.
24     Q. And is Listcrawler another website that
25 young women would have been using to advertise

Page 47

1 commercial sex at United Inn and Suites?
2     A. Yes.
3     Q. Did Listcrawler have a filter kind of like
4 Backpage did where you could focus on a particular
5 part of town or a particular area?
6     A. Yes, Listcrawler has it.
7     Q. So in other words, if you wanted to find
8 commercial sex around Memorial Drive, you could do
9 that on Listcrawler?
10     A. Yes.
11     Q. Okay. And was it true, in your experience,
12 Sergeant King, that if somebody was advertising for
13 commercial sex around Memorial Drive, nine times out
14 of ten they were at the United Inn and Suites?
15     A. Yes.
16     MR. STORY: Object to the form.
17 BY MR. BOUCHARD:
18     Q. Sergeant King, I'm showing you what's been
19 marked as Plaintiff's Exhibit 9 -- or 8, excuse me,
20 Plaintiff's Exhibit 8, which is Bates stamped
21 Plaintiff 31057 to 31058.
22     (Plaintiff's Exhibit 8 marked)
23 BY MR. BOUCHARD:
24     Q. Sergeant King, this is an e-mail chain from
25 some DeKalb County Police Officers, and I -- I

Page 48

1 wanted to ask you about this e-mail from Steven
2 Coachman. Do you know Sergeant Coachman?
3     A. No.
4     Q. Okay. Well, he says here on March 9th,
5 with the subject line Operation Safe Guard, he said,
6 "This plan will be a daily initiative for all
7 shifts/units until further notice, at least the next
8 six weeks. There are eight stores and ten hotels
9 have been identified as target areas. We will focus
10 daily in these areas to reduce criminal activity.
11 Please list the address of the target location on
12 your PATS when you patrol the location. Example,
13 6201 Memorial Drive, Texaco; 4649 Memorial Drive,
14 United Inn. If you make any cases in the target
15 areas, citation or arrest, please advise your
16 supervisor so it can be entered on the daily
17 summary. Thank you for all your hard work and
18 dedication." Do you see that?
19     A. Yes.
20     Q. Okay. Are you familiar with Operation
21 Safeguard, Sergeant King?
22     A. Yes.
23     Q. Is that something that you were involved
24 with when you were part of the vice unit?
25     A. Sometimes we get involved, yes.

Page 49

1     Q. And were you aware that one of the target
2 locations under Operation Safeguard was the United
3 Inn and Suites?
4     A. Yes.
5     Q. Because there was a lot of crime there?
6     A. Yes.
7     Q. Okay. I want to show you what's been
8 marked as Plaintiff's Exhibit 9. And this is Bates
9 stamped Plaintiff 31059 to 31063.
10     (Plaintiff's Exhibit 9 marked)
11 BY MR. BOUCHARD:
12     Q. And sir, I just wanted to ask you a
13 question about the first page here and the second
14 page. First page refers to Operation Safeguard
15 Tucker Gas Stations/Stores/Motels Suppression. Do
16 you think suppression there is referring to
17 suppression of crime, or how do you interpret that,
18 Sergeant King?
19     MR. STORY: Object to form.
20     A. Suppression of crime.
21 BY MR. BOUCHARD:
22     Q. I wanted to read this sentence to you,
23 Sergeant King. It says, "An analysis of the top
24 eight gas stations/convenience stores and motels was
25 compiled to identify high crime locations." Do you

Page 50

1 see that?
2     A. Yes.
3     Q. Okay. And that was on page 31059, and then
4 I want to go down to page 31060. Can you see it
5 says Tucker Precinct Top Motels?
6     A. Yes.
7     Q. And it lists at the top of the list United
8 Inn, 4649 Memorial Drive?
9     A. Yes.
10    Q. Can you read this paragraph for me,
11 Sergeant King?
12    A. "These locations have the highest crime
13 rate within our business community. The Tucker
14 Precinct will increase daily enforcement to reduce
15 these crimes, increase trust and respect among the
16 owners, managers, and -- and community members who
17 shop or live at this location."
18    Q. So is this a list of hotels in DeKalb
19 County that have high crime rates?
20    A. No, not in DeKalb County. That's in Tucker
21 precinct area.
22    Q. So this is a list of hotels in the Tucker
23 precinct that have a high crime rate?
24    A. Yes.
25    Q. Okay. And which hotel is at the top of the

Page 51

1 list?
2     A. The United Inn.
3     Q. Do you understand that to mean that United
4 Inn had the highest crime rate in Tucker precinct,
5 of all the hotels in Tucker precinct?
6     A. Yes, I can believe that, yes, of all of
7 them, uh-huh.
8     Q. Okay. And I -- I did want to just note
9 here when it says "mission," a little bit below
10 where you were just reading, the first section says
11 "Who." And it -- it lists in the first line on to
12 the second line DeKalb Narcotics/Vice. Do you see
13 that?
14    A. Yes.
15    Q. Is that the unit that you were part of?
16    A. Yes.
17    Q. Okay. So were you part of this Operation
18 Safeguard?
19    A. Yes.
20    Q. So Sergeant King, in your time working in
21 the vice unit with DeKalb County Police Department,
22 did you view the United Inn and Suites as a high
23 crime hotel?
24    A. Yes.
25    Q. And was it your understanding that that

Page 52

1 was, generally speaking, how the DeKalb County
2 Police Department viewed the United Inn and Suites,
3 that is as a hotel with a high crime rate?
4     A. Yes.
5     Q. And did the -- the crime that occur -- that
6 occurred at the United Inn and Suites include
7 commercial sex activity like prostitution and sex
8 trafficking?
9     A. Yes.
10    Q. When it says here that the United Inn and
11 Suites has a high crime rate and you -- you told me
12 that operation safeguard was trying to suppress
13 crime within Tucker precinct, was one of the crimes
14 that the DeKalb County Police Department was trying
15 to suppress at the United Inn and suites commercial
16 sex crimes?
17    A. Yes.
18    Q. Sergeant King, we've looked at a number of
19 different police reports now from 2015 through 2020.
20 And I wanted to ask over those years, did you
21 consider commercial sexual activity like
22 prostitution and sex trafficking to be common at the
23 United Inn and Suites?
24    A. Yes.
25    Q. Did you consider it, commercial sexual

Page 53

1 activity like prostitution and sex trafficking, to
2 be a problem at the United Inn and Suites from 2015
3 to 2021?
4     A. Yes.
5     Q. We've talked about a handful of reports
6 today. Do you believe, Sergeant King, that the only
7 women who are involved in commercial sexual activity
8 at the United Inn and Suites are the women who were
9 in those reports, or do you believe that there were
10 other women involved in such acts at the hotel who
11 were not included in those reports?
12    A. Other women --
13        MR. STORY: Objection.
14 BY MR. BOUCHARD:
15    Q. Go ahead, Sergeant.
16    A. Other women, there are other women and kids
17 and all that that has not been involved -- that has
18 not been in the reports, that has not been recorded,
19 so, yes, others.
20    Q. And why do you say that, Sergeant King?
21    A. Because you can't catch every crime. And,
22 you know, you try your best, but you're going to
23 miss a couple as you try to compress or, you know,
24 move these people out, but it's -- it's -- it's
25 several more. Some of them are scared, they

Page 54

1 can't -- they're not going to come and talk. You
2 got to be standing right there in front of you when
3 the police is there. So there are several.
4     Q. Is it fair to say that you couldn't spend
5 all your time just at the United Inn and Suites, you
6 had to go to other businesses and properties too to
7 police crime?
8     A. Yes.
9     Q. Sergeant King, in the course of your work
10 in the vice unit, where you would go on websites
11 like Backpage and Listcrawler, did you see
12 advertisements for women who you believe to be
13 minors, that is, under the age of 18?
14         MR. STORY: Object to form.
15     A. Repeat the question.
16 BY MR. BOUCHARD:
17     Q. When you were working the vice unit, you
18 said that you would go on websites like Backpage and
19 Listcrawler; correct?
20     A. Yes.
21     Q. And when you were on those websites, did
22 you occasionally see advertisements for women who
23 you believed to be under the age of 18, that is,
24 minors?
25     A. Yes.

Page 55

1         MR. STORY: Object to form.
2 BY MR. BOUCHARD:
3     Q. Do you believe that some of those women
4 worked in commercial sexual activity at the United
5 Inn and Suites?
6     A. Yes.
7         MR. STORY: Object to form.
8 BY MR. BOUCHARD:
9     Q. Sergeant King, thank you very much for your
10 time today. I think those are all the questions I
11 have for you, sir. Will Story, who is also on the
12 phone or on the video, may have additional questions
13 for you.
14     A. Thank you.
15         MR. STORY: Thank you, Mr. Bouchard. Good
16 morning, Sergeant King. If you don't mind, I've got
17 to use the restroom. If we can take a quick
18 two-minute break, and I'll -- I'll get through this
19 as efficiently as possible. Is that all right with
20 you?
21         THE WITNESS: Yes, sir.
22         MR. STORY: Thank you.
23         THE VIDEOGRAPHER: Going off the video
24 record 11:50 a.m.
25     (Recess 11:50 to 11:55 a.m.)

Page 56

1         THE VIDEOGRAPHER: Back on the video record
2 at 11:55 a.m.
3             EXAMINATION
4 BY MR. STORY:
5     Q. All right, Sergeant King. We met earlier.
6 My name is Will Story, and I represent Northbrook
7 Industries. That's the entity that owns United Inn
8 and Suites. Now, I -- I get a second in this
9 deposition, so I'm going to go over a few things
10 that Mr. Bouchard went over with you earlier.
11 There's going to be a lot of times that just for
12 efficiency purposes I'm going to be reading you part
13 of the report and just -- I'm going to ask you
14 correct? Because we're over a video, you're going
15 to know a lot of the times the answer to my
16 question. If you can, for our court reporter, just
17 do your best to let me finish and then answer so we
18 can create a clean record. All right?
19     A. Yes.
20     Q. You mentioned in the beginning of your
21 deposition you've been with DeKalb County for 14
22 years, eight of those were in the -- the vice unit.
23 What did you do prior to the vice unit?
24     A. I was on a NET team, the human -- I mean,
25 sorry, the task force unit for four years; and prior

Page 57

1 to that, I was in a uniformed patrol capacity.
2     Q. Okay. So -- and what is that for the four
3 years? Was it task force unit you said?
4     A. Yes.
5     Q. What were the responsibilities of the task
6 force units?
7     A. Target the high crime areas and try to, you
8 know, compress the crime from the high target area.
9     Q. Okay. And fair to say, I know this isn't
10 an exhaustive list, but basically the DeKalb County
11 police vice unit was responsible for prostitution,
12 illegal gambling, and human trafficking?
13     A. Yes. And county ordinance with reference
14 to businesses.
15     Q. Okay. Sergeant King, if you can, explain
16 to the jury what -- what's the difference between
17 prostitution and human trafficking?
18     A. Prostitution is soliciting yourself for
19 sexual favors and receiving monetary gifts for it.
20 And human trafficking is when you're trafficking
21 somebody from state lines, or you can traffic them
22 from -- it can get technical as far as even having a
23 condom, couple of condoms in your possession and
24 transporting that female or male subject, and that
25 could potentially be human trafficking as well,

Page 66

1   A. Yeah, the Budget -- which one?
2   Q. That one on 5075 Memorial.
3   A. Did I do Budgetel? I can't remember if I
4 did Budgetel. No, I didn't do Budgetel on Memorial.
5 I haven't had a case in Budgetel on Memorial. I had
6 a lot of cases in United Inn. We had a lot of cases
7 there. Maybe another detective may had Budget Inn,
8 but I didn't catch one out of there.
9   Q. Okay. You were talking about earlier that
10 you could perform a, like, search filter on Backpage
11 that could get you to a general location. Do you
12 remember that?
13  A. Absolutely, yes.
14  Q. Do you know if that filter was only
15 available to you as a police officer or if that was
16 available to everyone in the general public using
17 that website?
18  A. Everyone in the general public can type it
19 in. If you know how to navigate through the
20 Backpage.com at the time, you could utilize it.
21  Q. And would you know an exact -- this is
22 going to be the wrong phrase, but like an exact
23 geographic area that you were focusing on when you
24 would filter those search results?
25  A. At that time, yes, I did. If I'm working

Page 67

1 in -- DeKalb County is broken down with four
2 different precincts. You have the north, east,
3 south, the north central and -- that's what, four --
4 north central -- north central, south, east, and
5 Tucker precinct area. So if we're going to work in
6 a -- let's just throw up one of them, probably work
7 in the east precinct area, in that geographical
8 format of where east is located at, I would type an
9 address, I would type a street name in that area so
10 we can focus in that area.
11  Q. What precinct is United Inn and Suites in?
12  A. That's north central, yes. That's the
13 north central precinct.
14  Q. When you were going over that -- those
15 other problem hotels, any of those in the north
16 central precinct that you can recall?
17  A. Say it again.
18  Q. -- is that in the north central precinct?
19 Masters Inn?
20  A. You started breaking up. Repeat it?
21  Q. Masters Inn?
22  A. Masters Inn? Masters Inn is -- yes, that's
23 north central.
24  Q. Okay.
25  A. Yes. And right across from Masters Inn is

Page 68

1 the Motel 6, that's another one. And right across
2 the expressway from Masters Inn and Motel 6 is
3 another hotel called American Best Suites, and
4 that's another hotel.
5       (Mr. Story dropped from Zoom.)
6       THE VIDEOGRAPHER: Off the video record at
7 12:11 p.m.
8       (Off-the-record discussion.)
9       THE VIDEOGRAPHER: Back on the video record
10 at 12:12 p.m.
11 BY MR. STORY:
12  Q. Sergeant King, we -- we were discussing the
13 other hotels in the north central precinct, and you
14 mentioned Motel 6, Masters Inn, and American Best
15 Suites. My question was, did you make any -- or do
16 you recall making any arrests for prostitution or
17 sex trafficking from 2015 to 2021 at any of those
18 hotels?
19  A. Yes, absolutely.
20  Q. Okay.
21  A. Several arrests.
22  Q. All right. I'm going to share my screen
23 quickly and -- and go over a few of these incident
24 reports.
25  A. Okay.

Page 69

1   Q. Give me one second. You see this police
2 report, Sergeant King?
3   A. Yes.
4   Q. And you and Mr. Bouchard -- Bouchard have
5 already gone over this, but I just wanted to ask you
6 a few questions. You see August 12th, 2015, 2:00
7 p.m.?
8   A. Yes.
9   Q. All right. And I'm going to scroll down.
10 Here is the assailant's information. Look like it's
11 a Tonisha Smith. And is she -- she's 23 years old;
12 is that correct?
13  A. Yes.
14  Q. All right. And -- and you'll recall, I'm
15 not going to have you reread it, but if you want to,
16 just -- just let me know. This is the one where you
17 and Officer Schofield came in -- is Officer
18 Schofield a female?
19  A. Yes.
20  Q. And y'all kind of had the story of we're
21 doing -- we're a couple, we're doing this for your
22 birthday? Does that refresh your recollection?
23  A. Yes.
24  Q. Right. So talking about Ms. Smith, the
25 female that ends up being arrested for prostitution,

18 (Pages 66 - 69)

Page 90

1  Mr. Story just asked you, but I'll be done here very
2  soon. Okay, sir? Do you need to take a break, or
3  are you good?
4        THE WITNESS: No, go ahead. That's cool.
5           FURTHER EXAMINATION
6  BY MR. BOUCHARD:
7     Q. Okay. So I wanted to clarify, Sergeant
8  King, do you recall having any conversations at any
9  time whatsoever with hotel staff or employees at the
10 United Inn and Suites?
11    A. No.
12    Q. Okay. You simply do not recall ever
13 talking to hotel employees there. Is that true?
14    A. True.
15    Q. Okay. Is that something that, typically
16 speaking, Sergeant, uniformed DeKalb County Police
17 Department officers would have been doing, not
18 undercover officers like yourself?
19    A. Correct.
20    Q. You mentioned that you participated in some
21 discussions with some hotels about what those hotels
22 could do to address human trafficking and
23 prostitution activity; is that right?
24    A. Yes.
25    Q. Is one of the things that they can do

Page 91

1  training their staffs?
2     A. Absolutely. Training they staff, get with
3  people like me to give them expertise, advice on how
4  to do things, setting up meetings so we can go over
5  what they can do and -- and maybe host a meeting
6  with they staff, stuff like that. But they need to
7  reach out as a business owner to us if they really
8  want to -- you know, to combat the crime of human
9  trafficking, or sex trafficking.
10    Q. Is that something that the DeKalb County
11 Police Department would have provided for free to
12 the United Inn if the United Inn had reached out to
13 DeKalb County requesting training for its employees?
14    A. Absolutely, absolutely. In that case, that
15 would be something like I would have came out and
16 did it, yes, absolutely.
17    Q. And is that a training that you would have
18 provided to all staff at the hotel, or is there just
19 to the manager, or who -- who would you have
20 trained, Sergeant?
21    A. Well, it depends on the -- the owners or
22 the managers of the hotel. But it would be
23 beneficial for all the staff to be present.
24    Q. Are you including, then, housekeeping,
25 front desk, maintenance, or all the different layers

Page 92

1  that run a hotel?
2     A. Absolutely. Everybody take part so
3  everybody can see things, everybody know, so yes.
4     Q. And if I've understood you correctly,
5  Sergeant King, you're saying you don't ever recall
6  the United Inn and Suites asking the DeKalb County
7  Police Department for training on how to combat sex
8  trafficking at the hotel or prostitution at the
9  hotel? Do you recall?
10    A. Correct. Never asked.
11    Q. You also stated today that you can steer
12 activity -- Sergeant King, are you still there?
13    A. I'm here.
14    Q. Okay.
15       MR. BOUCHARD: I just got a notice saying
16 my Internet connection is unstable. Can you guys
17 hear me okay?
18       THE REPORTER: Yeah. You were breaking up
19 a little bit, but it's clear at the moment.
20 BY MR. BOUCHARD:
21    Q. Okay. Sergeant King, I've heard you say
22 today that sex for money, commercial sex activity
23 was common at the United Inn and Suites from 2015 to
24 2021 when you were in the DeKalb vice unit; is that
25 correct?

Page 93

1     A. Yes.
2     Q. At any given point in time, Sergeant King,
3  how many women would you estimate were working at
4  the hotel in commercial sexual activity during that
5  time period?
6     A. Ooh, several. I could say probably
7  approximately, well over -- well over 20, well over
8  20.
9     Q. Sergeant King, do you have an opinion as to
10 whether or not the hotel knew that commercial sexual
11 activity was occurring on the property?
12    A. Based on my knowledge and training and
13 experience on that, the hotel should have known,
14 especially the narcotic situations from drug
15 activity, they should, by walking around and seeing
16 the activity of people loitering in the back of the
17 complex, they should have some knowledge of
18 something.
19       Some hotels been doing it for so -- a long
20 period of time that when a pimp gets a room, he or
21 she normally gets three or four rooms, so they --
22 what they're doing, they generating revenue for them
23 as well, so they -- they try to look the other way
24 in reference to what's really going on to keep the
25 revenue up, keep the rooms booked.