

Google | Hotels | United States > Georgia > DeKalb County

Overview | Prices | **Reviews** | Location | About | Photos

Google | Hotels | United States › Georgia › DeKalb County

Overview | Prices | **Reviews** | Location | About | Photos

## Review summary

| | | |
|---|---|---|
| 5 ★ | ▬▬▬▬▬▬▬ | 35% |
| 4 ★ | ▬▬▬ | 14% |
| 3 ★ | ▬▬▬▬ | 19% |
| 2 ★ | ▬▬ | 11% |
| 1 ★ | ▬▬▬▬ | 21% |

**3.3** Fair
★★★☆☆
388 reviews

+ Write a review

### Reviews

🔍 loitering ✕

**People often mention**

[All] [Cleanliness] [Service] [Property] [Kitchen] [Safety] [Bathroom]
[Amenities] [Location] [Wi-fi] [Family] [Atmosphere] [Sleep 👎]

Lowest score ▾

**dante blackwood**
2 years ago on G Google      **1/5**

Way to expensive, **loitering** all around the building, roaches in the room, Im never going back to this dump

...

United Inn & Suites

Google    Hotels  |  United States  >  Georgia  >  DeKalb County

Overview    Prices    **Reviews**    Location    About    Photos

**Review summary** ⓘ                                                                                    ➕ Write a review

| 5 ★ | 35% |
| 4 ★ | 14% |
| 3 ★ | 19% |
| 2 ★ | 11% |
| 1 ★ | 21% |

**3.3**  Fair ★★★☆☆
388 reviews

**Reviews**

🔍 prostitution                                                                              ✕

People often mention

[ All ]  [ Cleanliness ]  [ Service ]  [ Property ]  [ Kitchen ]  [ Safety ]  [ Bathroom ]
[ Amenities ]  [ Location ]  [ Wi-fi ]  [ Family ]  [ Atmosphere ]  [ Sleep 👎 ]

Most helpful ▾

---

**M** Maurice Hambrick
2 years ago on **G** Google

**2/5**

Staff is friendly....rooms are clean as well..... however lots of hustlers stand out front of the hotel during the night; **not to mention a hot spot for prostitutio**n.

⋯

---

United Inn & Suites

Google | Hotels › United States › Georgia › DeKalb County

Overview | Prices | **Reviews** | Location | About | Photos

## Review summary

- 5 ★ ▮▮▮▮▮▮▮▮▮▮▮▮▮▯▯▯▯▯▯▯▯▯ 35%
- 4 ★ ▮▮▮▮▮▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯ 14%
- 3 ★ ▮▮▮▮▮▮▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯ 19%
- 2 ★ ▮▮▮▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯ 11%
- 1 ★ ▮▮▮▮▮▮▮▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯ 21%

**3.3** Fair ★★★☆☆
388 reviews

＋ Write a review

## Reviews

🔍 sex ✕

People often mention

All | Cleanliness | Service | Property | Kitchen | Safety | Bathroom
Amenities | Location | Wi-fi | Family | Atmosphere | Sleep 👎

Lowest score ▾

---

**Mond Miller**
3 years ago on Ⓖ Google

**3/5**

There was way too much commotion going on on the front side of the building on the ground level beginning from the time we pulled up we were afraid to even get out to look for the front office because of the back n forth pacing thugs and hustler keeping up loud conversations as if some people aren't there to actually rest and wind down every one wasn't getting a room to turn up or to just have **sex** andget high or whatever it is they were doing to keep them pacing all night until the sun was back up

▴ Read less

---