Exhibit 19



# DeKalb County Police

## Uniform Division

4451 Lawrenceville Hwy
Tucker, Georgia 30084
678-937-5301

April 28, 2017

United Suites
4649 Memorial Drive
Decatur, GA 30032

The DeKalb County Police Department, alongside the DeKalb County Hotel/Motel Task Force (a program implemented by the DeKalb County CEO's Office) has been tasked with notifying various hotels of probable concerns for existing and prospective clients. This includes *reported* crimes at several designated locations. During the first quarter of the year (January 1, 2017 - March 31, 2017) the following crimes were reported at the United Suites:

| Case # | Reported Crime | Case# | Reported Crime |
|---|---|---|---|
| 17-030778 | Entering Auto | 17-027906 | Simple Assault |
| 17-003240 | Criminal Trespass | 17-009926 | Simple Assault |
| 17-019164 | Damage To Property | | |
| 17-017528 | Damage To Property | | |
| 17-003240 | Damage To Property | | |
| 17-015640 | Pick Pocketing | | |
| 17-019941 | Runaway Juvenile | | |

Please take appropriate security measures to ensure the safety of your patrons. Potential safety measures to implement include, but are not limited to:

- Sufficient Lighting (Parking Lots, Perimeter, Entrances, Stairwells)
- Property Landscaping (Trimming of trees / bushes around windows, stairways, walk paths, and common areas)
- Adequate Security (Private security, Off Duty Police, rotating days when security present)
- Proper Signage / Surveillance Video ( No Loitering, Unlawful Activities Not Permitted, Signage about video surveillance)

The DeKalb County Police Department is able and willing to work with you on efforts to implement prevention measures at your hotel and answer any questions. For any questions contact Lieutenant DC Thomas at 404-822-5308 or email dcthomas1@dekalbcountyga.gov. You may also track crimes at by visiting http://www.crimemapping.com/map/ga/dekalbcounty.

Thank You,
Major GA Padrick MAJ [signature] / 892
DeKalb County Police Department