**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **J.G.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE** |
| **vs.** | : | |
| | : | **NO. 1:20-cv-05233-SEG** |
| **NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES,** | : | |
| | : | |
| **Defendant.** | : | |

**J.G.'S NOTICE OF FILING OVERLONG BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff J.G. hereby notifies the Court that her undersigned counsel inadvertently filed an overlong response in opposition to Defendant's motion for summary judgment on Thursday, January 18, 2024, due to a clerical error. Plaintiff's response brief was prepared using one-inch margins, as allowed by the local rules. The response brief was within the 25-page limit. Prior to the brief being filed, the top margins of the brief were changed to 1.5-inch margins, as the local rules previously required before the rules were amended to allow a one-inch top margin. Due to that change, Plaintiff's response brief went over the 25-page limit. Plaintiff has offered to re-file a corrected brief with the Court with one-inch margins so that the brief is within the 25-page limit. Plaintiff understands from the

Court that re-filing is not required. Plaintiff's undersigned counsel has advised Defendant's counsel of the issue addressed herein, and Defendant's counsel advised that she has no objection to the overlong response brief filed by Plaintiff J.G. on January 18, 2024.

Respectfully submitted this 22nd day of January, 2024.

*/s/ David H. Bouchard*
Richard W. Hendrix
rhendrix@finchmccranie.com
Georgia Bar No. 346750
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859

*Co-Counsel for Plaintiff*

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070
(404) 688-0649 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 22nd day of January, 2024.

*/s/ David H. Bouchard*
Richard W. Hendrix
rhendrix@finchmccranie.com
Georgia Bar No. 346750
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070
(404) 688-0649 (fax)

*Co-Counsel for Plaintiff*