IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| J.G.,<br><br>Plaintiff,<br><br>v.<br><br>NORTHBROOK INDUSTRIES, INC.,<br>d/b/a UNITED INN AND SUITES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File<br>No. 1:20-cv-05233-SEG |

**DEFENDANT'S RESPONSE TO**
**J.G.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF**
**J.G.'S RESPONSE IN OPPOSITION TO UNITED INN'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to L.R. 56.1(B)(3), Defendant Northbrook Industries, Inc. ("Northbrook") hereby responds to J.G.'s Statement of Material Facts in Support of J.G.'s Response in Opposition to United Inn's Motion for Summary Judgment [Dkt. #115-1] ("Plaintiff's Statement of Material Facts"). By rule, the range of acceptable responses is limited to (a) an objection to the admissibility of the evidence upon which Plaintiff relies; (b) an objection pointing out that Plaintiff's evidence does not support Plaintiff's fact; (c) an objection on the ground that Plaintiff's fact is not material or does not otherwise comply with the provisions set out in LR 56.1B(1); and (d) a concession that the Court can properly consider Plaintiff's evidence for

purposes of the summary judgment motion (in which case Northbrook does not concede the validity, accuracy or truthfulness of the evidence relied upon).

The numbering of the paragraphs below correspond to the numbered paragraphs in Plaintiff's Statement of Material Facts.

1. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

2. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

3. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

4. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

5. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

6. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

7. Northbrook objects that Plaintiff's fact is not material.

8. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

9. Northbrook objects that Plaintiff's fact is not material.

10. Northbrook objects that Plaintiff's fact is not material.

11. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

12. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

13. Northbrook objects that Plaintiff's fact is not material.

14. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

15. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

16. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

17. Northbrook objects that Plaintiff's fact is not material.

18. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

19. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

20. Northbrook objects that Plaintiff's fact is not material.

21. Northbrook objects that Plaintiff's fact is not material.

22. Northbrook objects that Plaintiff's fact is not material.

23. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

24. Northbrook objects that Plaintiff's fact is not material.

25. Northbrook objects that Plaintiff's fact is not material.

26. Northbrook objects that Plaintiff's fact is not material.

27. Northbrook objects that Plaintiff's fact is not material.

28. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

29. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

30. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

31. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

32. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

33. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

34. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

35. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

36. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

37. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects on grounds that Plaintiff's fact does not comply with LR 56.1B(1).

38. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

39. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

40. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

41. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

42. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

43. Northbrook objects that Plaintiff's fact is not material.

44. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

45. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

46. Northbrook objects that Plaintiff's fact is not material.

47. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

48. Northbrook objects that Plaintiff's fact is not material.

49. Northbrook objects that Plaintiff's fact is not material.

50. Northbrook objects that Plaintiff's fact is not material.

51. Northbrook objects that Plaintiff's fact is not material.

52. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

53. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

54. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

55. Northbrook objects that Plaintiff's fact is not material.

56. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

57. Northbrook objects that Plaintiff's fact is not material.

58. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

59. Northbrook objects that Plaintiff's fact is not material.

60. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects that Plaintiff's fact is not material.

61. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

62. Northbrook objects that Plaintiff's fact is not material.

63. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies.

64. Northbrook objects that Plaintiff's fact is not material.

65. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

66. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

67. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

68. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

69. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

70. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

71. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

72. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

73. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

74. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

75. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

76. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

77. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

78. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

79. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material. Northbrook objects on grounds that Plaintiff's fact does not comply with LR 56.1B(1).

80. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

81. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

82. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

83. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

84. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

85. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

86. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

87. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

88. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

89. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

90. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

91. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

92. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

93. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

94. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

95. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

96. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

97. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

98. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

99. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

100. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

101. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

102. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

103. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

104. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

105. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

106. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material. Northbrook objects on grounds that Plaintiff's fact does not comply with LR 56.1B(1).

107. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material. Northbrook objects on grounds that Plaintiff's fact does not comply with LR 56.1B(1).

108. Northbrook objects that Plaintiff's fact is not material.

109. Northbrook objects that Plaintiff's fact is not material.

110. Northbrook objects that Plaintiff's fact is not material.

111. Northbrook objects that Plaintiff's fact is not material.

112. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

113. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

114. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

115. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

116. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Plaintiff's fact does not comply with LR 56.1B(1).

117. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

118. Northbrook objects that Plaintiff's fact is not material. Plaintiff's fact does not comply with LR 56.1B(1).

119. Northbrook objects that Plaintiff's fact is not material.

120. Northbrook objects that Plaintiff's fact is not material.

121. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

122. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

123. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact.

124. Northbrook objects that Plaintiff's fact is not material.

125. Northbrook objects that Plaintiff's fact is not material.

126. Northbrook objects that Plaintiff's fact is not material.

127. Northbrook objects that Plaintiff's fact is not material.

128. Northbrook objects that Plaintiff's fact is not material.

129. Northbrook concedes that the Court can properly consider Plaintiff's evidence for purposes of Northbrook's summary judgment motion.

130. Northbrook objects that Plaintiff's fact is not material.

131. Northbrook objects that Plaintiff's fact is not material.

132. Northbrook objects that Plaintiff's fact is not material.

133. Northbrook objects that Plaintiff's fact is not material.

134. Northbrook objects that Plaintiff's fact is not material. Plaintiff's fact does not comply with LR 56.1B(1).

135. Northbrook objects that Plaintiff's fact is not material.

136. Northbrook objects that Plaintiff's fact is not material.

137. Northbrook objects that Plaintiff's fact is not material.

138. Northbrook objects that Plaintiff's fact is not material.

139. Northbrook objects that Plaintiff's fact is not material.

140. Northbrook objects on grounds that Plaintiff's evidence does not support Plaintiff's fact. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

141. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

142. Northbrook objects to the admissibility of the evidence upon which Plaintiff relies. Northbrook objects that Plaintiff's fact is not material.

Respectfully submitted,

*/s/ Dana M. Richens*

Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date filed the within and foregoing **DEFENDANT'S RESPONSE TO J.G.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF J.G.'S RESPONSE IN OPPOSITION TO UNITED INN'S MOTION FOR SUMMARY JUDGMENT** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 16th day of February, 2024.

*/s/ Dana M. Richens*