# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 07/11/2024.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:11 P.M.        COURT REPORTER: Melissa Brock
TIME IN COURT: 1:11                     DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G. <br> Jonathan Tonge representing J.G <br> Dana Richens representing Northbrook Industries, Inc.. |
| PROCEEDING CATEGORY: | Motion Hearing (Non-evidentiary) |
| MOTIONS RULED ON: | [108] Motion for Leave to File Matters Under Seal – GRANTED as unopposed <br> [128] Motion for Leave to File Matters Under Seal – GRANTED as unopposed |
| MINUTE TEXT: | After hearing argument from the parties concerning Defendant's motion for summary judgment (Doc. 103), the Court took the motion under advisement. |
| HEARING STATUS: | Hearing Concluded |