IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., <br><br> Plaintiff, <br><br> v. <br><br> NORTHBROOK INDUSTRIES, INC., <br> d/b/a UNITED INN AND SUITES, <br><br> Defendant. | Civil Action File <br> No. 1:20-cv-05233-SEG |

## **ORDER**

This matter is before the Court on Defendant's Motion for Leave to File Documents Under Seal. Upon consideration of the motion and supporting brief, and for good cause shown, it is hereby ordered and adjudged as follows:

Defendant's Motion for Leave to File Documents Under Seal is GRANTED. Defendant is hereby authorized to file the following documents under seal:

    a)    Memorandum of Law in Support of Defendant's Motion for Summary Judgment;

    b)    Defendant's Statement of the Material Facts As to Which There Is No Genuine Issue to Be Tried:

    c)    Notice of Filing Deposition of J.G.;

    d)    Notice of Filing Deposition of Tahir Shareef (Volumes I and II); and

    e)  Notice of Filing Deposition of Ashar Islam (Volumes I and II).

SO ORDERED this 11th day of July, 2024.

                 _____
                 SARAH E. GERAGHTY
                 United States District Judge

Order prepared by:

 /s/ Dana M. Richens
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia  30309
Telephone:  (404) 815-3659
Facsimile:  (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites