IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion for Leave to File Document Under Seal. Upon consideration of the motion and supporting brief, and for good cause shown, it is hereby ordered and adjudged as follows:

Defendant's Motion for Leave to File Document Under Seal is GRANTED. Defendant is hereby authorized to file under seal its Reply in Further Support of Defendant's Motion for Summary Judgment.

SO ORDERED this 11th day of July, 2024.

_____
SARAH E. GERAGHTY
United States District Judge

Order prepared by:

 */s/ Dana M. Richens*
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia  30309
Telephone:  (404) 815-3659
Facsimile:  (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites