UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., <br>         Plaintiff, <br><br> vs. <br><br> NORTHBROOK INDUSTRIES, INC., <br> D/B/A UNITED INN AND SUITES, <br>         Defendant. | CIVIL ACTION FILE <br><br> NO.  1:20-cv-05233-SEG |

## ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of Plaintiff's Motion for Sanctions, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff is awarded $37,100.16 in attorneys' fees and costs.

Dated at Atlanta, Georgia this 16th day of August, 2024.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                        By:   s/ A. Edwards
                                                Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
August 16, 2024
Kevin P. Weimer
Clerk of Court

By:   s/ A. Edwards
       Deputy Clerk