# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **J.G.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE** |
| vs. | : | |
| | : | **NO. 1:20-cv-05233-SEG** |
| **NORTHBROOK INDUSTRIES,** | : | |
| **INC., D/B/A UNITED INN AND** | : | |
| **SUITES,** | : | |
| | : | |
| **Defendant.** | : | |

## ENTRY OF APPEARANCE

COMES NOW, Oto U. Ekpo, and hereby enters her appearance as counsel for Plaintiff in this matter.

Dated: This 10th day of September, 2024.

                                         Respectfully submitted,

                                         */s/ Oto U. Ekpo*
                                         Oto U. Ekpo
                                         Georgia State Bar No. 327088
                                         *Attorney for Plaintiff*

Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
oto@finchmccranie.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 10th day of September, 2024.

/s/ Oto U. Ekpo
Oto U. Ekpo
Georgia State Bar No. 327088
*Attorney for Plaintiff*

Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
oto@finchmccranie.com