# FINCH MCCRANIE, LLP

Attorneys At Law

| | | |
|---|---|---|
| NICOLE A. ARCHAMBAULT<br>DAVID H. BOUCHARD<br>EMMA R. CECIL<br>OTO U. EKPO<br>RICHARD W. HENDRIX<br>WALTER E. JOSPIN | 229 PEACHTREE STREET, N.E.<br>SUITE 2500<br>ATLANTA, GEORGIA 30303<br><br>(404) 658-9070<br>Facsimile: (404) 688-0649<br><br>*www.finchmccranie.com* | GABRIEL E. KNISELY<br>HARRISON W. KOHLER<br>W. CARL LIETZ, III<br>MICHAEL A. SULLIVAN<br><br>OF COUNSEL<br>LARRY D. THOMPSON |

September 25, 2024

Courtroom Deputy
U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

      Re:    *J.G. v. Northbrook Industries, Inc., d/b/a United Inn and Suites*
              (1:20-cv-05233-SEG)

Dear Courtroom Deputy:

      The undersigned is counsel for Defendant Patrick Moore in *United States v. Moore*, 1:22-cr-00014-JRH-BKE, and trial in that matter is set to begin on May 5, 2025, before Judge J. Randal Hall in the Southern District of Georgia and is expected to last between 1-2 weeks. This letter is to notify the Court pursuant to LR 83.1 (E)(4), NDGa, that I will be out of the office from Monday, May 5, 2025 through and including Monday, May 19, 2025. I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                              Sincerely,

                              */s/ David H. Bouchard*

                              David H. Bouchard
                              For FINCH MCCRANIE, LLP

DHB/db