# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, David H. Bouchard, counsel for Plaintiff, and hereby files this Motion for Leave of Absence, respectfully requesting a leave of absence in the above-referenced matter. The undersigned is counsel for Defendant Christopher Casseri in *United States v. Johnston et al*, 1:20-cr-00800-ESK, and trial in that matter is set to begin on January 21, 2025, before Judge Edward S. Kiel in the District of New Jersey and is expected to last between 6-8 weeks. I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

DATED: This 25th day of September, 2024.

                                                  Respectfully submitted,

                                                  */s/ David H. Bouchard*
                                                  David H. Bouchard

                david@finchmccranie.com
                Georgia Bar No. 712859
                *Attorney for Plaintiff*

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Fax
david@finchmccranie.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 25th day of September, 2024.

*/s/ David H. Bouchard*
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859
*Attorney for Plaintiff*

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Fax
david@finchmccranie.com