# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., : | |
| : | |
|     Plaintiff, : | |
| : | CIVIL ACTION FILE |
| vs. : | |
| : | NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, : | |
| INC., D/B/A UNITED INN AND : | |
| SUITES, : | |
| : | |
|     Defendant. : | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for J.G. in the above-referenced case for Tuesday, January 21, 2025 through and including Tuesday, March 18, 2025, the same is hereby GRANTED.

It is so ORDERED this _____ day of September, 2024.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE