IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

## ORDER

This matter is before the Court on attorney David Bouchard's application for leave of absence for the dates of January 21, 2025, through and including March 18, 2025. (Doc. 143.)

IT IS ORDERED that this Court will excuse Mr. Bouchard from any need to make a personal appearance before the Court for the above-stated time period. However, counsel is not relieved from any filing or other case-related deadline that may become due in this period.

SO ORDERED this 10th day of October, 2024.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE