# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **J. G.,**<br><br>      **Plaintiff,**<br><br>**V.**<br><br>**NORTHBROOK INDUSTRIES,**<br>**INC. d/b/a United Inn and Suites,**<br><br>      **Defendant.** | **CIVIL ACTION NO.**<br>**1:20-CV-5233-SEG** |

## ORDER

The parties and their counsel seek authorization to bring cell phones and computers/laptops/printers/tablets into the courtroom for use during the settlement conference.

**IT IS HEREBY ORDERED** that David Holmes Bouchard, Jonathan Tonge, Patrick J. McDonough, Richard Wayne Hendrix, Warren Carl Lietz, III, Gabe Knisely, Oto U. Ekpo, Tahir Shareef, Eileen Bud, Geoffrey Dobran, Dana Richens, Philip Savrin, Donald Brown, and William Richard Story are allowed to bring their cell phones and computers/laptops/printers/ipads/tablets into the courthouse for the settlement conference in this case in Courtroom 1879, 18th Floor, United States Courthouse and Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, on Tuesday, December 17, 2024 at 10:00 a.m.

**IT IS SO ORDERED,** this 13th day of December, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE