# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-05233-SEG
## J.G. v. Northbrook Industries, Inc.
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 12/17/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 3:00 P.M.
TIME IN COURT: 5:00
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: James Jarvis

ATTORNEY(S) PRESENT: David Bouchard, Gabe Knisely, and Patrick McDonough, representing J.G.

Dana Richens representing Northbrook Industries, Inc.

Philip Savrin representing Northfield Insurance Company

OTHER(S) PRESENT: Tahir Shareef - representative for Northbrook Industries, Inc.
Chris Daniels - representative for Northbrook Industries, Inc.

Eileen Budd - representative for National Surety Co.

PROCEEDING CATEGORY: Settlement Conference

MINUTE TEXT: The parties participated in a settlement conference. The parties did not reach a resolution. Judge Bly terminated as settlement judge.