# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, | : |
| | : |
| **Defendant.** | : |

### PROPOSED ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO NORTHFIELD INSURANCE COMPANY'S MOTION TO INTERVENE TO SUBMIT SPECIAL INTERROGATORIES AT TRIAL

Presently before the Court is Plaintiff's Consent Motion to Extend the Deadline for Plaintiff to Respond to Northfield Insurance Company's ("Northfield") Motion to Intervene to Submit Special Interrogatories at Trial. Plaintiff requests that this Court extend the deadline for Plaintiff to file a response in opposition to Northfield's Motion to Intervene to Submit Special Interrogatories at Trial to January 6, 2025. Granting the requested extension will provide Plaintiff's counsel adequate time to prepare a response brief in light of holiday-related conflicts and travel and other deadlines Plaintiff's counsel has in other matters.

For good cause shown, Plaintiff's Consent Motion to Extend the Deadline for Plaintiff to Respond to Northfield's Motion to Intervene to Submit Special Interrogatories at Trial is **GRANTED**. The deadline for Plaintiff to file a Response to Northfield's Motion to Intervene to Submit Special Interrogatories at Trial is **EXTENDED** to January 6, 2025.

SO ORDERED, this _____ day of _____, 2024.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
David H. Bouchard
Richard W. Hendrix
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Tel: 404-658-9070; Fax 404-688-0649
david@finchmccranie.com
rhendrix@finchmccranie.com