**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **J.G.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **NORTH BROOK INDUSTRIES,** ) <br> **INC. d/b/a UNITED INN AND** ) <br> **SUITES,** ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION FILE** <br> **No. 1:20-cv-05233-SEG** |

## CONSENT MOTION TO EXTEND TIME TO FILE REPLY BRIEF TO SUPPORT MOTION TO INTERVENE

Northfield Insurance Company ("Northfield") hereby moves pursuant to Federal Rule of Civil Procedure 6(b) for a two-week extension to file a reply brief in support of Northfield's Motion to Intervene (Doc. 147) by February 3, 2025.

J.G. filed a brief in opposition to Northfield's motion on January 6, 2025. (Doc. 152.) Under N.D. Ga. L.R. 7.1(C), Northfield's reply brief is currently due on January 20, 2025. Northfield seeks a two-week extension of time to file its reply brief due to counsel's other commitments. Upon inquiry made, Plaintiff J.G. consents to this extension.

For good cause shown, therefore, Northfield's motion should be granted. A proposed order is attached for the Court's convenience.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Rachael Slimmon
Georgia Bar No. 831661
rslimmon@fmglaw.com
*Attorneys for Northfield Insurance Company*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

John Moye
BARNES & THORNBURG LLP
3340 Peachtree Road, N.E., Suite 2900
Atlanta, Georgia 30326-1092
*Counsel for North Brook Industries, Inc. dba United Inn and Suites*

David H. Bouchard
FINCH McCRANIE, LLP
229 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30303
*Counsel for J.G.*

This 13th day of January, 2025.

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
*Attorney for Northfield Insurance Company*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

3