**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **J.G.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE** |
| | ) | **No. 1:20-cv-05233-SEG** |
| **NORTH BROOK INDUSTRIES,** | ) | |
| **INC. d/b/a UNITED INN AND** | ) | |
| **SUITES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER EXTENDING TIME FOR NORTHFIELD INSURANCE COMPANY TO FILE REPLY BRIEF

Upon consent of the parties and for good cause shown, the Court hereby GRANTS Northfield Insurance Company's consent motion for extension of time to file a reply brief in support of its Motion to Intervene (Doc. 147) through and including February 3, 2025.

IT IS SO ORDERED this _____ day of _____, 2025.


_____
Judge, United States District Court