# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **J.G.,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**NORTHBROOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES**<br><br>　　**Defendant.** | **Civil Action File No.**<br>**1:20-CV-05233-SEG** |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Audrey Smith-Roetto of the law firm Smith, Gambrell & Russell, LLP hereby enters her appearance as an additional attorney of record on behalf of Defendant in the above-captioned case. Counsel requests that she be copied on all future orders, notices, pleadings, and other papers filed or served in the case, at the addresses stated below.

This 13th day of January 2025.

        SMITH, GAMBRELL & RUSSELL, LLP

        */s/ Audrey D. Smith-Roetto*
        Audrey D. Smith-Roetto
        Georgia Bar No. 951173
        1105 W. Peachtree St. NE
        Suite 1000
        Atlanta, GA 30309-3592
        Tel: (404) 815-3500
        Fax: (404) 815-3509
        asmith-roetto@sgrlaw.com

        *Attorney for Defendant*

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the forgoing NOTICE OF ENTRY OF APPEARANCE has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

This 13th day of January 2025.

                                        SMITH, GAMBRELL & RUSSELL, LLP

                                        */s/ Audrey D. Smith-Roetto*
                                        Audrey D. Smith-Roetto
                                        Georgia Bar No. 951173
                                        1105 W. Peachtree St. NE
                                        Suite 1000
                                        Atlanta, GA 30309-3592
                                        Tel: (404) 815-3500
                                        Fax: (404) 815-3509
                                        asmith-roetto@sgrlaw.com

                                        *Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **J.G.,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **NORTHBROOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES** <br><br> **Defendant.** | **Civil Action File No.** <br> **1:20-CV-05233-SEG** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing NOTICE OF ENTRY OF APPEARANCE was filed with the Clerk of Court using the CM/ECF system, which will send an electronic copy of the foregoing to Plaintiff's attorneys of record:

David H. Bouchard
Richard W. Hendrix
W. Carl Lietz, III
Gabe Knisely
Oto U. Ekpo
FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500, International Tower
Atlanta, Georgia 30303
*Attorneys for Plaintiff*

Jonathan S. Tonge
Patrick J. McDonough
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiff*

This 13th day of January 2025.

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ Audrey D. Smith-Roetto*
Audrey D. Smith-Roetto
Georgia Bar No. 951173
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309-3592
Tel: (404) 815-3500
Fax: (404) 815-3509
asmith-roetto@sgrlaw.com

*Attorney for Defendant*