IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G.,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH BROOK INDUSTRIES, INC. d/b/a UNITED INN AND SUITES,<br><br>    Defendant. | CIVIL ACTION FILE<br>No. 1:20-cv-05233-SEG |

### ORDER EXTENDING TIME FOR NORTHFIELD INSURANCE COMPANY TO FILE REPLY BRIEF

Upon consent of the parties and for good cause shown, the Court hereby GRANTS Northfield Insurance Company's consent motion for extension of time to file a reply brief in support of its Motion to Intervene (Doc. 147) through and including February 3, 2025.

IT IS SO ORDERED this 14th day of January, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE