# FINCH McCRANIE, LLP

Attorneys At Law

| | | |
|---|---|---|
| NICOLE A. ARCHAMBAULT<br>DAVID H. BOUCHARD<br>EMMA R. CECIL<br>OTO U. EKPO<br>RICHARD W. HENDRIX<br>WALTER E. JOSPIN | 229 PEACHTREE STREET, N.E.<br>SUITE 2500<br>ATLANTA, GEORGIA 30303<br><br>(404) 658-9070<br>Facsimile: (404) 688-0649<br><br>*www.finchmccranie.com* | GABRIEL E. KNISELY<br>HARRISON W. KOHLER<br>W. CARL LIETZ, III<br>MICHAEL A. SULLIVAN<br><br>OF COUNSEL<br>LARRY D. THOMPSON |

February 14, 2025

Courtroom Deputy
U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

      Re:    *J.G. v. Northbrook Industries, Inc., d/b/a United Inn and Suites*
              (1:20-cv-05233-SEG)

Dear Courtroom Deputy:

      The undersigned is counsel for Plaintiff J.G. in the above-referenced matter, before Judge Sarah E. Geraghty in the Northern District of Georgia. This letter is to notify the Court pursuant to LR 83.1 (E)(5), ND Ga, that I will be out of the office February 28, 2025 through and including March 5, 2025. The purpose of the leave is family vacation. I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                                          Sincerely,

                                          */s/ Oto U. Ekpo*

                                          Oto U. Ekpo
                                          For FINCH MCCRANIE, LLP

OUE/tlw