IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Page Limit with Respect to Consolidated Motions *in Limine*. Upon consideration of the motion and supporting memorandum, and for good cause shown, the motion is hereby **GRANTED**. Plaintiff and Defendant may each have up to 30 pages for their respective consolidated motions *in limine* and supporting briefing.

SO ORDERED this ___ day of February, 2025.

_____
Sarah E. Geraghty
United States District Judge

Order prepared by:

__/s/ Dana M. Richens__
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia  30309
Telephone:  (404) 815-3659
Facsimile:  (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites