IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Page Limit with Respect to Consolidated Motions *in Limine*. Upon consideration of the motion and supporting memorandum, and for good cause shown, the motion is hereby **GRANTED**. Plaintiff and Defendant may each have up to 30 pages for their respective consolidated motions *in limine* and supporting briefing.

SO ORDERED this 21st day of February, 2025.

_____
Sarah E. Geraghty
United States District Judge