# Exhibit 1



# CODE ORDINANCE CITATION, SUMMONS AND ACCUSATION

DEKALB COUNTY, STATE OF GEORGIA    CITATION NUMBER  098091

| OWNER/BUSINESS NAME: | Northbrook Industries Inc/United Suites | | |
|---|---|---|---|
| NAME: | Shareef | Tahir | Muhammad |
| | LAST | FIRST | MIDDLE |
| ADDRESS: | 14130 | Pleasant Point Ln | |
| | NUMBER | STREET NAME | APARTMENT NO. |
| | Jacksonville | FL | 32225 |
| | CITY | STATE | ZIP CODE |
| Male | 01/01/1960 | S610-813-60-001-0 | FL |
| SEX | DOB | ID/LICENSE NUMBER | STATE   HEIGHT   WEIGHT |

THE UNDERSIGNED STATES THAT HE / SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE THAT THE PERSON NAMED HEREIN HAS COMMITED THE OFFENSE(S) HEREIN SET FORTH, CONTRARY TO LAW, IN THAT:

ON THE **30** DAY OF **March** 2017 AT **9:30:00 AM** IN UNINCORPORATED DEKALB COUNTY THE ABOVE DID COMMIT THE FOLLOWING OFFENSE:

CODE SECTION  **18-29.A**    TITLE OF SECTION  **Min. Enviromental, Occupancy and Space**

**REMARKS**
All exterior property areas and the interior of every dwelling shall be maintained in a clean and sanitary condition free from any accumulation of rubbish or garbage.

☐ Warning Notice Issued

PLACE OF OFFENSE:  **4649 Memorial Drive - Room #100**

THIS **30** DAY **March**, 2017

OFFICER / INSPECTOR  BADGE# (PRINT)   **White/11081**

YOU ARE HEREBY ORDERED TO APPEAR AT THE MAGISTRATE COURT OF DEKALB COUNTY GEORGIA LOCATED AT:
**3630 CAMP CIRCLE, DECATUR GA 30032**

ON THE **16** DAY OF **May** 2017 AT **2:00 pm**

I HAVE THIS DAY SERVED THE DEFENDANT, **Northbrook Industries Inc/United Suites**, A CORPORATION, PERSONALLY BY LEAVING THE FOREGOING CITATION, WITH **Tahir Shareef** AN OFFICER/AGENT OF SAID CORPORATION ON **4/14/2017**.

_____    (404) 695-1739    Officer J. Cockrell
VIOLATOR SIGNATURE    PHONE NUMBER    SERVING AGENT NAME / TITLE

NBI 000964