# Exhibit 2



# CODE ORDINANCE CITATION, SUMMONS AND ACCUSATION

DEKALB COUNTY, STATE OF GEORGIA          CITATION NUMBER  098092

OWNER/BUSINESS NAME: Northbrook Industries Inc/United Suites

NAME: Shareef (LAST)   Tahir (FIRST)   Muhammad (MIDDLE)

ADDRESS: 14130 (NUMBER)   Pleasant Point Ln (STREET NAME)   APARTMENT NO.

Jacksonville (CITY)   FL (STATE)   32225 (ZIP CODE)

SEX: Male   DOB: 01/01/1960   ID/LICENSE NUMBER: S610-813-60-001-0   STATE: FL   HEIGHT:   WEIGHT:

THE UNDERSIGNED STATES THAT HE / SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE THAT THE PERSON NAMED HEREIN HAS COMMITED THE OFFENSE(S) HEREIN SET FORTH, CONTRARY TO LAW, IN THAT:

ON THE 30 DAY OF March 2017 AT 9:30:00 AM IN UNINCORPORATED DEKALB COUNTY THE ABOVE DID COMMIT THE FOLLOWING OFFENSE:

CODE SECTION 18-31.H   TITLE OF SECTION Basic Sanitary and Comfort Facilities

REMARKS
In all dwellings, water lines, plumbing fixtures, vents, drains, stacks, waste and sewer lines shall be properly installed according to industry specifications and the Code of DeKalb County and maintained so as to function properly and shall be kept free from obstructions, leaks and defects.

☐ Warning Notice Issued

PLACE OF OFFENSE: 4649 Memorial Drive - Room #101

THIS 30 DAY March, 2017

OFFICER / INSPECTOR BADGE# (PRINT)   White/11081

YOU ARE HEREBY ORDERED TO APPEAR AT THE MAGISTRATE COURT OF DEKALB COUNTY GEORGIA LOCATED AT:

**3630 CAMP CIRCLE, DECATUR GA 30032**

ON THE 16 DAY OF May 2017 AT 2:00 pm

I HAVE THIS DAY SERVED THE DEFENDANT, Northbrook Industries Inc/United Suites, A CORPORATION, PERSONALLY BY LEAVING THE FOREGOING CITATION WITH Tahir Shareef, AN OFFICER/AGENT OF SAID CORPORATION ON 4/14/2017.

VIOLATOR SIGNATURE   PHONE NUMBER (404) 695-1739   SERVING AGENT NAME / TITLE Officer J. Cockrell

NBI 001229