# Exhibit 3



# CODE ORDINANCE CITATION, SUMMONS AND ACCUSATION

DEKALB COUNTY, STATE OF GEORGIA

CITATION NUMBER **098108**

| | |
|---|---|
| OWNER/BUSINESS NAME: | Northbrook Industries Inc/United Suites |
| NAME: | Shareef (LAST)   Tahir (FIRST)   Muhammad (MIDDLE) |
| ADDRESS: | 14130 (NUMBER)   Pleasant Point Ln (STREET NAME)   (APARTMENT NO.) |
| | Jacksonville (CITY)   FL (STATE)   32225 (ZIP CODE) |
| SEX: Male | DOB: 01/01/1960   ID/LICENSE NUMBER: S610-813-60-001-0   STATE: FL   HEIGHT:   WEIGHT: |

THE UNDERSIGNED STATES THAT HE / SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE THAT THE PERSON NAMED HEREIN HAS COMMITED THE OFFENSE(S) HEREIN SET FORTH, CONTRARY TO LAW, IN THAT:

ON THE **30** DAY OF **March** 2017 AT **9:30:00 AM** IN UNINCORPORATED DEKALB COUNTY THE ABOVE DID COMMIT THE FOLLOWING OFFENSE:

**CODE SECTION** 18-35.C   **TITLE OF SECTION** Building Interiors

**REMARKS**
All interior walls, ceilings and floors shall be structurally sound, in good repair, free from defects and painted or decorated.

☐ Warning Notice Issued

**PLACE OF OFFENSE:** 4649 Memorial Drive - Room #106

THIS **30** DAY **March**, 2017

OFFICER / INSPECTOR BADGE# (PRINT)   White/11081

**YOU ARE HEREBY ORDERED TO APPEAR AT THE MAGISTRATE COURT OF DEKALB COUNTY GEORGIA LOCATED AT:**

**3630 CAMP CIRCLE, DECATUR GA 30032**

ON THE **16** DAY OF **May** 2017 AT **2:00 pm**

I HAVE THIS DAY SERVED THE DEFENDANT, **Northbrook Industries Inc/United Suites**, A CORPORATION, PERSONALLY BY LEAVING THE FOREGOING CITATION WITH **Tahir Shareef** AN OFFICER/AGENT OF SAID CORPORATION ON **4/14/2017**.

VIOLATOR SIGNATURE   PHONE NUMBER: (404) 695-1739   SERVING AGENT NAME / TITLE: Officer J. Cockrell

**FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOU ARREST**

NBI 001231