# Exhibit 4

Message

| | |
|---|---|
| **From:** | Todd Surden [TSurden@maceywilensky.com] |
| **Sent:** | 5/3/2018 9:53:55 PM |
| **To:** | Tahir Shareef [mtshareef@gmail.com] |
| **Subject:** | FW: Northbrook Industries (United Inn); Citation Nos. 075365, et al. |

---

**From:** Todd Surden
**Sent:** Thursday, May 03, 2018 5:51 PM
**To:** 'Kemp, W. Thomas'
**Cc:** Scott, Karen K.; Bowers, Tessa M.; Reed, Dorothea
**Subject:** RE: Northbrook Industries (United Inn); Citation Nos. 075365, et al.

Tom,

My client advises that he has completed all of the repairs. Perhaps the County might inspect the hotel sooner rather than later in the event more needs to be done prior to the final hearing on May 22. Thanks.

THS

---

**From:** Kemp, W. Thomas [mailto:wtkemp@dekalbcountyga.gov]
**Sent:** Thursday, March 22, 2018 9:48 AM
**To:** Todd Surden
**Cc:** Scott, Karen K.; Bowers, Tessa M.; Reed, Dorothea
**Subject:** Re: Northbrook Industries (United Inn); Citation Nos. 075365, et al.

Dear Todd,

Thank you for your follow-up email message concerning Northbrook Industries ("United Inn") and thank you very much for your kind words. Like you, I remain hopeful that the property will be in compliance before the next court date on May 22, 2018.

As always, please call or email us with any questions or information about the property and we'll always do the same for you. I copied the Solicitor's Quality of Life team on this email message to keep all team members updated on the property.

Again, Todd, I remain hopeful that the property will be in compliance before the next court date. Thanks and take care,

Tom

--
W. Thomas Kemp, III
Senior Assistant Solicitor-General
Quality of Life Unit
Office of the Solicitor-General
556 N. McDonough Street, Suite 500
DeKalb County, Georgia 30030

On Mar 21, 2018, at 7:18 PM, Todd Surden <TSurden@maceywilensky.com> wrote:

Tom,

I hope all is well. Per our discussion at the last compliance hearing, I am following up with you regarding the remaining remediation work at the hotel. We are committed to completing all remaining work at the property by early May, in advance of what we hope is a final hearing on May 22, 2018. As the work is completed, we ask that you advise of any additional citations or outstanding issues regarding the property that should be addressed. We share your office's desire to put this matter behind us as expeditiously as possible. Thank you for all that you have done to ease this process thus far. The patience and responsiveness exhibited by you and those in your office has been most appreciated.

Best, THS

**Todd H. Surden | Partner**
5500 Interstate North Parkway, Suite 435 RiverEdge One | Sandy Springs, Georgia 30328
Direct 404.584.1210 | Fax 404.681.4355
tsurden@maceywilensky.com | www.maceywilensky.com



MACEY, WILENSKY & HENNINGS, LLP

CONFIDENTIALITY NOTICE

This e-mail transmission and the attachments accompanying it may contain confidential information from the law firm of Macey, Wilensky & Hennings, LLP, which is protected under the attorney-client privilege and/or work product privilege doctrine(s). The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of the transmission.

To ensure compliance with IRS Circular 230, any U.S. federal tax advice provided in this communication is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer (i) for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or (ii) in promoting, marketing or recommending to another party a partnership or other entity, investment plan, arrangement or other transaction addressed herein.