# Exhibit 5



# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA
### Receipt # 179349

DEKALB COUNTY STATE COURT
3630 CAMP CIRCLE
DECATUR, GEORGIA

**Received From:**
NORTHBROOK INDUSTRIES INC/UNITED SUITES
TAHIR MUHAMMAD SHAREEF
14130 PLEASANT POINT LANE

**On Behalf Of:**
NORTHBROOK INDUSTRIES INC/UNITED SUITES
TAHIR MUHAMMAD SHAREEF, 14130 PLEASANT POINT LANE
JACKSONVILLE, FL 32225

On: 6/5/18  2:44 pm
Transaction # 2787569
Cashier: F.C.

**PLEASE ALLOW 1-3 BUSINESS DAYS FOR BENCH WARRANT RECALLS:** A warrant may still be listed in the Georgia Criminal Information Center ("GCIC") as being active, until the recall process is complete. Prior to the recall being completed you are at risk of being arrested on the bench warrant. Please keep this receipt for your records in the event of arrest.

NBI 002286

| PAYMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
| CHECK | | OK | 60345.00 | 0.00 | 0.00 | 0.00 | 60345.00 |
| | | Payments Total: | 60345.00 | 0.00 | 0.00 | 0.00 | 60345.00 |

NBI 002288.0257