# Exhibit 6

**BREAKING NEWS**

Cobb audit adds 400 ballots to election results



It's worth knowing what's really going on.
Subscribe today for 99¢.



DeKalb News: Extended stay hotel inspections lead to 2,397 citations

NEWS | Feb 20, 2019

By Tia Mitchell, The Atlanta Journal-Constitution

Advertisement

Twelve extended stay hotels in DeKalb County accumulated 2,397 code enforcement citations during 2018, according to a report provided to the county commission.

Advertisement

These hotels paid a combined $168,395 in fines for violating county fire, health and building codes. The Code Enforcement division said five of the hotels are now in compliance, and another is in the process of completing an action plan.

Four of the hotels have either closed or are in the process of shutting down.

Article continues below



By Northside Hospital

Advertiser Content

## Telling the difference between flu and COVID

ADVERTISING

The worst offender was United Inn and Suites in Decatur, which paid $60,345 in fines after receiving 447 citations last year. It was among four hotels along Memorial Drive that made the list.

Some of the 2,397 citations written in 2018 were carried over from cases that began the year prior. One facility, Haven Hotel in Stone Mountain, received a combined 793 citations during that two-year stretch.

PLAINTIFF-024383(UI&S)

Both Haven Hotel and United Inn and Suites are now in compliance with all code enforcement policies, the report said.

## In Other News

**NEWS**
Lawsuit: MARTA security failed when woman was pushed onto tracks

**NEWS**
Romaine lettuce sold at more than 1,000 Walmart stores recalled due to...

**NEWS**
Ulta Beauty to open dozens of shops at Target stores

**NEWS**
LSU football player alleges Baton Rouge officers 'violated' him

**NEWS**
Newnan man suspected of killing 6 people knew his victims, cops say

**NEWS**
Was Alexander Hamilton a slave owner? New research suggests he was

**NEWS**
17-year-old charged with murder in teen's shooting at Cobb apartment

**NEWS**
2020 has been a deadly year for youths in metro Atlanta

CONTENT BY

*Daily Finance Stories* | Sponsored
David Muir Is Happily Married To His Partner

*thedelite.com* | Sponsored
Shortest Men In Hollywood: Their Real Height

*$69.99 - Ann Taylor* | Sponsored

Ann Taylor Leopard Print Ann Cardigan Size 2XS Winter White Women's

**InsHunter** | Sponsored
Georgia Launches New Policy For Cars Used Less Than 50 Miles/Day

**InstantHub** | Sponsored
Federal Program Will Pay Off Your Home If You Live In Or Close To Atlanta



Sign up for our newsletters

About
Contact Us
Subscriptions
Our Products

 

© 2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about Careers at Cox Enterprises.

PLAINTIFF-024385(UI&S)