# Exhibit 7

Message

---

**From:**      tahir shareef [mtshareef@gmail.com]
**Sent:**      8/17/2017 12:23:53 AM
**To:**        Strickler, Kelly J. (TD) (FBI) [kjstrickler@fbi.gov]
**Subject:**   Re: Mailing ListForFBI

No problem, I am glad that I can help.

On Wed, Aug 16, 2017 at 8:20 PM, Strickler, Kelly J. (TD) (FBI) <kjstrickler@fbi.gov> wrote:
  Thanks so much!

  KJ Strickler
  Special Agent
  FBI Atlanta -C2
  404-922-1412
  Kjstrickler@fbi.gov

  -------- Original message --------
  From: tahir shareef <mtshareef@gmail.com>
  Date: 8/16/17 7:44 PM (GMT-05:00)
  To: "Strickler, Kelly J. (TD) (FBI)" <kjstrickler@fbi.gov>
  Subject: Re: Mailing ListForFBI

  Hi Kelly,

  I hope this will be helpful for you . This shows  Name with the Room number.

  Tahir

On Wed, Aug 16, 2017 at 2:18 PM, Strickler, Kelly J. (TD) (FBI) <kjstrickler@fbi.gov> wrote:
  Hello Mr. Shareef,

  I am not seeing the rooms that the individuals stayed in. Can you please send a document that shows which
  rooms each individual was in on those dates?

  Thank you,

  KJ

NBI 002554

*KJ Strickler*
*Special Agent*
*FBI Atlanta - C2*
*404-922-1412*
*kjstrickler@fbi.gov*

**From:** tahir shareef <mtshareef@gmail.com>
**Sent:** Tuesday, August 15, 2017 4:21:24 PM
**To:** Strickler, Kelly J. (TD) (FBI)
**Cc:** Ashar Islam
**Subject:** Mailing ListForFBI

Dear Kelly , kellyjo.strickler@ic.fbi.gov

Please see attached Mailing List for all the Guests Check in and check out for the the month of July 19th 2017 to July 22nd 2017. This List shows  Name ,Address,check inn and  check out date. Manager report showing how much Payment they made. I hope this will help to find the rite person. Please let me know if I can do anything else.

Sincerely

*Tahir Shareef*

*United Inn & Suites*
*404 836 8100 Decatur GA*

-
Sincerely

*Tahir Shareef*

*United Inn & Suites*
*404 836 8100 Decatur GA*