# Exhibit 10

# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 12-060544

| Field | Value |
|---|---|
| Incident Type | 16-11-39.1 (5309) HARASSING PHONE CALLS 16-11-39.1 |
| Counts | 1 |
| Incident Code | 5309 |
| Offense Jurisdiction | COUNTY |
| Arrest Jurisdiction | |
| Premise Type | UNITED INN |
| Weapon Type | |
| Forcible | N |
| Stranger To Stranger | Y |
| Hate Motivated | |
| Loc Code | 551 |
| Date Report | 5/30/2012 9:02:00 PM |
| Incident Start | 5/29/2012 10:02:00 PM |
| Incident End | 5/30/2012 8:33:00 PM |
| Incident Location | 4649 MEMORIAL DR 320 STONE MOUNTAIN GA |

## VICTIM

| Field | Value |
|---|---|
| Name (Last, First Middle) | KNIGHT, HILLARY |
| DOB | -1991 |
| Age | 21 |
| Sex | F |
| Race | W |
| Address | 2969 SANDSTONE TRL SW MARIETTA GA |
| HGT | 506 |
| WGT | 147 |
| Victim Type | Individual |
| Student | No |
| Injuries | None |
| Relationship To Offenders | (1) RELATIONSHIP UN |
| Offenses Involved | (1) 5309 |

## OFFENDER

| Field | Value |
|---|---|
| Name | UNKNOWN, DON |
| Sex | M |
| Race | U |
| WGT | 0 |
| Occupation | UNKNOWN OR NOT STAT |

WANTED: ☐  WARRANT: ☐  ARREST: ☐  SUSPECT ARMED: U  WEAPON:
TOTAL NUMBER ARRESTED: 0  ARREST AT OR NEAR OFFENSE SCENE: No ☑

## PROPERTY

| | STOLEN | RECOVERED |
|---|---|---|
| VEHICLES | $0.00 | $0.00 |
| CURRENCY, NOTES, ETC | $0.00 | $0.00 |
| JEWELRY, PREC. METALS | $0.00 | $0.00 |
| FURS | $0.00 | $0.00 |
| CLOTHING | $0.00 | $0.00 |
| OFFICE EQUIP. | $0.00 | $0.00 |
| TV, RADIO, ETC | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $0.00 | $0.00 |
| FIREARMS | $0.00 | $0.00 |
| CONSUMABLE GOODS | $0.00 | $0.00 |
| LIVESTOCK | $0.00 | $0.00 |
| OTHER | $0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 |

GCIC ENTRY: ☐ WARRANT ☐ MISSING PERSONS ☐ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER: ☐ YES ☑ NO

REQUIRED DATA FIELDS FOR CLEARANCE REPORT: ☐ CLEARED BY ARREST ☐ EXCEPTIONALLY CLEARED ☐ UNFOUNDED  DATE OF CLEARANCE  ☐ ADULT ☐ JUVENILE

**REPORTING OFFICER:** N K POOLE  **NUMBER:** 2992  **APPROVING OFFICER:**

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>12-060544 |
|---|---|

| Officer ID/Name: | Date: | Approving Officer ID/Name: | Date: |

Title:   INITIAL REPORT

On May 30, 2012, at approximately 2044 hours, I responded to 4649 Memorial Dr. at the United Inn & Suites, room 320 in reference to a harassing communications call. Upon arrival I spoke with the complainint, Ms. Hillary Knight, who advised me that she has been receiving unwanted messages regarding her performing sexual acts in exchange for money via handwritten messages and telephone.

Ms. Knight advised the written message was placed on her door on Tuesday, May 29, 2012 between 1900 hours and 1930 hours. The phone calls started on Tuesday, May 29, 2012 around 2100 hours and she received the last phone call on this date around 2000 hours.

Ms. Knight was given a case number.

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200 | Case #:<br>12-060544 |
|---|---|

PLAINTIFF-024275(UI&S)