# Exhibit 11

# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 19-027075

## EVENT

| Incident Type: | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-8-2 (2404) Theft by taking - automobile | 1 | 2404 | COUNTY | |
| 8-6-10 Addational Information | 1 | NONC | COUNTY | |

| Premise Type: | Weapon Type: | Forcible: | Stranger To Stranger: | Hate Motivated: | Loc Code: |
|---|---|---|---|---|---|
| RESIDENCE | | N | Y | ☐ | 570 |

| Date Report: | Incident Start: | Incident End: | Incident Location: |
|---|---|---|---|
| 3/24/2019 9:31:08 PM | 3/24/2019 12:00:01 AM | 3/24/2019 11:00:00 AM | 4649 MEMORIAL DR 219 DECATUR GA |

## VICTIM

| Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| HARPER, LAWRENCE EDWARD | | ███-1954 | 65 | M | B | U |

| Address | Home #: | Work #: | Cell #: | Email: |
|---|---|---|---|---|
| 4649 MEMORIAL DR 219 DECATUR GA 30034- | | | ███ | |

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|
| | RESIDENT | 509 | 210 | | | BALD(ING) | BROWN | 058289228 | GA |

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|

**Victim Type:** Individual
**Student:** Yes ☐ No ☑
**If Yes, Name of Victim's School:**
**LEOKA Activity Type:**
**LEOKA Assignment Type:**

**Injuries:** ☑ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other
**Used:** ☐ Drugs ☐ Alcohol ☐ Computer

**SMTs:**

**Relationship To Offenders:**
(1) STRANGER (2) (3) (4) (5)
(6) (7) (8) (9) (10)

**Offenses Involved:**
(1) 2404 (2) (3) (4) (5)
(6) (7) (8) (9) (10)

## OFFENDER

| Name: | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| UNKNOWN, UNKNOWN | | 00 | 42 | F | W | |

| Address | Home Phone: | Work Phone: | Cell Phone: | Email: |
|---|---|---|---|---|

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|

**SMTs:**

**Offenses Involved:**
(1) 16-8-2 (2404) Theft by taking - automobile  2404 (2)
(3) (4)
(5) (6)
(7) (8)
(9) (10)

| WANTED: ☐ | WARRANT: ☐ | ARREST: ☐ | SUSPECT ARMED: | WEAPON: | Used: ☐ Drugs ☐ Alcohol ☐ Computer |
|---|---|---|---|---|---|

**TOTAL NUMBER ARRESTED:** 0   **ARREST AT OR NEAR OFFENSE SCENE:** Yes ☐ No ☑

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $5,000.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $5,000.00 | $0.00 | $0.00 | $0.00 |

| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
|---|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |

## ADM

**GCIC ENTRY** ☐ WARRANT ☐ MISSING PERSONS ☑ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER
☐ YES ☑ NO
☐ 1 - Amphetamine ☐ 2 - Barbiturate ☐ 3 - Cocaine ☐ 4 - Hallucinogen ☐ 5 - Heroin
☐ 6 - Marijuana ☐ 7 - Methamphetamine ☐ 8 - Opium ☐ 9 - Synthetic Narcotic ☐ U - Unknown

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT ☐ CLEARED BY ARREST ☐ EXCEPTIONALLY CLEARED ☐ UNFOUNDED  DATE OF CLEARANCE  ☐ ADULT ☐ JUVENILE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| Cummings j j | 3351 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DEKALB COUNTY POLICE DEPARTMENT** <br> **GA0440200** <br> INCIDENT VEHICLES | | | | | | Case #: <br> 19-027075 |
| ■ STOLEN | TAG NUMBER <br> RQY2535 | STATE <br> GA | YEAR <br> 2020 | V.I.N. <br> WDBUF87X47B169064 | | TYPE <br> 2 OR 4 DOOR SEDAN (PASSENGER) |
| ☐ RECOVD | YEAR <br> 2007 | MAKE <br> MERCEDES BE | MODEL <br> E350 | STYLE <br> 4D 4 DOOR | COLOR <br> White | RELATED TO <br> HARPER, LAWRENCE EDWARD |
| ☐ SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐ | MAN. ☐ | INSURED BY <br> Progressive | |
| OWNER | | | ADDRESS | | | PHONE |
| INVENTORY ☐ | INVENTORY DATE | | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
| ☐ STOLEN | TAG NUMBER <br> RQY2535 | STATE <br> GA | YEAR <br> 2020 | V.I.N. <br> WDBUF87X47B169064 | | TYPE <br> 2 OR 4 DOOR SEDAN (PASSENGER) |
| ■ RECOVD | YEAR <br> 2007 | MAKE <br> MERCEDES BE | MODEL <br> E350 | STYLE <br> 4D 4 DOOR | COLOR <br> White | RELATED TO <br> HARPER, LAWRENCE EDWARD |
| ☐ SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐ | MAN. ☐ | INSURED BY <br> Progressive | |
| OWNER | | | ADDRESS | | | PHONE |
| INVENTORY ☐ | INVENTORY DATE | | STORED AT <br> South DeKalb 770 482 33 | SECURED | DATE SECURED | RELEASED TO OTHER |
| ☐ STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
| ☐ RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | RELATED TO |
| ☐ SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐ | MAN. ☐ | INSURED BY | |
| OWNER | | | ADDRESS | | | PHONE |
| INVENTORY ☐ | INVENTORY DATE | | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
| ☐ STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
| ☐ RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | RELATED TO |
| ☐ SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐ | MAN. ☐ | INSURED BY | |
| OWNER | | | ADDRESS | | | PHONE |
| INVENTORY ☐ | INVENTORY DATE | | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
| ☐ STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
| ☐ RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | RELATED TO |
| ☐ SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐ | MAN. ☐ | INSURED BY | |
| OWNER | | | ADDRESS | | | PHONE |
| INVENTORY ☐ | INVENTORY DATE | | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER |
| ☐ STOLEN | TAG NUMBER | STATE | YEAR | V.I.N. | | TYPE |
| ☐ RECOVD | YEAR | MAKE | MODEL | STYLE | COLOR | RELATED TO |
| ☐ SUSPECTS | MOTOR SIZE (CID) | | AUTO TRANS ☐ | MAN. ☐ | INSURED BY | |
| OWNER | | | ADDRESS | | | PHONE |
| INVENTORY ☐ | INVENTORY DATE | | STORED AT | SECURED | DATE SECURED | RELEASED TO OTHER> |

PLAINTIFF-024342(UI&S)

| DEKALB COUNTY POLICE DEPARTMENT GA0440200 INCIDENT PROPERTY | | Case #: 19-027075 |
|---|---|---|

| Class: A | Description: Vehicles | Status: S |
|---|---|---|
| Make: MERCEDES BENZ | Model: E350 | Serial: WDBUF87X47B169064 |

| Property Location: | QTY: 1 | Value: $5,000.00 | UCR Code: 2404 |
|---|---|---|---|

| Related To: HARPER, LAWRENCE EDWARD | Date Recovered: | Recovery Code: | Jurisdiction Stolen: 2 | Jurisdiction Recovered: |
|---|---|---|---|---|

| Class: A | Description: Vehicles | Status: R |
|---|---|---|
| Make: MERCEDES BENZ | Model: E350 | Serial: WDBUF87X47B169064 |

| Property Location: South DeKalb 770 482 3379 | QTY: 1 | Value: $5,000.00 | UCR Code: 2404 |
|---|---|---|---|

| Related To: HARPER, LAWRENCE EDWARD | Date Recovered: 6/25/2019 | Recovery Code: 1 | Jurisdiction Stolen: 2 | Jurisdiction Recovered: 2 |
|---|---|---|---|---|

| Class: | Description: | Status: |
|---|---|---|
| Make: | Model: | Serial: |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|

| Class: | Description: | Status: |
|---|---|---|
| Make: | Model: | Serial: |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|

| Class: | Description: | Status: |
|---|---|---|
| Make: | Model: | Serial: |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|

| Class: | Description: | Status: |
|---|---|---|
| Make: | Model: | Serial: |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|

| Class: | Description: | Status: |
|---|---|---|
| Make: | Model: | Serial: |

| Property Location: | QTY: | Value: | UCR Code: |
|---|---|---|---|

| Related To: | Date Recovered: | Recovery Code: | Jurisdiction Stolen: | Jurisdiction Recovered: |
|---|---|---|---|---|

| **DEKALB COUNTY POLICE DEPARTMENT**<br>**GA0440200**<br>NARRATIVE | Case #:<br>19-027075 |
|---|---|

| Officer ID/Name: | | Date: | Approving Officer ID/Name: | | Date: |
|---|---|---|---|---|---|
| 3351 | Cummings j j | 3/24/2019 10:51:35 PM | 2150 | Cole c e | 3/24/2019 10:55:39 PM |

| Title: | INITIAL REPORT |
|---|---|

Suspect 1: White female, "Sassy", 5'06", 190, brown hair, 42-43 years of age

On 3/24/2019, at approximately 9:20 pm, I responded to 4649 Memorial Dr. (United Inn and Suites), in reference to a stolen vehicle.

Upon my arrival I met with Mr. Lawrence. Mr. Lawrence advised that Suspect 1 has been staying with him since last Thursday (3/21/2019). Mr. Lawrence advised that Suspect 1 is a prostitute and he does not know her information. Mr. Lawrence advised that he last saw his vehicle on 3/23/2019 around 11:30pm-12:00am at 4649 Memorial Dr. Mr. Lawrence advised that Suspect 1 asked him to drive her to a place but he advised he would do it in the morning. Mr. Lawrence advised when he woke up on 3/24/2019 at 11:00 am, he noticed that Suspect 1 was missing as well as his key and vehicle.
Mr. Lawrence advised that he has not been able to get in touch with Suspect 1. Mr. Lawrence advised that he believes that his vehicle might be in the Flat Shoals and I-285 area.

Det. Moore #9505 was notified of the incident.

Mr. Lawrence was given a case number. Recording made via Body Worn.

| **DEKALB COUNTY POLICE DEPARTMENT**<br>**GA0440200**<br>NARRATIVE | Case #:<br>19-027075 |
|---|---|
| Officer ID/Name: 3351  Cummings j j    Date: 3/25/2019 12:06:28 AM | Approving Officer ID/Name: 2150  Cole c e    Date: 3/25/2019 2:39:03 PM |
| Title:       SUPPLEMENTAL NARRATIVE | |

Report Date:
Reporting Officer: -
Approving Officer: -

Mr. Lawrence later called and advised over the phone that Suspect 1's phone number is 678-651-5129. Recording made via Body Worn.

PLAINTIFF-024345(UI&S)