# Exhibit 12

# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 14-071126

| Incident Type | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-6-9 (4004) PROSTITUTION 16-6-9 | 1 | 4004 | COUNTY | COUNTY |

| Premise Type | Weapon Type | Forcible | Stranger To Stranger | Hate Motivated | Loc Code |
|---|---|---|---|---|---|
| United Inn & Suites | | N | Y | ☐ | 541 |

| Date Report | Incident Start | Incident End | Incident Location |
|---|---|---|---|
| 7/16/2014 5:36:00 PM | 7/16/2014 5:36:00 PM | 7/16/2014 6:30:00 PM | 4649 Memorial DR 326 Decatur GA |

## VICTIM

Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity:

Address: | Home #: | Work #: | Cell #: | Email:

SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State:

Occupation: | Employer: | Address: | Employer Phone:

Victim Type: | Student: Yes ☐ No ☐ | If Yes, Name of Victim's School: | LEOKA Activity Type: | LEOKA Assignment Type:

Injuries: ☐ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other    Used: ☐ Drugs ☐ Alcohol ☐ Computer

SMTs:

Relationship To Offenders: (1)___ (2)___ (3)___ (4)___ (5)___ (6)___ (7)___ (8)___ (9)___ (10)___

Offenses Involved: (1)___ (2)___ (3)___ (4)___ (5)___ (6)___ (7)___ (8)___ (9)___ (10)___

## OFFENDER

**Name:** Duff, Janine Andrea | **Moniker:** | **DOB:** -1986 | **Age:** 27 | **Sex:** F | **Race:** B | **Ethnicity:** N

**Address:** 2488 Lakewood AVE Atlanta GA 30315- | Home Phone: | Work Phone: | Cell Phone: | Email:

**SSN:** [redacted] | **Resident Status:** RESIDENT | **HGT:** 504 | **WGT:** 160 | **Hair Color:** BLACK | **Hair Style:** STRAIGHT | **Hair Length:** LONG | **Eye Color:** BROWN | **OLN #:** D100-421-86-963-1 | **State:** FL

**Occupation:** UNKNOWN OR NOT STAT | Employer: | Address: | Employer Phone:

SMTs:

1) 16-6-9 (4004) PROSTITUTION 16-6-9    Offenses Involved: 4004

WANTED: ☐  WARRANT: ☐  ARREST: ☒  SUSPECT ARMED: U  WEAPON:    Used: ☐ Drugs ☐ Alcohol ☐ Computer

TOTAL NUMBER ARRESTED: 1   ARREST AT OR NEAR OFFENSE SCENE: Yes ☒ No ☐

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |

| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
|---|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## ADM.

GCIC ENTRY: ☐ WARRANT ☐ MISSING PERSONS ☐ VEHICLE ☐ ARTICLE ☐ BOAT ☐ GUN ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER: ☐ YES ☒ NO
☐ 1 - Amphetamine ☐ 2 - Barbiturate ☐ 3 - Cocaine ☐ 4 - Hallucinogen ☐ 5 - Heroin
☐ 6 - Marijuana ☐ 7 - Methamphetamine ☐ 8 - Opium ☐ 9 - Synthetic Narcotic ☐ U - Unknown

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT: ☒ CLEARED BY ARREST ☐ EXCEPTIONALLY CLEARED ☐ UNFOUNDED   DATE OF CLEARANCE: 07-16-2014   ☒ ADULT ☐ JUVENILE

REPORTING OFFICER: E MCCOWN   NUMBER: 2722   APPROVING OFFICER:   NUMBER:

PLAINTIFF-024276(UI&S)

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>14-071126 |
|---|---|

| Officer ID/Name: | Date: | Approving Officer ID/Name: | Date: |

Title: INITIAL REPORT

On Wednesday, July 16, 2014, the DeKalb County Police Department's Vice Unit conducted a police operation targeting females that engage in acts of prostitution by advertising escort services on backpage.com. At approximately 5:36 PM I called a female that posted an advertisement on backpage.com. The first picture of the ad was of a topless black female exposing her breasts but covering her nipples with her hands. The female was later identified to be Ms. Janine Duff.

I called Ms. Duff and said that I wanted to spend thirty minutes with her. She said okay and told me that she was in a hotel on Memorial Drive near Interstate 285. I asked her exactly where she was and she told me that she would text me her address. As soon as we got off the phone she text me, "United In 4649 memorial drive decatur ga 30032." That is the address to the United Inn & Suites, a hotel on Memorial Drive.

About thirty minutes later I called Ms. Duff and told her that I was driving into the parking lot of the hotel. She told me that she was in Room 326.

Approximately three minutes later I knocked on the door, and Ms. Duff, the same person that was featured in the backpage.com advertisement, answered the door wearing lingerie. I entered the room and Ms. Duff told me that thirty minutes of her time would cost me $60. I said okay and took out three twenty dollar bills from the Official DeKalb County Investigative Fund. I asked Ms. Duff I could have "everything" for the $60 and she said yes. She then asked me what I meant by everything, and said that she didn't have anal sex. I said, "Okay, head and pussy then?" She said yes. ("Head" and "Pussy" means Oral Sex and Vaginal Sex respectively.)

Ms. Duff then said that I was paying for her time and companionship. While we were talking I saw a dresser drawer full of condoms.

I handed Ms. Duff the three twenty dollar bills and she put them in her dresser drawer. Shortly after she took the money she was taken into custody for the crime of prostitution.

Detective M. Johnson, #2183, found the money that I gave Ms. Duff in the top dresser drawer amidst the condoms. Sgt. H.L. Brannon, #1911, was in the room and saw two fifty dollar bills behind the television. Ms. Duff said that she wanted to take her money with her to jail, and Sgt. Brannon thought that she meant that money. He picked up two fifty dollar bills and knew immediately that they were counterfeit due to the texture of the money. He looked at the serial numbers on both fifty dollar bills and noticed that they were both the same, "IB 60911663A."

Sgt. Brannon asked Ms. Duff where she got the money from. She said that she received the money from one of her clients, who passed it off on her. Sgt. Brannon took possession of the money and gave it to Detective McCown. It was placed into the property room as evidence.

PLAINTIFF-024277(UI&S)