# Exhibit 13

# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

Case #: 14-073678

## EVENT

| Field | Value |
|---|---|
| Incident Type | PROSTITUTION 16-6-9 |
| Counts | 1 |
| Incident Code | 4004 |
| Offense Jurisdiction | COUNTY |
| Arrest Jurisdiction | |
| Premise Type | UNITED INN & SUITE |
| Weapon Type | 03 |
| Forcible | Y |
| Stranger To Stranger | N |
| Hate Motivated | |
| Loc Code | 561 |
| Date Report | 7/23/2014 3:25:00 PM |
| Incident Start | 7/23/2014 3:15:00 PM |
| Incident End | 7/23/2014 3:20:00 PM |
| Incident Location | 4649 MEMORIAL DR 239 DECATUR GA |

## VICTIM

| Field | Value |
|---|---|
| Name (Last, First Middle) | SAMUELS, DAMEKIA BRENDA |
| DOB | -1995 |
| Age | 19 |
| Sex | F |
| Race | B |
| Ethnicity | N |
| Address | 3908 PINEHURST VALLEY DR DECATUR GA 30034- |
| Resident Status | RESIDENT |
| HGT | 501 |
| WGT | 156 |
| Hair Color | BLACK |
| Hair Style | WAVEY |
| Hair Length | MEDIUM |
| Eye Color | BROWN |
| OLN # | 057987333 |
| State | GA |
| Victim Type | Individual |
| Student | No |
| Injuries | None |
| Relationship To Offenders (1) | OTHERWISE KNOW |
| Offenses Involved (1) | 4004 |

## OFFENDER

Name: Unknown
WGT: 0

## Property

| Type | Stolen | Recovered |
|---|---|---|
| VEHICLES | $0.00 | $0.00 |
| CURRENCY, NOTES, ETC | $0.00 | $0.00 |
| JEWELRY, PREC. METALS | $0.00 | $0.00 |
| FURS | $0.00 | $0.00 |
| CLOTHING | $0.00 | $0.00 |
| OFFICE EQUIP. | $0.00 | $0.00 |
| TV, RADIO, ETC | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $0.00 | $0.00 |
| FIREARMS | $0.00 | $0.00 |
| CONSUMABLE GOODS | $0.00 | $0.00 |
| LIVESTOCK | $0.00 | $0.00 |
| OTHER | $0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 |

WANTED: WARRANT: ARREST: SUSPECT ARMED: Y  WEAPON: HANDS
TOTAL NUMBER ARRESTED: 0  ARREST AT OR NEAR OFFENSE SCENE: No

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? NO

REPORTING OFFICER: N H WILLIAMS  NUMBER: 2735

| DEKALB COUNTY POLICE DEPARTMENT GA0440200 NARRATIVE | Case # 14-073678 |
|---|---|
| Officer ID\Name: | Date: | Approving Officer ID\Name: | Date: |

Title: INITIAL REPORT

On 7/23/2014 at 3:36pm I was dispatched to 4649 Memorial Dr. United Inn and Suites room 239 for a rape call.

See supplemental report for further information.

PLAINTIFF-024279(UI&S)

| DEKALB COUNTY POLICE DEPARTMENT GA0440200 NARRATIVE | Case #: 14-073678 |
|---|---|
| Officer ID/Name:    Date:    Approving Officer ID/Name: | Date: |

Title: SUPPLEMENTAL NARRATIVE

Suspect#1- Street name "E". 30 year old, light skinned black male, Height 5' 10" 165-170lbs clean shaved, short hair, tattoo on left side of his face near or in hair line, wearing a grey short sleeve shirt and green cargo shorts.

On 7/23/2014 at 3:36pm I was dispatched to 4649 Memorial Dr. United Inn and Suites room 239 for a rape call. I made contact with victim Damekia Samuels, who stated Suspect#1 raped her at 3:15pm. Ms. Samuels showed me her cell phone that had text messages from suspect#1. The messages read "(Him)Baby girl I want you to deep throat this dick and let your druel drop down to my balls while you rub them. (Him) how about $50. (Her) kool. (Him) ok. (Her) where u at cuz im by myself." She said when he got there "his dick was hard and he was ready to go". Both suspect#1 and Ms. Samuels took all of their own clothes off. She asked him if he had the money, he stated I don't have it with me it's in the car. I can go get it when were done. She said "He had a condom ready and put it on. He then forced me onto the bed and bent me over, faced down with my ASS in the air, and my face shoved into the pillow. He fucked me hard and fast. He stuck his dick into me, NOT my ASS! MY VAGINA!" She said it lasted only five minutes. He then told her I didn't know my account was over drawn and he had no money. She said he ran to the bathroom and flushed the toilet. He got dressed real fast and ran out the door. She followed him but was unable to catch him. She then called the police. She had received another text from "E", "stating I don't have the money now and that I will get U next time." She advised me that she only know him as "E" and that they had sex for money two other times within a months' time frame, prior to this event. Ms. Samuels was seen by EMS but refused treatment. She was given a case number and instructions on how to obtain a report.

Med. 79 responded but did not transport. SVU DET. Russell #973 and Sgt. Love were notified and responded. They made contact with Ms. Samuels for further investigation. Per Sgt. Love the report name was changed to prostitution

PLAINTIFF-024280(UI&S)