# Exhibit 14

# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

Case #: 15-079333

**EVENT**

| Field | Value |
|---|---|
| Incident Type | 16-6-9 (4004) Prostitution |
| Counts | 1 |
| Incident Code | 4004 |
| Offense Jurisdiction | COUNTY |
| Arrest Jurisdiction | COUNTY |
| Premise Type | COMMERCIAL |
| Weapon Type | |
| Forcible | N |
| Stranger To Stranger | Y |
| Hate Motivated | |
| Loc Code | 250 |
| Date Report | 8/12/2015 2:00:00 PM |
| Incident Start | 8/12/2015 |
| Incident End | 8/12/2015 |
| Incident Location | 4649 Memorial Drive Stone Mountain GA |

**VICTIM**

- Name: State of Georgia
- Address: Tucker Tucker GA 30084-
- Victim Type: Government
- Student: No
- Injuries: None
- Offenses Involved: (1) 4004

**OFFENDER**

- Name: Smith, Tonisha Vernice
- DOB: [redacted]-1992
- Age: 23
- Sex: F
- Race: B
- Ethnicity: N
- Address: 1428 Stone Ray Drive Atlanta GA 30331-
- Resident Status: RESIDENT
- HGT: 507
- WGT: 175
- Hair Color: BROWN
- Hair Style: UNKNOWN
- Hair Length: MEDIUM
- Eye Color: BROWN
- OLN #: 058883809
- State: GA
- Offenses Involved: (1) 16-6-9 (4004) Prostitution — 4004

ARREST: ✓   SUSPECT ARMED: N
TOTAL NUMBER ARRESTED: 1
ARREST AT OR NEAR OFFENSE SCENE: No ✓

**PROPERTY**

All property values (Vehicles, Currency, Jewelry, Furs, Clothing, Office Equip, TV/Radio, Household Goods, Firearms, Consumable Goods, Livestock, Other, Total — Stolen and Recovered): $0.00

**ADM / DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? NO ✓

**CLEAR**

- CLEARED BY ARREST ✓
- DATE OF CLEARANCE: 08-12-2015
- ADULT ✓

REPORTING OFFICER: Schofield t s — NUMBER: 2876
APPROVING OFFICER: Brannon h l — NUMBER: 1911

PLAINTIFF-024281(UI&S)

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | Case #:<br>15-079333 |
|---|---|

| Officer ID/Name | Date | Approving Officer ID/Name | Date |
|---|---|---|---|
| 2876  Schofield t s | 8/13/2015 6:30:00 PM | 1911  Brannon h l | |

| Title: | INITIAL REPORT |
|---|---|

On the afternoon of August 12, 2015 The DeKalb County Police Vice Unit conducted a prostitution operation at 4649 Memorial Drive (United Inn and Suites Hotel). While working in an undercover capacity along with Officer C. King #2984, I (Detective T.S. Schofield #2876) made contact with a female via telephone after locating an advertisement on website "backpage.com." The backpage advertisement displayed exotics picture of a black female and telephone number (█████████) listed underneath.

Upon myself and Officer C. King #2984 meeting the female later identified as (Tonisha Smith). Ms. Smith and I conversed verbally and through text via telephone about meeting up. The conversation entailed when she would be available, where she's located, prices of her services, etc. Ms. Smith advised that she was located at 4649 Memorial Drive (United Inn and Suites in room #101). In addition, she would be available at 4:00p.m and for an hour of sexual intercourse the price would be $150 (for two people).

I told her verbally that I would be bringing my boyfriend and that I would call her once we were approaching the exit. Approximately 15 minutes later, I called Ms. Smith via cellular phone and told her that we were approaching the hotel. Ms. Smith stated that she was in traffic due to an accident and that she would be at the hotel shortly. She later texted via telephone asking kind of vehicle I was driving and stated that she was in a silver Honda.

Moments later, Officer C. King #2984 and I observed a gray Honda Accord occupied by two females coming from the rear of the hotel. The female on the passenger side (Tonisha Smith) waved her hand and exited out of the vehicle. Ms. Smith walked towards our vehicle as Officer C. King and I were exiting the vehicle. She stated "Hello" to the both of us and apologized for the delay. We all walked towards the hotel room door that displayed 101. Upon arriving, Ms. Smith could not locate the room key, therefore; she stated "Please don't leave have to go to the front office to get another key." I replied, "Ok, not a problem." She later walked back to the hotel room with a key and opened the door. Both Officer C. King and I proceeded to walk inside the hotel room.

I asked Ms. Smith what was off limits regarding the sexual encounter. She stated, "Nothing!" I replied, "Ok great!" She stated, "I use a condom for everything including oral sex." She confirmed the price of $150 for an hour and I reached in my pocket and gave her $160 (derived from DeKalb County Investigative Funds). Ms. Smith stated, "Get comfortable, and let me turn the air on for yall." She asked, "Do yall smoke? I like to smoke weed." I responded, "No." She stated, "You are so beautiful and yall both look so professional." I replied, "Thank-You!" I stated, "It's all for his birthday." We wanted to do something different and exotic." She responded, "It's nothing wrong with that, I am glad yall found my ad and picked me." Ms. Smith removed her clothing as we continued to converse. Officer C. King and I walked towards the hotel door and took off our shoes.

Shortly thereafter, the arrest team knocked on the door and Officer C. King opened the door. Ms. Smith was taken into custody without incident and transported to DeKalb County Jail Intake where she was lodged under the charge prostitution (warrant number 15-079333)