# Exhibit 15

DeKalb police seek person of interest in beating death

**BREAKING NEWS**

Georgia state senator tests positive for coronavirus



Atlanta. News. Now.

Support Local Journalism.
Subscribe today for 99¢.

## Police seek person of interest in beating death at DeKalb motel

April 20, 2018

By Alexis Stevens, The Atlanta Journal-Constitution

DeKalb County police have a person of interest in a deadly beating at a motel. But investigators don't know his name or location.

Early Thursday, a 35-year-old man was allegedly in an altercation with the person of interest, according to Lt. Lonzy Robertson. About 6 a.m., officers were called to the

PLAINTIFF-024670(UI&S)

©2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Enterprises.

Need Help?

Right now, we don't know why the victim and the suspect got in some kind of physical altercation," Robertson said Thursday.

The 35-year-old, whose name was not released Friday, was found unconscious and later died at Grady Memorial Hospital.

The person of interest left the motel and got on a MARTA bus, according to police.

The alleged attacker is about 5-foot-10 and 250 pounds, bald, has a beard and was wearing a camouflage shirt with black pants, police said. Anyone with knowledge of his name or whereabouts is asked to called the DeKalb police homicide unit at 770-724-7850.

## Man beaten to death at DeKalb County motel, attacker on the run



Crime

PLAINTIFF-024671(UI&S)

©2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Enterprises.

Need Help?

## Beer Town: Atlanta's Fire Maker opens in burgeoning brewery district

### National World News

Hundreds of North Korean soldiers dead from coronavirus: reports

### Coronavirus

Coronavirus, cold or the flu? Here's how to tell the difference

### Crime

Ex-UGA football player hospitalized after fight with fellow inmate in Georgia jail

The Motley Fool | Sponsored

## Motley Fool Issues Rare "Touchdown Buy" Alert

TheFashionBall | Sponsored

## Triple H's Wife Is Hands Down The Most Beautiful Woman In The World

Wikibuy | Sponsored

### This Checkout Hack Can Drop Your Chipotle Total Instantly

Good Deal - cargurus.com | Sponsored

### 2017 Toyota Camry SE

Car and Driver | Sponsored

### Best-Selling Car the Year You Graduated High School: 1978-Today

Auto Today | Search Ads | Sponsored

### 8 New Cars So Stacked It's Hard to Believe They Cost Under $20k

Upbeat News | Sponsored

PLAINTIFF-024672(UI&S)

©2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Enterprises.

Need Help?

Details Of Zion Williamson's $100 Million Lawsuit

Work + Money | Sponsored

Hardest College to Get Into in Every State

Finance101 | Sponsored

Say Goodbye: These Stores Are All Closing By 2020

EverydayKoala | Sponsored

Man Buys Boeing 727 for $100k and Turns It into His Home - Look Inside

NerdWallet | Sponsored

How to Pay Off Up To $10,000 Fast

Ajc Homepage

Atlanta mom charged after high-speed chase, crash kills

Metro Atlanta State News

Shopper wheeled out on stretcher after fight at metro

Auto Enthusiast | Search Ads | Sponsored

8 Best Cars On Sale Below $20k

Affluent Times | Sponsored

William And Kate Have Been Told Their Fate Once Charles Finally Becomes King

IcePop | Sponsored

Couple Renovates 600-Yr-Old Chateau, Look Inside

Thrillist | Sponsored

33 American BBQ Joints That Belong on Your Bucket List

BrainSharper | Sponsored

Amelia Earhart Mystery Solved, Scientist Is '99 percent' Sure Bones Found Belong To

PLAINTIFF-024673(UI&S)

DeKalb police seek person of interest in motel beating death

©2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Enterprises.

Need Help?

Gwinnee Pleads Guilty

Far & Wide | Sponsored

Best Under-the-Radar Lake Towns in the U.S.

MyDailyMagazine | Sponsored

Triplets Take DNA Test, Realize Something's Wrong With The Results

The Motley Fool | Sponsored

Five stocks for a cushy nest egg

24/7 Sports | Sponsored

Every NFL Team's Worst Draft Pick Since 2010

Stadium Talk | Sponsored

High Schools With the Most NBA Players

CultureHook | Sponsored

These Are The Wives Of The Richest Men On Earth

TieBreaker | Sponsored

30 Abandoned Stadiums That Once Made Sports History

CNET | Sponsored

45 mesmerizing desk toys that could replace your Newton's cradle

Yahoo! Search | Sponsored

Ecommerce, Blogs Or Informational. Search For Website Designs.

BetterBe | Sponsored

Warning: 14 Products To Never Buy At Costco!

©2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Enterprises.

Need Help?



About

Sign up for our newsletters   

Contact

Subscriptions

Products



© 2020 The Atlanta Journal-Constitution. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Enterprises.

PLAINTIFF-024675(UI&S)