# Exhibit 16

# DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

**Case #:** 19-091140

PLAINTIFF-002986(UI&S)

## EVENT

| Incident Type: | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-5-23.1 (1313) Battery | 1 | 1313 | COUNTY | |
| 16-7-21 (5707) Criminal trespass - trespass | 1 | 5707 | COUNTY | |
| FAMILY OFFENSE FREE TEXT | 1 | 3899 | | |

| Premise Type: | Weapon Type: | Forcible: | Stranger To Stranger: | Hate Motivated: | Loc Code: |
|---|---|---|---|---|---|
| RESIDENCE | 03 | U | N | ☐ | 560 |

| Date Report: | Incident Start: | Incident End: | Incident Location: |
|---|---|---|---|
| 9/29/2019 7:03:30 PM | 9/29/2019 4:00:30 PM | 9/29/2019 4:30:34 PM | 4649 MEMORIAL DR 106 STN MTN GA |

## VICTIM

| Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| WOODS, BERTHA | | -1977 | 42 | F | B | |

| Address | Home #: | Work #: | Cell #: | Email: |
|---|---|---|---|---|
| 308 OLD SYLACHAUGA SYLACHUGA AL 35150- | | | | |

| SSN: | Resident Status: | HGT: 507 | WGT: 200 | Hair Color: BLACK | Hair Style: AFRO | Hair Length: SHORT | Eye Color: BROWN | OLN #: | State: |

Occupation:   Employer:   Address:   Employer Phone:

| Victim Type: Individual | Student: Yes ☐ No ☑ | If Yes, Name of Victim's School | LEOKA Activity Type: | LEOKA Assignment Type: |

Injuries: ☐ None ☑  Minor ☐  Internal ☐  Teeth ☐  Unconscious ☐  Lacerations ☐  Bones ☐  Other ☐       Used: ☐ Drugs  ☐ Alcohol  ☐ Computer

SMTs:

Relationship To Offenders: (1) BOYFRIEND OR GI  (2)  (3)  (4)  (5)
(6)  (7)  (8)  (9)  (10)

Offenses Involved: (1) 1313  (2) 5707  (3) 3899  (4)  (5)
(6)  (7)  (8)  (9)  (10)

## OFFENDER

| Name: | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| ODEM, MARCUS | | -1978 | 41 | M | B | |

| Address | Home Phone: | Work Phone: | Cell Phone: | Email: |
|---|---|---|---|---|
| 24 JASMINE TR GOODWATER AL 35072- | | | | |

| SSN: | Resident Status: | HGT: 511 | WGT: 170 | Hair Color: BLACK | Hair Style: AFRO | Hair Length: SHORT | Eye Color: BROWN | OLN #: 624412 | State: AL |

Occupation:   Employer:   Address:   Employer Phone:

SMTs:

Offenses Involved:
(1) 16-5-23.1 (1313) Battery   1313   (2)
(3)   (4)
(5)   (6)
(7)   (8)
(9)   (10)

WANTED: ☐  WARRANT: ●  ARREST: ☐  SUSPECT ARMED:  WEAPON:   Used: ☑ Drugs  ☐ Alcohol  ☐ Computer

TOTAL NUMBER ARRESTED: 0   ARREST AT OR NEAR OFFENSE SCENE: Yes ☐  No ●

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## ADM.

GCIC ENTRY: ☐ WARRANT  ☐ MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER   ● YES  ☐ NO
☐ 1 - Amphetamine  ☐ 2 - Barbiturate  ● 3 - Cocaine  ☐ 4 - Hallucinogen  ☐ 5 - Heroin
☐ 6 - Marijuana  ☐ 7 - Methamphetamine  ☐ 8 - Opium  ☐ 9 - Synthetic Narcotic  ☐ U - Unknown

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT: ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED  DATE OF CLEARANCE:   ☐ ADULT  ☐ JUVENILE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| Burton l w | 2892 | Cribbs t a | 3117 |

# GA0440200
## FAMILY VIOLENCE INCIDENT REPORT

Case #: 19-091140

### EVENT

| Incident Type: | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-5-23.1 (1313) Battery | 1 | 1313 | COUNTY | |
| 16-7-21 (5707) Criminal trespass - trespass | 1 | 5707 | COUNTY | |
| FAMILY OFFENSE FREE TEXT | 1 | 3899 | | |

| Premise Type: | Weapon Type: | Forcible: | Stranger To Stranger: | Hate Motivated: | Loc Code: |
|---|---|---|---|---|---|
| RESIDENCE | 03 | U | N | ☐ | 560 |

Date Report: 9/29/2019 7:03:30 PM   Incident Start: 9/29/2019 4:00:30 PM   Incident End: 9/29/2019 4:30:34 PM   Incident Location: 4649 MEMORIAL DR 106 STN MTN GA

### VICTIM

Name (Last, First Middle): WOODS, BERTHA   Moniker:   DOB: -1977   Age: 42   Sex: F   Race: B   Ethnicity:

Address: 308 OLD SYLACHAUGA SYLACHUGA AL 35150-   Home #:   Work #:   Cell #:   Email:

SSN:   Resident Status:   HGT: 507   WGT: 200   Hair Color: BLACK   Hair Style: AFRO   Hair Length: SHORT   Eye Color: BROWN   OLN #:   State:

Occupation:   Employer:   Address:   Employer Phone:

Victim Type: Individual   Student: Yes ☐ No ☐   If Yes, Name of Victim's School:   LEOKA Activity Type:   LEOKA Assignment Type:

Injuries: None ☒  Minor ☐  Internal ☐  Teeth ☐  Unconscious ☐  Lacerations ☐  Bones ☐  Other   Used: ☐ Drugs ☐ Alcohol ☐ Computer

Relationship To Offenders: (1) BOYFRIEND OR GI  (2)  (3)  (4)  (5)  (6)  (7)  (8)  (9)  (10)

Offenses Involved: (1) 1313  (2) 5707  (3) 3899  (4)  (5)  (6)  (7)  (8)  (9)  (10)

### PRIMARY AGGRESSOR

Name: ODEM, MARCUS   Moniker:   DOB: -1978   Age: 41   Sex: M   Race: B   Ethnicity:

Address: 24 JASMINE TR GOODWATER AL 35072-   Home Phone:   Work Phone:   Cell Phone:   Email:

SSN:   Resident Status:   HGT: 511   WGT: 170   Hair Color: BLACK   Hair Style: AFRO   Hair Length: SHORT   Eye Color: BROWN   OLN #: 624412   State: AL

Occupation:   Employer:   Address:   Employer Phone:

SMTs:

Offenses Involved:
(1) 16-5-23.1 (1313) Battery — 1313   (2)
(3)   (4)
(5)   (6)
(7)   (8)
(9)   (10)

WANTED: ☐   WARRANT: ■   ARREST: ☐   SUSPECT ARMED:   WEAPON:   Used: ☒ Drugs  ☐ Alcohol  ☐ Computer

TOTAL NUMBER ARRESTED: 0   ARREST AT OR NEAR OFFENSE SCENE: Yes ☐  No ■

---

1. WERE CHILDREN INVOLVED?  ☐ YES  ■ NO
2. WAS ACT COMMITTED WITH CHILDREN PRESENT?  ☐ YES  ■ NO
3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM:  ☐ 0  ■ 1-5  ☐ 6-10  ☐ MORE THAN 10  ☐ UNKNOWN
4. EXISTENCE OF PRIOR COURT ORDERS:  ■ YES  ☐ NO  ☐ UNKNOWN
5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES?  ■ YES  ☐ NO

**FOR THE FOLLOWING ITEMS CHECK ALL THAT APPLY**

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR:  ☐ 1 - FATAL INJURY  ☐ 2 - PERMANENT PHYSICAL DISABILITY  ☐ 3 - TEMPORARY DISABILITY  ☐ 4 - BROKEN BONES  ☐ 5 - GUN/KNIFE WOUNDS  ■ 6 - SUPERFICIAL INJURIES  ■ 7 - PROPERTY DAMAGE/THEFT  ☐ 8 - THREATS  ☐ 9 - ABUSIVE LANGUAGE  ☐ 10 - SEXUAL ABUSE  ☐ 11 - OTHER

7. POLICE ACTION TAKEN  ☐ 1 - ARREST  ☐ 2 - CITATION  ☐ 3 - SEPARATION  ☐ 4 - MEDIATION  ■ 5 - OTHER  ☐ 6 - NONE
   IF NO ARREST MADE WHY NOT?  ☐ 1 - JUVENILE  ■ 2 M - PRIMARY AGGRESSOR WAS NOT AT THE SCENE  ☐ 3 - INSUFFICIENT PROBABLE CAUSE  ☐ 4 - OTHER REASON

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED?  ■ 1 - PHYSICAL EVIDENCE  ☐ 2 - TESTIMONIAL EVIDENCE  ☐ 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED?  ■ YES  ☐ NO
   IF YES, INDICATE SUBSTANCE(S) USED BY PRIMARY AGGRESSOR(A) AND/OR VICTIM(V)
   A:  ■ 1 - DRUGS  ☐ 2 - ALCOHOL      V:  ☐ 3 - DRUGS  ☐ 4 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S):  ■ 1 - PRESENT SPOUSE  ☐ 2 - FORMER SPOUSE  ☐ 3 - PARENT  ☐ 4 - CHILD  ☐ 5 - STEPPARENT  ☐ 6 - STEPCHILD  ☐ 7 - FOSTER PARENT  ☐ 8 - FOSTER CHILD  ☐ 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD

---

### CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT  ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED   DATE OF CLEARANCE:   ☐ ADULT  ☐ JUVENILE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| Burton l w | 2892 | Cribbs t a | 3117 |

| **DEKALB COUNTY POLICE DEPARTMENT**<br>**GA0440200**<br>NARRATIVE | Case #:<br>19-091140 |
|---|---|

| Officer ID/Name:<br>2892    Burton l w | Date:<br>9/29/2019 7:08:59 PM | Approving Officer ID/Name:<br>3117    Cribbs t a | Date:<br>9/29/2019 9:36:23 PM |
|---|---|---|---|

Title:    INITIAL REPORT

On 09-29-2019 at 1656 hours, I responded to 4649 Memorial Drive, room #106, (United Suites) in reference to a domestic call. Upon my arrival, I met with the complainant Ms. Bertha Woods.

Ms. Woods said that at approximately 1600 hours, her boyfriend Mr. Marcus Odem returned to their room and suddenly began to assault her. Ms. Woods said that Mr. Odem slapped her and grabbed her by her neck. Ms. Woods said that when her phone began to ring Mr. Odem grabbed her phone and threw it out of the front door.

Ms. Woods sustained scratches to her face, neck and right forearm due to the reported incident.

Ms. Woods was provided a case number and a victim contact card at the scene.

Warrants are pending in reference to the call as well.

Bodyworn used