# Exhibit 17



BUSINESS (HTTPS://DECATURISH.COM/CATEGORY/BUSINESS/) | CRIME AND PUBLIC SAFETY (HTTPS://DECATURISH.COM/CATEGORY/CRIME/)

DECATUR (HTTPS://DECATURISH.COM/CATEGORY/DECATUR/) | FOOD (HTTPS://DECATURISH.COM/CATEGORY/FOOD/)

METRO ATL (HTTPS://DECATURISH.COM/CATEGORY/METRO-ATL/) | TUCKER (HTTPS://DECATURISH.COM/CATEGORY/TUCKER/)

# DeKalb felon sentenced to 39 years after 2016 Waffle House robbery spree

 Ellie Ritter (https://decaturish.com/author/ellie-ritter/) • Sep 17, 2019

Share

A convicted DeKalb felon has been sentenced following an armed robbery of three Waffle House restaurants and a local motel.

According to a release from the U.S. Department of Justice, Joseph Orlando Hood, a career offender, committed the robberies in 2016.

Hood robbed Waffle House restaurants located at 5071 Peachtree Industrial Blvd (https://www.google.com/maps/search/5071+Peachtree+Industrial+Blvd?entry=gmail&source=g) in Chamblee, 2842 Panola Road (https://www.google.com/maps/search/2842+Panola+Road?entry=gmail&source=g) in Lithonia and 3180 Tucker Road (https://www.google.com/maps/search/3180+Tucker+Road?entry=gmail&source=g) in Tucker.  He also targeted the United Inn at 4649 Memorial Drive. (https://www.google.com/maps/search/4649+Memorial+Drive?entry=gmail&source=g)

"Hood threatened the lives of multiple citizens and law enforcement officers during his crime spree," U.S. attorney Byung J. Pak said. "He demonstrated a complete lack of concern for the victims in this case and justly deserved this lengthy prison sentence."

PLAINTIFF-024699(UI&S)



(https://decaturish.com/ads/pivot/)

(https://decaturish.com/)

According to Pak, Hood robbed three Waffle House restaurants and a motel during a one-week span. Two of the restaurant robberies occurred on the same day.

Hood shot at a customer during one of the Waffle House robberies, the release said. Although he missed the customer, Hood nearly struck a Waffle House employee. During the motel robbery, Hood hit an employee on the head with the butt of his gun, knocking the employee unconscious.

Hood's robbery spree ended during the early morning hours of Nov. 17, 2016. That day, Hood entered a local bar and grill restaurant and walked towards a backroom where customers were seated, the release said.

Hood pointed two firearms at the customers and demanded money. While Hood was taking money from the customers, one of the men tried to escape. Hood fired his gun at the man and chased him through the bar, while firing additional rounds.

After fleeing the restaurant, Hood exchanged gunfire with the bar's owner, according to the release. During the gun battle, the bar owner shot Hood in the leg. Hood then fled to a nearby apartment complex, where DeKalb County police officers arrested him.

The officers transported Hood to a local hospital from where Hood subsequently escaped. Shortly after, Atlanta Police officers apprehended him.

Hood, 32, is from Scottdale, GA. He was sentenced by U.S. District Judge Steve C. Jones to 39 years in federal prison, followed by five years of supervised release.

PLAINTIFF-024700(UI&S)

This case was investigated by the Bureau of Alcohol, Tobacco, Firearms and Explosives and the DeKalb County Police Department, the relea


(https://decaturish.com/ads/homecleanhome/)


(https://decaturish.com/ads/louisiana-bistreaux/)