# Exhibit 19



# DeKalb County Police
## Tucker Precinct
4451 Lawrenceville Highway
Tucker, Georgia 30084
(678-937-5301)

## Operation Safeguard Tucker Gas Stations / Stores / Motels Suppression

### I. Situation

An analysis of the top eight gas stations / convenience stores and motels was compiled to identify high crime locations. The gas stations were analyzed from 1-1-2016 to 2-24-2020 and motels from 1-1-2020 to 2-24-2020. The analysis identified gas stations / convenience stores and motels with the highest crime rate (Part 1 Crimes) within the Tucker Precinct.

### Tucker Precinct Top 8 Gas Stations / Convenience Stores

| | |
|---|---|
| **Citgo** | **5095 STONE MILL WAY** |
| **Texaco** | **6201 MEMORIAL DR** |
| **Chevron** | **1131 N HAIRSTON RD** |
| **Chevron** | **4766 REDAN RD** |
| **Quick Trip** | **3830 N DECATUR RD** |
| **Mystik** | **4837 MEMORIAL DR** |
| **Quick Stop** | **1101 N HAIRSTON RD** |
| **Texaco** | **5248 MEMORIAL DR** |



# DeKalb County Police
## Tucker Precinct
4451 Lawrenceville Highway
Tucker, Georgia 30084
(678-937-5301)

### Tucker Precinct Top Motels

| United Inn | 4649 Memorial Drive |
|---|---|
| Stone Mountain Inn | Mountain Ind. Blvd. |
| Budgetel Inn & Suites | 5075 Memorial Drive |
| Home 1 Extended Stay | 4893 Memorial Drive |
| Masters Inn | 1435 Montreal Road |

These locations have the highest crime rate within our business community. The Tucker Precinct will increase daily enforcement to reduce these crimes, increase trust and respect among the owners, managers, and community members who shop or live at these locations.

## II. Mission

*Who*- Tucker Watches (Territory, Over Time, Impact units) , Tucker FIT, Tucker CID, DeKalb Narcotics / Vice, DeKalb Special Victims Unit, DeKalb Special Operations (Traffic / S.W.A.T), DeKalb Intel Section, DeKalb Police Gang Unit, DeKalb Auto Theft Unit. The DeKalb Sheriff will be notified of this operation and solicited for assistance.

*What*- Increase patrol enforcement / reduce crime

*When*- March 7, 2020 – until further notice (minimum of 30 days)

*Where*- Identified locations (parking lot and inside locations)

*Why*-The Department has a goal of reducing crime at these locations which consistently serves the community and businesses, creating a safe place to shop and live.

PLAINTIFF-031060(UI&S)



## DeKalb County Police
### Tucker Precinct
4451 Lawrenceville Highway
Tucker, Georgia 30084
(678-937-5301)

## III. Execution

Starting March 7, 2020 the Tucker Precinct will begin to focus our enforcement efforts at each of these locations. Commanders from each unit will identify on their watch lists the supervisors and patrol officers assigned to the directed patrols. Supervisors and officers assigned to the patrols will park their patrol units and go inside these locations. They will communicate with citizens and management.  We must make face to face communications and walk the premises in order to be effective. An officer will be assigned to inspect each extended stay hotel identified as high crime to insure compliance with local ordinances (specifically, 18-135 through 18-142).

Beginning on March 7, 2020, Operations Assistance will be requested from the following:

A) Tucker FIT- will serve as the primary enforcement arm of the operation. They will direct patrol units and UC vehicles daily to these locations.

B) Tucker Precinct Public Education Specialist as well as Apartment Liaisons - will conduct a site visit to each of the locations and communicate our crime reduction efforts.  Solicit information that will help assist the Department in its enforcement activities.  The owners and management will be notified of the Major's Community Engagement Meeting as well as other activities to include Coffee with Cop. It is hopeful these locations will partner in the Tucker Precinct community activities.

C) Tucker Uniform - (Commanders) – will identify which units are to aggressively patrol these locations on the watch lists.  Units will advise radio of their POAP and make contact with citizens and employees on the premises. Watch Commanders will plan their weekly community roll calls in and around these locations.

D) Tucker CID – will ensure that detectives POAP these locations on their weekly patrol activities.  Detectives will advise radio of their POAP and make contact with citizens and employees on the premises.  Detectives will participate in the weekly community roll calls.

E) Narcotics/Vice Unit will serve in a UC capacity during the operation. The Narcotics Unit will utilize vehicles and surveillance equipment as needed to patrol the designated operation locations.  Tucker Precinct will assist with any investigations.

PLAINTIFF-031061(UI&S)



# DeKalb County Police
## Tucker Precinct
4451 Lawrenceville Highway
Tucker, Georgia 30084
(678-937-5301)

F) Gang Unit will serve in both UC and uniformed capacity during the operation. The Gang Unit will utilize vehicles and surveillance equipment as needed to patrol the designated operation locations.  Gang Unit detectives will serve in an intelligence roll in addition to active patrols. Gang Unit detectives will provide intel regarding known gang members known to reside and or loiter in the designated locations.

G) Auto Theft Unit will provide a detective to work the parking lots with LPR.

H) Intel Unit will provide monthly crime stats for each of these locations.  Also, the names of the top 10 arrestees at each locations.

I) Special Victims Unit – will conduct sex crimes and ICAC initiatives at the motels.  Tucker Precinct may provide additional personnel for these initiatives if requested.

J) Special Operations – will provide traffic enforcement during their monthly scheduled operations for Tucker Precinct.  Also, the S.W.A.T Unit will POAP these locations and conduct proactive enforcement stops of suspicious activities.

K) DeKalb Sheriff will be notified of the criminal activity at the locations and solicited for assistance.  Basic POAP at these locations will increase law enforcement visibility and help reduce crime.

L) All units will be required to record daily statistics and provide weekly statistics on activity at the targeted locations. These stats will be placed on the weekly reports and submitted to Captain Wallace by Monday of the following week.


## IV. Administrative Logistics

Captain Wallace will communicate with each commander or agency to solicit their assistance.  A POC will be requested for activity and statistics reporting.


## Command Control

Major Medlin and Captain Wallace will continue to discuss the operation effectiveness and



# DeKalb County Police
## Tucker Precinct
4451 Lawrenceville Highway
Tucker, Georgia 30084
(678-937-5301)

review the monthly crime statistics for effectiveness.

PLAINTIFF-031063(UI&S)