# Exhibit 21





https://www.tripadvisor.com/Hotel_Review-g34895-d6022452-Reviews-United_Inn_Suites-Decatur_Georgia.html



PLAINTIFF-024665(UI&S)

https://www.yelp.com/biz/united-inn-and-suites-decatur





I think the only thing that was United within this hotel was the Cockroaches, rats and other Indescribable vermin. This place is disgusting, blatant drug sales in front of the rooms, prostitution and a host of sexual acts taking place on the stairwells. I was there for three days without heat, air conditioning or fresh air, my heating and cooling unit was unplugged when I checked into the room, which should have been my first clue, after I reported it, again it took them three days to repair it, without offering me any semblance of a deduction from my weeks stay. Despite the pictures on their website, they seem to cater to the poor and disenfranchised, who may just be happy having a roof over their heads, this is not! The place for families or traveling businessmen!!! I'm in the process of getting in touch with the health department to report the bed bugs stained sheets and mold that permeated the room. When I checked out, I found a friend, who informed me that this was the hotel that an episode of The First 48 hours hey, someone had been killed at the United Inn and Suites. I beg you, do yourself a favor, run don't walk! In the other direction of the United Inn and Suites. Unless you're going there to help clean it, sanitize it and help them get rid of vermin, bed bugs prostitutes and drugs, DON'T GO!!!!!!!
FIND ANOTHER HOTEL!!!!!!!



PLAINTIFF-024666(UI&S)