# Exhibit 6

# Melissa Millen

| | |
|---|---|
| **From:** | David Bouchard |
| **Sent:** | Monday, June 19, 2023 11:04 AM |
| **To:** | Melissa Millen |
| **Subject:** | FW: j.g. v. northbrook |
| **Attachments:** | Report-230614-JG.pdf |

Best regards,

David

**David Bouchard** (Bio)
*Partner*



229 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30303 **|** T: (404) 658-9070
david@finchmccranie.com

**From:** Richens, Dana
**Sent:** Friday, June 16, 2023 3:42 PM
**To:** David Bouchard
**Subject:** j.g. v. northbrook

David, good afternoon. Attached please find the expert report of Karim Vellani, tendered on behalf of Defendant Northbrook Industries in the J.G. matter.

Thank you,
Dana

**DanaM.Richens**
*Partner*

**p|**404-815-3659
**f |**404-685-6959
**e|**DRICHENS@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
https://link.edgepilot.com/s/26cb71f5/GP2N7JHXDkOJJI7q2N8yrQ?u=http://www.sgrlaw.com/|My|vCard
Bio

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.