Exhibit 7

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**
**J.G.  on 02/08/2023**

Confidential

1

      IN THE UNITED STATES DISTRICT COURT

2　　　　　NORTHERN DISTRICT OF GEORGIA
            ATLANTA DIVISION

3

J.G.,　　　　　　　　　　)

4　　　　　　　　　　　　　)
     Plaintiff,　　　　)

5　　　　　　　　　　　　　)
vs.　　　　　　　　　　　)

6　　　　　　　　　　　　　)  Civil Action File
NORTHBROOK INDUSTRIES,　)  No.: 1:20-cv-05233-MLB

7  INC., d/b/a UNITED INN  )
AND SUITES,　　　　　　　)

8　　　　　　　　　　　　　)
    Defendant.　　　　　)

9　　　　　　　　　　　　　)
               )

10　　　　　　　　　　　　　)
               )

11

12　　　　　　　　　　　- - -

13　　　　　　　　　　CONFIDENTIAL

14

      The Videotaped Deposition of

15

             J.G.

16

     (Taken by the Defendant)

17

       Atlanta, Georgia

18

       February 8, 2023

19

20  Reported by:   Christopher J. Tomko
              Certified Court Reporter

21　　　　　　　　　　Georgia
              License No. 4802-6210-2922-0352

22

23

24

25

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

**Confidential**                    J.G.   on 02/08/2023                    **Pages 2..5**

**Page 2**

```
 1   STATE OF GEORGIA
 2   COUNTY OF FULTON
 3   VIDEOTAPED DEPOSITION OF J.G.
 4
 5           Pursuant to Article 8.B of the RULES AND
 6   REGULATIONS OF THE BOARD OF COURT REPORTING OF THE
 7   JUDICIAL COUNCIL OF GEORGIA, I make the following
 8   disclosure:
 9           I am a Georgia Certified Court Reporter.
10   I am here as a representative of Huseby Global
11   Litigation.
12           Huseby Global Litigation was
13   contacted by the offices of SMITH, GAMBRELL &
14   RUSSELL, LLP, to provide court reporting services
15   for this videotaped deposition.  Huseby Global
16   Litigation will not be taking this videotaped
17   deposition by O.C.G.A. 15-14-37 (a) and (b).
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1           TRANSCRIPT CODES
 2
 3   --        Interruption/Change/Cross-Talk
 4   . . .     Incomplete thought
 5   (sic)     Word/phrase written as said
 6   (PH)      Word spelled phonetically
 7
 8
 9
10
11              - - -
12           The videotaped deposition of J.G.,
13   taken by the Defendant, at Finch McCranie,
14   LLP, 229 Peachtree Street NE, Suite 2500,
15   Atlanta, Georgia 30303, on the 8th day of
16   February 2023, at 10:00 a.m., with the
17   reading and signing of the deposition
18   transcript being waived before Christopher
19   J. Tomko, Certified Verbatim Court Reporter
20   in and for the State of Georgia.
21
22
23
24
25
```

**Page 3**

```
 1           APPEARANCES OF COUNSEL
 2
 3
 4   ON BEHALF OF THE PLAINTIFF:
 5   DAVID H. BOUCHARD
     Attorney-at-Law
 6   Finch McCranie, LLP
     229 Peachtree Street NE
 7   Suite 2500
     Atlanta, Georgia 30303
 8   DAVID@FINCHMCCRANIE.COM
 9
10
11   ON BEHALF OF THE DEFENDANT:
12   DANA M. RICHENS
     Attorney-at-Law
13   Smith, Gambrell & Russell, LLP
     1230 Peachtree Street NE
14   Suite 3100
     Atlanta, Georgia 30309
15   DRICHENS@SGRLAW.COM
16
17   ALSO PRESENT:
18   Michael Bond, CLVS - Legal Videographer
19
20
21
22
23
24
25
```

**Page 5**

```
 1           TRANSCRIPT INDEX
 2
 3   Appearance Page(s)                          3
 4   Examination Index                           6
 5   Exhibit Index                               7
 6   Proceedings                                 8
 7   Oath                                        9
 8   Reporter's Disclosure                       2
 9   Reporter's Certificate                    151
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

Confidential                    J.G.  on 02/08/2023                    Pages 6..9

---

Page 6

```
 1              INDEX TO EXAMINATIONS
 2   Examination of J.G.                          Page
 3      Examination by Ms. Richens                  9
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1              INDEX TO EXHIBITS
 2
     Exhibit          Description            Page
 3
                Defendant's Exhibits
 4
 5   Exhibit 1   Color Screenshot            129
 6
     Exhibit 2   Color Screenshot            132
 7
 8   Exhibit 3   Color Screenshot            134
 9
     Exhibit 4   Color Screenshot            136
10
11   Exhibit 5   Color Screenshot            137
12
     Exhibit 6   Electronic Exhibit (Video)  143
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1   (The videotaped deposition of J.G. commenced at
 2     10:00 a.m. on February 8, 2023.)
 3         P R O C E E D I N G S
 4              - - -
 5       (Whereupon, the video camera was turned
 6   on.)
 7       THE VIDEOGRAPHER:  Good morning.  This
 8   is the beginning of Media No. 1 in the
 9   deposition of Jhordyn Grimes, in the matter
10   of Jhordyn Grimes versus Northbrook
11   Industries, Incorporated, et al.; Case
12   No. 1:20-cv-05233-MLB.
13       Today's date is February 8, 2023.  The
14   time on the monitor is 10:05 a.m.
15       My name is Michael Bond, and I am the
16   videographer.  The court reporter is Chris
17   Tomko.  We are here with Huseby Global
18   Litigation.
19       Counsel, please introduce yourselves,
20   after which the court reporter will swear
21   in the witness.
22       MR. BOUCHARD:  Good morning.  David
23   Bouchard of Finch McCranie on behalf of the
24   plaintiff, Jhordyn Grimes.
25       MS. RICHENS:  I'm Dana Richens with
```

Page 9

```
 1   the law firm of Smith, Gambrell & Russell
 2   on behalf of the defendant, Northbrook
 3   Industries, Inc., d/b/a United Inn &
 4   Suites.
 5              J.G.,
 6   having been first duly sworn, testified as
 7   follows:
 8              EXAMINATION
 9   BY MS. RICHENS:
10       Q.   All right.  Good morning, Ms. Grimes.
11       A.   Good morning.
12       Q.   We met before the deposition started.  My
13   name is Dana Richens, and I'm a lawyer in town.  And
14   as I mentioned when I introduced myself, I represent
15   a company called Northbrook Industries, and they own
16   the United Inn & Suites on Memorial Drive.
17       Okay?
18       A.   Okay.
19       MS. RICHENS:  And by the way, I don't
20   know that we put it on the record, maybe we
21   did, but the whole deposition is to be
22   designated confidential under the
23   protective order.
24   BY MS. RICHENS:
25       Q.   So I think you sort of have an idea who
```

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

Confidential                    J.G.  on 02/08/2023                    Pages 10..13

Page 10

```
 1  is in the room with us.  But, obviously, Mr. Bouchard
 2  is your lawyer.  Mr. Bond is the videographer, so he
 3  is -- he's videotaping you today.  And then Mr. Tomko
 4  is our court reporter, and he's basically -- he's
 5  making a written transcript of what you're saying,
 6  but he's actually kind of dictating it into his
 7  little microphone.  It's old-school.  So he's
 8  repeating it to that -- what we are all saying, which
 9  I don't know how they do it, but --
10      A.   Yeah.
11      Q.   -- he's more coordinated that I am.
12           So, Ms. Grimes, I'm going to ask you some
13  questions today relating to your -- the lawsuit that
14  your attorneys have filed on your behalf against my
15  client, Northbrook Industries.
16           Have you ever given a deposition before?
17  Have you ever done this before?
18      A.   Yes, I have.
19      Q.   Okay.  And tell me what the context of
20  that was.
21      A.   It was the same thing; just a different
22  hotel.
23      Q.   Okay.  And -- and is that the only
24  deposition you have given before this one?
25      A.   Yes, ma'am.
```

Page 11

```
 1      Q.   Okay.  And what is the -- what is the
 2  hotel that is -- I guess you sued another hotel is
 3  what you're saying?
 4      A.   Uh-huh.
 5      Q.   Be sure to -- to give a -- a verbal
 6  response so --
 7      A.   Oh, yes, ma'am.
 8      Q.   -- so Mr. Tomko knows what to say in his
 9  microphone.
10           And so you're saying there's another
11  lawsuit in which you have sued another hotel?
12      A.   Correct.
13      Q.   Okay.  And what is the name of the other
14  hotel?
15      A.   Stone Mountain Inn & Suites.
16      Q.   Okay.  And is that lawsuit ongoing, or
17  has it concluded?
18      A.   It has concluded.
19      Q.   Okay.  So it's over?
20      A.   Yes, ma'am.
21      Q.   Okay.  And were you -- were you the
22  plaintiff in that case; so you brought the lawsuit?
23  Or what -- did somebody else bring the lawsuit?
24      A.   Am I the plaintiff in this case?
25      Q.   Yes.
```

Page 12

```
 1      A.   So then, yes, ma'am.
 2      Q.   Okay.  So you brought the lawsuit against
 3  Stone Mountain -- you sued Stone Mountain Inn &
 4  Suites?
 5      A.   Correct.
 6      Q.   Okay.  So was the name of the lawsuit
 7  J.G. versus --
 8      A.   Yes, ma'am.
 9      Q.   -- Stone Mountain Inn & Suites?
10           Okay.
11           THE REPORTER:  And if you could just
12      let her finish the question.
13           Thank you.
14  BY MS. RICHENS:
15      Q.   Okay.  And how -- I don't want to know
16  any -- anything that's confidential, but how did that
17  lawsuit end, if you know?
18           Was there a settlement that was reached?
19           MR. BOUCHARD:  And, Jhordyn, just to
20      reiterate what Ms. Richens just said, don't
21      go into the details of it.  You can tell
22      her generally whether we settled the case
23      or didn't settle the case.
24           THE WITNESS:  Yes, we settled the
25      case.
```

Page 13

```
 1  BY MS. RICHENS:
 2      Q.   Okay.  All right.  Have you ever -- have
 3  you ever been the plaintiff in any other lawsuits?
 4           In other words, have you ever sued
 5  anybody other than Stone Mountain Inn & Suites and
 6  this case that we're in about to -- here for today?
 7      A.   No, ma'am.
 8      Q.   Okay.  So I am glad you've given a
 9  deposition before so you probably know kind of how it
10  works.  But just to go over some -- some ground rules
11  that I'm going to ask us to follow today, of course,
12  I'll be asking you questions, and you have just
13  raised your right hand and you will be -- you have
14  sworn under oath to answer truthfully.
15           As we have just talked about, if you will
16  give a -- a verbal response so that Mr. Tomko can --
17  can accurately transcribe what you're saying rather
18  than just shaking your head or saying "uh-huh."
19           If I ask you a question and you don't
20  understand it or you need me to repeat it, just let
21  me know.  You know, I want you to understand what I'm
22  asking you before you give an answer.
23           Okay?
24      A.   Right.
25      Q.   And finally, we'll take regular breaks.
```

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

Confidential                    J.G.  on 02/08/2023                    Pages 14..17

Page 14

1  But if you need a break for any reason other than,
2  you know, those regular breaks, just let me know and
3  we'll just make sure that there's not a question
4  pending.  If there's a question out there, answer the
5  question, and then we can take a break.
6          Okay?
7      A.  Okay.
8      Q.  All right.  So we'll go slowly so this
9  should be -- be pretty straightforward.
10         So, Ms. Grimes, where do you presently
11 live?  What's your residence address?
12     A.  230 Bill Kennedy Way Southeast, Atlanta,
13 Georgia 30316.
14     Q.  And how old are you?
15     A.  I just turned 21.
16     Q.  And what is your birthday, please?
17     A.  January 28th, 2002.
18     Q.  So you really did just turn 20 -- 21?
19     A.  Yes, ma'am.
20     Q.  Well, happy birthday.
21     A.  Thank you.
22     Q.  And where were you -- where were you
23 born?
24     A.  In Decatur, Georgia.  So DeKalb County.
25     Q.  Okay.  And where did you grow up?  Did

Page 15

1  you grow up in -- in DeKalb County?
2      A.  Yes.  Before I moved in with my aunt, and
3  then I grew up in Conyers, Georgia.
4      Q.  Okay.  And what is your aunt's name?
5      A.  Claudette Grimes.
6      Q.  And she lives in Conyers?
7      A.  Covington now.  Covington, Georgia.
8      Q.  Okay.  So did you -- when you lived with
9  her, did you live in Conyers?
10     A.  Yes, ma'am.
11     Q.  Okay.  And how old were you when you
12 moved in with your aunt?
13     A.  I was eight.
14     Q.  And before that, who did you live with?
15     A.  My mom.
16     Q.  Okay.  And what's your mom's name?
17     A.  Lashanda Spencer.
18     Q.  Okay.  When -- would you spell her first
19 name, please?
20     A.  L-A-S-H-A-N-D-A, Spencer, S-P-E-N-C-E-R.
21     Q.  Okay.  Great.
22         And did you live with anyone else when
23 you were living with your mom?
24     A.  Yeah.  Like, cousins and I had other
25 siblings as well.

Page 16

1      Q.  Okay.  How many -- how many siblings?
2  How many brothers and sisters do you have?
3      A.  I have four brothers and one sister.
4      Q.  And where do they live now?
5      A.  Well, my older brother is dead.  My
6  little sister stays with my cousin and then two of my
7  little brothers stay with their dad, and the
8  youngest, he stays with his grandmother.
9      Q.  Is that all in the Atlanta area?
10     A.  No.
11     Q.  Okay.
12     A.  But it is all in Georgia, though.
13     Q.  Okay.  And do you have any children?
14     A.  Yes, ma'am.
15     Q.  Okay.  You have a daughter, I believe
16 I --
17     A.  Yes, ma'am.
18     Q.  Okay.  And what is her name?
19     A.  Londyn Grimes.
20     Q.  And that's L-O-N-D-Y-N?
21     A.  Yes, ma'am.
22     Q.  And how old is Londyn?
23     A.  She just turned five.
24     Q.  What is her birthday?
25     A.  February 1st.

Page 17

1      Q.  So she literally just turned five?
2      A.  She just turned five too, yes.
3      Q.  Okay.  Well, happy birthday to her too.
4      A.  Thank you.
5      Q.  And so she was -- what year was she born?
6      A.  2018.
7      Q.  2018.
8          Okay.  And so how old were you when you
9  had Londyn?
10     A.  I had just turned 16.
11     Q.  And who is Londyn's father?  His -- her
12 biological father?
13     A.  Like his name?
14     Q.  Yes.
15     A.  Ibrahim Mahdi.
16     Q.  What's the last name?
17     A.  Mahdi, M-A-H-D-I.
18     Q.  Okay.  Is Mr. Mahdi someone you were in a
19 relationship with when you -- when you conceived
20 Londyn?
21     A.  Yes, ma'am.
22     Q.  Okay.
23     A.  Yes, ma'am.
24     Q.  Okay.  All right.  And does Londyn
25 currently live with you?

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 18..21

Page 18

```
1     A.   No.  She currently stays with my aunt.
2     Q.   Okay.  So, Ms. Grimes, in the lawsuit
3  that brings us here today, you have -- I'm going to
4  call my client United Inn.
5          Okay?
6          You have sued United Inn concerning
7  allegations that you were trafficked for sex at
8  United Inn; is that correct?
9     A.   Correct.
10    Q.   Okay.  And just to confirm what I -- what
11 I think is the case, your lawsuit involving Stone
12 Mountain Inn & Suites, did you, in that lawsuit,
13 contend that you were trafficked for sex at Stone
14 Mountain Inn & Suites?
15    A.   Yes, ma'am.
16    Q.   Okay.  Is there anyplace else, other than
17 United Inn and Stone Mountain Inn, where you have
18 been trafficked for sex?
19    A.   No, ma'am.  I mean, it was another hotel,
20 but I can't think of the name of the hotel because it
21 was a day -- it was like one day.
22    Q.   One day?
23    A.   Yes, ma'am.
24    Q.   Any others?
25    A.   No, ma'am.
```

Page 19

```
1     Q.   Okay.  The one other hotel that you --
2  you are saying you can't remember the name of it; is
3  that right?
4     A.   Yes, ma'am.
5     Q.   Okay.  Do you know where that hotel is
6  located?
7     A.   Yes, ma'am.  It was on Memorial Drive as
8  well.
9     Q.   Okay.  If you drove by it, would you
10 recognize it?
11    A.   Yes, ma'am.
12    Q.   Okay.  Do you know how far it is from the
13 United Inn?
14    A.   It's on the same strip.  It's just --
15 sorry.
16    Q.   That's okay.
17    A.   It's on the same strip.  It's just like
18 further up, like, the street, if that makes sense.
19    Q.   Okay.  Is it on the same side of the
20 street?
21    A.   Yes, ma'am.
22    Q.   Okay.  Now, Ms. Grimes, I want to ask you
23 about how it came to be that you were trafficked at
24 the United Inn.
25          Okay?
```

Page 20

```
1     A.   Yes, ma'am.
2     Q.   All right.  Can you tell me when is the
3  first time you were traffic- -- trafficked at United
4  Inn?
5     A.   An exact date?
6     Q.   If you know it.
7     A.   It was like October 7th or the 8th.
8     Q.   Of what year?
9     A.   2018.
10    Q.   Had you been trafficked anywhere before
11 you were trafficked at United Inn?
12    A.   The Stone Mountain Inn.
13    Q.   Okay.  So where -- let me back up, then.
14          Where is the first place you were -- you
15 were trafficked?
16    A.   The Stone Mountain Inn.
17    Q.   Okay.  And when was that?
18    A.   2018 as well.
19    Q.   Okay.  Do you know approximately a date
20 or a month?
21    A.   Like a couple of months beforehand,
22 like -- but I'm not sure of the exact.
23    Q.   A couple months before the October of
24 2018?
25    A.   Yes.  Really maybe like the month before
```

Page 21

```
1  actually so --
2     Q.   Okay.
3     A.   -- August.  July, August, September,
4  October.
5     Q.   Okay.
6     A.   Yeah, the month before.
7          THE REPORTER:  The month before you
8     said?
9          THE WITNESS:  Yes, sir.
10         THE REPORTER:  Okay.  Thank you.
11         MS. RICHENS:  Yeah, speak up just --
12         THE WITNESS:  Can you not hear me?
13         MS. RICHENS:  No, he -- I can't hear
14    you very well -- I mean, I can hear you
15    okay because I am sitting pretty close to
16    you, but he's -- he's probably having more
17    trouble hearing you.
18         So if you don't mind speaking up and
19    he's not -- he's not picking up the
20    microphone.  That's just for the record.
21    So...
22         THE WITNESS:  Okay.
23 BY MS. RICHENS:
24    Q.   All right.  So in the -- all right.
25         So Stone Mountain Inn is the first place
```

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Confidential                    J.G.  on 02/08/2023                    Pages 22..25

Page 22

```
1   you were trafficked; right?
2       A.   (Witness indicating.)
3       Q.   How did that happen?  Like, how -- where
4   were you living at that time?
5       A.   I was staying in Conyers with my auntie,
6   and I had met a man and, you know, thought we were in
7   a relationship or whatever, and that's how that
8   happened.
9       Q.   Okay.  And when did you meet this man?
10      A.   Like, in August or September of 2018.
11      Q.   Okay.  And what is this man's name?
12      A.   Shaq.  Shaq.
13      Q.   Shaq?
14      A.   Uh-huh.
15      Q.   Like S-H-A-Q, Shaq?
16      A.   Uh-huh.
17      Q.   Is that a nickname, or is that his real
18  name?
19      A.   That's his name.
20      Q.   Do you know his last name?
21      A.   No, ma'am.
22      Q.   Okay.  And where did you meet Shaq?
23      A.   Through Instagram.
24      Q.   Okay.  And so you met Shaq, and you
25  thought you were in a relationship with him.
```

Page 23

```
1            And then how did that become you were
2   being trafficked at Stone Mountain Inn?
3       A.   Could you reask your question?
4       Q.   Sure.
5            How did it go from you were in a
6   relationship with Shaq to you were being trafficked
7   at Stone Mountain?
8       A.   Yeah.  Like, I thought -- I thought me
9   and Shaq were in a relationship, yes, and he had me
10  working for him.  And that's exactly what that was.
11  He just had me working for him, but I'm thinking it
12  was something, you know.  I just thought we were in a
13  relationship, but that wasn't that.  Like, I can't --
14           That's how it happened.  I thought we
15  were in a relationship, and he had me working for
16  him.
17      Q.   Okay.
18      A.   That's how it happened.
19      Q.   Okay.  That's what I thought I heard you
20  say.
21           Okay.  So when you were -- when you were
22  trafficked at the Stone Mountain Inn, how long were
23  you there?  And we're talking about this first time
24  in July of -- July, August, somewhere in there of
25  2018.
```

Page 24

```
1       A.   I can't recall the exact time, but it is
2   in documents, though.  There's police records about
3   it, but I can't recall the exact date right now.
4       Q.   Okay.  Was it -- I mean, was it a day?
5   Or was it days?  Weeks?
6       A.   No, it was like weeks.  It was weeks.
7       Q.   Okay.  The -- the third hotel that you
8   said you were trafficked at, at some point on
9   Memorial Drive, not United Inn.  I'm talking -- you
10  know the one I'm talking about where you don't
11  remember the name?
12      A.   Yes, ma'am.
13      Q.   When were you trafficked there?
14      A.   The same -- we had ended up leaving the
15  United Inn, and when we left the United Inn, I had
16  went -- I was still with someone else, and we had
17  went to the other hotel, and that was that.
18      Q.   So the third hotel was after the United
19  Inn?
20      A.   Correct.
21      Q.   Okay.  So -- so we have determined that
22  you were first trafficked at -- excuse me.
23           At the United Inn on -- you said
24  October 7th or 8th of 2018; correct?
25      A.   Correct.
```

Page 25

```
1       Q.   And -- and how did -- how did you end up
2   there?
3       A.   At the United Inn?
4       Q.   Yes.
5       A.   Through -- through this girl named Kevy
6   that I had met through Shaq.
7       Q.   Okay.  How do you spell Kevy?
8       A.   K-E-V-I-I (sic).  K-E-E-V-I (sic).
9       Q.   Okay.  Something like that?
10      A.   Yes, ma'am.
11      Q.   You met her through Shaq?
12      A.   Correct.
13      Q.   Okay.  And what happened?  How did you
14  end up at the United Inn?
15      A.   We went to the United Inn.
16      Q.   Okay.  For -- for what purpose?
17      A.   To work for Shaq.
18      Q.   Okay.  And do you -- do you know why
19  during this time period you were being trafficked at
20  the United Inn instead of Stone Mountain Inn?
21      A.   (Witness unresponsive.)
22      Q.   Let me ask you a different question.
23           So you -- you told me, I believe that you
24  had -- you were previously trafficked by Shaq at the
25  Stone Mountain Inn; right?
```

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 26..29

Page 26

1    A.  Correct.
2    Q.  **Then in October, you were trafficked by**
3  **Shaq at the United Inn; correct?**
4    A.  Well, no, it wasn't --
5    Q.  **So is that right, or did I --**
6    A.  No.  I wasn't trafficked by Shaq at the
7  United Inn.  It was two other men.  But my first time
8  going to the United Inn, it was through somebody I
9  met through Shaq.  That's how I ended up there.
10   Q.  **Okay.**
11   A.  And we were working for Shaq, but he
12  wasn't my actual trafficker at the United Inn.
13   Q.  **Okay.  When you say you -- you were**
14  **working for Shaq, what does that mean?**
15   A.  Making money for it him.
16   Q.  **Okay.  But -- so I thought you -- I**
17  **thought I just heard you say when you got -- when you**
18  **first went to the United Inn, you were working for**
19  **Shaq, but you weren't being trafficked by him; is**
20  **that right?**
21       **Is that what you said?**
22   A.  No, that's not what I said.
23   Q.  **Okay.  I'm sorry.**
24   A.  I said -- I said Shaq wasn't my two
25  traffickers, because you're trying to say, like, Shaq

Page 27

1  was my trafficker at the United Inn.
2    Q.  **Okay.**
3    A.  He wasn't.  It was two other men.
4    Q.  **Okay.**
5    A.  But my first time going, it was to make
6  money for Shaq, but Shaq wasn't with us at the time.
7  Shaq had just got locked up.
8    Q.  **Okay.**
9    A.  That's why this girl had came on his
10  behalf.
11   Q.  **Okay.**
12   A.  But he wasn't present, you -- if that
13  makes sense, because he was locked up.
14   Q.  **It does make sense.  It does make sense.**
15   A.  So...
16   Q.  **Thank you.**
17   A.  Yes, ma'am.
18   Q.  **Okay.  Now, so was it -- was it Kevy who**
19  **took you to the United Inn?**
20   A.  Yes, ma'am.
21   Q.  **Okay.  You didn't choose the United Inn?**
22   A.  No, ma'am.
23   Q.  **Okay.  Were you ever at the United Inn**
24  **for anything other than trafficking?**
25   A.  No, ma'am.

Page 28

1    Q.  **Okay.  Now, what are the names of the two**
2  **men that you said you were trafficked by at United**
3  **Inn?**
4    A.  Cash and King.
5    Q.  **Cash?**
6    A.  Uh-huh.
7    Q.  **C-A-S-H.**
8       **And King --**
9    A.  Uh-huh.
10   Q.  **-- K-I-N-G?**
11   A.  K-I-N-G.
12   Q.  **Okay.  Okay.  You don't know their real**
13  **names, or do you?**
14   A.  One of their names is in the police
15  report as well, but I can't think of it by heart.
16  And the other one, I just never got his real name.
17   Q.  **Okay.  Which one -- if you know, which**
18  **one's real name is in the police report?**
19   A.  Cash.
20   Q.  **Okay.  All right.**
21       **And -- and so you met Cash and King**
22  **though Kevy?**
23   A.  No.  So I met them around the -- at the
24  hotel.  So Kevy -- the same day that Kevy had took me
25  to the hotel, she had ended up leaving for something.

Page 29

1  Something had happened, and she left, and she didn't
2  come back, and I was still at the room.  They left me
3  at the room.
4       So the next day, the following day,
5  they're -- you know, like, it's time to check out the
6  room.  I didn't have nowhere to go at the time, so
7  I'm trying to get in contact with the girl who
8  dropped me off, and I had ended up meeting King.
9  That's when I had met King at the hotel.
10   Q.  **So you met Cash and King at the hotel?**
11   A.  Correct.
12   Q.  **And you went to the hotel to be sex**
13  **trafficked; is that --**
14   A.  No.
15   Q.  **Okay.  Why did you go to the hotel?**
16   A.  Because Kevy said Shaq wanted us to go to
17  the hotel, so I am listening to what they're saying.
18   Q.  **Okay.  But did you understand that's why**
19  **you would be going there?**
20   A.  Yeah, to work for Shaq.  I knew we were
21  about to make money for Shaq, yes, ma'am.
22   Q.  **Okay.  Okay.  So tell me about the**
23  **first -- this first visit to the United Inn, you said**
24  **it was October 7th or 8th; right?**
25   A.  Correct.

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 30..33

Page 30

1    Q.    How -- how long were you there?
2    A.    For like five weeks.
3    Q.    **Five weeks?**
4    A.    Yes, ma'am.
5    Q.    **Okay.  Starting October 7th or 8th?**
6    A.    Correct.
7    Q.    **During those five weeks, did you ever**
8    **leave the property?**
9    A.    As in like live somewhere else, or just
10   like leave to go do something or something?
11   Q.    **Okay.  That's a great question.**
12         **During those five weeks, did you ever**
13   **leave for any purpose other than just to run an**
14   **errand or something like that?**
15   A.    Yeah.  Like, to go get food or go to
16   the -- it was like a gas station right across the
17   street, just, like, stuff like that, yes.
18   Q.    **During those five weeks, did you ever**
19   **spend the night somewhere else?**
20   A.    No, I didn't.
21   Q.    **Okay.  And during those five weeks,**
22   **Ms. Grimes, were you -- were you -- you were being**
23   **trafficked at the United Inn?**
24   A.    Yes, ma'am.
25   Q.    **And during those five weeks, were you in**

Page 31

1    the same room the whole time?
2    A.    No, ma'am.
3    Q.    **Okay.**
4    A.    It was different rooms.
5    Q.    **Okay.  During that five-week period, do**
6    **you know how many different rooms you were in?**
7    A.    I would say about five different rooms as
8    well.
9    Q.    **Okay.  And do you know why you moved from**
10   **room to room?**
11   A.    No.  When I was with King, he had a set
12   room.  Like, that was the room, but he also had an
13   extra room to work out of too.  So King had two rooms
14   and then -- well, really King -- well -- it bothered
15   me -- King had two rooms.
16        And then Cash -- like if -- they'll check
17   out because sometimes they did use to check out and
18   then, like, pay for another room because they didn't
19   want the room, so it will be like that.  Like, we're
20   switching rooms because they didn't want the room,
21   like...
22   Q.    **Okay.  Do you know -- you have referenced**
23   **a little bit, but do you know who -- whose names the**
24   **rooms were reserved in that you -- where you were**
25   **trafficked?**

Page 32

1    A.    No, I actually don't.  I never seen King
2    rent, like, the room.  He already -- when I met him,
3    he already had his rooms so he never, like, went to
4    rent another room.  He was just already paying for
5    the rooms that he was having.
6         And then with Cash, I personally went
7    with Cash to go rent rooms, but I'm not sure if they
8    were in his name.  But he was the one renting them,
9    yes.
10   Q.    **When you -- when you arrived at the**
11   **United Inn, Ms. Grimes, did you understand that you**
12   **were -- that -- did you have any idea you were going**
13   **to be there for weeks at a time being sex trafficked?**
14   A.    No, I didn't.
15   Q.    **Okay.  What -- what was your**
16   **understanding of what you were going to be doing**
17   **there?**
18   A.    Making money for Shaq.
19   Q.    **What do you mean by that?**
20   A.    What do you mean what do I mean?
21   Q.    **Having sex for money, but the money would**
22   **be going to Shaq?**
23   A.    Yeah, basically.  I guess, like, we --
24   Shaq said make the money so that's what we went to go
25   do.

Page 33

1    Q.    **And that's what that means?**
2    A.    Is what what?
3    Q.    **Yeah, I am not trying to confuse you.  I**
4    **have just -- you -- you have used this term "make**
5    **money" for Shaq several times.**
6    A.    Like, working, yes, ma'am.
7    Q.    **Like, having sex for money, or do you**
8    **mean something else?**
9    A.    I mean -- yes, ma'am.
10   Q.    **Okay.  Okay.  And I'm not trying to -- if**
11   **you don't understand my question or anything, I am**
12   **not trying to put words in your mouth; I am just --**
13   **and I hope you understand that.  I'm just trying to**
14   **make sure I understand what you're talking about.**
15        **Okay?**
16   A.    Right.
17   Q.    **Okay.  All right.  So we talked about**
18   **this five-week period when you were at the United**
19   **Inn.**
20        **When -- so you would have -- when you**
21   **left the United Inn, then it would have been sometime**
22   **in November of 2018, if we count about five weeks.**
23   A.    (Witness indicating.)
24   Q.    **Is that about right?**
25   A.    Yes, ma'am.  Oh, no, I'm -- yes, ma'am --

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

J.G.  on 02/08/2023          Pages 34..37

**Page 34**

1   no, it was November of 2018, like, middle/end of
2   November.
3        Q.    Okay.  All right.  And what happened that
4   caused you to leave?
5        A.    Cash had got arrested.
6        Q.    Okay.  And so you -- you just left the
7   hotel?
8        A.    So since we didn't get arrested, but we
9   were all in the room, by law they had to serve us,
10  like, the trespassing paper.  So after we signed the
11  paper, we had left.
12        Q.    All right.  And where did you -- where
13  did you go after that?
14        A.    I really don't remember exactly.  It was
15  on Memorial Drive, though.  It was where Cash had
16  told us to go.  Like, he had -- he already knew he
17  was about to get locked up so -- and he told us,
18  like, where to go, like, once he got locked up.
19  So...
20        Q.    And was this -- was this that third hotel
21  we talked about before, or is it another place?
22        A.    It's the third hotel, and he sent us to
23  somebody so we went to go, like, stay with them for
24  that night.
25        Q.    Were you trafficked at that other place

**Page 35**

1   that you're talking about?
2        A.    Yes, ma'am.  I mean, you can say that.
3   It was for a night, but you could -- yes, ma'am.
4        Q.    Okay.  And again, this is the third hotel
5   that's also on Memorial Drive that we talked about
6   before?
7        A.    Correct.
8        Q.    Okay.  And you were only there for a
9   night?
10        A.    Yes, ma'am.
11        Q.    Okay.  Who -- who was with you at that
12  hotel?
13        A.    Cash's girl.  It was kind of like his
14  girlfriend, I guess you could say.  But she was
15  through Cash.  A girl Cash had with him.
16        Q.    Okay.  When -- when is the next -- was
17  there another time that you were back at the United
18  Inn & Suites?
19        A.    Yes, ma'am.
20        Q.    Okay.  When was that?
21        A.    In January.
22        Q.    January of 2019?
23        A.    Correct.
24        Q.    All right.  Okay.  And how did you end up
25  back at the United Inn?

**Page 36**

1        A.    We had got a ride to United -- this boy
2   named Kimani had took us, and he -- he got us a
3        Q.    I'm sorry.  He took you; is that what you
4   said?
5        A.    Yes, ma'am.
6        Q.    Okay.
7        A.    I was with someone else.  It was me and
8   some other girls.  This boy Kimani had took us to the
9   United Inn and got us a room at the United Inn.  And
10  we were there -- I wasn't there that long.  It's -- I
11  was the first time.  We were there for like three
12  days, maybe even less.  Maybe -- well, like, yeah,
13  like, two or three days.
14        Q.    Two to three days.
15              Okay.  And who were you -- who were
16  you -- who were you working for during those two to
17  three days?
18        A.    King.
19        Q.    King.
20              And during the first day, you were -- in
21  October/November, you were working for Cash and King
22  or just --
23        A.    No, I'm sorry.  Could you repeat it?  The
24  first --
25        Q.    Sure.  So -- sure.

**Page 37**

1              So the first time you were at the United
2   Inn in October and November --
3        A.    Yes, ma'am.
4        Q.    -- you were working for Cash and King; is
5   that right?
6        A.    Yes, ma'am.  Not at the same time,
7   though, but in that span of time, yes, ma'am.
8        Q.    Right.
9              Okay.  So for part of the time, you were
10  working for Cash; and then part of the time, you were
11  working for King?
12        A.    Correct.
13        Q.    Okay.  And then when you were back at the
14  United Inn in January for a couple -- two to three
15  days, you were working for King; is that right or?
16        A.    Correct.
17        Q.    Okay.  And during that period of time,
18  were you -- were you in the same room for those two
19  to three days?
20        A.    Yes, ma'am.
21        Q.    Okay.  Okay.  And what happened that
22  caused you to leave the hotel in January of 2019?
23        A.    (Witness unresponsive.)
24        Q.    Let me ask a different question.
25              What happened that caused you to leave

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.
J.G.  on 02/08/2023

**Confidential**                                                                    Pages 38..41

Page 38

1  the United Inn in January of 2019 after you had been
2  there for two to three days?  Why did you leave?
3      A.   I honestly don't even remember.
4      Q.   Okay.
5      A.   But I just know we all had left.
6      Q.   Okay.  When you say "all" -- "we all had
7  left," who are you talking about?
8      A.   I had first went to the United Inn with
9  like three girls.  We were, like, three other girls.
10  The January time, not the first time, but the January
11  time when I had went.
12      Q.   Okay.  And what are their names?
13      A.   I actually don't remember.  We were in
14  group homes together, though.
15      Q.   Okay.  So these three -- so these three
16  girls that you went -- you're saying you went to the
17  United Inn with them in the January time period;
18  right?
19      A.   Correct.
20      Q.   And there are three girls you knew from
21  group homes?
22      A.   Yeah.  We -- we were in a group home
23  together.
24      Q.   Okay.  Tell me when you were in a -- tell
25  me about the group home that you're talking about.

Page 39

1           When were you in a group home?
2      A.   Like, from 2018 all the way to, like,
3  20- -- from 2018 to 2020, I was in group homes.
4      Q.   How did you end up in a group home
5  initially?
6      A.   Initially?
7      Q.   Yeah.
8      A.   My auntie wasn't fit to care for me at
9  the time, and then I just had a child as well.  It
10  was just a lot going on at the time.
11      Q.   Okay.  So when -- when would it have been
12  that you first moved into a group home?
13      A.   I'm not sure, but sometime in 2018.
14      Q.   Okay.  Was it before these incidents of
15  sex trafficking that we're talking about?
16      A.   No.  It was actually after the incident
17  of sex trafficking, yeah.
18      Q.   Okay.
19      A.   Yeah.
20      Q.   So when you -- when you were first
21  trafficked at Stone -- Stone Mountain Inn & Suites,
22  you were still living with your -- your auntie?
23      A.   The very first time; correct.
24      Q.   Okay.  All right.  Okay.  And so we
25  were -- we were talking about where you went after

Page 40

1  you left the United Inn in 20- -- January of 2019,
2  and I think you said you didn't remember.
3      A.   Yeah, I don't recall.
4      Q.   Okay.  Did you ever return to the United
5  Inn?
6      A.   Again, after that?
7      Q.   Yes, ma'am.
8      A.   No, ma'am.
9      Q.   Okay.  So there were just two -- two time
10  periods you were at the United Inn, if I am --
11      A.   Correct.
12      Q.   Okay.  One was in October or November of
13  2018, and the other was in January of 2019?
14      A.   January; correct.
15      Q.   Okay.
16      A.   Could we take a break, though?  Like, can
17  I go to the restroom?
18      MS. RICHENS:  Absolutely.
19      MR. BOUCHARD:  Yes.
20      MS. RICHENS:  Absolutely.  Take your
21  microphone off so you don't pull it.
22      THE VIDEOGRAPHER:  Stand by.
23      The time is 10:43 a.m.  This is the
24  end of Media No. 1, and we are off the
25  record.

Page 41

1      (Whereupon, the video camera was
2  turned off.)
3      (A short recess was taken.)
4      (Whereupon, the video camera was
5  turned on.)
6      THE VIDEOGRAPHER:  This is the
7  beginning of Media No. 2.  The time is
8  10:55 a.m.
9      We are on the record.
10  BY MS. RICHENS:
11      Q.   All right.  Ms. Grimes, so we took a
12  little break, and we're -- we're back on the record
13  now.
14      So thank you for helping me walk through
15  some of the chronology that we talked about before,
16  and I'm -- as you might imagine, I'm really going to
17  be focusing on the time at the United Inn since
18  that's who I am representing.
19      So you told me that you -- before you --
20  before you wound up at the United Inn in October of
21  2018, you had previously been at the Stone Mountain
22  Inn; is that right?
23      A.   Correct.
24      Q.   Did you go directly from one to the
25  other, or did you -- you know, go back to a group

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Confidential                                                                    Pages 42..45

J.G.  on 02/08/2023

**Page 42**

1   home?  Or what did -- how -- how did that work, if
2   you know what I'm asking?
3       A.   No.  I had went to -- I went to a CSEC
4   home actually, and then I ended up going back, yeah,
5   to -- well, not back, but to the United Inn
6   afterwards.
7       Q.   Okay.  And I didn't hear what you said.
8           What kind of home?
9       A.   A CSEC home.
10      Q.   What is that?
11      A.   A house for like girls who are being
12  sexually abused or sex trafficked or anything like
13  that.
14          THE VIDEOGRAPHER:  Ms. Kerns, do you
15  mind speaking up?
16          I'm having a hard time hearing you.
17  Sorry about that.
18          THE WITNESS:  I'm sorry.  It's my
19  throat.
20          Can I -- can I get a cough drop?
21  MR. BOUCHARD:  Of course.
22          THE WITNESS:  Sorry.
23  BY MS. RICHENS:
24      Q.   No, that's all right.
25          So you were at a CSEC home, and you --

**Page 43**

1   did you run away from that home and end up at the --
2   at the United Inn, or how did you get from that home
3   to the United Inn?
4       A.   Someone had came and got us.  Kimani,
5   this boy, had came and picked us up, me and who I was
6   with the -- some other girls at the time, and took us
7   to United Inn.
8       Q.   Kimani picked up you and who else?
9       A.   Two other girls I was with.
10      Q.   And what are their names?
11      A.   Oh, no, actually --
12      Q.   I'm sorry.  Go ahead.  And take your
13  time.  I know -- I know we've been going back and
14  forth a little bit on the time frames.  So...
15          I'm talking about in October of 2018.
16      A.   I can't think of the name, but I'm pretty
17  sure it's in, like, a report too as well because I
18  haven't talked to them since 2018.
19      Q.   Okay.  So who is Kimahdi (PH)?  Or
20  Kimahdi or Kimani?
21      A.   Kimani.  Kimani.
22          He is a guy that I had met prior to me
23  being in a group home.  I had met him at the Stone
24  Mountain Inn around that time.
25      Q.   Okay.  So you ended up at the United Inn.

**Page 44**

1   He picked you -- he picked you up and you think two
2   other girls from the group home?
3       A.   Uh-huh.
4           MR. BOUCHARD:  What time frame are we
5   talking about?
6   BY MS. RICHENS:
7       Q.   We're talking October of 2018; is that
8   right?
9           We're --
10      A.   Correct.
11      Q.   And you -- you don't know the names of
12  the other two girls?
13      A.   No.  It, like, slipped my mind, but if I
14  hear it, I will know that's their name.
15      Q.   Okay.  All right.  And -- and so
16  Kimani -- Kimani took you and the other two girls to
17  the United Inn?
18      A.   Correct.
19      Q.   Right.
20          And -- and did you understand that you
21  were going there to be -- to be trafficked?
22      A.   No.  Hold on.  I'm actually talking about
23  January.  I'm sorry.
24      Q.   Okay.
25      A.   That's really embarrassing.

**Page 45**

1       Q.   No, no, no.
2       A.   No -- okay.
3           So October of 2018; right?
4       Q.   Yes.
5       A.   No.  A girl named Kevy had took me to the
6   United Inn.
7       Q.   Okay.  And we talked about --
8       A.   Yes, ma'am.
9       Q.   -- talked Kevy before.  Okay.  All right.
10  So I'm going to cross out talking about Kimani.
11      A.   Yes, ma'am.
12      Q.   We'll get to him --
13      A.   It was a lot.  This one -- but no,
14  October, it was Kevy who had took me to --
15      Q.   Okay.
16      A.   -- United Inn the first time.
17      Q.   Okay.  And I think what we said before
18  was that Kevy picked you up.
19      A.   Uh-huh.
20      Q.   You thought you were going to the United
21  Inn to work for Shaq; is that right?
22      A.   Correct, yes, ma'am.
23      Q.   Okay.  So what happened when you -- you
24  know, October 7th or 8th of 2018, what happened when
25  you arrived at the United Inn?

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

**Confidential**                    J.G.  on 02/08/2023                    Pages 46..49

Page 46

1    A.    Shaq, um, he already had gave like --
2  Kevy already had money from Shaq.  Like, he gave her
3  the money to purchase the room, so she purchased the
4  room, and then she ended up leaving to go do
5  something, but she, like, never came back.  I'm not
6  sure what had happened, and I was still up there.
7    Q.    And when this first happened, do you know
8  what room this was -- this was at the hotel?
9    A.    No.  I just know it was a -- we were at
10  the very top floor, and it was a back room.
11    Q.    Top floor back room, meaning the back of
12  the hotel?
13    A.    Yes, ma'am.
14    Q.    Okay.
15    A.    On the backside.
16    Q.    Okay.  Okay.  And did you understand what
17  you were doing there?
18    A.    At the time, no.  But now, yes.
19    Q.    Okay.  So -- so what happened?  You --
20  you got to this -- did someone bring you to the room?
21    A.    Yeah, Kevy did.
22    Q.    Okay.  All right.  And then what
23  happened?  You said she left.
24    A.    Yeah.  So she had left, and then the next
25  day, it was, you know, time to check out of the room.

Page 47

1  So I'm just around the hotel, trying to get a ride,
2  figure out, you know, what I'm about to do, and then
3  I had met King.
4    Q.    I'm sorry.  You were trying to get a --
5    A.    Get, like, a ride from the hotel or
6  something.
7    Q.    Okay.
8    A.    Because I am just at the hotel.
9    Q.    Okay.
10    A.    Like, just outside at the hotel.  So I
11  ended up meeting King.
12    Q.    You just met him at the hotel?
13    A.    I mean, he -- yeah, like, he walked up to
14  me.  I am just outside so you know.  I'm sorry.  I
15  don't mean to sound mean.
16          But he -- I'm standing outside, yes, and
17  he had approached me and told me I could come to his
18  room, like asked me what I needed and stuff like
19  that.
20    Q.    I'm sorry.  You weren't mean -- did --
21  you weren't mean to me.
22    A.    Yeah.  I just didn't want to come across
23  like that because that's not how I was trying to
24  sound.
25    Q.    Well, and I -- I didn't take it that way,

Page 48

1  and I know this is hard, and I -- I feel bad because
2  I feel like I'm grilling you with questions.  So
3  please -- you know, I know it's difficult.  So you
4  take your time, and I will -- I will, you know, be
5  professional, and we'll get through it.
6          Okay?
7    A.    Right.
8    Q.    So what I'm hearing you say is you didn't
9  know King; you didn't go to the hotel with King; you
10  literally just met King at the hotel?
11    A.    Correct.
12    Q.    Okay.  Do you want a tissue or something?
13    A.    Please.
14    Q.    Yeah.
15          So you met King at the hotel, and you had
16  this conversation, and then what -- and then what
17  happened?
18    A.    He had took me in the room with him,
19  like -- and then he had, like, two other girls with
20  him too.  One was, like, his baby mama, and the other
21  was the baby mama's sister.  But, yeah, like, he seen
22  me at the hotel, you know, started asking me, like,
23  what was I doing out there; did I need anything; I
24  could come sit in his room and stuff like that.  So
25  then I went in the room and -- yeah.

Page 49

1    Q.    Where was this room?  Where was King's
2  room?
3    A.    I'm sorry.  I'm sorry.  I don't know why
4  I'm crying right now.
5          His room -- on the front side of the
6  hotel, on the third floor.  It was on the third floor
7  in the front side.  Like, in front of like the lobby
8  area where you would walk into the lobby of the
9  hotel.
10    Q.    Uh-huh.
11    A.    It was on that side.
12    Q.    Left side as you're looking at the hotel?
13    A.    Yes, ma'am.
14    Q.    Okay.
15    A.    It was on the left side.
16    Q.    Do you want to take a break, or you want
17  to keep going?
18    A.    No.  I really just want to get it over
19  with.
20    Q.    Okay.  I -- I thought you might say that
21  so we'll -- we'll keep going.  But if you -- if you
22  ever do want to just stop, let me know.
23          Okay.  And so -- and then what happened?
24  So you went -- you went -- you went into that room,
25  and -- and what happened?

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Page 50

1    A.   So he had took me into the room, and like
2    we just started to -- like, he seemed as like, you
3    know, like, he really cared about, like, what I had
4    going on.  And, you know, like, my safety at the
5    time, like he was trying to protect me or whatever,
6    and yeah.  I'm sorry.
7         Do you want me to go more into detail?
8    Q.   Well, so I guess at some point you --
9    you -- he trafficked you?
10   A.   Yes, ma'am.
11   Q.   Did that just start like that day?
12   A.   No, it wasn't the same day, actually.  It
13   was, like, maybe, like, the following day.  So the
14   first day I met him --
15   Q.   Uh-huh.
16   A.   -- he didn't do that yet.  Like, he was
17   telling me about, like, what his baby mama and the
18   sister were doing, like, and that is what they were
19   doing, but at the time, it -- I wasn't doing that
20   yet.  Like, he was more so talking to me, I guess.
21   Q.   Okay.
22   A.   Yeah.
23   Q.   All right.  And then it sounds like maybe
24   the next day that -- that's what happened?
25   A.   So yes, that is what happened.  Later

Page 51

1    that night, like, he had gave me, like, these pills
2    or whatever, and then the next day, that's kind of
3    when everything came into play.  He had took me to
4    another room that he had because he had another room
5    on the backside of the hotel, but it was on the same
6    floor, and then that's kind of what he like -- told
7    me everything, like, what I was going to be doing and
8    stuff.
9    Q.   He told you what you were going to be
10   doing; is that what you said?
11   A.   Yes.  Like, you know, "I have an ad.
12   You're going to post an ad.  You're going to make
13   money, you're going to do this" and stuff like that.
14   Q.   Okay.  All right.  And that's what
15   happened?
16   A.   (Witness indicating.)
17   Q.   Okay.  And -- and where was -- do you
18   know where the ads were posted?
19   A.   Uh-huh.
20   Q.   Where is that?
21   A.   On ListCrawler.
22   Q.   Okay.  Were you familiar with
23   ListCrawler?  Had you heard of that before?
24   A.   Yes.  I have -- I have heard of it
25   before, yes, through Shaq.  But I really wasn't like

Page 52

1    using it like that.
2    Q.   Okay.  And what -- the time we're talking
3    about now, and it sounds like it's early October, had
4    you met Cash yet or this was just King?
5    A.   Not yet.
6    Q.   Okay.  So -- so tell me about, um, maybe
7    the first period of time when you -- when you were
8    being trafficked by King at the United Inn, where --
9    where was this -- where was the room, or were you
10   moved from room to room?
11   A.   It just -- well, he had two rooms; so one
12   was on the front side, and that was, like, the room
13   we, like, slept in and stuff.  We were living out of
14   that room.
15   Q.   Okay.
16   A.   So everyone was living out of that one
17   room, and then he had a room on the backside
18   because -- it was three girls in the rooms, and all
19   three of us couldn't make -- you know, money at the
20   same time in one room.  So he had another room.  So
21   one girl was doing what they were doing, and the girl
22   goes to the other room.
23   Q.   Okay.  So if I heard you correctly, he
24   had two rooms; one was in the front where you would
25   sleep at night?

Page 53

1    A.   I mean, they were working out of that
2    room too.
3    Q.   Okay.
4    A.   But that is the room we were sleeping out
5    of, though, yes.
6    Q.   Okay.  And the other one was more
7    where -- where the -- the sexual activity would
8    occur?
9    A.   I mean, both of them --
10   Q.   Okay.
11   A.   -- it was occurring in, but one was just
12   an extra room.
13   Q.   Okay.
14   A.   You -- if that makes sense because --
15   Q.   Yeah, I understand.
16   A.   Yes, ma'am.
17   Q.   I understand.
18        And the two other girls are the two girls
19   you told me about before, his baby mama and somebody
20   else, or were there --
21   A.   Uh-huh.
22   Q.   Okay.  And I may have asked you this
23   before, but now that we're going through it a little
24   bit more step-by-step, do you know whose -- whose
25   name these rooms were rented in?

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**
J.G.  on 02/08/2023

Page 54

```
1    A.   No.  So I was staying -- when King --
2    Q.   Yes.
3    A.   He already, like, been up there, so the
4  rooms that he had, he already had them.  So I never,
5  like, seen him rent a room because he already had the
6  room.  He never just not -- didn't have the room, if
7  that makes sense.  So he never had to go re-rent a
8  room.
9         And then with Cash, yes --
10   Q.   Can I have -- stop you there and we'll
11 get to Cash --
12   A.   Uh-huh.
13   Q.   -- so I don't -- so we don't get
14 confused.
15   A.   Okay.
16   Q.   Okay.  All right.  Okay.
17        So how long were you -- how long were you
18 being trafficked by King during this first period
19 we're talking about?
20   A.   Maybe like a week and some days.
21   Q.   Okay.  And can you tell me sort of what a
22 day would look like?  I mean, were you -- were you
23 being trafficked all day long during that -- during
24 that week?
25   A.   Yes.
```

Page 55

```
1    Q.   Okay.
2    A.   (Witness unresponsive.)
3    Q.   Okay.
4    A.   I'm sorry.  It was like -- so with King,
5  it was, like, a 24/7 thing, like sun up to sun down.
6  So he used to, like, give us pills and stuff so that
7  we can stay up, like, you know, so we can keep
8  working.  But, like, we would work all day when it
9  came to King.  He would even sometimes, like, us take
10 a nap or something, and he would get the phone and
11 start like getting the plays to come in, like, just
12 wake us up when, like, the plays are there and stuff
13 like that, but we were always working.
14   Q.   Okay.  Okay.  And you answered a question
15 I was going to have.  I didn't know what we were
16 going to call the -- the men that came -- that came
17 to have sex with you, we're going to call them -- you
18 would call them a "play"?
19   A.   Yes, ma'am.
20   Q.   All right.
21   A.   Yes.
22   Q.   So can you tell me, Ms. Grimes, how many
23 plays you -- you were doing a day for King while you
24 were working for him?
25   A.   Like a whole day.  I have probably like
```

Page 56

```
1  12 plays a day.
2    Q.   Okay.
3    A.   I'm not sure, like, the exact number, but
4  it's like around that.
5    Q.   Okay.  No, that --
6    A.   It varied.
7    Q.   Yeah.  That's why I'm trying to get just
8  an idea.
9         And were you -- when you were having --
10 when you were having sex with these plays or having a
11 play, or whatever you want to call it, were there
12 other people in the room?
13   A.   No.
14   Q.   Okay.
15   A.   No.  So if, like, the rooms are
16 preoccupied or something, we'll use the car.  Like,
17 we'll have the play in the parking lot, and they will
18 just park the car, like, on the backside or just
19 somewhere where it's not a whole bunch of people
20 walking by.
21   Q.   Did you do that?
22   A.   Did I do what?
23   Q.   Did you do a play in a -- in the parking
24 lot sometimes?
25   A.   Yes, ma'am.
```

Page 57

```
1    Q.   Okay.  What is your understanding -- we
2  mentioned the ads.
3         Is that your understanding of where these
4  plays came from, that men would see your ad on
5  ListCrawler and make arrangements that way?  Or were
6  there other -- other ways as well that you know of?
7    A.   It was through ListCrawler.  Like, it
8  would be, like, men -- we would make plays with men
9  at the hotel.  We would make -- we were on Memorial
10 Drive, so there was a lot of traffic.  Like, you
11 could just stand outside, and cars would come
12 through.  So it was, like, three different ways.
13   Q.   Okay.  So you talked about the ads, then
14 you talked about just people at the hotel?
15   A.   (Witness indicating.)
16   Q.   Okay.  And then you talked about traffic
17 from Memorial Drive?
18   A.   (Witness indicating.)
19   Q.   Are those -- are those the three ways
20 you're talking about?
21   A.   Yes, ma'am.
22   Q.   Okay.  Okay.  Did King have other people
23 working with him, men or women helping him in any
24 way, or was it just him?
25   A.   Like, did he have other girls working?
```

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Page 58

1    Q.   That's not what I'm asking about.
2         I'm asking about other -- like, other
3    people helping him.
4         A.   Oh.  If he did, I didn't know about them.
5         Q.   Okay.  But let me confirm, and I think
6    you did -- we have -- I think you have told me that
7    at this time he did -- there were two other girls who
8    were -- who were being trafficked as well by King; is
9    that right?
10        A.   There were two girls in the room with me,
11   yes, who were being trafficked by him, but he had
12   other girls up there too working for him.
13        Q.   At this same time?
14        A.   Yes, ma'am.  I actually met one of the
15   girls too, but she wasn't staying in the room with
16   us, though.
17        Q.   Okay.  So you met two girls, but you say
18   there were others he was trafficking as well and you
19   met one of them?
20        A.   Uh-huh.
21        Q.   Okay.  What was her name?  Do you know?
22        A.   It was Promise.
23        Q.   Promise?
24        A.   Uh-huh.
25        Q.   Okay.  So just to confirm, you said King

Page 59

1    sort of had all of the rooms.  You didn't ever go,
2    like, to the front desk with him to -- to pay for a
3    room or anything like that; is that right?
4         A.   No.  I was always, like, around the
5    hotel, though.
6         Q.   Okay.
7         A.   But I never went to purchase the room,
8    though, no.
9         Q.   Okay.  And just so I am clear, do you
10   know whose name his -- he rented -- the -- do you
11   know whose name the rooms he rented or rented in?
12        A.   No, ma'am.
13        Q.   Okay.  So did you get any money for
14   plays?  Were you given any money?
15        A.   No.
16        Q.   All the money went to King presumably?
17        A.   Yes.
18        Q.   So what happened next after that week or
19   some -- week plus, you called it, that you were
20   working for King?
21        A.   I had actually, like, tried to, like,
22   take some money.  So after, like, I had --
23        Q.   Take some money; is that what you --
24        A.   Yes.
25        Q.   Okay.

Page 60

1         A.   I tried to, like, keep some of the money,
2    but he knew, so, like, it was like a big fight or
3    whatever had happened.  He had kicked me out of the
4    room, so I am just like in the -- the little hallway
5    of the hotel, like, where the front desk is and,
6    like, the stairs and stuff.
7         Q.   Uh-huh.
8         A.   Like, the elevators and stuff.  I am in
9    that little hallway, and then I had ended up -- and
10   it's nighttime too, and I had ended up meeting Cash
11   and his girlfriend, or the girl he was with.
12        Q.   That's when you met Cash and his
13   girlfriend?
14        A.   (Witness indicating.)
15        Q.   Okay.  And so what happened there?
16        A.   They told me I could come in their room.
17   They asked me what was going on.  I told them what
18   was going on, and they told me that I could come stay
19   with them, like, in their room.
20        Q.   Okay.  Is that what you did?
21        A.   (Witness indicating.)
22        Q.   All right.  And then what happened after
23   that?
24        A.   Like after --
25        Q.   So you went up to their room, you spent

Page 61

1    the night, I mean --
2         A.   So, like, the rest of the time period I
3    was at the United Inn, it was with Cash and the other
4    people that he was with.
5         Q.   Okay.  And how long was that,
6    approximately?
7         A.   Like, four weeks.  So it was until, like,
8    November.  Like, the middle, end of November when he
9    had got locked up.  It was until he had got locked
10   up.
11        Q.   Okay.  And he was arrested at the United
12   Inn?
13        A.   Yes.
14        Q.   Okay.  Did you ever go back to work for
15   King, or that was the end of that?
16        A.   Not during this time period, no.
17        Q.   Okay.  So in October, November, not -- no
18   more with King.  Okay.
19        So tell me -- so then you were trafficked
20   by Cash, it sounds like?
21        A.   Yes.
22        Q.   All right.  And where in the hotel did
23   this occur?
24        A.   So Cash had, like, multiple rooms.  Like,
25   King he had two rooms, and those were just his two

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Page 62

1   rooms.  Cash is, like, we'll check in and check out,
2   like, we -- we were getting different rooms.  Like,
3   if he didn't want a room, he will request a different
4   room.  Like, we had different rooms.  So I would say
5   about, like, four or five rooms in total within that
6   time frame.
7        Q.    Okay.  He would move around?
8        A.    Uh-huh.
9        Q.    And was it the -- kind of the same as
10  what you described with King in terms of men would
11  come, either from ListCrawler or they were just at
12  the hotel?  Or -- or what -- what was -- was that the
13  same, or was that different?
14       A.    It was kind of, like, the same, yeah.
15  But with Cash, it was, like, majority, like, most of
16  our plays came from, like, outside.  Like, not on
17  ListCrawler.  They came from, like, the hotel and
18  Memorial Drive and stuff like that.
19       Q.    When you talk about coming from Memorial
20  Drive, did -- did you ever go out?  Were you ever
21  asked to go out, or did you ever go out and walk
22  Memorial Drive?
23       A.    Yeah.  Cash used to make me and the other
24  girl do that, yeah.
25       Q.    What -- let's see.

Page 63

1              What is the name of the other girl you're
2   talking about?
3        A.    Her name is Mini.
4        Q.    Mini?
5        A.    Uh-huh.
6        Q.    Okay.  And so that -- that stay at the
7   hotel -- at the United Inn ended when Cash was
8   arrested?
9        A.    (Witness indicating.)
10       Q.    Okay.  And did Cash have anyone helping
11  him?
12       A.    Yeah.  It was like Cash has, like, three
13  other men with him.
14       Q.    Okay.  Do you know their names?
15       A.    No.  But they're in the police report as
16  well.
17       Q.    Okay.  All right.  Okay.
18             And then let's talk about, if we could,
19  the second -- or the next time you were at the United
20  Inn, which was in January of 2019.
21       A.    Correct.
22       Q.    And -- and you said that was, I think,
23  for two or three days is what you told me.
24       A.    (Witness indicating.)
25       Q.    And who was trafficking you then?

Page 64

1        Q.    King again.
2        Q.    How did you end up back at the United
3   Inn?
4        A.    Kimani.  A boy named Kimani.
5        Q.    Okay.
6        A.    Well, this man named Kimani brought me
7   there.
8        Q.    Okay.  We started talking about Kimani,
9   and then I think we realized we might be confused on
10  the time frame.
11       A.    Uh-huh.
12       Q.    So let me ask you, again, how did --
13  who -- I think you said you met Kimani at the United
14  Inn -- excuse me, at the Stone Mountain Inn?
15       A.    Yeah, that was my first time ever meeting
16  him, but we never, like, lost contact.  Like, I was
17  still in contact.
18       Q.    The first time you ever met him was at
19  the United -- excuse me, at the Stone Mountain Inn,
20  but --
21       A.    Yes.  Like, in that time period, yes.
22       Q.    Okay.
23       A.    That was my first time meeting him.
24       Q.    All right.  And you were -- during this
25  stay in January of 2019, you were there for two or

Page 65

1   three days -- two to three days?
2        A.    (Witness indicating.)
3        Q.    And where -- where on the property were
4   you?  Where at the United Inn?
5        A.    We were actually, like, right by the
6   hallway.  We were on the bottom floor so the main
7   level right in the front.  Like, so if you look at
8   the lobby --
9        Q.    Uh-huh.
10       A.    -- we were literally on the right, and we
11  were probably like two, three doors down from the
12  lobby.  We were right there.
13       Q.    Okay.  And you were trafficked by King
14  during that time period?
15       A.    (Witness indicating.)
16       Q.    Okay.  Do you know what the -- the dates
17  were of that?
18       A.    No.  I just know it was, like, early
19  January.
20       Q.    Okay.  And -- and what happened?  Why did
21  you end up leaving the United Inn after that?
22       A.    That's what I was -- I really don't even
23  recall why we had left, but we had left.  I don't
24  remember why, though.
25       Q.    Okay.  And who is "we" that you're

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

**Confidential**                                        Pages 66..69

J.G.   on 02/08/2023

Page 66

```
1   talking about?
2       A.   Me and two other girls that I was with.
3       Q.   Okay.  And who were those girls?
4       A.   Rose and Naynay (PH).
5       Q.   Okay.  If I were to ask you to -- to put
6   me in touch with somebody who could say, yes, I was
7   at the United Inn with -- with Jhordyn Grimes in
8   either October or November of 2018 or 20- -- or
9   January 2019, who would that be?  Like, who could
10  confirm that you were there?
11      A.   Rose, my family.  I have friends and
12  messages texting me saying that they seen me there
13  during this time frame.  Like, really been -- anybody
14  who know what I had went through at the time, they
15  can all confirm that.
16      Q.   But who -- let me ask a better question.
17           Who was there -- who was there with you?
18      A.   Who was there with me?
19      Q.   Yeah.
20      A.   Rose, Naynay, Kevy, Mini, and that's
21  about it.
22      Q.   Do you know -- are you still in touch
23  with these people; Rose, Naynay, Kevy, and Mini?
24      A.   Kevy, I'm still in touch with -- well, I
25  can get in contact with her.  Rose, I can --
```

Page 67

```
1   everybody on that list, I can get in contact with
2   them.  We just don't really talk anymore.
3       Q.   Okay.  So -- and just to confirm, you're
4   telling me these are all people you could get in
5   touch with who could -- who would say, yes, they were
6   at the United Inn with you when you were being
7   trafficked?
8       A.   Correct.  Correct.
9       Q.   Okay.  Who is Chonty Clarke?
10      A.   That's Rose.
11      Q.   And were the -- were these four -- these
12  are all women; Rose, Naynay, Kevy, and Mini --
13      A.   Correct.
14      Q.   -- were they all trafficked at the United
15  Inn with you?
16      A.   Rose was.  Mini was.  Kevy, that's the
17  girl who had brought me, and then she, like,
18  disappeared that same day.  And then Naynay -- Naynay
19  was with us too, so yes.
20      Q.   So Rose --
21      A.   Naynay.
22      Q.   -- Naynay and Mini were all?
23      A.   And Mini.
24      Q.   Okay.  Okay.
25           When you were trafficked at that United
```

Page 68

```
1   Inn, did you yourself make use of any phone,
2   telephone or cell phones, to -- to contact plays
3   or -- your traffickers?
4       A.   Like, did I have a telephone?
5       Q.   Yeah.
6       A.   Yes, ma'am.
7       Q.   You had a phone.  But did you use it
8   for -- I mean to -- like, did you contact -- did you
9   personally interact with plays and, you know, tell
10  them where to go -- you know, where to come or this
11  and that?  Or did your traffickers do that?
12      A.   It varied.  Like, sometimes it would be
13  them; sometimes it would be me texting.
14      Q.   So sometimes you would text the plays
15  yourself?
16      A.   Correct.
17      Q.   Okay.  Do you still have the phone or
18  phones that you used for that?
19      A.   No, I don't.  They're all used as
20  evidence.  They're all confiscated by the police.
21      Q.   Okay.  Do you know who was arrested with
22  Cash when he was arrested?
23      A.   Yeah.  It was the -- the men that were
24  with him.
25      Q.   I'm sorry?
```

Page 69

```
1       A.   The three men that he -- were with him.
2   They all had got arrested.
3       Q.   Okay.
4       A.   And I think Raven had got arrested too.
5   It was another girl in the room with us as well.
6       Q.   Okay.
7       A.   And I -- I believe she had got arrested
8   too.  I'm not sure.
9       Q.   Do you -- are you still in touch with
10  her?
11      A.   No.
12      Q.   Okay.  When Cash was renting rooms, you
13  said he moved from room to room a bit.
14           Do you know the name he used to rent the
15  rooms?
16      A.   No, but -- no, I don't, actually.  But
17  I'm -- I'm pretty sure it was probably his name
18  because whatever ID he was showing them, I'm pretty
19  sure it had to be him.
20      Q.   And did we say earlier his name is in the
21  police report?
22      A.   Correct.
23      Q.   Okay.  Would you know it if I said it?
24      A.   Yes, ma'am.
25      Q.   Okay.  We will come back to it.  I got
```

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 70..73

Page 70

1  it.  One second.
2              Keiron Perry?
3      A.   No, ma'am.
4      Q.   Quinton Antwan Bush?
5              Endco Corey Forest?
6      A.   That's Cash.
7      Q.   Endco Corey Forest is Cash?
8      A.   Correct.
9      Q.   Okay.  Thanks.
10             Do you know who those other two gentlemen
11  are?
12     A.   They were just in the room with us, like,
13  the whole time period we were there.  They were with
14  Cash.
15     Q.   Were they arrested as well?
16     A.   Yes, ma'am.
17     Q.   Okay.  Are you okay?  Do you need a
18  break?
19     A.   No, I'm good.
20     Q.   Are there any photos taken by you or
21  anyone else at the United Inn?
22     A.   Yes, ma'am.
23     Q.   Okay.  And did you provide those to your
24  attorney?
25     A.   Yes, ma'am.

Page 71

1      Q.   Okay.  Was it photos or video or both?
2      A.   Both.
3      Q.   Okay.  All right.  We'll come back to
4  this.
5              Do you have -- we talked about people you
6  know who could -- who would -- who would confirm you
7  were at the United Inn with you.
8              Did you take anything from the United
9  Inn, like a towel, a -- you know, an ashtray?
10  Anything that you could say, "Look, this is from the
11  United Inn"?
12     A.   No, ma'am.  That was in 2018.
13     Q.   Okay.  And I'm -- I understand.
14     A.   Yeah.
15     Q.   I'm just trying to ask questions.
16     A.   Yeah.
17     Q.   Do you have any paperwork that you --
18  like, did you leave the United Inn with like a room
19  receipt or a room key or an invoice or a bill,
20  anything like that?
21     A.   No, I didn't, except for the paper that I
22  signed when Cash had got arrested, and they, like,
23  did the trespassing.  You can't come back on the
24  property basically because all of that had happened.
25  That's the only, like, thing that I have

Page 72

1  paperwork-wise that will say that.
2      Q.   Okay.
3      A.   I think it's, like, police reports too,
4  but that's, like, it.
5      Q.   So you are saying that, if I am
6  understanding you correctly, you received one of
7  these trespass papers from the hotel; is that right?
8      A.   Yes, the day Cash had got locked up.
9      Q.   Okay.  And does it have your name -- it
10  has your name on it?
11     A.   No.
12     Q.   Whose --
13     A.   It has my cousin.  I gave them another
14  name.
15     Q.   Okay.  What name did you give them?
16     A.   Shameka Grimes.
17     Q.   What's the first name?
18     A.   Shameka.
19     Q.   Spell it.  Does it have a spelling, in
20  your -- in your mind?  How do you spell it?
21     A.   Ah --
22     Q.   Shameka?
23     A.   Yes, ma'am.
24     Q.   Okay.  And you used your real last name,
25  Grimes?

Page 73

1      A.   Yeah, because that's her real last name
2  too.
3      Q.   Do you have a cousin named Shameka
4  Grimes?
5      A.   Yes, ma'am, I do.
6      Q.   Okay.  So you just gave them your
7  cousin's name?
8      A.   Correct.
9      Q.   Okay.  You mentioned that -- and I'm
10  sorry, I can't remember who it was.  So let me ask
11  you -- I think it was King had given you drugs so you
12  could stay awake?
13     A.   Uh-huh.
14     Q.   Do you know what kind of drugs you were
15  given?
16     A.   No.  I just know, like, they were, like,
17  pills, and they just made you stay up.  Like, you
18  don't get tired on them.
19     Q.   Okay.  Did Cash do that as well?
20     A.   He did actually as well, yeah.
21     Q.   Do you know --
22     A.   But his -- do I know what they're called?
23     Q.   Yeah.
24     A.   No.  But it was -- whatever the pill was,
25  it was the same thing.

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.
J.G.  on 02/08/2023

**Confidential**                                                      Pages 74..77

---

Page 74

1    Q.   Okay.
2    A.   Like --
3    Q.   Did they have -- did they call them
4    something?  Like, do they have a nickname?
5    A.   It was, but I can't think of, like, the
6    name that they used for them.
7    Q.   Okay.
8    A.   But it -- you know, like -- like, they
9    will be, like, little pills, and, like, it will be
10   in, like, a shape or something, and they come in,
11   like, different colors.
12   Q.   Like, a gummy of some kind?
13   A.   No.
14   Q.   Or an actual pill?
15   A.   It was like an actual pill.
16   Q.   Okay.  Okay.  If you think of it, let me
17   know.
18        But it was the same for both King and
19   Cash?
20   A.   Yes, ma'am.
21   Q.   Were they also selling drugs?
22   A.   Cash was; King wasn't.
23   Q.   Do you know what kind of drugs he was
24   selling?
25   A.   Cash?

Page 75

1    Q.   Yes.
2    A.   He was selling everything, like, ice.
3    Q.   What is ice?
4    A.   To be honest, I don't even know.  I just
5    know, like, that's what it was called.
6    Q.   It was called "ice."  Okay.
7    A.   I know you can smoke it, though, because
8    he smoked it before.
9    Q.   Okay.
10   A.   I want to say, like, crack -- whatever
11   is, like, the hard rock (Witness indicating.)  He
12   sold that.  The powder, coke, he sold that.  He sold
13   weed.  He sold the same pills that he would give us.
14   And I really think that's it.
15   Q.   Okay.  All right.
16        MS. RICHENS:  Why don't we take a
17   break, please.
18        THE VIDEOGRAPHER:  This is the end of
19   Media No. 2.  The time is 11:39 a.m., and
20   we are off the record.
21        (Whereupon, the video camera was
22   turned off.)
23        (A short recess was taken.)
24        (Whereupon, the video camera was
25   turned on.)

Page 76

1         THE VIDEOGRAPHER:  This is the
2    beginning of Media No. 3 in the deposition
3    of Jhordyn Grimes.  The time is 11:51 a.m.,
4    and we are on the record.
5    BY MS. RICHENS:
6    Q.   All right.  Ms. Grimes, I just have a
7    couple of follow-up questions, and then we're going
8    to move to another topic.
9         So we have talked about Cash and his
10   associates, the -- men that were helping him and
11   then King.
12        Did any of those gentlemen carry weapons?
13   Did they have guns?
14   A.   Every single one of them, yes.
15   Q.   All of them had guns?
16   A.   Yeah.
17   Q.   What did they -- I mean, did they ever
18   threaten you with them, or what did they do with
19   them?
20   A.   Not Cash, but the -- Cash never, like,
21   threatened me, but him and, like, the other girl used
22   to, like, actually, like -- like, he used to threaten
23   her and beat her up and, like, stuff like that.  But
24   the other men who were in the room, they did.  They
25   have threatened me a couple of times, but...

Page 77

1    Q.   The associates of Cash -- or is that who
2    you're talking about?
3    A.   Yes, ma'am.
4    Q.   Okay.  They -- they threatened you?
5    A.   Yes, ma'am.
6    Q.   What about King?  Did he ever --
7    A.   Yes, ma'am.  He was violent, yes, ma'am.
8    Q.   He was violent toward you?
9    A.   Yes, ma'am.
10   Q.   Did he hit you?
11   A.   Yeah.  Yes, ma'am.
12   Q.   The other follow-up question is kind of
13   general, and it may been different depending on
14   different times or different places, so just let me
15   know.
16        But I kind of want to know, like, when
17   a -- let's say when -- when it was time for a play
18   and you were in a room, I mean, how did that happen?
19   Was there someone -- would they send the play to the
20   room, or he would know where to come?  Or can you
21   kind of tell me how that would happen generally?  Or
22   if it was different -- different times, let me know
23   that too.
24   A.   Could you just ask it one more time?  I
25   heard you, but just one more time.

---

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Confidential                      J.G.  on 02/08/2023                      Pages 78..81

Page 78

1  Q.  Yeah.  Yes.
2      So you are in a room expecting a play.
3  A.  (Witness indicating.)
4  Q.  How does the play get to the room, or how
5  does he know where to come?  How does he get into the
6  room?
7  A.  Okay.  So, like, it did depend, but,
8  like, if it was -- when I was with King, like, when
9  you post the ad or whatever, it will say where you
10 are at, but it won't have, like, the room number and
11 stuff.  So once the play is getting ready to come,
12 like, he will tell them, like, what room to come to,
13 or if there's no rooms available, like, where to park
14 at or just park, you know, where you feel comfortable
15 because it depended on them too.
16     And then, like, we'll meet them down in
17 their car.  It was really like that with Cash too,
18 honestly.  The play didn't get the room number until,
19 like, they said they were at the United Inn or
20 whatever, and then they would just post the room
21 number.
22 Q.  So they would give the -- the play the
23 room number.  And how -- they would just come and
24 knock on the door?  The play would come and knock on
25 the door, or how would they get in the room?

Page 79

1  A.  Yeah, they would knock on the door.
2  Q.  Okay.  How many times did you have a play
3  in a -- in a car at the United Inn?
4  A.  It was like a fifty-fifty thing.  Like,
5  when there's no room, it's a car play.  The United
6  Inn, like, the way that it looked -- like even in the
7  day, like, at day or night, like, you know, it looks
8  unsafe.  So some of the plays would come, and they
9  wouldn't want to come into the room because of, like,
10 the type of people that were around the hotel or,
11 like, what was going on.  So they would say, like,
12 they would feel more comfortable if we came to the
13 car, so we came to them.  So it was like a
14 fifty-fifty thing.
15 Q.  Okay.  So let me -- let me ask again.  If
16 you know, I mean, was it five times?  Ten times?  I'm
17 just trying to get a number if you know how many
18 times you had a play in a -- in a car.
19 A.  So if I made 12 plays a day, I would say
20 I had six plays in a car.
21 Q.  Okay.
22 A.  A day.
23 Q.  Okay.  And that was consistent for all --
24 A.  Yes, ma'am.
25 Q.  -- the whole time?

Page 80

1  A.  For King and Cash.
2  Q.  Okay.
3  A.  Yes, ma'am.
4  Q.  Thank you.  I see now what you mean by
5  fifty-fifty.
6  A.  Yes, ma'am.
7  Q.  Got it.
8      And when you had a -- when you would have
9  a play in a car, was there a -- like, a particular
10 place on the property you would go, or did it depend?
11 A.  No, it wasn't actually.  It really
12 depended on where the play wanted to park.  So where
13 they felt like they would be comfortable out in the
14 parking lot, so whether that would be like the front,
15 wherever, by the lobby, like where they felt like,
16 you know, nothing would happen to them or whatever
17 the case may be.  Like, whether it's the front or
18 whether they felt safer in the back, it -- it really
19 just depended on the play.
20 Q.  Okay.  And how would that work?  Would a
21 play know it was going to be a -- a car play when
22 they arrived?
23 A.  Sometimes, yes.  Because when King used
24 to post for us, like, he will, like, specify that,
25 like, car play or, um -- I can't think of, like, the

Page 81

1  other word, but, like, where they will come in.
2  Q.  Okay.
3  A.  So, like, sometimes, yeah, like, they
4  knew beforehand it's going to be done in a car here,
5  though.  And then sometimes it wasn't supposed to
6  have been the car play, but when they seen, like,
7  the -- the hotel, that's what they requested.  They
8  didn't want to come in the room.  They would rather
9  do it in their car.
10 Q.  Okay.  So you mentioned earlier this
11 morning, I believe, Ms. Grimes, we were talking
12 generally about walking around on the property.
13 Okay?
14     And so I want to ask you some questions
15 about that.
16 A.  Uh-huh.
17 Q.  And we're -- again, of course, we're
18 talking just about the United Inn.
19 Okay?
20 A.  Yes, ma'am.
21 Q.  Okay.  So am I correct that there were
22 occasions you -- you had to walk around on the
23 property?
24 A.  Yes, ma'am.
25 Q.  Okay.  Can you tell me generally when

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

Page 82

1    that would be or what -- for what purpose?  Why were
2    you walking around on the property?
3         A.   So when I was, like, walking around when
4    I was with King, he didn't, like, make us walk the
5    property to find plays.  Like, majority of the time,
6    he already had our plays for us, like, from the ads
7    or something like that.  But -- so when we would walk
8    around, it would be to -- because --
9              I don't know if you know this, but the
10   hotel, like, they have, like, a store inside the
11   hotel.  So, like, we'll go down and buy stuff because
12   they had like food, hygiene personal -- like, they
13   had everything.  So it would be to go to purchase,
14   like, soap, condoms, noodles, whatever, like, gum,
15   toothpaste, stuff like that.  Say, we needed to
16   switch our towels or something or the bedsheets but
17   the housekeeper ladies are gone, we would have to go
18   to the front -- so down to do that.
19             And then when I was with Cash, it was
20   the -- it was the same concept, but it was kind of
21   different because Cash, like, had -- he had, like, made
22   us, like, walk around to find plays too.  So at that
23   point, like, we were still going to the office and
24   stuff for what it was doing with King as well so,
25   like, purchasing things and switching out, you know,

Page 83

1    towels and sheets, but we were actually, like,
2    outside, like, strolling, I guess that's what they
3    call it, walking around the property trying to, like,
4    find plays and stuff, or, like, we walked up Memorial
5    Drive a couple of times.
6              Even with King, me and the baby mama, we
7    walked across the gas -- to the gas station a couple
8    of times to get stuff for all of us, but yeah.
9         Q.   So you used the term "strolling" to
10   describe when you're walking around on the property
11   to look for plays.
12        A.   I mean, no, that's not what I would call
13   it, but I know that is what, like, they -- the term
14   that people use.
15        Q.   The term people use.
16        A.   Yes, ma'am.
17        Q.   Okay.  What -- tell me what that
18   involves.  Like, what -- what is somebody doing when
19   they're doing that?
20        A.   You're just, like, walking around.  Like,
21   you barely have clothes on.  You know, you look
22   provocative, like, and you just walk around and get
23   attention, and that's how that was.
24        Q.   And that's something you did when you
25   were working for Cash?

Page 84

1         A.   (Witness indicating.)
2         Q.   Okay.  When you're -- when you're
3    doing -- and I'm going to call it "strolling."
4              Is that okay?
5         A.   (Witness indicating.)
6         Q.   So we know what we're talking about.
7              When you're strolling, were you by
8    yourself?
9         A.   No.  It was -- Cash didn't, like, let us
10   go outside by ourself, nor did King, honestly, but it
11   would always be Mini and another man.  So it would
12   always be me and Mini and another one of Cash's
13   associates, but it was never just, like, me or just
14   her or like that.
15        Q.   There was always one of these men, who
16   were Cash's associates, with you?
17        A.   (Witness indicating.)
18        Q.   And so what would you do?  You would just
19   walk -- you would look for people to -- to approach?
20        A.   Yeah, like, I mean, basically, yeah, just
21   like provocative.  Like, you're barely wearing
22   clothes.  You know, like, men are going to stop for
23   that, like, you know, that was just that.  Like, you
24   really didn't even have to do nothing.  You would
25   just be there so they can see you, and they will come

Page 85

1    like --
2         Q.   Okay.  Was this during the day or at
3    night or some of each?
4         A.   Some of each.
5         Q.   Okay.  And the clothes that you're
6    talking about, you said you barely had clothes on.
7              Can you describe what you were wearing
8    and also tell me were -- were these your clothes or
9    the clothes that somebody provided to you?
10        A.   No, because when I had went to the United
11   Inn, I only had, like, one outfit, and that's what I
12   had on my body.  So...
13        Q.   I'm sorry.  You said when you went to the
14   United Inn, you only had one outfit?
15        A.   Yes.
16        Q.   Okay.
17        A.   So -- and that's just, you know, like,
18   what I had on when I had went.  So the -- everything
19   else that I had got, it was provided or it was, like,
20   another girl's clothes who was there, like --
21        Q.   Okay.  So what -- like, what kinds of
22   clothes would that be when -- if you -- when you're
23   strolling?
24        A.   It would be, like, off-the-shoulder tops,
25   crop tops, tank tops, jumpsuits.  Well, that's not

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

J.G.  on 02/08/2023

Page 86

1   what you call it now.  Like, two-piece sets.
2        Q.    Uh-huh.
3        A.    Like, leggings, just stuff like that.
4   Like, we barely had clothes on, though.
5        Q.    Okay.  How many times -- I'm sorry if I
6   asked you this before, but I don't believe I did.
7              How many times did you do this strolling
8   with -- at the United Inn?
9        A.    Like, a day?
10       Q.    Did you do it every day?
11       A.    Yeah.
12       Q.    Okay.
13       A.    Honestly, when I was with Cash.
14       Q.    Cash?  Okay.
15       A.    Yes, ma'am.
16       Q.    Okay.  I want to ask you now about any
17  interactions you had with people who worked at the
18  United Inn.
19             Okay?
20       A.    Uh-huh.
21       Q.    And I don't know if -- we need to break
22  it up by -- by the two times that you were there, but
23  let me just ask you generally -- or can you tell me
24  generally what encounters you had with people who
25  worked at the hotel?

Page 87

1        A.    We had encounters -- well, I had
2   encounters with housekeeping and then the front desk
3   staff.  They really didn't have, like, too many
4   different types of staff.  Those really were, like,
5   the only two staff that they had.  Like, the
6   housekeeping and then the people who, I guess, own
7   the hotel or work for the hotel.
8        Q.    You're saying that's pretty much all
9   there was in terms of people who worked there.
10             Is that -- is that what you meant?
11       A.    Uh-huh.  Like, the housekeepers and then
12  the people who worked in the front.
13       Q.    Okay.
14       A.    Like, so they didn't really have, like,
15  maintenance and -- I guess that was housekeeping too.
16       Q.    Okay.  All right.
17             And you had some interactions with
18  housekeeping, and you had some interactions with the
19  front desk; is that right?
20       A.    Yes, ma'am.
21       Q.    Tell me, if you would -- we'll start with
22  housekeeping.
23             Describe for me the -- the types of -- I
24  don't know how many you had, but how many -- the
25  types of interactions you had with housekeeping at

Page 88

1   the United Inn.
2        A.    So every day they have housekeeping.
3   It's like that for any hotel, I believe.  So every
4   day a housekeeper do come to the room.  Sometimes
5   we'll allow them to clean the room, and then
6   sometimes we'll clean the room ourselves.
7        Q.    Can I ask you a question about that?
8        A.    Uh-huh.
9        Q.    Is this like a -- you know, sometimes you
10  go -- well, usually, I think when you go to a
11  hotel --
12       A.    Uh-huh.
13       Q.    -- housekeeping just kind of goes around
14  and knocks on the door.
15             Is that what happened there?
16       A.    Yes, ma'am.
17       Q.    And so sometimes you would let them in
18  and sometimes not?
19       A.    Yeah.  Like, sometimes we'll just clean
20  it ourselves, like...
21       Q.    What would happen when they knocked?
22       A.    We let them in.
23       Q.    Okay.  But there was some times when they
24  knocked and you just didn't let them in or?
25       A.    Uh-huh.

Page 89

1        Q.    Okay.
2        A.    Like, we'll just do it ourselves.
3        Q.    Okay.
4        A.    But we still had to, like, get the
5   supplies and stuff from them.  But, like, we will
6   tell them, like, "We can clean it ourselves.  Like,
7   you don't have to clean it.  We can clean it."  But
8   we still used their supplies and stuff.
9        Q.    Would they -- so -- so if they came
10  around, you would say, "We don't need you to come in,
11  but can we have some towels?"  or something -- is
12  that what you're describing?
13       A.    No, not necessarily -- I mean, no, not
14  really, like --
15       Q.    Okay.
16       A.    -- so they'll come knock on the door --
17       Q.    Uh-huh.
18       A.    And they -- let's just say, it's not that
19  dirty or something.  Like, if the room is dirty,
20  housekeeping will clean the room.  But if it's, like,
21  not too much going on, like, it would be, like, we
22  can -- we can clean the room.  So they will let us
23  get the spray bottle, like the broom or whatever and,
24  like, rags to wipe down stuff.
25             They would always come in to, like, bring

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                J.G.  on 02/08/2023                Pages 90..93

Page 90

1  us new towels and sheets to, like, sit them in, like,
2  the restroom and stuff.  They would always come in
3  and change our sheets.
4          But, like, just cleaning the room, like,
5  they didn't always do that for us, no.  But we did
6  interact with housekeeping, like, every day.
7      Q.    Okay.
8      A.    Well, I did.  I'm sorry.  I keep saying
9  "we."  I did.
10     Q.    Okay.  So what I hear you saying, and I
11 want to make sure that I'm correct, so you said you
12 interacted with housekeeping every day that they --
13 that they regularly changed the sheets and towels,
14 but maybe -- may or may not have cleaned the room
15 other than that?
16     A.    Hu-huh.  Not every day, no.
17     Q.    Okay.  Did they come in and change the
18 sheets and towels or just kind of hand you sheets and
19 towels?
20     A.    Hu-huh.  They come in to do, like, that
21 part.
22     Q.    Okay.  And was it always the same
23 housekeeper, or were there different people at
24 different times?
25     A.    No.  It was different people.

Page 91

1      Q.    Did you ever have any conversations with
2  these housekeeping people?
3      A.    Yeah, like, they're actually pretty cool.
4  Not like that, but yes, like, we did talk.
5      Q.    They were nice people?
6      A.    Yes, ma'am.
7      Q.    Okay.  Like, what did you talk about?
8      A.    It wasn't, like, conversations like that.
9  It would just be, like, about, like, cleaning the
10 room or something.  Like, we need new towels.  They
11 might -- like, I don't -- they used to try to be
12 funny.  Like, we would be like, we need new towels or
13 something.  Like, y'all just had new -- like, just
14 little stuff like that, but it was never, like, we
15 were, like, actually, like -- like, really
16 conversating about stuff.  It was just, like, stuff
17 about the room and stuff like towels or sheets.
18     Q.    So you had pleasant conversations with
19 them about the room or needing to be cleaned or
20 something, but -- but nothing other than that?
21     A.    No.  They really didn't -- really talk
22 about nothing for real.
23     Q.    Okay.  Did any -- anybody at housekeeping
24 ever ask you what you were doing there?
25     A.    No.

Page 92

1      Q.    Okay.  Did you ever tell them what you
2  were doing there?
3      A.    No.
4      Q.    Did you ever ask any of them for help?
5      A.    No.
6      Q.    Did they -- did any of them ever ask you
7  if you needed help?
8      A.    No.
9      Q.    Okay.  And now let's talk, if -- if we
10 can, about -- I'm sorry.
11          Do you know the names of any of the
12 housekeeping staff that you interacted with?
13     A.    Hu-huh.
14     Q.    Were they men or women?
15     A.    They were women.
16     Q.    Okay.  Do you know, were they black or
17 Indian or white or?
18     A.    I honestly don't even remember.
19     Q.    Okay.
20     A.    I really want to say it was, like, a mix,
21 though.
22     Q.    A mix of people?
23     A.    Uh-huh.
24     Q.    Okay.
25     A.    None of them were white, though.  I do

Page 93

1  remember that, but, like, a mix between, like, black
2  or Hispanic.
3      Q.    Okay.  Do you believe that when a
4  housekeeper came into the room at the United Inn, it
5  was obvious that the room was being used for sex
6  trafficking?
7      A.    Yes, I do, actually.
8      Q.    Okay.  And tell me why.
9      A.    Because it was, like, blatant.  Like, the
10 way Cash and King kind of -- like, they were, like,
11 cool with everybody who worked up there.  So it was,
12 like, nobody was scared when, like, the
13 housekeeper -- like, I feel like one maid -- when
14 housekeeping come, you may try to hide drugs.  You
15 may try to hide guns.  You may try to hide the
16 condoms.  Like, you know, like, stuff like that, the
17 sheets, the towels.
18          Like, it wasn't like that, though.  Like,
19 when housekeeping came, nothing changed.  Like, how
20 the room was before, that's how the room still looked
21 when they entered the room.
22          So Cash sold drugs and stuff.
23 Housekeeping may come, it may be, like, drugs
24 scattered all on the desk or something because he's
25 getting ready to re-up or stuff like that.  Condoms

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 94..97

Page 94

1  in the trash.  Like, I don't know.  I feel like
2  guns -- me personally, I just feel like it was kind
3  of common sense, but, you know.
4      Q.    And I want to make sure I understand what
5  you're describing.
6          Are you saying that when housekeeping was
7  coming, that Cash and King didn't -- didn't scurry
8  around and hide things.
9          Is that what you mean?
10     A.    Yeah.  Like, what you probably would
11  expect that they would be doing, like, that's not
12  what happened.  Like, they didn't bother to hide
13  nothing.  Like, they didn't care.
14     Q.    Did you ever see Cash or King or any of
15  Cash's associates or anybody that we're talking about
16  give any money to any of the housekeeping people?
17     A.    Not the housekeeping people, but a front
18  lady -- a front desk lady.  It was a black lady.
19  Cash used to pay her, like, money or drugs because
20  she used to buy drugs from him too.
21     Q.    Okay.
22     A.    Like, whichever one.
23     Q.    Okay.  So I'm going to -- let me get
24  to -- I will get to that.  Thank you for flagging
25  that.

Page 95

1      A.    Okay.
2      Q.    But no -- nobody in housekeeping, you
3  never saw?
4      A.    Yeah, I've never seen him, like, pay
5  housekeeping or nothing.
6      Q.    Okay.  Did you ever hear Cash or his
7  associates or King ever talk to anybody at
8  housekeeping about what was going on in the rooms?
9      A.    No.
10     Q.    Okay.  Now, I want to talk to you, if I
11  may, about the front desk.
12     A.    Okay.
13     Q.    So -- so tell me -- you've talked about
14  it a little bit, but kind of give me high level, if
15  you would, why you would have occasion to go to
16  that -- to that office up front.  Is that what --
17  when you say front desk, is that what you're talking
18  about?
19     A.    Uh-huh.
20     Q.    Why would you be going to the front desk
21  when you were at the United Inn?
22     A.    With King, if I was going to the front
23  desk, it was to purchase, like, purchase things.  So
24  like I said, they sold, like, personal hygiene, food,
25  like, everything you would need.  So it would be to

Page 96

1  purchase, like, condoms, toothbrush, toothpaste,
2  tampons, Tylenol.  They sold medicine and stuff too,
3  Tylenol, like stuff like that.
4          And then with Cash, it was we went to the
5  front desk -- oh, same with King too -- like, to
6  trade out towels and stuff, but that's only when,
7  like, housekeeping was off duty at the time.  So,
8  like, say, they came around already and it's kind of
9  later in the day now, so we'll have to go to the
10  front to, like, trade out our towels and stuff or
11  sheets and -- yeah.
12          And then with Cash, it was the same
13  thing, purchasing items from there, trading out our
14  sheets and stuff.  And then I actually, like, seen
15  Cash, like, buy the rooms, so we used to, like, come
16  with him to buy the room too.  So we were up there
17  when he did that.
18          And that's all -- like, I didn't, you
19  know, really go to the front desk for anything else.
20     Q.    How many times would you say -- did you
21  go to the front desk every day?
22     A.    Yeah, this was, like, an everyday thing.
23     Q.    Okay.  And would you go by yourself, or
24  would you go with somebody?
25     A.    Sometimes, there was times I went by

Page 97

1  myself.  Like, to trade the towels or something, I
2  went by myself.  If I'm about to buy a condom or
3  something, I went by myself.  You know, like, just if
4  I'm purchasing things from down there, like, things
5  that we needed, I will go by myself.
6          With -- with Cash, it was -- so that was
7  with King, like if I needed to go get something, he
8  would let me go by myself.
9          With Cash, it wasn't -- it was always me
10  and somebody else.  So me and Mini; or me, Mini, and
11  an associate.  Like, I wasn't by myself with Cash.
12     Q.    Was it ever just you and Mini?
13     A.    Going to the front desk?
14     Q.    Yes.
15     A.    Yeah, like, to go -- because they got a
16  vending machine right there too so, like, yeah, we'll
17  go to the vending machine.  It was right in front of
18  the front desk.  Yeah.  I feel like we had to -- I
19  don't know if that was me and Mini or that was just
20  me.  It was me and Mini.  We had to go get a key
21  recharged too, because back then, like, if you put
22  your key by your phone, the key stopped working, so
23  we had to go get keys recharged too a couple of times
24  for the room.
25     Q.    Okay.  Did you -- was it the same person

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

J.G.  on 02/08/2023

Page 98

1   or people working at the front desk?
2       A.   Yes.  So it was, like -- like, it was
3   like a group of them.
4       Q.   Uh-huh.
5       A.   But, like, they would rotate out, though.
6   So, like -- but it would always be, like, the same
7   group of people, though.
8       Q.   Okay.
9       A.   But I guess it just depends on, like, the
10  date or the time of, like, who was in the office, but
11  it was always multiple of them in office too.  It was
12  never just one of them working and, like, you would
13  go up to the office, there would be, like, three of
14  them back there, but I guess they like, you know,
15  rotate out.
16      Q.   Okay.  When you went to the front desk
17  for any of these reasons at the United Inn, did --
18  did anyone ever ask you what you were doing at the
19  hotel?
20      A.   No.
21      Q.   Okay.  Did anyone -- did you ever tell
22  anyone?
23      A.   No.
24      Q.   Did anyone ever ask you if you needed
25  help?

Page 99

1       A.   No.
2       Q.   Did you ever tell anyone you needed help?
3       A.   No.
4       Q.   Now, you mentioned a few minutes ago, and
5   I told you we would come back to it, I think you said
6   that there was a black woman who --
7       A.   Uh-huh.  She used to buy drugs from Cash,
8   or, like, Cash would pay her sometimes for the rooms.
9       Q.   What do you mean -- I'm sorry.
10      So who -- there was a black woman at the
11  front desk?
12      A.   Uh-huh.
13      Q.   Was -- was she working at the front desk?
14      A.   Yes, ma'am.
15      Q.   Okay.  And she would buy drugs from Cash?
16      A.   Yeah, I seen her, like, come to the room
17  a couple of times and buy drugs from Cash.
18      Q.   So what did you actually see taking place
19  with her and him?
20      A.   What do you mean?
21      Q.   You said she bought drugs from Cash.
22      A.   Uh-huh.
23      Q.   So did you literally see him hand her
24  drugs and she gave him cash?
25      A.   Yeah, like I would be in the -- like, she

Page 100

1   would come to our room, like, and buy drugs from
2   Cash.
3       Q.   Okay.  Okay.
4       So like I said, he -- she would give him
5   money and he would give her drugs?
6       A.   Yes.  I witnessed it --
7       Q.   Okay.
8       A.   -- it was an exchange.
9       Q.   Okay.  Did you ever get to know her name?
10      A.   No.  I just got, like, she was a
11  skinny -- she was really skinny, an older black lady.
12  She was older.
13      Q.   And you said you had seen -- she did work
14  at the front desk?
15      A.   Yes, ma'am.
16      Q.   And -- what did I want to ask?
17      Do you know what she was buying?
18      A.   So that's the thing, like, I don't know,
19  like, the exact difference between, like, the --
20  like, I know what type of drugs he had, like ice, the
21  hard rock, and then, like, the soft powder, like,
22  coke or whatever.  But like, two of them looked
23  similar, but they're like two different names.  So,
24  like, I don't know because they're both rocks.  So I
25  don't know if she was buying, like, ice or if she was

Page 101

1   buying crack.
2       Q.   Some kind of rock as opposed to some kind
3   of pill --
4       A.   Yeah.
5       Q.   -- is that fair?
6       A.   Yes, ma'am.
7       Q.   Okay.  Did anyone who worked at the hotel
8   ever ask you how old you were?
9       A.   No.
10      Q.   Have you, in the last half hour or so as
11  we have been talking, told me all of your
12  interactions with people who worked at the -- who
13  worked at United Inn & Suites?
14      A.   Yeah, like with housekeeping.
15      Q.   We talked about housekeeping, and then we
16  talked about the front desk.
17      A.   Uh-huh.
18      Q.   Are there any --
19      A.   Because those were the only staff.
20      Q.   Okay.  So we have covered everything?
21  Your inter- -- your general inter- -- your
22  interactions with people who worked at the hotel?
23      A.   I mean, I would interact with them every
24  day, but it was, like, the same people, though, so --
25  but we interacted every day.  Like, the black lady,

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                                                    J.G.  on 02/08/2023                                                   Pages 102..105

Page 102

1  she used to -- like, when Cash would go buy rooms or
2  something, say, they will say, like, a room is sold
3  out, because I told you he will, like, check in and
4  check back out.
5       Q.   Right.
6       A.   Like, he never -- never, like, had just a
7  set room how King had, like, a set room.  So she
8  would be, like, sometimes you can't check in before a
9  certain time at a hotel, like you're just not
10  supposed to.  Cash would pay her extra, and she would
11  give him the key to the room.
12            What else?  What else?
13            Like, she used to -- we had, like, a room
14  on the end hall, but really, she did this with, like,
15  two of the rooms we had, though.  Like, she will tell
16  us if we -- and she really worked night shift too.
17  That's really when she used to work, night shift.
18       Q.   Is this the -- the black lady that you're
19  talking about?
20       A.   But it -- yes, the black lady.
21       Q.   Okay.
22       A.   But it would like roll over to the day
23  sometimes too, but really worked night shift.
24            So, like, she will tell us -- say, we're
25  having too much traffic coming in and out of the room

Page 103

1  because Cash sold drugs and then what we were also
2  doing.  So, like, she would warn him, you know, like,
3  "You" -- "you have too much traffic coming in and out
4  of your room.  I suggest that" -- like, at one point,
5  she suggested that we switch rooms because we had a
6  room at end.  Like, it was the end hall upstairs, and
7  she suggested that we switch rooms.  So that's
8  exactly what we did; we switched rooms.  Just, like,
9  stuff like that.
10       Q.   Did you hear that conversation yourself?
11       A.   Yes, ma'am.  Like, she would call.  Like,
12  it's too much traffic, like -- or, like, she would
13  tell him to, like, come to the front office.  We
14  would go to the front office and say the same thing,
15  like, it's too much traffic.  Like, we are -- we are
16  seeing all of these people, you know, like, coming
17  and out of the room, like, okay, stuff like that.  So
18  we switched room.
19       Q.   So when she called, I mean, did you talk
20  to her yourself?
21       A.   No.  Like, I never spoke to her about
22  stuff like that.  I have spoke to her a couple times
23  just, like, regularly speaking, like -- but it was
24  never, like, her telling me, like, "Oh, yeah, y'all
25  have too much traffic."  She never told me that.

Page 104

1       Q.   Okay.
2       A.   It was always her telling Cash that
3  because he's the one who would be purchasing the
4  rooms.
5       Q.   And how do you know that she told Cash
6  that?
7       A.   I witnessed it --
8       Q.   Okay.
9       A.   -- a couple of times.  She did it a
10  couple of times.
11       Q.   Okay.  And so tell me, like, where that
12  happened.  You know, like, you witnessed -- if I'm
13  hearing you correctly, you witnessed her telling Cash
14  there's too much traffic in there.
15       A.   So, like, she called the hotel phone a
16  couple of times.  Like, our room -- you can call the
17  room from the lobby.  She's called our room a couple
18  of times and told us like, "We're watching.  You're
19  having too much traffic.  Okay?"
20            At one point she told him to, like, come
21  up to the front desk, but it was me, Mini and him.
22  She told him the same thing, "You're having too much
23  traffic."  She suggested that he switch rooms.
24            Like, those are the only two times I --
25  I've, like, witnessed her do something like that, but

Page 105

1  she did that a couple of times, though.
2       Q.   Okay.  So the time that you said she
3  called the room --
4       A.   Uh-huh.
5       Q.   -- you didn't talk to her?
6       A.   No.  But you can hear her on the phone,
7  though.  Yes, it's the room phone.  You know, you put
8  the phone on speaker.
9       Q.   Okay.
10       A.   Yes, ma'am.  So...
11       Q.   So you heard her on speaker.
12            And what did she say?
13       A.   Like, "We are watching you and there's
14  too much traffic.  Like, we're watching that you're
15  having too much traffic.  Basically, like, keep it
16  down.  Okay?"
17            The second time that she had called him
18  to the room -- I'm sorry, when she had called him to
19  the lobby or whatever, it was me and Mini who had
20  went with him.  It was him too as well, though.  So
21  it was the three of us who had went up there.  And
22  then she told him the same thing like, you're --
23  there's way too much traffic.  And then this time,
24  she suggested that he switched rooms.  So that's what
25  we did; we switched rooms.

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.
J.G.  on 02/08/2023

Page 106

1    And then --
2    Q.  Do you know why she was suggesting that?
3    A.  It was too much traffic.
4    Q.  Okay.
5    A.  She --
6    Q.  But what would switching rooms do?  What
7    would be the point switching rooms?
8    A.  I guess so it's not, like, so much
9    traffic coming out of that one room.  Like, so you
10   switch rooms, I guess.
11   Q.  Just kind of mix it up a bit?
12   A.  Yeah, so it's not, like, just one room
13   having so much traffic.  It's multiple rooms having
14   traffic, if that makes sense.
15   Q.  And was the traffic from selling drugs?
16   A.  No.  It was from both.
17   Q.  From drugs and from traffic -- sex
18   trafficking?
19   A.  Honestly, everybody had traffic coming in
20   and out of their rooms at the United Inn, though.
21   But, like, Cash, yeah, it was like -- it was bad,
22   though, because not only was it, like, sexual; it's
23   you're selling drugs as well.  So it's, like, two
24   different types of -- you know, like, it was just in
25   and out, in and out, in and out, yeah.

Page 107

1    Q.  Okay.  Other than this lady that you're
2    talking about, did you ever see any money exchange
3    hands between, you know, your traffickers and their
4    associates and anybody that worked at the hotel?
5    A.  Like, did I ever see them give money to
6    the people at the hotel?
7    Q.  Correct.
8    A.  No.  Unless they're, like, paying for a
9    room, like, no.
10   Q.  Okay.  And with respect to the lady we're
11   talking about, the money you saw exchanging hands
12   there was she was buying drugs?  She was giving --
13   she was giving Cash money and he -- he was giving her
14   drugs?
15   A.  That, but then there was a time when we
16   had went to the front office and he had gave her
17   money because we weren't supposed to check in.  So he
18   used to, like, pay her to, like, you know, like,
19   allow us to, like, a little stuff.  Like, so he gave her
20   money because we were trying to check in, but they
21   were telling us, like, no rooms were available.  We
22   cannot check in yet.  He paid her, and she gave us
23   the key to the room.  So like that, like --
24   Q.  Okay.  He paid her money so that she
25   would give you the room key earlier than she was

Page 108

1    supposed to?
2    A.  Yes.  So money on top of what the room
3    was.
4    Q.  I see.
5    A.  Yes.
6    Q.  I see.
7    MS. RICHENS:  Can we go off the
8    record, please?
9    THE VIDEOGRAPHER:  The time is
10   12:31 p.m., and we are off the record.
11   (Whereupon, the video camera was
12   turned off.)
13   (A short recess was taken.)
14   (Whereupon, the video camera was
15   turned on.)
16   THE VIDEOGRAPHER:  This is the
17   beginning of Media No. 4.  The time is
18   1:24 p.m., and we are on the record.
19   BY MS. RICHENS:
20   Q.  Good afternoon, Ms. Grimes.
21   A.  Good afternoon.
22   Q.  A few follow-up questions on things we
23   talked about this morning.
24   We had some discussion about the
25   occurrence when Cash was arrested at the United Inn

Page 109

1    in November.
2    A.  Yes, ma'am.
3    Q.  Other than that, were you ever present
4    for any police activity at the United Inn?
5    A.  Yes.  Well, not the police, but the
6    ambulance had came out because Cash had, like, beat
7    Mini up in the room, and she called the ambulance.
8    So they came to, like, look at her, and I was with
9    her because Cash had, like, left.
10   Q.  Okay.
11   A.  So it was me and her, and they looked at
12   her or whatever, and then that was it.  Like, they
13   didn't transport her or nothing like -- but, like,
14   other than that incident and then when he had got
15   locked up, no.
16   Q.  Okay.  Did you ever see any security
17   guards at the United Inn?
18   A.  Yes.  They did use to have a security
19   guard, and he -- he had, like, a little car.  Like,
20   he would park his car somewhere and, like, watch from
21   the parking lot.  But I never seen, like, a security
22   guard for patrolling the -- what am I trying to say?
23   Like, actively, like, walking around.
24   But they did have a security guard,
25   though, because I remember seeing his car and he

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**
**J.G.  on 02/08/2023**

Confidential                                                            Pages 110..113

Page 110

```
1   would sit in the front sometimes, like, in the
2   parking lot.
3       Q.   Was it a marked car?  Like, a police car
4   or a security car or just an unmarked car of some
5   kind?
6       A.   No.  It was like a -- I guess, like, a
7   security car.  It was a cop car.
8       Q.   Okay.
9       A.   But you could tell it was security,
10  though, if that makes sense.
11      Q.   Uh-huh.
12           And sometimes parked in front?
13      A.   Uh-huh.
14      Q.   And was that there any particular time of
15  day or night?  Did you ever notice?
16      A.   Usually, he was out there at nighttime.
17  That's really when we would see him, like nighttime.
18      Q.   Did you ever talk to this person?
19      A.   Hu-huh.
20      Q.   Did -- did you ever see a security guard
21  walking around the premises?
22      A.   No.  See, now that's the part I'm saying,
23  like, I don't remember -- I don't remember ever
24  seeing, like, someone, like -- well, a security
25  guard, like, patrolling it, but they did have a
```

Page 111

```
1   security guard.
2       Q.   Okay.
3       A.   Because we would see his car.  Like, and
4   you know he was in the car because, like, a little
5   light would be on, but that was like it.  I never,
6   like, seen him, you know.
7       Q.   Yes, I understand.
8       A.   Yeah.
9       Q.   Could you see was he -- if he was in
10  uniform of any kind?
11      A.   No.
12      Q.   Okay.
13      A.   No.
14      Q.   Did -- I may have asked you this.
15           Did you ever speak to the security guard?
16      A.   No, I didn't.
17      Q.   Okay.  Before the lunch break,
18  Ms. Grimes, we were talking about visits that you
19  made to the front desk.
20      A.   Uh-huh.
21      Q.   When you did -- when you went to the
22  front desk, were you -- I don't know how I want to
23  ask this, but let me see how this works.
24           Were you trying to hide the fact that you
25  were being sex trafficked?
```

Page 112

```
1       A.   No.
2       Q.   Okay.  You just were -- you were just
3   there doing what you were doing, and you weren't
4   either trying to tell somebody or hide it.
5           Is that -- is that fair?
6       A.   Like, yeah.  Like, at the time I wasn't,
7   like, thinking like that.  Like, I didn't even know I
8   was, like, really being sex trafficked for real at
9   the time.  Like, I didn't really notice what that was
10  but -- so, no.  Like, I would go up there, like I
11  wasn't trying to hide it.  Like, I would walk around
12  how I was walking around, like, because that's how
13  everybody was, like nobody was hiding nothing.
14      Q.   Okay.
15      A.   So I didn't think I had to either.
16      Q.   Say the last part again.
17      A.   I said nobody was hiding anything so I
18  didn't, like, think I had to either.
19      Q.   Got it.
20           So based on that and based on what you
21  told us about your interactions with the folks that
22  were working at the front desk, do you think that
23  those people -- do you have any reason to believe
24  those people should have known that you were being
25  sex trafficked?
```

Page 113

```
1       A.   Yes.
2       Q.   Okay.  Tell me why.
3       A.   Just like the stuff that, like, went on
4   up there, it was, like, common sense.  Me, I am
5   walking around --
6           First of all, when I was out there, it
7   was cold as I don't know what's outside.  Like, I'm
8   walking around with, like, no clothes on.  I didn't
9   even own a jacket nor a coat.  Like, it was, I had no
10  actual clothes to prepare for that season.
11          Back then, I looked my age as well.
12  Like, I was supposed to have been in school at that
13  time.  I was not in school, but I was supposed to
14  have been.  I'm up there for, like, weeks at a time
15  not going to school, like, sun up to sun down you see
16  me every day.  Any time of the day you see me.  Any
17  time, like, I leave out, it's a man following us.
18  Like, it was kind of like -- anytime I left out, it
19  was with a man or Mini and another guy.
20          When they will come, like, into the hotel
21  room -- well, housekeeping, when they'll like come to
22  the doors or, like, come in the room, like, like I
23  said, like, everything was out.  So we'll have, like,
24  condoms in the trash.  We are always switching
25  sheets.  Like, I don't -- we're always switching
```

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**
J.G.  on 02/08/2023

Confidential                                    Pages 114..117

Page 114

1  sheets.  We're always needing new towels and rags
2  more than, like, a regular person would.
3          Like, you see, like, girls in a room with
4  all these men, like, it's -- look at them, look at
5  us.  Like, that's really just how I feel they should
6  know, like how we were walking around.  The traffic
7  that we had coming in and out, it was just a lot.
8  Like, it was blatant, like, what was going on.
9          But yeah, that's why I feel like they
10 should have known or that they did know.  We even --
11 one of the workers were, like, telling us, like, when
12 we had too much traffic, so, like, you know that's
13 going on because you're telling us we're having too
14 much traffic, like.
15     Q.   And that's the lady that we talked about
16 before?
17     A.   Uh-huh.  The black lady.
18     Q.   Okay.
19     A.   That's the one who, like, used to, like,
20 tell us stuff like that.
21     Q.   How old was she?  About how old would you
22 say she was?
23     A.   She was like -- I don't know if she
24 looked older or if she really was, like, older, but
25 she was like a skinny black lady.  I really want to

Page 115

1  say, like, late 30s, early 40s, like, she was older.
2     Q.   That's older?
3     A.   No.  I mean --
4     Q.   You're killing me here.
5     A.   No.  But I was 16 at the time, so, you
6  know, like, was pretty old to me.
7     Q.   I'm teasing you.  I hear you.
8          I thought you meant, like, 70?
9     A.   No, no.
10    Q.   Okay.  And do you know -- this lady that
11 you're talking about --
12    A.   Uh-huh.
13    Q.   -- do you recall, was she there during
14 the time that you were -- you were at United Inn in
15 the fall the October/November?
16    A.   Uh-huh.
17    Q.   Was she still there in January?  Do you
18 know?
19    A.   I actually don't recall ever seeing her
20 in January.
21    Q.   Okay.  And so we've talked about that
22 lady.
23         Is there anyone else that -- well, let me
24 ask you this question.
25    A.   Uh-huh.

Page 116

1     Q.   Did you have a feeling for who managers
2  were versus employees at -- at the hotel?
3     A.   Yeah.
4     Q.   Okay.
5     A.   I feel like -- from what I have seen,
6  like, personally, I feel like because I always seen
7  like the same group of people.  So, like, I came to
8  the conclusion, like, that is a family-owned hotel.
9  Like, it's these same people.
10    Q.   Okay.
11    A.   You know, and then it's not -- it's not
12 like a mix of, like, different races or whatever.
13 Like, the only different race was that black lady
14 that I seen and then, you know, like, the Hispanic
15 housekeepers or whatever.  But other than that, it
16 was all, like, the same race working.
17         And then the way that they even
18 interacted with each other, it was like -- it was
19 like given, like, y'all are husband or wife or, you
20 know, like stuff like that.  Like, that's how it came
21 across, like, to me.  So...
22    Q.   Were they always speaking in English with
23 each other?  Did they always speak English with each
24 other?
25    A.   No.  They -- they spoke another language

Page 117

1  too.
2     Q.   Okay.
3     A.   But when they speak to us, yeah, it's
4  English.
5     Q.   All right.
6     A.   It was English.
7     Q.   Okay.  So other than the -- the lady we
8  have talked about now --
9     A.   Uh-huh.
10    Q.   -- the, quote, older lady, was there --
11 did -- and you've told us the conversations that she
12 had where she told you that you had too much traffic.
13         Other than that, did you ever see or hear
14 anything that lead you to believe that anybody else
15 who worked at United Inn was -- was sort of in on it,
16 like helping the traffic-- helping the traffickers?
17    A.   Other than, like, just letting, like,
18 what was going on, like, slide, like, no.  Like, I
19 never, like, verbally heard or seen them, like, do
20 anything that would, like, help them out, I guess.
21 But they, like, let it go on, so I feel like that was
22 helping them out, like, but yeah.
23    Q.   Okay.
24    A.   I didn't, like -- yeah.
25    Q.   Okay.  Do you know whether King or Cash

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 118..121

Page 118

1  had trafficked women at United Inn previously?
2      A.   King did.  But I only know this because,
3  like, he -- like, he would say that.  Like -- like,
4  he would talk about it.  That is how King made his
5  money.  Like, Cash would sell drugs and do that.
6  King was more so, like, that is all he did,
7  trafficked women.  Like, he had multiple girls.
8  Like, that was what he did.
9           Like -- like, I told you one of the
10  girls -- well, besides the two that I was actually in
11  the room with, he had brought, like, another girl up
12  there that worked for him and put her in the other
13  room, and then he introduced me to her.  That's the
14  girl named Promise.  So I had met her.  That's the
15  only other girl, like, I had, like, physically, like,
16  actually met, except for the two that I was with that
17  worked for him.
18          But, like, he talked about them all the
19  time.  Like, he would call them too -- like, they
20  would call him if, like, something was going wrong
21  and stuff.  Like, he was in the room with us, we'll,
22  like, hear it.  But he used to talk about that,
23  though.  Like, he was at the United Inn for a while
24  even before I had met him, he was already there for a
25  while.

Page 119

1      Q.   So let me get back to that, how do you --
2  how do you know that?
3      A.   Because that's what the baby mama and
4  them said too.  Like, he would say it, the baby mama
5  said it, like, they were staying there for a minute.
6  They were actually, like, living there.
7      Q.   Oh.  He and his baby mama?
8      A.   And then a sister, yeah.
9      Q.   Okay.
10      A.   When I had met them.
11      Q.   Okay.  Okay.  So I understand,
12  Ms. Grimes, just to move things along, that in early
13  2019, you were arrested for trafficking Chonty Clarke
14  at the Stone Mountain Inn; is that correct?
15      A.   Well, that's what they said at first to
16  try to hold me because they couldn't, like, hold me
17  for nothing unless they said something like that, so
18  yes, ma'am, that's what they said at first.
19      Q.   Okay.  So -- fair enough.
20          So let me ask you, and that was --
21  because I want to ask you what -- what happened.
22      A.   Uh-huh.
23      Q.   I think that was March of 2019.
24          So what was -- what were you actually
25  doing at the United Inn -- excuse me, what were you

Page 120

1  actually doing at the Stone Mountain Inn in early
2  2019?
3      A.   The same thing.  We were being trafficked
4  by Ronnie and Joc.
5      Q.   What's the other person's name?  Joc?
6      A.   Uh-huh.
7      Q.   Okay.  And were you being trafficked?
8      A.   Yes, ma'am.
9      Q.   Okay.  And Chonty was as well?
10      A.   Yes, ma'am.
11      Q.   And is this what prompted the lawsuit
12  that -- that you filed against Stone Mountain Inn?
13      A.   No, it's not, actually.  I mean, it's
14  part of it, yeah, but that's not, like, why I was --
15  no.
16      Q.   But that's what the lawsuit was about?
17      A.   Sex trafficking?
18      Q.   Yes.
19      A.   Yes, ma'am.
20      Q.   Okay.  And --
21      A.   Oh, wait.  No, I misunderstood the
22  question.
23          Yes, that's exactly what the lawsuit was
24  about, sex trafficking.
25      Q.   Okay.  Okay.  And Chonty filed a lawsuit

Page 121

1  against Stone Mountain Inn as well?
2      A.   As well, yes, ma'am.
3      Q.   Okay.  Did you ever traffic Chonty
4  Clarke?
5      A.   No, I didn't.
6      Q.   And let me make sure I'm -- we haven't
7  really identified the term.  But -- so --
8          Did you ever make her available for sex
9  for money?
10      A.   No, I didn't.
11      Q.   Okay.  Did you -- have you ever done that
12  with any -- any girl or women or boy?
13      A.   No, I haven't.
14      Q.   Okay.
15      A.   No.
16      Q.   And what you said before is you believe
17  that -- tell me again why you think that accusation
18  was made against you.
19      A.   No.  I know that's why it made against
20  me.  It was actually said, like, they couldn't hold
21  me so they had to put something against me, but if
22  you like -- I don't know if you know, but it's, like,
23  court documents, they actually ended up dropping
24  every single charge against me, and Joc and Ronnie
25  both ended up getting charged.  I was labelled a

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 122..125

Page 122

1  victim.  Chonty was labeled a victim.
2          But in the beginning, it wasn't like
3  that, no.  I guess they, you know, had to look into
4  it or whatever, and then -- yeah.
5      Q.   Okay.  And I am aware of what you're
6  talking about --
7      A.   Yes, ma'am.
8      Q.   -- in terms of the charges against you
9  being dropped.
10          How did you and -- were you with Chonty
11  at the Stone Mountain Inn in 2019?
12      A.   In January, I was, but she had ended up
13  going back on her own.  I wasn't with her at the
14  time.  I was in a group home.
15      Q.   Okay.
16      A.   Uh-huh.  That's when -- when she had got
17  locked up with Joc -- like when Chonty had got locked
18  up at the Stone Mountain Inn --
19      Q.   Uh-huh.
20      A.   -- with Joc when the whole thing
21  happened.  I wasn't present.  I was in a group home
22  at the time.
23      Q.   Okay.  But you were -- so you were -- I
24  guess I'm trying to get -- get the dates straight.
25          We had talked about you being at the

Page 123

1  United Inn for two or three days in January of 2019.
2      A.   Uh-huh.
3      Q.   Were you going back and forth between
4  there and the Stone Mountain Inn, or once you left --
5  once you left the United Inn, then you went to Stone
6  Mountain Inn?
7      A.   Yeah.  Once we had left and we went to
8  the Stone Mountain Inn.
9      Q.   Okay.  Who is Henry Ingram?  Is that Joc?
10      A.   That's Joc.
11      Q.   Okay.  I want to ask you about House of
12  Hope.  How did you end up at House of Hope?
13      A.   So while they were holding me on those
14  charges, they had to find me another placement --
15  another CSEC home, and House of Hope was the one
16  that -- you know, I told them my story or whatever,
17  did my interview, they accepted me.  That's how it
18  happened.
19      Q.   Okay.  And -- and so you were accepted
20  into House of Hope, and this was in Brunswick?
21      A.   Uh-huh.
22      Q.   So you moved to Brunswick?
23      A.   Yes, ma'am.
24      Q.   Okay.  And so tell me why you're crying
25  when you talk about House of Hope.

Page 124

1      A.   She just helped me out a lot, but it was
2  just a lot going on at the time.
3      Q.   Okay.
4      A.   Yes, ma'am.
5      Q.   Who is the "she" you're talking about?
6      A.   Ms. Darcelle, the owner of it.
7      Q.   Okay.
8      A.   It was just a lot.
9      Q.   Okay.  And how long were you at House of
10  Hope?
11      A.   For, like, eight months.
12      Q.   Okay.
13      A.   Yeah, like, eight, nine months.
14      Q.   Okay.  And am I correct, either there or
15  sometime during that period, perhaps you -- you got
16  your GED?  You passed the GED exam?
17      A.   (Witness indicating.)
18      Q.   Okay.
19      A.   Yes.
20      Q.   How did you first meet either
21  Mr. Bouchard or the -- any of the other lawyers who
22  are -- who have represented you in this case and in
23  the case involving the Stone Mountain Inn?
24      A.   I met them through House of Hope.
25      Q.   Okay.  And are there other -- to your

Page 125

1  knowledge, are there other House of Hope residents
2  who -- well, first of all, let me ask you.
3          What is House of Hope?
4      A.   It's a CSEC home for, you know, girls who
5  experienced any type of sexual abuse, sex
6  trafficking, rape, really anything of that nature.
7  It's for girls who went through stuff like that.
8  And, you know, it's like a CSEC home, so it's like a
9  maximum -- I really wouldn't even say that because it
10  really wasn't even like that.  It was just a house
11  that, like, helped girls recover.
12          So it was therapy-based.  We went to
13  church every Sunday.  We were active in the
14  community.  We had therapists.  We had psychiatrists.
15  We -- you know, stuff like that, but it was to help,
16  you know, girls move on.  Not even move on, but try
17  to heal from stuff like that.
18      Q.   Was that a good experience for you; House
19  of Hope?
20      A.   Yeah.  I didn't have, like, any -- you
21  know, it was like mixed, but it was good overall.  It
22  was just like a mental thing, but yeah, she was
23  sweet.  I love her.  I still talk to them.  I talk to
24  everyone there still, but yeah.
25      Q.   Do you know other -- other girls who were

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**
J.G.  on 02/08/2023

Confidential                                                          Pages 126..129

Page 126

1    at House of Hope who are -- who are also represented
2    by some of the lawyers that are representing you in
3    the cases?
4         A.   No.
5         Q.   You don't know?
6         A.   No, ma'am.
7         Q.   Okay.  What -- and what are you doing
8    now?  Are you in school?  Are you working?  Taking
9    care of your baby?  All of the above?
10        A.   No.  Actually, I was in a phlebotomy
11   class, but I ended up having to -- I don't want to
12   say drop out, but that's exactly what I had to do.
13   So it was a six-week program, and I was going through
14   it through an ILP because I was still in DFCS' care
15   at the time.  I was just, you know, older than 18.
16   So I was in an ILP, which is like an independent
17   living.
18        Q.   Uh-huh.
19        A.   So I started a phlebotomy class.  It was
20   a six-week program.  I made it to, like, week three,
21   but then I didn't have transportation because I
22   didn't have a car, so it was just real hard.  And
23   then I had a job at the time, so it was either work
24   or go to -- you know, go to class.  Of course, I'm
25   going to pick work because I had, you know, like, a

Page 127

1    phone bill.  I still had to give them money, like, to
2    save, like, stuff like that.
3              So I ended up dropping out of the class,
4    and I was working, but now I just do hair.  Well,
5    I'm -- I'm not going to say it like that.  I still
6    work because I'm not going to -- like, it takes up a
7    lot of my time, but I do hair and I sell hair.
8         Q.   Okay.  Is -- and are you working doing
9    some other job as well?
10        A.   No, ma'am.  Like, it pays really well.
11        Q.   Okay.  Do you work for a salon, or you
12   work for yourself?
13        A.   No.  I work for myself.  I did lashes too
14   at a point in time, and I was working in a suite, but
15   I just re-branded into hair, so I don't really have a
16   whole bunch of clients the way that I had lash
17   clients if that makes sense.  So I am not in a suite
18   yet.  I'm doing it out of my house.
19        Q.   Okay.
20        A.   But when I do get to that point where
21   it's, like, I expand and there's like a lot of
22   different type of people, then, yeah, I do plan on
23   moving to a suite then for my privacy.  But not right
24   now, no, because it's -- no, I don't think it would
25   be worth it right now.

Page 128

1         Q.   Did I hear you say somewhere in there
2    you're -- you -- I don't know if it's House of Hope
3    or a transitional home or something, but there's
4    somebody else you're still giving -- you're giving
5    money to?
6         A.   Oh.  No, no, no, that's -- I was saying
7    in the beginning --
8         Q.   Yes.
9         A.   -- like, when I was doing the phlebotomy
10   class, I was in an ILP at that time.
11        Q.   Okay.
12        A.   I recently signed myself out of care, but
13   even before I signed myself out of care, I was
14   already living on my own, like, two months prior to
15   that.  So I wasn't giving nobody money anymore.  I
16   was paying my own rent, and they were, like, going
17   half in with me on my rent because they do stuff like
18   that.
19        Q.   But not any -- not anymore?
20        A.   No, not anymore because I signed myself
21   out.  Yeah, and I aged out now.  So that's that.
22   But, you know, I still have -- like, if I need
23   resources and stuff, I still have resources.
24        Q.   And where is Londyn -- Londyn now?
25        A.   With my aunt.  I actually filed for

Page 129

1    temporary -- I'm sorry, my auntie has temporary
2    guardianship.  I filed for return -- no, it's called
3    termination of guardianship.  I'm sorry.  So return
4    of custody, basically.  So I just did that, but she's
5    still staying with my auntie right now.
6         Q.   Okay.  But your goal is to -- to --
7         A.   Uh-huh.  Because I do --
8         Q.   Regain --
9         A.   Custody.
10        Q.   -- custody?
11        A.   Yes, ma'am.  Because I do get her more
12   often now.  Like, me and my aunt used to butt heads a
13   lot after, like, all of this had happened.  It took a
14   toll on, like, family relationships, but especially
15   when it came to my little girl.  But, you know,
16   everything's going good now so I get her more often.
17   I see her more often.
18        Q.   Okay.  I am going to show you some photos
19   just so I can have a record of what -- what we're
20   looking at.  Okay.  That's going to be Exhibit 1.
21             (Defendant's Exhibit No. 1 was marked
22        for identification.)
23   BY MS. RICHENS:
24        Q.   I want to have you take a look at that.
25             Are you familiar with that picture?

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 130..133

Page 130

1     A.   Uh-huh.
2          Q.   Can you tell me -- is that you in the
3     photo?
4     A.   Yes, ma'am.
5          Q.   Okay.  And this -- it looks like it has a
6     date of November 22nd, 2018.
7     A.   Uh-huh.
8          Q.   Would that -- would you expect that, that
9     would be the date that this -- this was actually
10    taken?
11         A.   No.  This probably just when I posted it
12    on the 22nd.  But it was -- I know for a fact it was
13    around this time, though, yes, ma'am.
14         Q.   Okay.  And that's you?
15         A.   Uh-huh.
16         Q.   And who is this in the photo with you?
17         A.   That's Cash.
18         Q.   Okay.  And where was this taken?
19         A.   At the other -- where was this?  I told
20    you Cash sells drugs and stuff.
21         Q.   I'm sorry.  Say that again.
22         A.   I told you Cash sells drugs.  So he used
23    to, like, re-up at -- I'm trying to think of the name
24    of the other hotel, but it's another hotel on
25    Memorial Drive.  The hotel that I was talking about

Page 131

1     we went to after he had got locked up, but he had a
2     plug at the hotel as well.
3          Q.   What's a plug?
4          A.   The person, like, he would buy his drugs
5     from to sell his drugs.
6          Q.   Okay.
7          A.   So, like, we would go with him to the
8     plug's room to, like, do stuff with the plug too, so
9     this was in the plug's room at the time.
10         Q.   Okay.
11         A.   It was on Memorial Drive, but it was not
12    at the United Inn at the time.
13         Q.   Okay.  And this -- was this -- do you
14    know where this money came from?
15         A.   Yeah.  Us.  Me, Mini, and drugs.  Well,
16    Cash selling drugs.
17         Q.   Are you saying you were selling drugs or
18    this is the money from you -- you and Mini --
19         A.   Yes.
20         Q.   -- trafficking --
21         A.   Yes, ma'am.
22         Q.   -- plus drugs?
23         A.   Yes, ma'am.
24              Yes.  That's exactly what I am saying.
25         Q.   Okay.  Okay.  All right.  All right.

Page 132

1     This next one is Exhibit 2.
2              (Defendant's Exhibit No. 2 was marked
3         for identification.)
4     BY MS. RICHENS:
5          Q.   I will ask you to take a look at that.
6          A.   Okay.
7          Q.   Are you familiar with that image?
8          A.   Yes, ma'am.
9          Q.   Is that you in the picture?
10         A.   Yes, ma'am.
11         Q.   Okay.  And what -- what is this a photo
12    of?
13         A.   Me at the United Inn smoking a blunt.
14    Smoking marijuana.
15         Q.   And the date on the -- is this just a
16    photograph?  This isn't a video or anything?
17         A.   No, it was a video.  But if I was to save
18    the video, it wouldn't have, like, the time stamp on
19    it anymore so I had to take a screenshot for the
20    timestamp.
21         Q.   Okay.  But if somebody wanted the video,
22    do you still have the video?
23         A.   Yes, ma'am.
24         Q.   Okay.  And is this -- the -- the
25    timestamp is October 16th, 2018.  Is that when this

Page 133

1     was taken?
2          A.   Yes, ma'am.
3          Q.   Okay.  And are you wearing a gas mask?
4          A.   Yes, ma'am.
5          Q.   Where did you get a gas mask?
6          A.   It was -- who was I with -- it was King's
7     gas mask.
8          Q.   Okay.  And what is this black and yellow?
9          A.   One second.
10         Q.   Oh, sure.
11         A.   Okay.  I'm sorry.
12         Q.   What is this black-and-yellow cord?  Do
13    you see that?  This thing here.
14              Do you know what that is?
15         A.   To be honest, I don't know.  It was
16    probably like a phone charger.
17         Q.   Okay.  And this was in a room at the
18    United Inn?
19         A.   Yes, ma'am.
20         Q.   All right.  And is there any particular
21    purpose of taking this photo?
22         A.   No, not really.  No.
23         Q.   Okay.  What does this mean, "If y'all
24    don't stop DM'ing me.  WTF"?
25         A.   Honestly, I don't even remember.  I could

Page 134

1  have been talking about a lot, though, but I don't
2  even remember.
3        Q.   Okay.  All right.  Here is Exhibit No. 3.
4             (Defendant's Exhibit No. 3 was marked
5        for identification.)
6             THE WITNESS:  All right.
7             MS. RICHENS:  Here you go.
8             MR. BOUCHARD:  Thank you.
9  BY MS. RICHENS:
10       Q.   All right.  And tell me what this is a
11  picture of.
12       A.   It's a screenshot of my messages.
13       Q.   On your phone?
14       A.   Uh-huh.
15       Q.   Okay.  And the date -- the only date I
16  see on here is November 2, 2018.
17       A.   Uh-huh.
18       Q.   Would that be an accurate date of when
19  this communication was going on?
20       A.   Uh-huh.
21       Q.   And who is Heartless?
22       A.   It's one of the guys who Cash used to
23  have.  When I said "Cash used to have," like, three
24  men with him, this is one of them.
25       Q.   Okay.  And why is this upsetting you?

Page 135

1        A.   It's not.  It just brings back memories,
2  but I am not upset, though.
3        Q.   Okay.  It's nothing particular about
4  this, though, is that -- am I correct or is it?
5        A.   I'm just remembering, you know.
6        Q.   Okay.
7        A.   But no.
8        Q.   Okay.  That's what I wanted to know.
9             So what -- can you tell me what's going
10  on in this -- so -- and are you -- who are you?  Are
11  you the one that says, "Come to the United Inn,
12  room 145.  Cash and Mini in here"?
13       A.   Uh-huh.
14       Q.   Okay.  And so what -- what was happening,
15  if you recall, in this back-and-forth?
16       A.   We had switched rooms, again, so he was
17  asking, like, what room were we in, because I think
18  he left to go do something.  I don't remember.  And
19  then he was trying to come back, but he didn't know
20  what room we were in.
21       Q.   Okay.
22       A.   So Cash said tell Mini what room we're
23  in.
24       Q.   Okay.
25       A.   So that's what that was.

Page 136

1        Q.   Okay.  Okay.  I'm going to give you
2  No. 4 -- Exhibit No. 4.
3             (Defendant's Exhibit No. 4 was marked
4        for identification.)
5             MS. RICHENS:  Give one to your lawyer.
6  BY MS. RICHENS:
7        Q.   All right.  And what is Exhibit 4?
8        A.   I was up working.
9        Q.   This is you in this image?
10       A.   Yes, ma'am.
11       Q.   Okay.
12       A.   With King.  I was just high and working,
13  like, I guess, I just posted a picture --
14       Q.   Okay.
15       A.   -- with me being up.
16       Q.   Okay.  Working, meaning working for King?
17       A.   Yeah.
18       Q.   Okay.  And the date here is October 8th,
19  2018.  Is that -- do you believe that's an accurate
20  date?
21       A.   I actually feel it was the -- the 7th
22  because the time says 5:50 p.m., which means that
23  this is the time that I took it, but when it say
24  8:55, that just means that's the time that I actually
25  posted it.

Page 137

1        Q.   Okay.
2        A.   So if it was 5:50 a.m., I feel like it
3  was the previous day, but I -- if that makes sense,
4  but I had posted it the next day.
5        Q.   How do you know that's a.m. as opposed to
6  p.m.?
7        A.   Right here.  (Witness indicating.)
8             You've got to, like, look real close,
9  though.
10       Q.   I see.
11             Okay.  So that's the -- that's the
12  time -- is that the time, 5:50?
13       A.   Yes, ma'am.
14       Q.   And what is, "Hey, big head"?
15       A.   Just a saying --
16       Q.   Okay.
17       A.   -- I guess.
18       Q.   And where was this taken?
19       A.   At the United Inn.
20       Q.   Okay.  All right.  Okay.  Let me give you
21  Exhibit No. 5.
22             (Defendant's Exhibit No. 5 was marked
23        for identification.)
24  BY MS. RICHENS:
25       Q.   And will you tell me, please, what

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**                    J.G.  on 02/08/2023                    Pages 138..141

---

Page 138

1  Exhibit No. 5 is?
2      A.  It's a video of me at the United Inn as
3  well.
4      Q.  Okay.
5      A.  In the restaurant.  I guess I made a
6  video in the restroom.
7      Q.  Okay.  Is this in a room at the United --
8  a guest room at the United Inn?
9      A.  Yes.  This is in one of the rooms we were
10 staying in, but I made the video, like, in the
11 restroom in the room.
12     Q.  Okay.  And do you think this date is --
13 is approximately correct, October 24th, 2018?
14     A.  Yes, ma'am.
15     Q.  Okay.  And is there any -- and this is a
16 video you said?
17     A.  Well, it's not like a full video.  It's
18 like a boomerang.  So, you know, it's kind of, like,
19 a loop.
20     Q.  Okay.
21     A.  That's what it was.
22     Q.  Okay.  And it -- was there a purpose of
23 this?  Like, did you use this picture for something,
24 or you just took it to take it?
25     A.  No.  I didn't use this for anything, so

Page 139

1  yeah.
2      Q.  And it says sound on.  Is there music --
3  was there music or something to this?  Or what does
4  that mean?
5      A.  No.  I think it was just me putting a tag
6  on it or something.
7      Q.  Okay.
8      A.  Because it wasn't, like, a -- an actual
9  video.  It was just like a boomerang, so which means
10 it, like, had no sound or nothing.
11     Q.  Okay.  So that's just a little tag --
12     A.  Yes, ma'am.
13     Q.  -- on there?
14         Okay.  And you just took the picture to
15 take the picture?
16     A.  (Witness indicating.)
17     Q.  Yes?
18     A.  Yes.
19     Q.  Okay.  All right.  Okay.
20         MS. RICHENS:  So that I don't have to
21     move, would you mind just -- thank you.
22 BY MS. RICHENS:
23     Q.  All right.  Ms. Grimes, I want to show
24 you a video that -- that your lawyer provided me.
25 Hopefully, I can pull it up.  Give me one second.

Page 140

1      Q.  Okay?
2      A.  Uh-huh.  Yes, ma'am.
3      Q.  Okay.  And this video is Bates-stamped
4  JG00172.  I'm going to show you the video, and then
5  I'm going to ask you some questions about it.
6      Q.  Okay?
7      Q.  Is that all right?
8      A.  (Witness indicating.)
9      Q.  Okay.  Let me --
10         MS. RICHENS:  And, David, do you -- do
11     you need to see this, or you know what
12     video this is?
13         MR. BOUCHARD:  Yeah, I'll watch it.
14         MS. RICHENS:  Okay.
15         (An item was displayed for all parties to
16     view.)
17 BY MS. RICHENS:
18     Q.  Okay.  I'm going to ask you some
19 questions about it.
20         Do you need to see it again, or are
21 you -- you're familiar with this video?
22     A.  Uh-huh.
23     Q.  Okay.  Is -- is that you in that video?
24     A.  Yes, ma'am.
25     Q.  And where was that taken?

Page 141

1      A.  The United Inn.
2      Q.  Okay.  And was that taken on your phone?
3      A.  Uh-huh.
4      Q.  Okay.  And was there a particular purpose
5  for taking the video?
6      A.  Cash had wanted the -- he asked me to
7  send him a video.  Like, I don't remember exactly,
8  like, what it was, but it was like send him a video,
9  like, showing my body basically.  So that's what the
10 video was.  A video of me, like, showing my body.
11     Q.  All right.  And -- and it was at the
12 United Inn in a -- in a room?
13     A.  Yes, ma'am.
14     Q.  Is it -- was it a room where you were --
15 where you were working or staying or?
16     A.  Uh-huh.  It was one of the rooms, yes.
17     Q.  Okay.
18     A.  At the time, yes.
19     Q.  And I apologize if I asked you this, the
20 date, I think, was October 25th, 2018.
21     A.  Yes, ma'am.
22     Q.  Did you put that date on there, or did
23 someone else put that date on there?
24     A.  No.  I put -- the original video, it
25 didn't have the data.  It was just a video.  I put

---

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

**Confidential**    J.G.  on 02/08/2023    Pages 142..145

---

Page 142

1 the timestamp on the date so that when I sent him the
2 video, he would be able to see, like, what the date
3 on the video was.
4    **Q.    Okay.  And I'm talking about that**
5 **little --**
6    A.    The October --
7    **Q.    Yeah, right in the middle.**
8    A.    Yes, ma'am.
9    **Q.    Okay.  So you put that on there so he**
10 **would see it?**
11    A.    Yes, ma'am.
12    **Q.    All right.**
13         MS. RICHENS:  Let's take a break.  I'm
14    going to check my notes, and we may be
15    about finished.
16         Okay?
17         THE WITNESS:  All right.
18         THE VIDEOGRAPHER:  Stand by.
19         The time is 2:06 p.m., and we are now
20    off the record.
21         (Whereupon, the video camera was
22    turned off.)
23         (A short recess was taken.)
24         (Whereupon, the video camera was
25    turned on.)

Page 143

1         THE VIDEOGRAPHER:  This is the
2    beginning of Media No. 5.  The time is
3    2:23 p.m., and we are on the record.
4 BY MS. RICHENS:
5    **Q.    All right.  Ms. Grimes, we're going to go**
6 **for a few more minutes, and then we'll be done.  I**
7 **appreciate your -- your -- your participation today**
8 **and your --**
9    A.    Yes, ma'am.
10    **Q.    -- candid and thoughtful answers.  I**
11 **really do.**
12    A.    Yes, ma'am.
13    **Q.    Before we forget, and just for the**
14 **record, the -- the video that we looked at is going**
15 **to be designated as Exhibit 6 to your deposition.**
16         (Defendant's Exhibit No. 6 was marked
17         for identification.)
18 BY MS. RICHENS:
19    **Q.    Another question I wanted to ask you, do**
20 **you know about how old Cash and King were at the time**
21 **of -- you know, in 2018/2019 when this was going on?**
22    A.    No, ma'am.  I actually, like, don't know
23 none of their ages, but I know that King was older.
24 Like, Cash was older too, but, like, King was
25 probably like 40 something.  Cash I would say maybe,

Page 144

1 like, late 20s, early 30s, if even that, maybe.
2 Well, no, I think he was kind of -- yeah, like, late
3 20s, early 30s.
4    **Q.    Okay.**
5    A.    I don't have like an exact age, no.
6    **Q.    Okay.  The other thing I wanted to do is**
7 **your lawyer gave me a list of potential witnesses,**
8 **I'm going to call them, and I just want to read them**
9 **to you and tell me if you know who they are.**
10    A.    Yes, ma'am.
11    **Q.    Okay.  So you're Jhordyn Grimes,**
12 **obviously.  Claudette Grimes, I think we talked about**
13 **is that your -- your auntie.**
14    A.    Uh-huh.
15    **Q.    Okay.**
16    A.    I mean, yes, ma'am.
17    **Q.    Keisha Grimes?**
18    A.    That's a cousin.  One of my cousins.
19    **Q.    Okay.  What -- what information would --**
20 **does Keisha have that's related to your sex**
21 **trafficking or -- or maybe -- I don't know.**
22         **Do you know why she's listed here?**
23    A.    Yes.  Because during the time when I had
24 went back to a group home, I did visit back home,
25 like, after they had took me from out of the hotel

Page 145

1 and put me in another group home.  I had -- you know,
2 they let you do, like, home visits and stuff.
3    **Q.    Uh-huh.**
4    A.    So at one point, I visited back home and
5 I had, like, marks all on me, but it was from when I
6 was previous -- previously in the hotel, and my
7 cousin is the one who pointed it out, so I'm guessing
8 that's what she's on there too.
9    **Q.    You had marks on you?**
10    A.    Yeah.  Like, I had burn marks and stuff
11 on me.
12    **Q.    What are those from?**
13    A.    From King.
14    **Q.    Okay.  You -- you said he had been**
15 **violent with you.  Is that -- did he burn you with**
16 **cigarettes?**
17    A.    Yeah.  Like, lighters, cigarettes,
18 blunts, whatever, like, you know -- yeah.
19    **Q.    Okay.  And where -- where did that**
20 **happen?**
21    A.    It was on my neck actually when she had
22 pointed it out, but --
23    **Q.    Okay.**
24    A.    -- I am not sure if she's on there
25 because of that or just because of -- she, like, knew

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

Confidential                   J.G.  on 02/08/2023                   Pages 146..149

| Page 146 | Page 148 |
|---|---|
| 1 what was going on.  Because they knew what was going | 1    A.  Yes, ma'am. |
| 2 on.  Like, they used to try to say it themselves, | 2    Q.  Okay.  Okay.  Sonya Madison, it says, was |
| 3 like, what was happening with me.  So I am guessing | 3 your house mother at House of Hope? |
| 4 that's why she's on there. | 4    A.  Uh-huh. |
| 5    Q.  Okay.  Shameka Grimes? | 5    Q.  The House of Hope staff? |
| 6    A.  That's one of my cousins as well. | 6        Kevy we talked about. |
| 7    Q.  Okay. | 7    A.  Uh-huh. |
| 8    A.  She knew too.  You know, my -- the Grimes | 8    Q.  Kimani we talked about.  King and Cash we |
| 9 side of my family is kind of real tight.  So one | 9 talked about. |
| 10 knows, like, everybody kind of -- | 10       Who is Keiron Perry?  Are they -- |
| 11   Q.  And are you saying that while this was | 11   A.  I think -- well, so these -- well, this |
| 12 going on, they knew about it or -- | 12 is Cash as well. |
| 13   A.  So my -- no, my auntie and my cousin | 13   Q.  So End- -- Endco Corey Forest is Cash? |
| 14 Keisha. | 14   A.  Uh-huh. |
| 15   Q.  Uh-huh. | 15   Q.  We talked about that. |
| 16   A.  While it was going on, they -- they knew | 16   A.  So these are both Cash. |
| 17 about it, but -- or they kept suspecting it because | 17   Q.  Okay. |
| 18 they were saying it, like, no to me, though, but to | 18   A.  But these two people, they were -- these |
| 19 other people.  Like, that's why I had sent a | 19 were the men who were in the room as well.  These |
| 20 screenshot of, like, a message a girl had sent me on | 20 were two of them. |
| 21 Instagram and in the message she was telling me, | 21   Q.  Are these other associates of Cash's? |
| 22 like, "I know you're in an unsafe place.  I had seen | 22   A.  Yes, ma'am. |
| 23 you" and stuff like that. | 23   Q.  Okay.  That's Keiron Perry and Quinton |
| 24       She's one of -- she's not on here, | 24 Antwan Bush? |
| 25 though, because we didn't have her actual name, but, | 25   A.  Yes, ma'am. |

| Page 147 | Page 149 |
|---|---|
| 1 like, that's just an example of, like -- you know, | 1    Q.  Okay.  Who is Alyssa Griffin? |
| 2 like, I was on Memorial Drive.  People were seeing | 2    A.  I don't know. |
| 3 me, like, I was out there. | 3    Q.  Okay.  Do you know Genesis Wilson? |
| 4    Q.  Uh-huh. | 4    A.  No. |
| 5    A.  Like -- so yeah. | 5    Q.  Do you know Zaccheus Obie? |
| 6    Q.  Okay.  We talked about Chonty Clarke. | 6    A.  No. |
| 7 When's the last time you spoke to her? | 7    Q.  Do you know Quintavius Obie? |
| 8    A.  Last year.  It was sometime last year. | 8    A.  No, ma'am. |
| 9    Q.  Do you know what she's doing now? | 9    Q.  Do you know Kikia Anderson? |
| 10   A.  I actually don't. | 10   A.  No, ma'am. |
| 11   Q.  Okay. | 11   Q.  Do you know Dontavis Lamar Carr? |
| 12   A.  I wish I did. | 12   A.  No. |
| 13   Q.  What's this name here? | 13   Q.  Okay.  And then I think the all -- the |
| 14   A.  Deanshanaye.  That's -- that's the -- the | 14 others are all -- there's a description of who they |
| 15 one I labeled "Naynay." | 15 are. |
| 16   Q.  Oh, okay.  Yes. | 16   A.  Okay. |
| 17   A.  Uh-huh.  That's Naynay. | 17   Q.  All right.  I have nothing further for |
| 18   Q.  All right.  And do you know why she's -- | 18 you today.  So we can go off the record. |
| 19 what information would -- do -- would you expect her | 19       THE VIDEOGRAPHER:  Stand by. |
| 20 to have about your trafficking? | 20       The time is 2:30 p.m.  This is the end |
| 21   A.  So the second time we had went to the | 21 of Media No. 5, and we are off the record. |
| 22 United Inn, she was one of the people who were with | 22       (Whereupon, the video camera was |
| 23 me. | 23 turned off.) |
| 24   Q.  Was she trafficked with you at the United | 24       (Whereupon off the record, the witness |
| 25 Inn? | 25 waived the right to read, review, and sign |

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

Confidential                    J.G.  on 02/08/2023                    Pages 150..151

Page 150

```
1        the transcript of the above proceedings.)
2   (The videotaped deposition of J.G. concluded at
3        2:30 p.m. on February 8, 2023.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 151

```
1                    CERTIFICATE
2   STATE OF GEORGIA
3   COUNTY OF FULTON
4
            I, Christopher J. Tomko, Certified Court
5   Reporter, certify that the foregoing transcript is
    a true, correct, and complete record of the
6   testimony given by the deponent, J.G., who was
    first duly sworn by me; that I am not a relative,
7   employee, attorney, or counsel of any of the
    parties; nor financially interested in the action;
8   that the said deponent and counsel in the presence
    of each other and before me and waived the reading
9   and signing of the deposition; and the original
    deposition under seal shall be filed with the court
10  by the attorney taking the deposition.
            This certificate is expressly withdrawn
11  and denied upon disassembly and/or photocopying of
    the foregoing transcript, or any portion thereof,
12  unless such disassembly or photocopying is done by
    the undersigned Certified Court Reporter and
13  original signature and official seal is attached
    hereto.
14          WITNESS my hand and seal at FULTON County,
    GEORGIA, this, the 8th day of FEBRUARY 2023.
15
16
17
18
19
20
21        Christopher Tomko
22
    _____
23  Christopher J. Tomko
    Certified Court Reporter
24  Georgia License No. 4802-6210-2922-0352
25
```

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Confidential                    J.G.  on 02/08/2023                    Index: 1..8th

---

#### Exhibits

**J.G.-1**  7:5
  129:20,21

**J.G.-2**  7:6
  132:1,2

**J.G.-3**  7:8
  134:3,4

**J.G.-4**  7:9
  136:2,3,7

**J.G.-5**  7:11
  137:21,22
  138:1

---

#### 1

**1**  8:8 40:24
  129:20,21

**10:00**  8:2

**10:05**  8:14

**10:43**  40:23

**10:55**  41:8

**11:39**  75:19

**11:51**  76:3

**12**  56:1
  79:19

**12:31**  108:10

**145**  135:12

**16**  17:10
  115:5

**16th**  132:25

**18**  126:15

**1:20-cv-05233-mlb**  8:12

**1:24**  108:18

**1st**  16:25

---

#### 2

**2**  41:7
  75:19
  132:1,2
  134:16

**20**  14:18

**20-**  39:3
  40:1 66:8

**2002**  14:17

**2018**  17:6,7
  20:9,18,24
  22:10
  23:25
  24:24
  33:22 34:1
  39:2,3,13
  40:13
  41:21
  43:15,18
  44:7 45:3,
  24 66:8
  71:12
  130:6
  132:25
  134:16
  136:19
  138:13
  141:20

**2018/2019**
  143:21

**2019**  35:22
  37:22 38:1
  40:1,13
  63:20
  64:25 66:9
  119:13,23
  120:2
  122:11
  123:1

**2020**  39:3

**2023**  8:2,13

**20s**  144:1,3

**21**  14:15,18

**22nd**  130:6,
  12

**230**  14:12

**24/7**  55:5

**24th**  138:13

**25th**  141:20

**28th**  14:17

**2:06**  142:19

**2:23**  143:3

**2:30**  149:20

---

#### 3

**3**  76:2
  134:3,4

**30316**  14:13

**30s**  115:1
  144:1,3

---

#### 4

**4**  108:17
  136:2,3,7

**40**  143:25

**40s**  115:1

---

#### 5

**5**  137:21,22
  138:1
  143:2
  149:21

**5:50**  136:22
  137:2,12

---

#### 6

**6**  143:15,16

---

#### 7

**70**  115:8

**7th**  20:7
  24:24
  29:24 30:5
  45:24
  136:21

---

#### 8

**8**  8:2,13

**8:55**  136:24

**8th**  20:7
  24:24
  29:24 30:5

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

45:24
136:18

_____

**A**
_____

**a.m.**  8:2,14
 40:23 41:8
 75:19 76:3
 137:2,5

**Absolutely**
 40:18,20

**abuse**  125:5

**abused**  42:12

**accepted**
 123:17,19

**accurate**
 134:18
 136:19

**accurately**
 13:17

**accusation**
 121:17

**active**
 125:13

**actively**
 109:23

**activity**
 53:7 109:4

**actual**  26:12
 74:14,15
 113:10
 139:8
 146:25

**ad**  51:11,12

57:4 78:9
141:19

**address**
 14:11

**ads**  51:18
 57:2,13
 82:6

**afternoon**
 108:20,21

**age**  113:11
 144:5

**aged**  128:21

**ages**  143:23

**ahead**  43:12

**allegations**
 18:7

**Alyssa**  149:1

**ambulance**
 109:6,7

**Anderson**
 149:9

**answers**
 143:10

**Antwan**  70:4
 148:24

**anymore**  67:2
 128:15,19,
 20 132:19

**anyplace**
 18:16

**anytime**
 113:18

**apologize**

141:19

**approach**
 84:19

**approached**
 47:17

**approximately**
 20:19 61:6
 138:13

**area**  16:9
 49:8

**arrangements**
 57:5

**arrested**
 34:5,8
 61:11 63:8
 68:21,22
 69:2,4,7
 70:15
 71:22
 108:25
 119:13

**arrived**
 32:10
 45:25
 80:22

**ashtray**  71:9

**associate**
 97:11

**associates**
 76:10 77:1
 84:13,16
 94:15 95:7
 107:4
 148:21

**Atlanta**
 14:12 16:9

**attention**
 83:23

**attorney**
 70:24

**attorneys**
 10:14

**August**  21:3
 22:10
 23:24

**aunt**  15:2,
 12 18:1
 128:25
 129:12

**aunt's**  15:4

**auntie**  22:5
 39:8,22
 129:1,5
 144:13
 146:13

**awake**  73:12

**aware**  122:5

_____

**B**
_____

**baby**  48:20,
 21 50:17
 53:19 83:6
 119:3,4,7
 126:9

**back**  20:13
 29:2
 35:17,25
 37:13

41:12,25
42:4,5
43:13
46:5,10,11
61:14 64:2
69:25
71:3,23
80:18
97:21
98:14 99:5
102:4
113:11
119:1
122:13
123:3
135:1,19
144:24
145:4

**back-and-forth**
135:15

**backside**
46:15 51:5
52:17
56:18

**bad** 48:1
106:21

**barely** 83:21
84:21 85:6
86:4

**based** 112:20

**basically**
10:4 32:23
71:24
84:20
105:15
129:4

141:9

**Bates-stamped**
140:3

**beat** 76:23
109:6

**bedsheets**
82:16

**beginning**
8:8 41:7
76:2
108:17
122:2
128:7
143:2

**behalf** 8:23
9:2 10:14
27:10

**big** 60:2
137:14

**bill** 14:12
71:19
127:1

**biological**
17:12

**birthday**
14:16,20
16:24 17:3

**bit** 31:23
43:14
53:24
69:13
95:14
106:11

**black** 92:16

93:1 94:18
99:6,10
100:11
101:25
102:18,20
114:17,25
116:13
133:8

**black-and-yellow**
133:12

**blatant** 93:9
114:8

**blunt** 132:13

**blunts**
145:18

**body** 85:12
141:9,10

**Bond** 8:15
10:2

**boomerang**
138:18
139:9

**born** 14:23
17:5

**bother** 94:12

**bothered**
31:14

**bottle** 89:23

**bottom** 65:6

**Bouchard**
8:22,23
10:1 12:19

40:19
42:21 44:4
124:21
134:8
140:13

**bought** 99:21

**boy** 36:1,8
43:5 64:4
121:12

**break** 14:1,5
40:16
41:12
49:16
70:18
75:17
86:21
111:17
142:13

**breaks** 13:25
14:2

**bring** 11:23
46:20
89:25

**brings** 18:3
135:1

**broom** 89:23

**brother** 16:5

**brothers**
16:2,3,7

**brought**
11:22 12:2
64:6 67:17
118:11

**Brunswick**

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

Confidential                    J.G.  on 02/08/2023                    Index: bunch..charge

123:20,22

**bunch**  56:19
 127:16

**burn**
 145:10,15

**Bush**  70:4
 148:24

**butt**  129:12

**buy**  82:11
 94:20
 96:15,16
 97:2 99:7,
 15,17
 100:1
 102:1
 131:4

**buying**
 100:17,25
 101:1
 107:12

───────────────
        **C**
───────────────

**C-A-S-H**  28:7

**call**  18:4
 55:16,17,
 18 56:11
 74:3 83:3,
 12 84:3
 86:1
 103:11
 104:16
 118:19,20
 144:8

**called**  9:15

59:19
73:22
75:5,6
103:19
104:15,17
105:3,17,
18 109:7
129:2

**camera**  8:5
 41:1,4
 75:21,24
 108:11,14
 142:21,24
 149:22

**candid**
 143:10

**car**  56:16,
 18 78:17
 79:3,5,13,
 18,20
 80:9,21,25
 81:4,6,9
 109:19,20,
 25 110:3,
 4,7 111:3,
 4 126:22

**care**  39:8
 94:13
 126:9,14
 128:12,13

**cared**  50:3

**Carr**  149:11

**carry**  76:12

**cars**  57:11

**case**  8:11

11:22,24
12:22,23,
25 13:6
18:11
80:17
124:22,23

**cases**  126:3

**cash**  28:4,
 5,19,21
 29:10
 31:16
 32:6,7
 34:5,15
 35:15
 36:21
 37:4,10
 52:4 54:9,
 11 60:10,
 12 61:3,
 20,24
 62:1,15,23
 63:7,10,12
 68:22
 69:12
 70:6,7,14
 71:22 72:8
 73:19
 74:19,22,
 25 76:9,20
 77:1 78:17
 80:1
 82:19,21
 83:25 84:9
 86:13,14
 93:10,22
 94:7,14,19
 95:6 96:4,

12,15
97:6,9,11
99:7,8,15,
17,21,24
100:2
102:1,10
103:1
104:2,5,13
106:21
107:13
108:25
109:6,9
117:25
118:5
130:17,20,
22 131:16
134:22,23
135:12,22
141:6
143:20,24,
25 148:8,
12,13,16

**Cash's**  35:13
 84:12,16
 94:15
 148:21

**caused**  34:4
 37:22,25

**cell**  68:2

**change**  90:3,
 17

**changed**
 90:13
 93:19

**charge**
 121:24

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

charged
    121:25

charger
    133:16

charges
    122:8
    123:14

check   29:5
    31:16,17
    46:25 62:1
    102:3,4,8
    107:17,20,
    22 142:14

child   39:9

children
    16:13

Chonty   67:9
    119:13
    120:9,25
    121:3
    122:1,10,
    17 147:6

choose   27:21

Chris   8:16

chronology
    41:15

church
    125:13

cigarettes
    145:16,17

Clarke   67:9
    119:13
    121:4
    147:6

class
    126:11,19,
    24 127:3
    128:10

Claudette
    15:5
    144:12

clean   88:5,
    6,19 89:6,
    7,20,22

cleaned
    90:14
    91:19

cleaning
    90:4 91:9

clear   59:9

client   10:15
    18:4

clients
    127:16,17

close   21:15
    137:8

clothes
    83:21
    84:22
    85:5,6,8,
    9,20,22
    86:4
    113:8,10

coat   113:9

coke   75:12
    100:22

cold   113:7

colors   74:11

comfortable
    78:14
    79:12
    80:13

commenced
    8:1

common   94:3
    113:4

communication
    134:19

community
    125:14

company   9:15

conceived
    17:19

concept
    82:20

concluded
    11:17,18

conclusion
    116:8

condom   97:2

condoms
    82:14
    93:16,25
    96:1
    113:24

confidential
    9:22 12:16

confirm
    18:10
    58:5,25

66:10,15
    67:3 71:6

confiscated
    68:20

confuse   33:3

confused
    54:14 64:9

consistent
    79:23

contact   29:7
    64:16,17
    66:25 67:1
    68:2,8

contend
    18:13

context
    10:19

conversating
    91:16

conversation
    48:16
    103:10

conversations
    91:1,8,18
    117:11

Conyers
    15:3,6,9
    22:5

cool   91:3
    93:11

coordinated
    10:11

cop   110:7

cord  133:12

Corey  70:5,7
  148:13

correct
  11:12 12:5
  18:8,9
  24:20,24,
  25 25:12
  26:1,3
  29:11,25
  30:6 35:7,
  23 37:12,
  16 38:19
  39:23
  40:11,14
  41:23
  44:10,18
  45:22
  48:11
  63:21
  67:8,13
  68:16
  69:22 70:8
  73:8 81:21
  90:11
  107:7
  119:14
  124:14
  135:4
  138:13

correctly
  52:23 72:6
  104:13

cough  42:20

Counsel  8:19

count  33:22

County  14:24
  15:1

couple
  20:21,23
  37:14
  76:7,25
  83:5,7
  97:23
  99:17
  103:22
  104:9,10,
  16,17
  105:1

court  8:16,
  20 10:4
  121:23

cousin  16:6
  72:13 73:3
  144:18
  145:7
  146:13

cousin's
  73:7

cousins
  15:24
  144:18
  146:6

covered
  101:20

Covington
  15:7

crack  75:10
  101:1

crop  85:25

cross  45:10

crying  49:4
  123:24

CSEC  42:3,
  9,25
  123:15
  125:4,8

custody
  129:4,9,10

—————————

—————————
          D
—————————

d/b/a  9:3

dad  16:7

Dana  8:25
  9:13

Darcelle
  124:6

data  141:25

date  8:13
  20:5,19
  24:3 98:10
  130:6,9
  132:15
  134:15,18
  136:18,20
  138:12
  141:20,22,
  23 142:1,2

dates  65:16
  122:24

daughter
  16:15

David  8:22

140:10

day  18:21,
  22 24:4
  28:24 29:4
  36:20
  46:25
  50:11,12,
  13,14,24
  51:2
  54:22,23
  55:8,23,25
  56:1 67:18
  72:8 79:7,
  19,22 85:2
  86:9,10
  88:2,4
  90:6,12,16
  96:9,21
  101:24,25
  102:22
  110:15
  113:16
  137:3,4

days  24:5
  36:12,13,
  14,17
  37:15,19
  38:2 54:20
  63:23 65:1
  123:1

dead  16:5

Deanshanaye
  147:14

Decatur
  14:24

defendant

9:2

**defendant's**
129:21
132:2
134:4
136:3
137:22
143:16

**Dekalb** 14:24
15:1

**depend** 78:7
80:10

**depended**
78:15
80:12,19

**depending**
77:13

**depends** 98:9

**deposition**
8:1,9
9:12,21
10:16,24
13:9 76:2
143:15

**describe**
83:10 85:7
87:23

**describing**
89:12 94:5

**description**
149:14

**designated**
9:22
143:15

**desk** 59:2
60:5 87:2,
19 93:24
94:18
95:11,17,
20,23
96:5,19,21
97:13,18
98:1,16
99:11,13
100:14
101:16
104:21
111:19,22
112:22

**detail** 50:7

**details**
12:21

**determined**
24:21

**DFCS'** 126:14

**dictating**
10:6

**difference**
100:19

**difficult**
48:3

**directly**
41:24

**dirty** 89:19

**disappeared**
67:18

**discussion**
108:24

**displayed**
140:15

**DM'ING**
133:24

**documents**
24:2
121:23

**Dontavis**
149:11

**door** 78:24,
25 79:1
88:14
89:16

**doors** 65:11
113:22

**Drive** 9:16
19:7 24:9
34:15 35:5
57:10,17
62:18,20,
22 83:5
130:25
131:11
147:2

**drop** 42:20
126:12

**dropped** 29:8
122:9

**dropping**
121:23
127:3

**drove** 19:9

**drugs** 73:11,
14 74:21,

23 93:14,
22,23
94:19,20
99:7,15,
17,21,24
100:1,5,20
103:1
106:15,17,
23 107:12,
14 118:5
130:20,22
131:4,5,
15,16,17,
22

**duly** 9:6

**duty** 96:7

---

**E**

**earlier**
69:20
81:10
107:25

**early** 52:3
65:18
115:1
119:12
120:1
144:1,3

**elevators**
60:8

**embarrassing**
44:25

**employees**
116:2

encounters
86:24
87:1,2

end  12:17
25:1,14
35:24 39:4
40:24 43:1
61:8,15
64:2 65:21
75:18
102:14
103:6
123:12
149:20

End-  148:13

Endco  70:5,7
148:13

ended  24:14
26:9 28:25
29:8 42:4
43:25 46:4
47:11
60:9,10
63:7
121:23,25
122:12
126:11
127:3

English
116:22,23
117:4,6

entered
93:21

errand  30:14

et al  8:11

everyday
96:22

everything's
129:16

evidence
68:20

exact  20:5,
22 24:1,3
56:3
100:19
144:5

exam  124:16

EXAMINATION
9:8

exchange
100:8
107:2

exchanging
107:11

excuse  24:22
64:14,19
119:25

Exhibit
129:20,21
132:1,2
134:3,4
136:2,3,7
137:21,22
138:1
143:15,16

expand
127:21

expect  94:11
130:8

147:19

expecting
78:2

experience
125:18

experienced
125:5

extra  31:13
53:12
102:10

———————

F

fact  111:24
130:12

fair  101:5
112:5
119:19

fall  115:15

familiar
51:22
129:25
132:7
140:21

family  66:11
129:14
146:9

family-owned
116:8

father
17:11,12

February
8:2,13
16:25

feel  48:1,2
78:14
79:12
93:13
94:1,2
97:18
114:5,9
116:5,6
117:21
136:21
137:2

feeling
116:1

felt  80:13,
15,18

fifty-fifty
79:4,14
80:5

fight  60:2

figure  47:2

filed  10:14
120:12,25
128:25
129:2

finally
13:25

Finch  8:23

find  82:5,
22 83:4
123:14

finish  12:12

finished
142:15

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

firm   9:1

fit   39:8

five-week
  31:5 33:18

flagging
  94:24

floor   46:10,
  11 49:6
  51:6 65:6

focusing
  41:17

folks   112:21

follow   13:11

follow-up
  76:7 77:12
  108:22

food   30:15
  82:12
  95:24

Forest   70:5,
  7 148:13

forget
  143:13

frame   44:4
  62:6 64:10
  66:13

frames   43:14

friends
  66:11

front   49:5,7
  52:12,24
  59:2 60:5
  65:7

80:14,17
82:18
87:2,12,19
94:17,18
95:11,16,
17,20,22
96:5,10,
19,21
97:13,17,
18 98:1,16
99:11,13
100:14
101:16
103:13,14
104:21
107:16
110:1,12
111:19,22
112:22

full   138:17

funny   91:12

─────────────

G

─────────────

Gambrell   9:1

gas   30:16
  83:7
  133:3,5,7

gave   46:1,2
  51:1 72:13
  73:6 99:24
  107:16,19,
  22 144:7

GED   124:16

general
  77:13

101:21

generally
  12:22
  77:21
  81:12,25
  86:23,24

Genesis
  149:3

gentlemen
  70:10
  76:12

Georgia
  14:13,24
  15:3,7
  16:12

girl   25:5
  27:9 29:7
  35:13,15
  45:5 52:21
  60:11
  62:24 63:1
  67:17 69:5
  76:21
  118:11,14,
  15 121:12
  129:15
  146:20

girl's   85:20

girlfriend
  35:14
  60:11,13

girls   36:8
  38:9,16,20
  42:11
  43:6,9

44:2,12,16
48:19
52:18
53:18
57:25
58:7,10,
12,15,17
66:2,3
114:3
118:7,10
125:4,7,
11,16,25

give   11:5
  13:16,22
  55:6 72:15
  75:13
  78:22
  94:16
  95:14
  100:4,5
  102:11
  107:5,25
  127:1
  136:1,5
  137:20
  139:25

giving
  107:12,13
  128:4,15

glad   13:8

Global   8:17

goal   129:6

good   8:7,22
  9:10,11
  70:19
  108:20,21

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

125:18,21
129:16

**grandmother**
16:8

**great**  15:21
30:11

**grew**  15:3

**Griffin**
149:1

**grilling**
48:2

**Grimes**  8:9,
10,24 9:10
10:12
14:10 15:5
16:19 18:2
19:22
30:22
32:11
41:11
55:22 66:7
72:16,25
73:4 76:3,
6 81:11
108:20
111:18
119:12
139:23
143:5
144:11,12,
17 146:5,8

**ground**  13:10

**group**  38:14,
21,22,25
39:1,3,4,

12 41:25
43:23 44:2
98:3,7
116:7
122:14,21
144:24
145:1

**grow**  14:25
15:1

**guard**
109:19,22,
24 110:20,
25 111:1,
15

**guardianship**
129:2,3

**guards**
109:17

**guess**  11:2
32:23
35:14
50:8,20
83:2 87:6,
15 98:9,14
106:8,10
110:6
117:20
122:3,24
136:13
137:17
138:5

**guessing**
145:7
146:3

**guest**  138:8

**gum**  82:14

**gummy**  74:12

**guns**  76:13,
15 93:15
94:2

**guy**  43:22
113:19

**guys**  134:22

———————————

**H**

———————————

**hair**  127:4,
7,15

**half**  101:10
128:17

**hall**  102:14
103:6

**hallway**
60:4,9
65:6

**hand**  13:13
90:18
99:23

**hands**  107:3,
11

**happen**  22:3
77:18,21
80:16
88:21
145:20

**happened**
22:8
23:14,18
25:13 29:1

34:3
37:21,25
45:23,24
46:6,7,19,
23 48:17
49:23,25
50:24,25
51:15
59:18
60:3,15,22
65:20
71:24
88:15
94:12
104:12
119:21
122:21
123:18
129:13

**happening**
135:14
146:3

**happy**  14:20
17:3

**hard**  42:16
48:1 75:11
100:21
126:22

**head**  13:18
137:14

**heads**  129:12

**heal**  125:17

**hear**  21:12,
13,14 42:7
44:14
90:10 95:6

103:10
105:6
115:7
117:13
118:22
128:1

**heard** 23:19
26:17
51:23,24
52:23
77:25
105:11
117:19

**hearing**
21:17
42:16 48:8
104:13

**heart** 28:15

**Heartless**
134:21

**helped** 124:1
125:11

**helping**
41:14
57:23 58:3
63:10
76:10
117:16,22

**Henry** 123:9

**Hey** 137:14

**hide** 93:14,
15 94:8,12
111:24
112:4,11

**hiding**
112:13,17

**high** 95:14
136:12

**Hispanic**
93:2
116:14

**hit** 77:10

**hold** 44:22
119:16
121:20

**holding**
123:13

**home** 38:22,
25 39:1,4,
12 42:1,4,
8,9,25
43:1,2,23
44:2
122:14,21
123:15
125:4,8
128:3
144:24
145:1,2,4

**homes** 38:14,
21 39:3

**honest** 75:4
133:15

**honestly**
38:3 78:18
84:10
86:13
92:18
106:19

133:25

**hope** 33:13
123:12,15,
20,25
124:10,24
125:1,3,19
126:1
128:2
148:3,5

**hotel** 10:22
11:2,11,14
18:19,20
19:1,5
24:7,17,18
28:24,25
29:9,10,
12,15,17
34:7,20,22
35:4,12
37:22
46:8,12
47:1,5,8,
10,12
48:9,10,
15,22
49:6,9,12
51:5 57:9,
14 59:5
60:5 61:22
62:12,17
63:7 72:7
79:10 81:7
82:10,11
86:25 87:7
88:3,11
98:19
101:7,22

102:9
104:15
107:4,6
113:20
116:2,8
130:24,25
131:2
144:25
145:6

**hour** 101:10

**house** 42:11
123:11,12,
15,20,25
124:9,24
125:1,3,
10,18
126:1
127:18
128:2
148:3,5

**housekeeper**
82:17 88:4
90:23
93:4,13

**housekeepers**
87:11
116:15

**housekeeping**
87:2,6,15,
18,22,25
88:2,13
89:20
90:6,12
91:2,23
92:12
93:14,19,

23 94:6,
16,17
95:2,5,8
96:7
101:14,15
113:21

Hu-huh
90:16,20
92:13
110:19

husband
116:19

Huseby  8:17

hygiene
82:12
95:24

——————————
               I
——————————

Ibrahim
17:15

ice  75:2,3,
6  100:20,
25

ID  69:18

idea  9:25
32:12 56:8

identification
129:22
132:3
134:5
136:4
137:23
143:17

identified

121:7

ILP  126:14,
16 128:10

image  132:7
136:9

imagine
41:16

incident
39:16
109:14

incidents
39:14

Incorporated
8:11

independent
126:16

Indian  92:17

indicating
22:2 33:23
51:16
57:15,18
60:14,21
63:9,24
65:2,15
75:11 78:3
84:1,5,17
124:17
137:7
139:16
140:8

Industries
8:11 9:3,
15 10:15

information

144:19
147:19

Ingram  123:9

initially
39:5,6

Inn  9:3,16
11:15
12:3,9
13:5 18:4,
6,8,12,14,
17 19:13,
24 20:4,
11,12,16
21:25
23:2,22
24:9,15,
19,23
25:3,14,
15,20,25
26:3,7,8,
12,18
27:1,19,
21,23 28:3
29:23
30:23
32:11
33:19,21
35:18,25
36:9 37:2,
14 38:1,8,
17 39:21
40:1,5,10
41:17,20,
22 42:5
43:2,3,7,
24,25
44:17

45:6,16,
21,25 52:8
61:3,12
63:7,20
64:3,14,19
65:4,21
66:7 67:6,
15 68:1
70:21
71:7,9,11,
18 78:19
79:3,6
81:18
85:11,14
86:8,18
88:1 93:4
95:21
98:17
101:13
106:20
108:25
109:4,17
115:14
117:15
118:1,23
119:14,25
120:1,12
121:1
122:11,18
123:1,4,5,
6,8 124:23
131:12
132:13
133:18
135:11
137:19
138:2,8
141:1,12

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

147:22,25

inside  82:10

Instagram
22:23
146:21

inter-
101:21

interact
68:9 90:6
101:23

interacted
90:12
92:12
101:25
116:18

interactions
86:17
87:17,18,
25 101:12,
22 112:21

interview
123:17

introduce
8:19

introduced
9:14
118:13

invoice
71:19

involves
83:18

involving
18:11
124:23

item  140:15

items  96:13

——————————

**J**

——————————

J.G.  8:1
9:5 12:7

jacket  113:9

January
14:17
35:21,22
37:14,22
38:1,10,17
40:1,13,14
44:23
63:20
64:25
65:19 66:9
115:17,20
122:12
123:1

JG00172
140:4

Jhordyn  8:9,
10,24
12:19 66:7
76:3
144:11

job  126:23
127:9

Joc  120:4,5
121:24
122:17,20
123:9,10

July  21:3

23:24

jumpsuits
85:25

——————————

**K**

——————————

K-E-E-V-I
25:8

K-E-V-I-I
25:8

K-I-N-G
28:10,11

Keiron  70:2
148:10,23

Keisha
144:17,20
146:14

Kennedy
14:12

Kerns  42:14

Kevy  25:5,7
27:18
28:22,24
29:16
45:5,9,14,
18 46:2,21
66:20,23,
24 67:12,
16 148:6

key  71:19
97:20,22
102:11
107:23,25

keys  97:23

kicked  60:3

Kikia  149:9

killing
115:4

Kimahdi
43:19,20

Kimani  36:2,
8 43:4,8,
20,21
44:16
45:10
64:4,6,8,
13 148:8

kind  10:6
13:9 35:13
42:8 51:2,
6 62:9,14
73:14
74:12,23
77:12,16,
21 82:20
88:13
90:18
93:10 94:2
95:14 96:8
101:2
106:11
110:5
111:10
113:18
138:18
144:2
146:9,10

kinds  85:21

King  28:4,
8,21 29:8,

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

9,10
31:11,13,
14,15 32:1
36:18,19,
21 37:4,
11,15
47:3,11
48:9,10,15
52:4,8
54:1,18
55:4,9,23
57:22
58:8,25
59:16,20
61:15,18,
25 62:10
64:1 65:13
73:11
74:18,22
76:11 77:6
78:8 80:1,
23 82:4,24
83:6 84:10
93:10
94:7,14
95:7,22
96:5 97:7
102:7
117:25
118:2,4,6
136:12,16
143:20,23,
24 145:13
148:8

**King's** 49:1
133:6

**knew** 29:20

34:16
38:20 60:2
81:4
145:25
146:1,8,
12,16

**knock** 78:24
79:1 89:16

**knocked**
88:21,24

**knocks** 88:14

**knowledge**
125:1

───────────

**L**

───────────

**L-A-S-H-A-N-D-A** 15:20

**L-O-N-D-Y-N**
16:20

**labeled**
122:1
147:15

**labelled**
121:25

**ladies** 82:17

**lady** 94:18
100:11
101:25
102:18,20
107:1,10
114:15,17,
25 115:10,
22 116:13
117:7,10

**Lamar** 149:11

**language**
116:25

**lash** 127:16

**Lashanda**
15:17

**lashes**
127:13

**late** 115:1
144:1,2

**law** 9:1
34:9

**lawsuit**
10:13
11:11,16,
22,23
12:2,6,17
18:2,11,12
120:11,16,
23,25

**lawsuits**
13:3

**lawyer** 9:13
10:2 136:5
139:24
144:7

**lawyers**
124:21
126:2

**lead** 117:14

**leave** 30:8,
10,13 34:4
37:22,25
38:2 71:18

113:17

**leaving**
24:14
28:25 46:4
65:21

**left** 24:15
29:1,2
33:21
34:6,11
38:5,7
40:1
46:23,24
49:12,15
65:23
109:9
113:18
123:4,5,7
135:18

**leggings**
86:3

**letting**
117:17

**level** 65:7
95:14

**light** 111:5

**lighters**
145:17

**list** 67:1
144:7

**Listcrawler**
51:21,23
57:5,7
62:11,17

**listed**

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

144:22

**listening**
29:17

**literally**
17:1 48:10
65:10
99:23

**Litigation**
8:18

**live** 14:11
15:9,14,22
16:4 17:25
30:9

**lived** 15:8

**lives** 15:6

**living** 15:23
22:4 39:22
52:13,16
119:6
126:17
128:14

**lobby** 49:7,8
65:8,12
80:15
104:17
105:19

**located** 19:6

**locked** 27:7,
13 34:17,
18 61:9
72:8
109:15
122:17
131:1

**Londyn**
16:19,22
17:9,20,24
128:24

**Londyn's**
17:11

**long** 23:22
30:1 36:10
54:17,23
61:5 124:9

**looked** 79:6
93:20
100:22
109:11
113:11
114:24
143:14

**loop** 138:19

**lost** 64:16

**lot** 39:10
45:13
56:17,24
57:10
80:14
109:21
110:2
114:7
124:1,2,8
127:7,21
129:13
134:1

**love** 125:23

**lunch** 111:17

─────────
**M**
─────────

**M-A-H-D-I**
17:17

**machine**
97:16,17

**made** 73:17
79:19
82:21
111:19
118:4
121:18,19
126:20
138:5,10

**Madison**
148:2

**Mahdi** 17:15,
17,18

**maid** 93:13

**main** 65:6

**maintenance**
87:15

**majority**
62:15 82:5

**make** 14:3
27:5,14
29:21
32:24
33:4,14
51:12
52:19
57:5,8,9
62:23 68:1
82:4 90:11

94:4
121:6,8

**makes** 19:18
27:13
53:14 54:7
106:14
110:10
127:17
137:3

**making** 10:5
26:15
32:18

**mama** 48:20
50:17
53:19 83:6
119:3,4,7

**mama's** 48:21

**man** 22:6,9
64:6 84:11
113:17,19

**man's** 22:11

**managers**
116:1

**March** 119:23

**marijuana**
132:14

**marked** 110:3
129:21
132:2
134:4
136:3
137:22
143:16

**marks** 145:5,

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

9,10

mask  133:3,
5,7

matter  8:9

maximum
125:9

Mccranie
8:23

meaning
46:11
136:16

means  33:1
136:22,24
139:9

meant  87:10
115:8

Media  8:8
40:24 41:7
75:19 76:2
108:17
143:2
149:21

medicine
96:2

meet  22:9,
22 78:16
124:20

meeting  29:8
47:11
60:10
64:15,23

Memorial
9:16 19:7
24:9 34:15

35:5 57:9,
17 62:18,
19,22 83:4
130:25
131:11
147:2

memories
135:1

men  26:7
27:3 28:2
55:16
57:4,8,23
62:10
63:13
68:23 69:1
76:10,24
84:15,22
92:14
114:4
134:24
148:19

mental
125:22

mentioned
9:14 57:2
73:9 81:10
99:4

message
146:20,21

messages
66:12
134:12

met  9:12
22:6,24
25:6,11
26:9

28:21,23
29:9,10
32:2
43:22,23
47:3,12
48:10,15
50:14 52:4
58:14,17,
19 60:12
64:13,18
118:14,16,
24 119:10
124:24

Michael  8:15

microphone
10:7 11:9
21:20
40:21

middle  61:8
142:7

middle/end
34:1

mind  21:18
42:15
44:13
72:20
139:21

Mini  63:3,4
66:20,23
67:12,16,
22,23
84:11,12
97:10,12,
19,20
104:21
105:19

109:7
113:19
131:15,18
135:12,22

minute  119:5

minutes  99:4
143:6

misunderstood
120:21

mix  92:20,
22 93:1
106:11
116:12

mixed  125:21

mom  15:15,
23

mom's  15:16

money  26:15
27:6 29:21
32:18,21,
24 33:5,7
46:2,3
51:13
52:19
59:13,14,
16,22,23
60:1
94:16,19
100:5
107:2,5,
11,13,17,
20,24
108:2
118:5
121:9

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.
Confidential                    J.G.  on 02/08/2023        Index: monitor..occurrence

| | | | |
|---|---|---|---|
| 127:1 | move 62:7 | 100:23 | Northbrook |
| 128:5,15 | 76:8 | nap 55:10 | 8:10 9:2, |
| 131:14,18 | 119:12 | | 15 10:15 |
| monitor 8:14 | 125:16 | nature 125:6 | notes 142:14 |
| month 20:20, | 139:21 | Naynay 66:4, | notice |
| 25 21:6,7 | moved 15:2, | 20,23 | 110:15 |
| months | 12 31:9 | 67:12,18, | 112:9 |
| 20:21,23 | 39:12 | 21,22 | November |
| 124:11,13 | 52:10 | 147:15,17 | 33:22 |
| 128:14 | 69:13 | necessarily | 34:1,2 |
| morning 8:7, | 123:22 | 89:13 | 37:2 40:12 |
| 22 9:10,11 | moving | neck 145:21 | 61:8,17 |
| 81:11 | 127:23 | needed 47:18 | 66:8 109:1 |
| 108:23 | multiple | 82:15 92:7 | 130:6 |
| mother 148:3 | 61:24 | 97:5,7 | 134:16 |
| Mountain | 98:11 | 98:24 99:2 | number 56:3 |
| 11:15 | 106:13 | needing | 78:10,18, |
| 12:3,9 | 118:7 | 91:19 | 21,23 |
| 13:5 | music 139:2, | 114:1 | 79:17 |
| 18:12,14, | 3 | nice 91:5 | |
| 17 20:12, | | nickname | O |
| 16 21:25 | N | 22:17 74:4 | |
| 23:2,7,22 | | | oath 13:14 |
| 25:20,25 | named 25:5 | night 30:19 | Obie 149:5, |
| 39:21 | 36:2 45:5 | 34:24 | 7 |
| 41:21 | 64:4,6 | 35:3,9 | obvious 93:5 |
| 43:24 | 73:3 | 51:1 52:25 | occasion |
| 64:14,19 | 118:14 | 61:1 79:7 | 95:15 |
| 119:14 | names 28:1, | 85:3 | occasions |
| 120:1,12 | 13,14 | 102:16,17, | 81:22 |
| 121:1 | 31:23 | 23 110:15 | occur 53:8 |
| 122:11,18 | 38:12 | nighttime | 61:23 |
| 123:4,6,8 | 43:10 | 60:10 | occurrence |
| 124:23 | 44:11 | 110:16,17 | 108:25 |
| mouth 33:12 | 63:14 | noodles | |
| | 92:11 | 82:14 | |

occurring
  53:11

October
  20:7,23
  21:4 24:24
  26:2 29:24
  30:5 37:2
  40:12
  41:20
  43:15 44:7
  45:3,14,24
  52:3 61:17
  66:8
  132:25
  136:18
  138:13
  141:20
  142:6

October/
november
  36:21
  115:15

off-the-
shoulder
  85:24

office   82:23
  95:16
  98:10,11,
  13 103:13,
  14 107:16

old-school
  10:7

older   16:5
  100:11,12
  114:24
  115:1,2

117:10
126:15
143:23,24

one's   28:18

ongoing
  11:16

opposed
  101:2
  137:5

order   9:23

original
  141:24

ourself
  84:10

outfit
  85:11,14

owner   124:6

_____

P

_____

p.m.
  108:10,18
  136:22
  137:6
  142:19
  143:3
  149:20

paid
  107:22,24

paper   34:10,
  11 71:21

papers   72:7

paperwork
  71:17

paperwork-wise
  72:1

park   56:18
  78:13,14
  80:12
  109:20

parked
  110:12

parking
  56:17,23
  80:14
  109:21
  110:2

part   37:9,
  10 90:21
  110:22
  112:16
  120:14

participation
  143:7

parties
  140:15

passed
  124:16

patrolling
  109:22
  110:25

pay   31:18
  59:2 94:19
  95:4 99:8
  102:10
  107:18

paying   32:4
  107:8

128:16

pays   127:10

pending   14:4

people
  56:12,19
  57:14,22
  58:3 61:4
  66:23 67:4
  71:5 79:10
  83:14,15
  84:19
  86:17,24
  87:6,9,12
  90:23,25
  91:2,5
  92:22
  94:16,17
  98:1,7
  101:12,22,
  24 103:16
  107:6
  112:23,24
  116:7,9
  127:22
  146:19
  147:2,22
  148:18

period   25:19
  31:5 33:18
  37:17
  38:17 52:7
  54:18
  61:2,16
  64:21
  65:14
  70:13
  124:15

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

periods
  40:10

Perry  70:2
  148:10,23

person  97:25
  110:18
  114:2
  131:4

person's
  120:5

personal
  82:12
  95:24

personally
  32:6 68:9
  94:2 116:6

PH  43:19
  66:4

phlebotomy
  126:10,19
  128:9

phone  55:10
  68:1,7,17
  97:22
  104:15
  105:6,7,8
  127:1
  133:16
  134:13
  141:2

phones  68:2,
  18

photo  130:3,
  16 132:11

133:21

photograph
  132:16

photos  70:20
  71:1
  129:18

physically
  118:15

pick  126:25

picked  43:5,
  8 44:1
  45:18

picking
  21:19

picture
  129:25
  132:9
  134:11
  136:13
  138:23
  139:14,15

pill  73:24
  74:14,15
  101:3

pills  51:1
  55:6 73:17
  74:9 75:13

place  20:14
  21:25
  34:21,25
  80:10
  99:18
  146:22

placement

123:14

places  77:14

plaintiff
  8:24
  11:22,24
  13:3

plan  127:22

play  51:3
  55:18
  56:11,17,
  23 77:17,
  19 78:2,4,
  11,18,22,
  24 79:2,5,
  18 80:9,
  12,19,21,
  25 81:6

plays  55:11,
  12,23
  56:1,10
  57:4,8
  59:14
  62:16
  68:2,9,14
  79:8,19,20
  82:5,6,22
  83:4,11

pleasant
  91:18

plug  131:2,
  3,8

plug's
  131:8,9

point  24:8
  50:8 82:23

103:4
  104:20
  106:7
  127:14,20
  145:4

pointed
  145:7,22

police  24:2
  28:14,18
  63:15
  68:20
  69:21 72:3
  109:4,5
  110:3

post  51:12
  78:9,20
  80:24

posted  51:18
  130:11
  136:13,25
  137:4

potential
  144:7

powder  75:12
  100:21

premises
  110:21

preoccupied
  56:16

prepare
  113:10

present
  27:12
  109:3

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

122:21

**presently**
14:10

**pretty**  14:9
21:15
43:16
69:17,18
87:8  91:3
115:6

**previous**
137:3
145:6

**previously**
25:24
41:21
118:1
145:6

**prior**  43:22
128:14

**privacy**
127:23

**professional**
48:5

**program**
126:13,20

**Promise**
58:22,23
118:14

**prompted**
120:11

**property**
30:8  65:3
71:24
80:10

81:12,23
82:2,5
83:3,10

**protect**  50:5

**protective**
9:23

**provide**
70:23

**provided**
85:9,19
139:24

**provocative**
83:22
84:21

**psychiatrists**
125:14

**pull**  40:21
139:25

**purchase**
46:3  59:7
82:13
95:23  96:1

**purchased**
46:3

**purchasing**
82:25
96:13  97:4
104:3

**purpose**
25:16
30:13  82:1
133:21
138:22
141:4

**put**  9:20
33:12  66:5
97:21
105:7
118:12
121:21
141:22,23,
24,25
142:9
145:1

**putting**
139:5

───────────

**Q**

**question**
12:12
13:19
14:3,4,5
23:3  25:22
30:11
33:11
37:24
55:14
66:16
77:12  88:7
115:24
120:22
143:19

**questions**
10:13
13:12  48:2
71:15  76:7
81:14
108:22
140:5,19

**Quintavious**

149:7

**Quinton**  70:4
148:23

**quote**  117:10

───────────

**R**

**race**
116:13,16

**races**  116:12

**rags**  89:24
114:1

**raised**  13:13

**rape**  125:6

**Raven**  69:4

**re-branded**
127:15

**re-rent**  54:7

**re-up**  93:25
130:23

**reached**
12:18

**read**  144:8
149:25

**ready**  78:11
93:25

**real**  22:17
28:12,16,
18  72:24
73:1  91:22
112:8
126:22
137:8

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.
J.G.  on 02/08/2023

146:9

realized
 64:9

reask  23:3

reason  14:1
 112:23

reasons
 98:17

recall  24:1,
 3 40:3
 65:23
 115:13,19
 135:15

receipt
 71:19

received
 72:6

recently
 128:12

recess  41:3
 75:23
 108:13
 142:23

recharged
 97:21,23

recognize
 19:10

record  9:20
 21:20
 40:25
 41:9,12
 75:20 76:4
 108:8,10,
 18 129:19

142:20
143:3,14
149:18,21,
24

records  24:2

recover
 125:11

referenced
 31:22

Regain  129:8

regular
 13:25 14:2
 114:2

regularly
 90:13
 103:23

reiterate
 12:20

related
 144:20

relating
 10:13

relationship
 17:19
 22:7,25
 23:6,9,13,
 15

relationships
 129:14

remember
 19:2 24:11
 34:14
 38:3,13
 40:2 65:24

73:10
92:18 93:1
109:25
110:23
133:25
134:2
135:18
141:7

remembering
 135:5

rent  32:2,
 4,7 54:5
 69:14
 128:16,17

rented  53:25
 59:10,11

renting  32:8
 69:12

repeat  13:20
 36:23

repeating
 10:8

report
 28:15,18
 43:17
 63:15
 69:21

reporter
 8:16,20
 10:4 12:11
 21:7,10

reports  72:3

represent
 9:14

represented
 124:22
 126:1

representing
 41:18
 126:2

request  62:3

requested
 81:7

reserved
 31:24

residence
 14:11

residents
 125:1

resources
 128:23

respect
 107:10

response
 11:6 13:16

rest  61:2

restaurant
 138:5

restroom
 40:17 90:2
 138:6,11

return  40:4
 129:2,3

review
 149:25

Richens  8:25
 9:9,13,19,

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

24 12:14,
20 13:1
21:11,13,
23 40:18,
20 41:10
42:23 44:6
75:16 76:5
108:7,19
129:23
132:4
134:7,9
136:5,6
137:24
139:20,22
140:10,14,
17 142:13
143:4,18

**ride** 36:1
47:1,5

**rock** 75:11
100:21
101:2

**rocks** 100:24

**roll** 102:22

**Ronnie** 120:4
121:24

**room** 10:1
29:2,3,6
31:1,10,
12,13,18,
19,20
32:2,4
34:9 36:9
37:18
46:3,4,8,
10,11,20,

25 47:18
48:18,24,
25 49:1,2,
5,24 50:1
51:4 52:9,
10,12,14,
17,20,22
53:2,4,12
54:5,6,8
56:12
58:10,15
59:3,7
60:4,16,
19,25
62:3,4
69:5,13
70:12
71:18,19
76:24
77:18,20
78:2,4,6,
10,12,18,
20,23,25
79:5,9
81:8 88:4,
5,6 89:19,
20,22
90:4,14
91:10,17,
19 93:4,5,
20,21
96:16
97:24
99:16
100:1
102:2,7,
11,13,25
103:4,6,

17,18
104:16,17
105:3,7,18
106:9,12
107:9,23,
25 108:2
109:7
113:21,22
114:3
118:11,13,
21 131:8,9
133:17
135:12,17,
20,22
138:7,8,11
141:12,14
148:19

**rooms** 31:4,
6,7,13,15,
20,24
32:3,5,7
52:11,18,
24 53:25
54:4 56:15
59:1,11
61:24,25
62:1,2,4,5
69:12,15
78:13 95:8
96:15 99:8
102:1,15
103:5,7,8
104:4,23
105:24,25
106:6,7,
10,13,20
107:21
135:16

138:9
141:16

**Rose** 66:4,
11,20,23,
25 67:10,
12,16,20

**rotate** 98:5,
15

**rules** 13:10

**run** 30:13
43:1

**Russell** 9:1

_____

**S**

_____

**S-H-A-Q**
22:15

**S-P-E-N-C-E-R**
15:20

**safer** 80:18

**safety** 50:4

**salon** 127:11

**save** 127:2
132:17

**scared** 93:12

**scattered**
93:24

**school**
113:12,13,
15 126:8

**screenshot**
132:19
134:12

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

146:20

scurry   94:7

season
   113:10

security
   109:16,18,
   21,24
   110:4,7,9,
   20,24
   111:1,15

sell   118:5
   127:7
   131:5

selling
   74:21,24
   75:2
   106:15,23
   131:16,17

sells
   130:20,22

send   77:19
   141:7,8

sense   19:18
   27:13,14
   53:14 54:7
   94:3
   106:14
   110:10
   113:4
   127:17
   137:3

September
   21:3 22:10

serve   34:9

set   31:11
   102:7

sets   86:1

settle   12:23

settled
   12:22,24

settlement
   12:18

sex   18:7,
   13,18
   29:12
   32:13,21
   33:7
   39:15,17
   42:12
   55:17
   56:10 93:5
   106:17
   111:25
   112:8,25
   120:17,24
   121:8
   125:5
   144:20

sexual   53:7
   106:22
   125:5

sexually
   42:12

shaking
   13:18

Shameka
   72:16,18,
   22 73:3
   146:5

shape   74:10

Shaq   22:12,
   13,15,22,
   24 23:6,9
   25:6,11,
   17,24
   26:3,6,9,
   11,14,19,
   24,25
   27:6,7
   29:16,20,
   21 32:18,
   22,24 33:5
   45:21
   46:1,2
   51:25

sheets   83:1
   90:1,3,13,
   18 91:17
   93:17
   96:11,14
   113:25
   114:1

shift
   102:16,17,
   23

short   41:3
   75:23
   108:13
   142:23

show   129:18
   139:23
   140:4

showing
   69:18
   141:9,10

siblings
   15:25 16:1

sic   25:8

side   19:19
   49:5,7,11,
   12,15
   52:12
   146:9

sign   149:25

signed   34:10
   71:22
   128:12,13,
   20

similar
   100:23

single   76:14
   121:24

sir   21:9

sister   16:3,
   6 48:21
   50:18
   119:8

sisters   16:2

sit   48:24
   90:1 110:1

sitting
   21:15

six-week
   126:13,20

skinny
   100:11
   114:25

sleep   52:25

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

sleeping
  53:4

slept  52:13

slide  117:18

slipped
  44:13

slowly  14:8

Smith  9:1

smoke  75:7

smoked  75:8

smoking
  132:13,14

soap  82:14

soft  100:21

sold  75:12,
  13 93:22
  95:24 96:2
  102:2
  103:1

Sonya  148:2

sort  9:25
  54:21 59:1
  117:15

sound  47:15,
  24 139:2,
  10

sounds  50:23
  52:3 61:20

Southeast
  14:12

span  37:7

speak  21:11
  111:15
  116:23
  117:3

speaker
  105:8,11

speaking
  21:18
  42:15
  103:23
  116:22

spell  15:18
  25:7
  72:19,20

spelling
  72:19

Spencer
  15:17,20

spend  30:19

spent  60:25

spoke
  103:21,22
  116:25
  147:7

spray  89:23

staff  87:3,
  4,5 92:12
  101:19
  148:5

stairs  60:6

stamp  132:18

stand  40:22
  57:11

142:18
149:19

standing
  47:16

start  50:11
  55:11
  87:21

started  9:12
  48:22 50:2
  64:8
  126:19

Starting
  30:5

station
  30:16 83:7

stay  16:7
  34:23 55:7
  60:18 63:6
  64:25
  73:12,17

staying  22:5
  54:1 58:15
  119:5
  129:5
  138:10
  141:15

stays  16:6,8
  18:1

step-by-step
  53:24

Stone  11:15
  12:3,9
  13:5
  18:11,13,

17 20:12,
16 21:25
23:2,7,22
25:20,25
39:21
41:21
43:23
64:14,19
119:14
120:1,12
121:1
122:11,18
123:4,5,8
124:23

stop  49:22
  54:10
  84:22
  133:24

stopped
  97:22

store  82:10

story  123:16

straight
  122:24

straightforwar
d  14:9

street
  19:18,20
  30:17

strip  19:14,
  17

strolling
  83:2,9
  84:3,7
  85:23 86:7

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

stuff   30:17
  47:18
  48:24
  51:8,13
  52:13
  55:6,12
  60:6,8
  62:18
  76:23
  78:11
  82:11,15,
  24 83:4,8
  86:3 89:5,
  8,24 90:2
  91:14,16,
  17 93:16,
  22,25
  96:2,3,6,
  10,14
  103:9,17,
  22 107:19
  113:3
  114:20
  116:20
  118:21
  125:7,15,
  17 127:2
  128:17,23
  130:20
  131:8
  145:2,10
  146:23

sued   11:2,
  11 12:3
  13:4 18:6

suggest
  103:4

suggested
  103:5,7
  104:23
  105:24

suggesting
  106:2

suite
  127:14,17,
  23

Suites   9:4,
  16 11:15
  12:4,9
  13:5
  18:12,14
  35:18
  39:21
  101:13

sun   55:5
  113:15

Sunday
  125:13

supplies
  89:5,8

supposed
  81:5
  102:10
  107:17
  108:1
  113:12,13

suspecting
  146:17

swear   8:20

sweet   125:23

switch   82:16

103:5,7
104:23
106:10

switched
  103:8,18
  105:24,25
  135:16

switching
  31:20
  82:25
  106:6,7
  113:24,25

sworn   9:6
  13:14

———————

T

———————

tag   139:5,
  11

takes   127:6

taking   99:18
  126:8
  133:21
  141:5

talk   62:19
  63:18 67:2
  91:4,7,21
  92:9 95:7,
  10 103:19
  105:5
  110:18
  118:4,22
  123:25
  125:23

talked   13:15
  33:17

34:21 35:5
41:15
43:18
45:7,9
57:13,14,
16 71:5
76:9 95:13
101:15,16
108:23
114:15
115:21
117:8
118:18
122:25
144:12
147:6
148:6,8,9,
15

talking
  23:23
  24:9,10
  33:14 35:1
  38:7,25
  39:15,25
  43:15
  44:5,7,22
  45:10
  50:20 52:2
  54:19
  57:20 63:2
  64:8 66:1
  77:2
  81:11,18
  84:6 85:6
  94:15
  95:17
  101:11
  102:19

107:2,11
111:18
115:11
122:6
124:5
130:25
134:1
142:4

tampons  96:2

tank  85:25

teasing
  115:7

telephone
  68:2,4

telling
  50:17 67:4
  103:24
  104:2,13
  107:21
  114:11,13
  146:21

temporary
  129:1

Ten  79:16

term  33:4
  83:9,13,15
  121:7

termination
  129:3

terms  62:10
  87:9 122:8

testified
  9:6

text  68:14

texting
  66:12
  68:13

therapists
  125:14

therapy-based
  125:12

thing  10:21
  55:5 71:25
  73:25
  79:4,14
  96:13,22
  100:18
  103:14
  104:22
  105:22
  120:3
  122:20
  125:22
  133:13
  144:6

things  82:25
  94:8 95:23
  97:4
  108:22
  119:12

thinking
  23:11
  112:7

thought
  22:6,25
  23:8,12,
  14,19
  26:16,17
  45:20

49:20
115:8

thoughtful
  143:10

threaten
  76:18,22

threatened
  76:21,25
  77:4

throat  42:19

tight  146:9

time  8:14
  20:3 22:4
  23:23 24:1
  25:19 26:7
  27:5,6
  29:5,6
  31:1 32:13
  35:17
  36:11
  37:1,6,7,
  9,10,17
  38:10,11,
  17 39:9,
  10,23
  40:9,23
  41:7,17
  42:16
  43:6,13,
  14,24 44:4
  45:16
  46:18,25
  48:4 50:5,
  19 52:2,7,
  20 58:7,13
  61:2,16

62:6 63:19
64:10,15,
18,21,23
65:14
66:13,14
70:13
75:19 76:3
77:17,24,
25 79:25
82:5 96:7
98:10
102:9
105:2,17,
23 107:15
108:9,17
110:14
112:6,9
113:13,14,
16,17
115:5,14
118:19
122:14,22
124:2
126:15,23
127:7,14
128:10
130:13
131:9,12
132:18
136:22,23,
24 137:12
141:18
142:19
143:2,20
144:23
147:7,21
149:20

times  33:5
 76:25
 77:14,22
 79:2,16,18
 83:5,8
 86:5,7,22
 88:23
 90:24
 96:20,25
 97:23
 99:17
 103:22
 104:9,10,
 16,18,24
 105:1

timestamp
 132:20,25
 142:1

tired  73:18

tissue  48:12

today  10:3,
 13 13:6,11
 18:3 143:7
 149:18

Today's  8:13

told  25:23
 34:16,17
 41:19
 47:17
 51:6,9
 53:19 58:6
 60:16,17,
 18 63:23
 99:5
 101:11
 102:3

103:25
 104:5,18,
 20,22
 105:22
 112:21
 117:11,12
 118:9
 123:16
 130:19,22

toll  129:14

Tomko  8:17
 10:3 11:8
 13:16

toothbrush
 96:1

toothpaste
 82:15 96:1

top  46:10,
 11 108:2

topic  76:8

tops  85:24,
 25

total  62:5

touch  66:6,
 22,24 67:5
 69:9

towel  71:9

towels  82:16
 83:1 89:11
 90:1,13,
 18,19
 91:10,12,
 17 93:17
 96:6,10

97:1 114:1

town  9:13

trade  96:6,
 10 97:1

trading
 96:13

traffic
 57:10,16
 102:25
 103:3,12,
 15,25
 104:14,19,
 23 105:14,
 15,23
 106:3,9,
 13,14,15,
 17,19
 114:6,12,
 14 117:12
 121:3

traffic-
 20:3
 117:16

trafficked
 18:7,13,18
 19:23
 20:3,10,
 11,15 22:1
 23:2,6,22
 24:8,13,22
 25:19,24
 26:2,6,19
 28:2 29:13
 30:23
 31:25
 32:13

34:25
 39:21
 42:12
 44:21 50:9
 52:8
 54:18,23
 58:8,11
 61:19
 65:13
 67:7,14,25
 111:25
 112:8,25
 118:1,7
 120:3,7
 147:24

trafficker
 26:12 27:1

traffickers
 26:25
 68:3,11
 107:3
 117:16

trafficking
 27:24
 39:15,17
 58:18
 63:25 93:6
 106:18
 119:13
 120:17,24
 125:6
 131:20
 144:21
 147:20

transcribe
 13:17

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.
Confidential                    J.G.  on 02/08/2023              Index: transcript..United

transcript
  10:5

transitional
  128:3

transport
  109:13

transportation
  126:21

trash  94:1
  113:24

trespass
  72:7

trespassing
  34:10
  71:23

trouble
  21:17

truthfully
  13:14

turn  14:18

turned  8:5
  14:15
  16:23
  17:1,2,10
  41:2,5
  75:22,25
  108:12,15
  142:22,25
  149:23

two-piece
  86:1

Tylenol
  96:2,3

type  79:10
  100:20
  125:5
  127:22

types  87:4,
  23,25
  106:24

─────────────
        U
─────────────

uh-huh  11:4
  13:18
  22:14,16
  28:6,9
  44:3 45:19
  49:10
  50:15
  51:19
  53:21
  54:12
  58:20,24
  60:7 62:8
  63:5 64:11
  65:9 73:13
  81:16
  86:2,20
  87:11
  88:8,12,25
  89:17
  92:23
  95:19 98:4
  99:7,12,22
  101:17
  105:4
  110:11,13
  111:20
  114:17
  115:12,16,

25 117:9
  119:22
  120:6
  122:16,19
  123:2,21
  126:18
  129:7
  130:1,7,15
  134:14,17,
  20 135:13
  140:2,22
  141:3,16
  144:14
  145:3
  146:15
  147:4,17
  148:4,7,14

understand
  13:20,21
  29:18
  32:11
  33:11,13,
  14 44:20
  46:16
  53:15,17
  71:13 94:4
  111:7
  119:11

understanding
  32:16
  57:1,3
  72:6

uniform
  111:10

United  9:3,
  16 18:4,6,
  8,17

19:13,24
  20:3,11
  24:9,15,
  18,23
  25:3,14,
  15,20
  26:3,7,8,
  12,18
  27:1,19,
  21,23 28:2
  29:23
  30:23
  32:11
  33:18,21
  35:17,25
  36:1,9
  37:1,14
  38:1,8,17
  40:1,4,10
  41:17,20
  42:5 43:2,
  3,7,25
  44:17
  45:6,16,
  20,25 52:8
  61:3,11
  63:7,19
  64:2,13,19
  65:4,21
  66:7 67:6,
  14,25
  70:21
  71:7,8,11,
  18 78:19
  79:3,5
  81:18
  85:10,14
  86:8,18

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.

88:1 93:4
95:21
98:17
101:13
106:20
108:25
109:4,17
115:14
117:15
118:1,23
119:25
123:1,5
131:12
132:13
133:18
135:11
137:19
138:2,7,8
141:1,12
147:22,24

**unmarked**
110:4

**unresponsive**
25:21
37:23 55:2

**unsafe** 79:8
146:22

**upset** 135:2

**upsetting**
134:25

**upstairs**
103:6

_____ V _____

**varied** 56:6

68:12

**vending**
97:16,17

**verbal** 11:5
13:16

**verbally**
117:19

**versus** 8:10
12:7 116:2

**victim** 122:1

**video** 8:5
41:1,4
71:1
75:21,24
108:11,14
132:16,17,
18,21,22
138:2,6,
10,16,17
139:9,24
140:3,4,
12,21,23
141:5,7,8,
10,24,25
142:2,3,
21,24
143:14
149:22

**view** 140:16

**violent**
77:7,8
145:15

**visit** 29:23
144:24

**visited**
145:4

**visits**
111:18
145:2

_____ W _____

**wait** 120:21

**waived**
149:25

**wake** 55:12

**walk** 41:14
49:8 62:21
81:22
82:4,7,22
83:22
84:19
112:11

**walked** 47:13
83:4,7

**walking**
56:20
81:12
82:2,3
83:3,10,20
109:23
110:21
112:12
113:5,8
114:6

**wanted** 29:16
80:12
132:21
135:8
141:6

143:19
144:6

**warn** 103:2

**watch** 109:20
140:13

**watching**
104:18
105:13,14

**ways** 57:6,
12,19

**weapons**
76:12

**wearing**
84:21 85:7
133:3

**weed** 75:13

**week** 54:20,
24 59:18,
19 126:20

**weeks** 24:5,6
30:2,3,7,
12,18,21,
25 32:13
33:22 61:7
113:14

**When's** 147:7

**whichever**
94:22

**white** 92:17,
25

**wife** 116:19

**Wilson** 149:3

**J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.**

wipe  89:24

witnessed
  100:6
  104:7,12,
  13,25

witnesses
  144:7

woman  99:6,
  10

women  57:23
  67:12
  92:14,15
  118:1,7
  121:12

word  81:1

words  13:4
  33:12

work  25:17
  29:20
  31:13 42:1
  45:21 55:8
  61:14
  80:20 87:7
  100:13
  102:17
  126:23,25
  127:6,11,
  12,13

worked
  86:17,25
  87:9,12
  93:11
  101:7,12,
  13,22
  102:16,23

  107:4
  117:15
  118:12,17

workers
  114:11

working
  23:10,11,
  15 26:11,
  14,18 33:6
  36:16,21
  37:4,10,
  11,15 53:1
  55:8,13,24
  57:23,25
  58:12
  59:20
  83:25
  97:22
  98:1,12
  99:13
  112:22
  116:16
  126:8
  127:4,8,14
  136:8,12,
  16 141:15

works  13:10
  111:23

worth  127:25

wound  41:20

written  10:5

wrong  118:20

WTF  133:24

_____

**Y**
_____

y'all  91:13
  103:24
  116:19
  133:23

year  17:5
  20:8 147:8

yellow  133:8

youngest
  16:8

_____

**Z**
_____

Zaccheus
  149:5