# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | CIVIL ACTION FILE |
| vs. | : | |
| | : | NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : | |
| INC., D/B/A UNITED INN AND | : | |
| SUITES, | : | JOINT MOTION |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR RESPECTIVE RESPONSES IN OPPOSITION TO THE PENDING MOTIONS *IN LIMINE*

Plaintiff J.G. and Northbrook Industries, Inc. d/b/a United Inn & Suites, (hereafter, "Parties"), hereby jointly move to extend the deadline for the Parties to file their respective responses in opposition to the pending motions *in limine* (Docs. 160, 161) up and through March 14, 2025. In support, the Parties state the following:

1.

On February 26, 2025, Plaintiff and Defendant filed their respective Consolidated Motions *in Limine* and Memoranda of Law in Support in the instant case. (Docs. 160, 161).

2.

The current deadline for the Parties to file responses to the same motions is March 12, 2025. (Doc. 145).

3.

The Parties request a two-day extension of time to prepare and file their respective responses in opposition to the foregoing motions *in limine* because of the press of other matters and deadlines. Granting the requested two-day extension will provide the Parties with adequate time to prepare their respective response briefs.

4.

Counsel for the Parties have discussed the proposed extension and agree that it is reasonable and necessary and have further agreed to join in this motion.

5.

This is the first extension the Parties have requested to prepare and file responses to the pending motions *in limine*, and, therefore, the Parties respectfully request that the Court grant the instant joint motion. The text of a proposed Consent Order is attached hereto as "Exhibit A".

**WHEREFORE**, the Parties respectfully request that this Court grant their Joint Motion to Extend the Deadline for Parties to File Responses in Opposition to the Respective Motions *in Limine* for the reasons set forth above.

Respectfully submitted this 10th day of March, 2025.

                          */s/ David H. Bouchard*
                          David H. Bouchard
                          david@finchmccranie.com
                          Georgia Bar No. 712859
                          Richard W. Hendrix
                          rhendrix@finchmccranie.com
                          Georgia Bar No. 346750
                          Oto U. Ekpo
                          oto@finchmccranie.com
                          Georgia Bar No. 327088
                          Gabriel E. Knisely
                          gabe@finchmccranie.com
                          Georgia Bar No. 367407

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

                          */s/ Patrick J. McDonough*
                          Jonathan S. Tonge
                          jtonge@atclawfirm.com
                          Georgia Bar No. 303999
                          Patrick J. McDonough
                          pmcdonough@atclawfirm.com
                          Georgia Bar No. 489855

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

                          *Attorneys for Plaintiff*

*/s/ Dana M. Richens*
Dana M. Richens
drichens@sgrlaw.com
Georgia Bar No. 604429

SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
(404) 815-3659 - Telephone
(404) 685-6959 - Facsimile

*Attorney for Defendant*
*Northbrook Industries, Inc.,*
*d/b/a United Inn and Suites*

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing **Joint Motion to Extend the Deadline to File Responses in Opposition to the Respective Motions** *in Limine* has been prepared with a font and point selection approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14-point size.

                                                Respectfully submitted,

                                                */s/ David H. Bouchard*
                                                David H. Bouchard
                                                david@finchmccranie.com
                                                Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that Plaintiff, through her attorneys, has served a true and correct copy of the foregoing Motion into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 10th day of March, 2025.

*/s/ David H. Bouchard*
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859
Richard W. Hendrix
rhendrix@finchmccranie.com
Georgia Bar No. 346750
Oto U. Ekpo
oto@finchmccranie.com
Georgia Bar No. 327088
Gabriel E. Knisely
gabe@finchmccranie.com
Georgia Bar No. 367407

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*