### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

### PROPOSED ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR RESPECTIVE RESPONSES IN OPPOSITION TO THE PENDING MOTIONS *IN LIMINE*

Presently before the Court is a Joint Motion to Extend the Deadline for the Parties to File Responses in Opposition to the Respective Motions *in Limine*. The Parties request that the Court extend the deadline for the Parties to file their respective responses in opposition to the pending motions *in limine* to March 14, 2025. Granting the requested extension will provide the Parties with adequate time to prepare their response briefs in light of the press of other matters and deadlines.

For good cause shown, the Joint Motion to Extend the Deadline for the Parties to File Responses in Opposition to the Respective Motions *in Limine* is

2

**GRANTED**. The deadline for the Parties to file their respective responses to the pending motions *in limine* is **EXTENDED** to March 14, 2025.

SO ORDERED, this _____ day of _____, 2025.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
David H. Bouchard
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Tel: 404-658-9070; Fax 404-688-0649
david@finchmccranie.com