IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

## ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR RESPECTIVE RESPONSES IN OPPOSITION TO THE PENDING MOTIONS *IN LIMINE*

Presently before the Court is a Joint Motion to Extend the Deadline for the Parties to File Responses in Opposition to the Respective Motions *in Limine*. The Parties request that the Court extend the deadline for the Parties to file their respective responses in opposition to the pending motions *in limine* to March 14, 2025. Granting the requested extension will provide the Parties with adequate time to prepare their response briefs in light of the press of other matters and deadlines.

For good cause shown, the Joint Motion to Extend the Deadline for the Parties to File Responses in Opposition to the Respective Motions *in Limine* is

**GRANTED**. The deadline for the Parties to file their respective responses to the pending motions *in limine* is **EXTENDED** to March 14, 2025.

SO ORDERED this 10th day of March, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE