IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF PAGE LIMIT
WITH RESPECT TO RESPONSES TO
CONSOLIDATED MOTIONS *IN LIMINE*** 

COME NOW Plaintiff J.G. ("Plaintiff") and Defendant Northbrook Industries, Inc., d/b/a United Inn & Suites ("Defendant"), by and through their respective counsel of record, and, pursuant to Section III-D of the Court's Standing Order Regarding Civil Litigation, hereby jointly move the Court for an order allowing an extension of the 25-page limit on briefs supporting the parties' respective consolidated motions *in limine*. The Court previously granted the parties joint request to submit up to 30 pages for their respective consolidated motions *in limine*. The parties now jointly request that they be allowed the same amount of pages (30 pages) for their response briefs. A proposed order is attached.

## **L.R. 7.1(D) CERTIFICATION**

The undersigned counsel hereby certify that this filing has been prepared in Times New Roman (14 point), which are font and point selections approved by the Court in L.R. 5.1(C).

Respectfully submitted,

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
FINCH McCRANIE, LLP
229 Peachtree Street N.E.
Suite 2500
Atlanta, Georgia 30303
Telephone: (404) 658-9070
david@finchmccranie.com

*Attorney for Plaintiff J.G.*

*s/ Dana M. Richens*
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

*Attorney for Defendant*
*Northbrook Industries, Inc.*
*d/b/a United Inn and Suites*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date served all parties with the within and foregoing **JOINT MOTION FOR EXTENSION OF PAGE LIMIT WITH RESPECT TO RESPONSES TO CONSOLIDATED MOTIONS *IN LIMINE* AND MEMORANDUM IN SUPPORT** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 14th day of March, 2025.

*/s/ David H. Bouchard*