IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Page Limit with Respect to Responses to Consolidated Motions *in Limine*. Upon consideration of the motion and supporting memorandum, and for good cause shown, the motion is hereby **GRANTED**. Plaintiff and Defendant may each have up to 30 pages for their respective responses to consolidated motions *in limine* and supporting briefing.

SO ORDERED this ___ day of March, 2025.

_____
Sarah E. Geraghty
United States District Judge

Order prepared by:

Respectfully submitted,

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
FINCH McCRANIE, LLP
229 Peachtree Street N.E.
Suite 2500
Atlanta, Georgia 30303
Telephone: (404) 658-9070
david@finchmccranie.com

*Attorney for Plaintiff J.G.*