# Exhibit 1

```
 1
              IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
 3
     J.G.,                              )
 4                                      )
          Plaintiff,                    )
 5                                      )
     vs.                                )
 6                                      ) Civil Action File
     NORTHBROOK INDUSTRIES,             ) No.: 1:20-cv-05233-MLB
 7   INC., d/b/a UNITED INN             )
     AND SUITES,                        )
 8                                      )
          Defendant.                    )
 9                                      )
                                        )
10                                      )
                                        )
11

12                          - - -

13                       CONFIDENTIAL

14
                 The Videotaped Deposition of
15
                             J.G.
16
                   (Taken by the Defendant)
17
                       Atlanta, Georgia
18
                      February 8, 2023
19

20   Reported by:   Christopher J. Tomko
                    Certified Court Reporter
21                  Georgia
                    License No. 4802-6210-2922-0352
22

23

24

25
```

Page 18

1   A. No. She currently stays with my aunt.
2   Q. Okay. So, Ms. [redacted] in the lawsuit
3   that brings us here today, you have -- I'm going to
4   call my client United Inn.
5       Okay?
6       You have sued United Inn concerning
7   allegations that you were trafficked for sex at
8   United Inn; is that correct?
9   A. Correct.
10  Q. Okay. And just to confirm what I -- what
11  I think is the case, your lawsuit involving Stone
12  Mountain Inn & Suites, did you, in that lawsuit,
13  contend that you were trafficked for sex at Stone
14  Mountain Inn & Suites?
15  A. Yes, ma'am.
16  Q. Okay. Is there anyplace else, other than
17  United Inn and Stone Mountain Inn, where you have
18  been trafficked for sex?
19  A. No, ma'am. I mean, it was another hotel,
20  but I can't think of the name of the hotel because it
21  was a day -- it was like one day.
22  Q. One day?
23  A. Yes, ma'am.
24  Q. Any others?
25  A. No, ma'am.

Page 19

1   Q. Okay. The one other hotel that you --
2   you are saying you can't remember the name of it; is
3   that right?
4   A. Yes, ma'am.
5   Q. Okay. Do you know where that hotel is
6   located?
7   A. Yes, ma'am. It was on Memorial Drive as
8   well.
9   Q. Okay. If you drove by it, would you
10  recognize it?
11  A. Yes, ma'am.
12  Q. Okay. Do you know how far it is from the
13  United Inn?
14  A. It's on the same strip. It's just --
15  sorry.
16  Q. That's okay.
17  A. It's on the same strip. It's just like
18  further up, like, the street, if that makes sense.
19  Q. Okay. Is it on the same side of the
20  street?
21  A. Yes, ma'am.
22  Q. Okay. Now, Ms. [redacted], I want to ask you
23  about how it came to be that you were trafficked at
24  the United Inn.
25      Okay?

Page 20

1   A. Yes, ma'am.
2   Q. All right. Can you tell me when is the
3   first time you were traffic- -- trafficked at United
4   Inn?
5   A. An exact date?
6   Q. If you know it.
7   A. It was like October 7th or the 8th.
8   Q. Of what year?
9   A. 2018.
10  Q. Had you been trafficked anywhere before
11  you were trafficked at United Inn?
12  A. The Stone Mountain Inn.
13  Q. Okay. So where -- let me back up, then.
14      Where is the first place you were -- you
15  were trafficked?
16  A. The Stone Mountain Inn.
17  Q. Okay. And when was that?
18  A. 2018 as well.
19  Q. Okay. Do you know approximately a date
20  or a month?
21  A. Like a couple of months beforehand,
22  like -- but I'm not sure of the exact.
23  Q. A couple months before the October of
24  2018?
25  A. Yes. Really maybe like the month before

Page 21

1   actually so --
2   Q. Okay.
3   A. -- August. July, August, September,
4   October.
5   Q. Okay.
6   A. Yeah, the month before.
7       THE REPORTER: The month before you
8   said?
9       THE WITNESS: Yes, sir.
10      THE REPORTER: Okay. Thank you.
11      MS. RICHENS: Yeah, speak up just --
12      THE WITNESS: Can you not hear me?
13      MS. RICHENS: No, he -- I can't hear
14  you very well -- I mean, I can hear you
15  okay because I am sitting pretty close to
16  you, but he's -- he's probably having more
17  trouble hearing you.
18      So if you don't mind speaking up and
19  he's not -- he's not picking up the
20  microphone. That's just for the record.
21  So...
22      THE WITNESS: Okay.
23  BY MS. RICHENS:
24  Q. All right. So in the -- all right.
25      So Stone Mountain Inn is the first place

**Page 22**

1  you were trafficked; right?
2      A.  (Witness indicating.)
3      Q.  How did that happen?  Like, how -- where
4  were you living at that time?
5      A.  I was staying in Conyers with my auntie,
6  and I had met a man and, you know, thought we were in
7  a relationship or whatever, and that's how that
8  happened.
9      Q.  Okay.  And when did you meet this man?
10      A.  Like, in August or September of 2018.
11      Q.  Okay.  And what is this man's name?
12      A.  Shaq.  Shaq.
13      Q.  Shaq?
14      A.  Uh-huh.
15      Q.  Like S-H-A-Q, Shaq?
16      A.  Uh-huh.
17      Q.  Is that a nickname, or is that his real
18  name?
19      A.  That's his name.
20      Q.  Do you know his last name?
21      A.  No, ma'am.
22      Q.  Okay.  And where did you meet Shaq?
23      A.  Through Instagram.
24      Q.  Okay.  And so you met Shaq, and you
25  thought you were in a relationship with him.

**Page 23**

1      And then how did that become you were
2  being trafficked at Stone Mountain Inn?
3      A.  Could you reask your question?
4      Q.  Sure.
5      How did it go from you were in a
6  relationship with Shaq to you were being trafficked
7  at Stone Mountain?
8      A.  Yeah.  Like, I thought -- I thought me
9  and Shaq were in a relationship, yes, and he had me
10  working for him.  And that's exactly what that was.
11  He just had me working for him, but I'm thinking it
12  was something, you know.  I just thought we were in a
13  relationship, but that wasn't that.  Like, I can't --
14      That's how it happened.  I thought we
15  were in a relationship, and he had me working for
16  him.
17      Q.  Okay.
18      A.  That's how it happened.
19      Q.  Okay.  That's what I thought I heard you
20  say.
21      Okay.  So when you were -- when you were
22  trafficked at the Stone Mountain Inn, how long were
23  you there?  And we're talking about this first time
24  in July of -- July, August, somewhere in there of
25  2018.

**Page 24**

1      A.  I can't recall the exact time, but it is
2  in documents, though.  There's police records about
3  it, but I can't recall the exact date right now.
4      Q.  Okay.  Was it -- I mean, was it a day?
5  Or was it days?  Weeks?
6      A.  No, it was like weeks.  It was weeks.
7      Q.  Okay.  The -- the third hotel that you
8  said you were trafficked at, at some point on
9  Memorial Drive, not United Inn.  I'm talking -- you
10  know the one I'm talking about where you don't
11  remember the name?
12      A.  Yes, ma'am.
13      Q.  When were you trafficked there?
14      A.  The same -- we had ended up leaving the
15  United Inn, and when we left the United Inn, I had
16  went -- I was still with someone else, and we had
17  went to the other hotel, and that was that.
18      Q.  So the third hotel was after the United
19  Inn?
20      A.  Correct.
21      Q.  Okay.  So -- so we have determined that
22  you were first trafficked at -- excuse me.
23      At the United Inn on -- you said
24  October 7th or 8th of 2018; correct?
25      A.  Correct.

**Page 25**

1      Q.  And -- and how did -- how did you end up
2  there?
3      A.  At the United Inn?
4      Q.  Yes.
5      A.  Through -- through this girl named Kevy
6  that I had met through Shaq.
7      Q.  Okay.  How do you spell Kevy?
8      A.  K-E-V-I-I (sic).  K-E-E-V-I (sic).
9      Q.  Okay.  Something like that?
10      A.  Yes, ma'am.
11      Q.  You met her through Shaq?
12      A.  Correct.
13      Q.  Okay.  And what happened?  How did you
14  end up at the United Inn?
15      A.  We went to the United Inn.
16      Q.  Okay.  For -- for what purpose?
17      A.  To work for Shaq.
18      Q.  Okay.  And do you -- do you know why
19  during this time period you were being trafficked at
20  the United Inn instead of Stone Mountain Inn?
21      A.  (Witness unresponsive.)
22      Q.  Let me ask you a different question.
23      So you -- you told me, I believe that you
24  had -- you were previously trafficked by Shaq at the
25  Stone Mountain Inn; right?

```
                                                  Page 26                                                     Page 28
 1     A.   Correct.                                         1     Q.   Okay.  Now, what are the names of the two
 2     Q.   Then in October, you were trafficked by          2  men that you said you were trafficked by at United
 3  Shaq at the United Inn; correct?                         3  Inn?
 4     A.   Well, no, it wasn't --                           4     A.   Cash and King.
 5     Q.   So is that right, or did I --                    5     Q.   Cash?
 6     A.   No.  I wasn't trafficked by Shaq at the          6     A.   Uh-huh.
 7  United Inn.  It was two other men.  But my first time    7     Q.   C-A-S-H.
 8  going to the United Inn, it was through somebody I       8          And King --
 9  met through Shaq.  That's how I ended up there.          9     A.   Uh-huh.
10     Q.   Okay.                                           10     Q.   -- K-I-N-G?
11     A.   And we were working for Shaq, but he            11     A.   K-I-N-G.
12  wasn't my actual trafficker at the United Inn.          12     Q.   Okay.  Okay.  You don't know their real
13     Q.   Okay.  When you say you -- you were             13  names, or do you?
14  working for Shaq, what does that mean?                  14     A.   One of their names is in the police
15     A.   Making money for him.                           15  report as well, but I can't think of it by heart.
16     Q.   Okay.  But -- so I thought you -- I             16  And the other one, I just never got his real name.
17  thought I just heard you say when you got -- when you   17     Q.   Okay.  Which one -- if you know, which
18  first went to the United Inn, you were working for      18  one's real name is in the police report?
19  Shaq, but you weren't being trafficked by him; is       19     A.   Cash.
20  that right?                                             20     Q.   Okay.  All right.
21          Is that what you said?                          21          And -- and so you met Cash and King
22     A.   No, that's not what I said.                     22  though Kevy?
23     Q.   Okay.  I'm sorry.                               23     A.   No.  So I met them around the -- at the
24     A.   I said -- I said Shaq wasn't my two             24  hotel.  So Kevy -- the same day that Kevy had took me
25  traffickers, because you're trying to say, like, Shaq   25  to the hotel, she had ended up leaving for something.

                                                  Page 27                                                     Page 29
 1  was my trafficker at the United Inn.                     1  Something had happened, and she left, and she didn't
 2     Q.   Okay.                                            2  come back, and I was still at the room.  They left me
 3     A.   He wasn't.  It was two other men.                3  at the room.
 4     Q.   Okay.                                            4          So the next day, the following day,
 5     A.   But my first time going, it was to make          5  they're -- you know, like, it's time to check out the
 6  money for Shaq, but Shaq wasn't with us at the time.     6  room.  I didn't have nowhere to go at the time, so
 7  Shaq had just got locked up.                             7  I'm trying to get in contact with the girl who
 8     Q.   Okay.                                            8  dropped me off, and I had ended up meeting King.
 9     A.   That's why this girl had came on his             9  That's when I had met King at the hotel.
10  behalf.                                                 10     Q.   So you met Cash and King at the hotel?
11     Q.   Okay.                                           11     A.   Correct.
12     A.   But he wasn't present, you -- if that           12     Q.   And you went to the hotel to be sex
13  makes sense, because he was locked up.                  13  trafficked; is that --
14     Q.   It does make sense.  It does make sense.        14     A.   No.
15     A.   So...                                           15     Q.   Okay.  Why did you go to the hotel?
16     Q.   Thank you.                                      16     A.   Because Kevy said Shaq wanted us to go to
17     A.   Yes, ma'am.                                     17  the hotel, so I am listening to what they're saying.
18     Q.   Okay.  Now, so was it -- was it Kevy who        18     Q.   Okay.  But did you understand that's why
19  took you to the United Inn?                             19  you would be going there?
20     A.   Yes, ma'am.                                     20     A.   Yeah, to work for Shaq.  I knew we were
21     Q.   Okay.  You didn't choose the United Inn?        21  about to make money for Shaq, yes, ma'am.
22     A.   No, ma'am.                                      22     Q.   Okay.  Okay.  So tell me about the
23     Q.   Okay.  Were you ever at the United Inn          23  first -- this first visit to the United Inn, you said
24  for anything other than trafficking?                    24  it was October 7th or 8th; right?
25     A.   No, ma'am.                                      25     A.   Correct.
```

**Page 34**

1  no, it was November of 2018, like, middle/end of
2  November.
3      Q.  Okay.  All right.  And what happened that
4  caused you to leave?
5      A.  Cash had got arrested.
6      Q.  Okay.  And so you -- you just left the
7  hotel?
8      A.  So since we didn't get arrested, but we
9  were all in the room, by law they had to serve us,
10 like, the trespassing paper.  So after we signed the
11 paper, we had left.
12     Q.  All right.  And where did you -- where
13 did you go after that?
14     A.  I really don't remember exactly.  It was
15 on Memorial Drive, though.  It was where Cash had
16 told us to go.  Like, he had -- he already knew he
17 was about to get locked up so -- and he told us,
18 like, where to go, like, once he got locked up.
19 So...
20     Q.  And was this -- was this that third hotel
21 we talked about before, or is it another place?
22     A.  It's the third hotel, and he sent us to
23 somebody so we went to go, like, stay with them for
24 that night.
25     Q.  Were you trafficked at that other place

**Page 35**

1  that you're talking about?
2      A.  Yes, ma'am.  I mean, you can say that.
3  It was for a night, but you could -- yes, ma'am.
4      Q.  Okay.  And again, this is the third hotel
5  that's also on Memorial Drive that we talked about
6  before?
7      A.  Correct.
8      Q.  Okay.  And you were only there for a
9  night?
10     A.  Yes, ma'am.
11     Q.  Okay.  Who -- who was with you at that
12 hotel?
13     A.  Cash's girl.  It was kind of like his
14 girlfriend, I guess you could say.  But she was
15 through Cash.  A girl Cash had with him.
16     Q.  Okay.  When -- when is the next -- was
17 there another time that you were back at the United
18 Inn & Suites?
19     A.  Yes, ma'am.
20     Q.  Okay.  When was that?
21     A.  In January.
22     Q.  January of 2019?
23     A.  Correct.
24     Q.  All right.  Okay.  And how did you end up
25 back at the United Inn?

**Page 36**

1      A.  We had got a ride to United -- this boy
2  named Kimani had took us, and he -- he got us --
3      Q.  I'm sorry.  He took you; is that what you
4  said?
5      A.  Yes, ma'am.
6      Q.  Okay.
7      A.  I was with someone else.  It was me and
8  some other girls.  This boy Kimani had took us to the
9  United Inn and got us a room at the United Inn.  And
10 we were there -- I wasn't there that long.  It's -- I
11 was the first time.  We were there for like three
12 days, maybe even less.  Maybe -- well, like, yeah,
13 like, two or three days.
14     Q.  Two to three days.
15         Okay.  And who were you -- who were
16 you -- who were you working for during those two to
17 three days?
18     A.  King.
19     Q.  King.
20         And during the first day, you were -- in
21 October/November, you were working for Cash and King
22 or just --
23     A.  No, I'm sorry.  Could you repeat it?  The
24 first --
25     Q.  Sure.  So -- sure.

**Page 37**

1         So the first time you were at the United
2  Inn in October and November --
3      A.  Yes, ma'am.
4      Q.  -- you were working for Cash and King; is
5  that right?
6      A.  Yes, ma'am.  Not at the same time,
7  though, but in that span of time, yes, ma'am.
8      Q.  Right.
9         Okay.  So for part of the time, you were
10 working for Cash; and then part of the time, you were
11 working for King?
12     A.  Correct.
13     Q.  Okay.  And then when you were back at the
14 United Inn in January for a couple -- two to three
15 days, you were working for King; is that right or?
16     A.  Correct.
17     Q.  Okay.  And during that period of time,
18 were you -- were you in the same room for those two
19 to three days?
20     A.  Yes, ma'am.
21     Q.  Okay.  Okay.  And what happened that
22 caused you to leave the hotel in January of 2019?
23     A.  (Witness unresponsive.)
24     Q.  Let me ask a different question.
25         What happened that caused you to leave

Page 38

```
1  the United Inn in January of 2019 after you had been
2  there for two to three days?  Why did you leave?
3       A.   I honestly don't even remember.
4       Q.   Okay.
5       A.   But I just know we all had left.
6       Q.   Okay.  When you say "all" -- "we all had
7  left," who are you talking about?
8       A.   I had first went to the United Inn with
9  like three girls.  We were, like, three other girls.
10 The January time, not the first time, but the January
11 time when I had went.
12      Q.   Okay.  And what are their names?
13      A.   I actually don't remember.  We were in
14 group homes together, though.
15      Q.   Okay.  So these three -- so these three
16 girls that you went -- you're saying you went to the
17 United Inn with them in the January time period;
18 right?
19      A.   Correct.
20      Q.   And there are three girls you knew from
21 group homes?
22      A.   Yeah.  We -- we were in a group home
23 together.
24      Q.   Okay.  Tell me when you were in a -- tell
25 me about the group home that you're talking about.
```

Page 39

```
1       When were you in a group home?
2       A.   Like, from 2018 all the way to, like,
3  20- -- from 2018 to 2020, I was in group homes.
4       Q.   How did you end up in a group home
5  initially?
6       A.   Initially?
7       Q.   Yeah.
8       A.   My auntie wasn't fit to care for me at
9  the time, and then I just had a child as well.  It
10 was just a lot going on at the time.
11      Q.   Okay.  So when -- when would it have been
12 that you first moved into a group home?
13      A.   I'm not sure, but sometime in 2018.
14      Q.   Okay.  Was it before these incidents of
15 sex trafficking that we're talking about?
16      A.   No.  It was actually after the incident
17 of sex trafficking, yeah.
18      Q.   Okay.
19      A.   Yeah.
20      Q.   So when you -- when you were first
21 trafficked at Stone -- Stone Mountain Inn & Suites,
22 you were still living with your -- your auntie?
23      A.   The very first time; correct.
24      Q.   Okay.  All right.  Okay.  And so we
25 were -- we were talking about where you went after
```

Page 40

```
1  you left the United Inn in 20- -- January of 2019,
2  and I think you said you didn't remember.
3       A.   Yeah, I don't recall.
4       Q.   Okay.  Did you ever return to the United
5  Inn?
6       A.   Again, after that?
7       Q.   Yes, ma'am.
8       A.   No, ma'am.
9       Q.   Okay.  So there were just two -- two time
10 periods you were at the United Inn, if I am --
11      A.   Correct.
12      Q.   Okay.  One was in October or November of
13 2018, and the other was in January of 2019?
14      A.   January; correct.
15      Q.   Okay.
16      A.   Could we take a break, though?  Like, can
17 I go to the restroom?
18           MS. RICHENS:  Absolutely.
19           MR. BOUCHARD:  Yes.
20           MS. RICHENS:  Absolutely.  Take your
21      microphone off so you don't pull it.
22           THE VIDEOGRAPHER:  Stand by.
23           The time is 10:43 a.m.  This is the
24      end of Media No. 1, and we are off the
25      record.
```

Page 41

```
1            (Whereupon, the video camera was
2       turned off.)
3            (A short recess was taken.)
4            (Whereupon, the video camera was
5       turned on.)
6            THE VIDEOGRAPHER:  This is the
7       beginning of Media No. 2.  The time is
8       10:55 a.m.
9            We are on the record.
10 BY MS. RICHENS:
11      Q.   All right.  Ms. _____, so we took a
12 little break, and we're -- we're back on the record
13 now.
14           So thank you for helping me walk through
15 some of the chronology that we talked about before,
16 and I'm -- as you might imagine, I'm really going to
17 be focusing on the time at the United Inn since
18 that's who I am representing.
19           So you told me that you -- before you --
20 before you wound up at the United Inn in October of
21 2018, you had previously been at the Stone Mountain
22 Inn; is that right?
23      A.   Correct.
24      Q.   Did you go directly from one to the
25 other, or did you -- you know, go back to a group
```