IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.G.,                                             )
                                                  )
      Plaintiff,                          )
                                                  )           Civil Action File
v.                                                )           No. 1:20-cv-05233-SEG
                                                  )
NORTHBROOK INDUSTRIES, INC.,                      )
d/b/a UNITED INN AND SUITES,                      )
                                                  )
      Defendant.                          )

## [PROPOSED] ORDER

This matter is before the Court on the motion of Defendant Northbrook

Industries, Inc., d/b/a United Inn and Suites ("Northbrook") for leave to file under

seal Defendant's FRE 412 Motion and Memorandum of Law in Support

("Defendant's Motion to Seal").

Upon review of Defendant's Motion to Seal and for good cause shown,

Defendant's Motion to Seal is hereby GRANTED.  Northbrook may file under seal

Defendant's FRE 412 Motion and Memorandum of Law in Support.

SO ORDERED this ___ day of _____, 2025.


_____
Honorable Sarah E. Geraghty
United States District Judge

2

ORDER PREPARED BY:

*/s/ Dana M. Richens*
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia  30309
Telephone:  (404) 815-3659
Facsimile:  (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites