**Message**

| | |
|---|---|
| **From:** | Tahir Shareef [mtshareef@gmail.com] |
| **Sent:** | 6/4/2019 10:43:16 PM |
| **To:** | Blicense@dekalbcountyga.gov; prim786@gmail.com; Raza [rtshareef@gmail.com] |
| **BCC:** | mtshareef@gmail.com |
| **Subject:** | Fwd: SERVICE OF COURT DOCUMENT – 075480, STATE OF GEORGIA vs. NORTHBROOK INDUSTRIES INC/UNITED SUITES |

Hi,
\*\*
Thanks again Mr. Hosworth for the time and investigation.
\*\*
I visited the Licensing office on June 4th. A Lady Supervisor took my renewal application . I forgot to get her name. I hope that she can see the code enforcement clearance from Mr Housworth's office.
I hope to see me license cleared from all the objections .
Thanks

Tahir


**From:** "Housworth, Menfus" <mhousworth@dekalbcountyga.gov>
**Date:** June 4, 2019 at 9:56:26 AM EDT
**To:** Tahir Shareef <mtshareef@gmail.com>
**Subject: RE: SERVICE OF COURT DOCUMENT – 075480, STATE OF GEORGIA vs. NORTHBROOK INDUSTRIES INC/UNITED SUITES**

You should be able to obtain your business license. I contacted those who are in charge and sent our compliance release of the business license

**From:** Tahir Shareef [mailto:mtshareef@gmail.com]
**Sent:** Monday, June 03, 2019 2:39 PM
**To:** Housworth, Menfus
**Subject:** Re: SERVICE OF COURT DOCUMENT – 075480, STATE OF GEORGIA vs. NORTHBROOK INDUSTRIES INC/UNITED SUITES

Mr. Housworth

Please let me know if you find about the objection on me license renewal .

Thanks
On May 29, 2019, at 10:56 AM, Tahir Shareef <mtshareef@gmail.com> wrote:


Thanks Mr . Housworth

Tahir

On May 29, 2019, at 9:28 AM, Housworth, Menfus <mhousworth@dekalbcountyga.gov> wrote:



NBI 001233

I will check into it and see what the holdup is..

**From:** tahir shareef [mailto:mtshareef@gmail.com]
**Sent:** Tuesday, May 28, 2019 7:44 PM
**To:** Housworth, Menfus; Kemp, W. Thomas
**Subject:** Re: SERVICE OF COURT DOCUMENT – 075480, STATE OF GEORGIA vs. NORTHBROOK INDUSTRIES INC/UNITED SUITES

Dear Housworth,

Please help me in this matter. I went to the office of DeKalb County Planning & Sustainability to renew my License . Reference # Occupation Tax# 00177466 , United Inn 4649 Memorial Dr Decatur GA 30032. I was told in May 2018 Officer D. Chandler had a note on my account that DO NOT RENEW the License. I try to reach Mr. Chandler over the phone but I got no answer. Now I don't know what to do. Please guid me what to do. I hope to hear from you soon. Thank you your help in advance.

Tahir Shareef
United Suites Decatur
404 836 8100 W
904 962 3482 Cell
Reference # Occupation Tax# 00177466
United Inn 4649 Memorial Dr Decatur GA 30032


cc: Housworth, Menfus [mailto:mhousworth@dekalbcountyga.gov]
cc: Kemp, W. Thomas [mailto:wtkemp@dekalbcountyga.gov]

-------------------------------------------------------------

On Wed, Jun 6, 2018 at 5:18 AM Tahir Shareef <mtshareef@gmail.com> wrote:

Hi Todd,

Please see attached paid receipt from Hope Hathorn

# Deputy Clerk II
# Magistrate Court of DeKalb County.

Thanks

Tahir




**From:** "Hathorn, Hope" <hhathorn@dekalbcountyga.gov>
**Date:** June 5, 2018 at 4:06:48 PM EDT
**To:** "mtshareef@gmail.com" <mtshareef@gmail.com>
**Subject: SERVICE OF COURT DOCUMENT – 075480, STATE OF GEORGIA vs. NORTHBROOK INDUSTRIES INC/UNITED SUITES**

Good afternoon,

I have attached a copy of your receipt. My apologies for the delay.

Thank you,
Hope Hathorn
Deputy Clerk II
Magistrate Court of DeKalb County
State Court of DeKalb County – Traffic Division

NBI 001235