IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF PENDING
<u>CONSOLIDATED MOTIONS *IN LIMINE*</u>**

COME NOW Plaintiff J.G. ("Plaintiff") and Defendant Northbrook Industries, Inc., d/b/a United Inn & Suites ("Defendant"), by and through their respective counsel of record, and hereby jointly move the Court for an order extending the deadline to file replies in support of their respective pending consolidated motions *in limine* to March 26, 2025. The parties respectfully request the extension in light of the continuation of the April 14, 2025 trial date. A proposed order is attached.

| | |
|---|---|
| */s/ David H. Bouchard* | */s/ Dana M. Richens* |
| David H. Bouchard | Dana M. Richens |
| GA Bar No. 712859 | GA Bar No. 604429 |
| FINCH McCRANIE, LLP | SMITH, GAMBRELL & RUSSELL, LLP |
| 229 Peachtree Street N.E. | 1105 W. Peachtree NE |
| Suite 2500 | Suite 1000 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30309 |
| Telephone: (404) 658-9070 | Telephone: (404) 815-3659 |
| david@finchmccranie.com | drichens@sgrlaw.com |
| *Attorney for Plaintiff J.G.* | *Attorney for Defendant Northbrook Industries, Inc. d/b/a United Inn and Suites* |

## **L.R. 7.1(D) CERTIFICATION**

The undersigned counsel hereby certifies that this filing has been prepared in Times New Roman (14 point), which are font and point selections approved by the Court in L.R. 5.1(C).

Respectfully submitted,

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
FINCH McCRANIE, LLP
229 Peachtree Street N.E.
Suite 2500
Atlanta, Georgia 30303
Telephone: (404) 658-9070
david@finchmccranie.com

*Attorney for Plaintiff J.G.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date served all parties with the within and foregoing pleading via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 18th day of March, 2025.

                                                      */s/ David H. Bouchard*
                                                    David H. Bouchard
                                                    Georgia Bar No. 712859
                                                    david@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

                                                    *Attorney for Plaintiff*