IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Time to File Replies in Support of Consolidated Motions *in Limine*. The Parties have requested an extension due to the continuation of the April 14, 2025 trial date. Upon consideration of the motion, and for good cause shown, the motion is hereby **GRANTED**. Plaintiff and Defendant shall each file any replies in support of their respective consolidated motions *in limine* by no later than March 26, 2025.

SO ORDERED this _____ day of March, 2025.

_____
The Honorable Sarah E. Geraghty
United States District Judge

Order prepared by:

David H. Bouchard
Georgia Bar No. 712859
FINCH McCRANIE, LLP
229 Peachtree Street N.E.
Suite 2500
Atlanta, Georgia 30303
Telephone: (404) 658-9070
david@finchmccranie.com

*Attorney for Plaintiff J.G.*