IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time to File Replies in Support of Consolidated Motions *in Limine*. The Parties have requested an extension due to the continuation of the April 14, 2025, trial date. Upon consideration of the motion, and for good cause shown, the motion is hereby **GRANTED**. Plaintiff and Defendant shall each file any replies in support of their respective consolidated motions *in limine* by no later than March 26, 2025.

SO ORDERED this 19th day of March, 2025.

_____
Sarah E. Geraghty
United States District Judge