IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
|    Defendant. ) | |

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time to File Proposed Requests to Charge. Upon consideration of the motion and supporting memorandum, and for good cause shown, the motion is hereby GRANTED. The parties shall have until _____ to file their proposed requests to charge.

SO ORDERED this ___ day of March, 2025.

_____
Sarah E. Geraghty
United States District Judge

Order prepared by:

*/s/ Dana M. Richens*
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia  30309
Telephone:  (404) 815-3659
Facsimile:  (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites