IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil Action File |
| v. | )   No. 1:20-cv-05233-SEG |
| | ) |
| NORTHBROOK INDUSTRIES, INC., | ) |
| d/b/a UNITED INN AND SUITES, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time to File Proposed Requests to Charge. Upon consideration of the motion and supporting memorandum, and for good cause shown, the motion is hereby GRANTED. The parties shall have until June 18, 2025, to file their proposed requests to charge.

SO ORDERED this 25th day of March, 2025.

_____
Sarah E. Geraghty
United States District Judge