# Exhibit 1

Confidential

J.G. vs NORTHBROOK INDUSTRIES, INC., ET AL.
J.G.  on 02/08/2023

```
 1
                    IN THE UNITED STATES DISTRICT COURT
 2                     NORTHERN DISTRICT OF GEORGIA
                             ATLANTA DIVISION
 3
        J.G.,                          )
 4                                     )
             Plaintiff,                )
 5                                     )
        vs.                            )
 6                                     )   Civil Action File
        NORTHBROOK INDUSTRIES,         )   No.: 1:20-cv-05233-MLB
 7      INC., d/b/a UNITED INN         )
        AND SUITES,                    )
 8                                     )
             Defendant.                )
 9                                     )
                                       )
10                                     )
                                       )
11

12                                - - -

13                            CONFIDENTIAL

14
                      The Videotaped Deposition of
15
                                  J.G.
16
                        (Taken by the Defendant)
17
                            Atlanta, Georgia
18
                            February 8, 2023
19

20      Reported by:   Christopher J. Tomko
                       Certified Court Reporter
21                     Georgia
                       License No. 4802-6210-2922-0352
22

23

24

25
```

### Page 78

1  Q.  Yeah.  Yes.
2      So you are in a room expecting a play.
3  A.  (Witness indicating.)
4  Q.  How does the play get to the room, or how
5  does he know where to come?  How does he get into the
6  room?
7  A.  Okay.  So, like, it did depend, but,
8  like, if it was -- when I was with King, like, when
9  you post the ad or whatever, it will say where you
10 are at, but it won't have, like, the room number and
11 stuff.  So once the play is getting ready to come,
12 like, he will tell them, like, what room to come to,
13 or if there's no rooms available, like, where to park
14 at or just park, you know, where you feel comfortable
15 because it depended on them too.
16     And then, like, we'll meet them down in
17 their car.  It was really like that with Cash too,
18 honestly.  The play didn't get the room number until,
19 like, they said they were at the United Inn or
20 whatever, and then they would just post the room
21 number.
22 Q.  So they would give the -- the play the
23 room number.  And how -- they would just come and
24 knock on the door?  The play would come and knock on
25 the door, or how would they get in the room?

### Page 79

1  A.  Yeah, they would knock on the door.
2  Q.  Okay.  How many times did you have a play
3  in a -- in a car at the United Inn?
4  A.  It was like a fifty-fifty thing.  Like,
5  when there's no room, it's a car play.  The United
6  Inn, like, the way that it looked -- like even in the
7  day, like, at day or night, like, you know, it looks
8  unsafe.  So some of the plays would come, and they
9  wouldn't want to come into the room because of, like,
10 the type of people that were around the hotel or,
11 like, what was going on.  So they would say, like,
12 they would feel more comfortable if we came to the
13 car, so we came to them.  So it was like a
14 fifty-fifty thing.
15 Q.  Okay.  So let me -- let me ask again.  If
16 you know, I mean, was it five times?  Ten times?  I'm
17 just trying to get a number if you know how many
18 times you had a play in a -- in a car.
19 A.  So if I made 12 plays a day, I would say
20 I had six plays in a car.
21 Q.  Okay.
22 A.  A day.
23 Q.  Okay.  And that was consistent for all --
24 A.  Yes, ma'am.
25 Q.  -- the whole time?

### Page 80

1  A.  For King and Cash.
2  Q.  Okay.
3  A.  Yes, ma'am.
4  Q.  Thank you.  I see now what you mean by
5  fifty-fifty.
6  A.  Yes, ma'am.
7  Q.  Got it.
8      And when you had a -- when you would have
9  a play in a car, was there a -- like, a particular
10 place on the property you would go, or did it depend?
11 A.  No, it wasn't actually.  It really
12 depended on where the play wanted to park.  So where
13 they felt like they would be comfortable out in the
14 parking lot, so whether that would be like the front,
15 wherever, by the lobby, like where they felt like,
16 you know, nothing would happen to them or whatever
17 the case may be.  Like, whether it's the front or
18 whether they felt safer in the back, it -- it really
19 just depended on the play.
20 Q.  Okay.  And how would that work?  Would a
21 play know it was going to be a -- a car play when
22 they arrived?
23 A.  Sometimes, yes.  Because when King used
24 to post for us, like, he will, like, specify that,
25 like, car play or, um -- I can't think of, like, the

### Page 81

1  other word, but, like, where they will come in.
2  Q.  Okay.
3  A.  So, like, sometimes, yeah, like, they
4  knew beforehand it's going to be done in a car here,
5  though.  And then sometimes it wasn't supposed to
6  have been the car play, but when they seen, like,
7  the -- the hotel, that's what they requested.  They
8  didn't want to come in the room.  They would rather
9  do it in their car.
10 Q.  Okay.  So you mentioned earlier this
11 morning, I believe, Ms. ▮▮▮▮▮▮▮ we were talking
12 generally about walking around on the property.
13     Okay?
14     And so I want to ask you some questions
15 about that.
16 A.  Uh-huh.
17 Q.  And we're -- again, of course, we're
18 talking just about the United Inn.
19     Okay?
20 A.  Yes, ma'am.
21 Q.  Okay.  So am I correct that there were
22 occasions you -- you had to walk around on the
23 property?
24 A.  Yes, ma'am.
25 Q.  Okay.  Can you tell me generally when