IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the motion of Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites ("Northbrook") for leave to file under seal Defendant's FRE 412 Motion and Memorandum of Law in Support ("Defendant's Motion to Seal").

Upon review of Defendant's Motion to Seal and for good cause shown, Defendant's Motion to Seal is hereby GRANTED. Northbrook may file under seal Defendant's FRE 412 Motion and Memorandum of Law in Support.

SO ORDERED this 31st day of March, 2025.

_____
Sarah E. Geraghty
United States District Judge