IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF INTENT TO SERVE SUBPOENAS

Comes now Defendant NORTHBROOK INDUSTRIES, INC., d/b/a UNITED INN AND SUITES, and files this Notice of Intent to Serve Subpoenas in the above referenced case and giving notice to interested parties that Defendant intends to serve the following Subpoenas, attached hereto as Exhibits A through E:

Subpoena for Attendance at Trial to Bradley W. O'Brien (Exhibit A)

Subpoena for Attendance at Trial to Henry M. Belle (Exhibit B)

Subpoena for Attendance at Trial to Naeem D. Craft (Exhibit C)

Subpoena for Attendance at Trial to Royal R. Weber (Exhibit D)

Subpoena for Attendance at Trial to Willie L. McClelland (Exhibit E)

RESPECTFULLY SUBMITTED on this 11th Day of June, 2025,

                         */s/ Audrey D. Smith*
                         Audrey D. Smith
                         Georgia Bar No. 951173
                         SMITH, GAMBRELL & RUSSELL, LLP
                         1105 W. Peachtree NE, Suite 1000
                         Atlanta, Georgia  30309
                         Telephone:  (404) 815-3789
                         Facsimile:  (404) 685-7089
                         adsmith@sgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date filed the within and foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 11th day of June, 2025.

                                                       /s/ Audrey D. Smith