# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

## NOTICE OF INTENT TO SERVE SUBPOENAS

Plaintiff J.G. hereby provides notice of intent to serve the following subpoenas:

1. Attached as "Exhibit A" for Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action directed to Ashar Islam.

2. Attached as "Exhibit B" for Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action directed to Tahir Shareef.

Respectfully submitted this 12th day of June 2025.

                                               */s/ David H. Bouchard*
                                               David H. Bouchard
                                               Georgia Bar No. 712859
                                               david@finchmccranie.com
                                               Oto U. Ekpo
                                               Georgia Bar No. 327088
                                               oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 12th day of June 2025.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile