IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION FILE** |
| vs. | : |
| | : **NO. 1:20-cv-05233-SEG** |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

**NOTICE OF INTENT TO SERVE SUBPOENAS**

Plaintiff J.G. hereby provides notice of intent to serve the following subpoenas:

1. Attached as "Exhibit A" for Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action directed to Investigator Casey Benton.

2. Attached as "Exhibit B" for Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action directed to Lieutenant Calvin D. King, Jr.

3. Attached as "Exhibit C" for Subpoena to Testify at a Deposition in a Civil Action directed to Dr. Harsimran Sabharwal.

Respectfully submitted this 13th day of June 2025.

/s/ David H. Bouchard
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 13th day of June 2025.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile