# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

## NOTICE OF INTENT TO SERVE SUBPOENAS

Plaintiff J.G. hereby provides notice of intent to serve the following subpoenas:

1. Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action directed to Genesis Wilson.

2. Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action directed to Naleisha Satele.

Respectfully submitted this 19th day of June 2025.

                                             */s/ David H. Bouchard*
                                             David H. Bouchard
                                             Georgia Bar No. 712859
                                             david@finchmccranie.com
                                             Oto U. Ekpo
                                             Georgia Bar No. 327088
                                             oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 19th day of June 2025.

>	/s/ David H. Bouchard
>	David H. Bouchard
>	Georgia Bar No. 712859
>	david@finchmccranie.com
>	Oto U. Ekpo
>	Georgia Bar No. 327088
>	oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile