Civil Action No. 1:20-cv-05233-SEG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Na'eem D. Craft
on *(date)* 06/12/2025 .

☑ I served the subpoena by delivering a copy to the named person as follows: Personally at
1114 To Lani Dr, Stone Mountain, GA 30083
at 9:34 am                                                                                  on *(date)* 06/13/2025   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/13/2025

*Server's signature*

Sean Haven, Process Server
*Printed name and title*

Express Legal Services LLC
860 Johnson Ferry Road
Atlanta, GA 30342

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Cover Letter Dated June 10, 2025 from Smith Gambrell Russell, Witness Fee Check for $49.10, and Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action