AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:20-cv-05233-SEG

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*    Willie L. McClelland

on *(date)*    06/12/2025    .

☑ I served the subpoena by delivering a copy to the named person as follows:    Personally at 12:16 pm on

6/17/25 at 4540 Flakes Mill RoadEllenwood GA 30294

_____    on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/18/2025

_____
*Server's signature*

Sean Haven, Process Server
_____
*Printed name and title*

Express Legal Services LLC
860 Johnson Ferry Road
Atlanta, GA 30342
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Cover Letter Dated June 10, 2025 from Smith Gambrell Russell, Witness Fee Check for $61.70, and
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action