AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:20-cv-05233-SEG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Bradley O'Brien**
on *(date)* **06/12/2025**.

☑ I served the subpoena by delivering a copy to the named person as follows: **Personally at 5106 Ozark Lane, Gainesville, GA 30507**
at 8:35 pm on *(date)* **06/12/2025** ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **06/13/2025**

*Server's signature*

**Sean Haven, Process Server**
*Printed name and title*

**Express Legal Services LLC**
**860 Johnson Ferry Road**
**Atlanta, GA 30342**

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Cover Letter Dated June 10, 2025 from Smith Gambrell Russell, Witness Fee Check for $77.10, and Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action