IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION FILE |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, | : |
| **Defendant.** | : |

## MOTION TO ALLOW EQUIPMENT IN THE COURTROOM

Plaintiff's counsel respectfully submit this motion to seek permission to allow Paralegals Melissa Millen and Madison Krogman to bring the following items into the courtroom to assist counsel during the trial: laptop, cellphone, printer and boxes of exhibits. Counsel request that they be allowed to bring such equipment on July 2, 2025 for Courtroom Technology testing and again at the start of trial on July 7, 2025 through the end of trial.

Respectfully submitted this 26th day of June 2025.

<i><u>/s/ David H. Bouchard</u></i><br>
David H. Bouchard<br>
Georgia Bar No. 712859<br>
david@finchmccranie.com<br>
Oto U. Ekpo<br>
Georgia Bar No. 327088<br>
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 26th day of June 2025.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile