**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **J.G.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE** |
| **vs.** | : | |
| | : | **NO. 1:20-cv-05233-SEG** |
| **NORTHBROOK INDUSTRIES,** | : | |
| **INC., D/B/A UNITED INN AND** | : | |
| **SUITES,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER ALLOWING EQUIPMENT IN COURTROOM

Plaintiff's counsel request that Paralegals Melissa Millen and Madison Krogman be allowed to bring the following items into the courtroom to assist counsel during the trial: laptop, cellphone, printer and boxes of exhibits. The Court hereby grants that request. The Court orders that officers at the security entrances allow Ms. Millen and Ms. Krogman to bring these items into the building upon presentation of this Order and appropriate identification on July 2, 2025 for Courtroom Technology testing and again at the start of trial on July 7, 2025 through the end of trial.

SO ORDERED, this _____ day of _____, 2025.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
David H. Bouchard
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Tel: 404-658-9070; Fax 404-688-0649
david@finchmccranie.com

2