# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, | : |
| | : |
| **Defendant.** | : |

## ORDER ALLOWING EQUIPMENT IN COURTROOM

Plaintiff's counsel request that Paralegals Melissa Millen and Madison Krogman be allowed to bring the following items into the courtroom to assist counsel during the trial: laptop, cellphone, printer and boxes of exhibits. The Court hereby grants that request. The Court orders that officers at the security entrances allow Ms. Millen and Ms. Krogman to bring these items into the building upon presentation of this Order and appropriate identification on July 2, 2025 for Courtroom Technology testing and again at the start of trial on July 7, 2025 through the end of trial.

SO ORDERED this 27th day of June, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE