IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION TO ALLOW EQUIPMENT IN THE COURTROOM**

Defendant's counsel respectfully submits this motion to seek permission to allow Paralegal Samantha Miller and Litigation Technology Analyst Adriano Costanzo to bring the following items into the courtroom to assist counsel during the trial: cellphones, laptops, tablets, smartwatches, speakers, printers, presentation remotes, charger cables, adapters, computer mice, keyboards, USB hubs, headphones, gaffers tape, portable monitors, boxes of office supplies, boxes of exhibits, and a portable table. Counsel requests that they be allowed to bring such equipment on July 2, 2025 for Courtroom Technology testing and again at the start of trial on July 7, 2025 through the end of trial.

RESPECTFULLY SUBMITTED on this 30th day of June, 2025,

 /s/ Audrey D. Smith
Audrey D. Smith
Georgia Bar No. 951173
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3789
Facsimile: (404) 685-7089
adsmith@sgrlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this date filed the within and foregoing **MOTION TO ALLOW EQUIPMENT IN THE COURTROOM** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 30th day of June, 2025.

_/s/ Audrey D. Smith_