IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
|    Defendant. ) | |

## **ORDER ALLOWING EQUIPMENT IN COURTROOM**

Defendant's counsel requests that Paralegal Samantha Miller and Litigation Technology Analyst Adriano Costanzo be allowed to bring the following items into the courtroom to assist counsel during the trial: cellphones, laptops, tablets, smartwatches, speakers, printers, presentation remotes, charger cables, adapters, computer mice, keyboards, USB hubs, headphones, gaffers tape, portable monitors, boxes of office supplies, boxes of exhibits, and a portable table. The Court hereby grants that request. The Court orders that officers at the security entrances allow Ms. Miller and Mr. Costanzo to bring these items into the building upon presentation of this Order and appropriate identification on July 2, 2025 for Courtroom Technology testing and again at the start of trial on July 7, 2025 through the end of trial.

SO ORDERED, this _____ day of _____, 2025.

_____
THE HONORABLE SARAH E. GERAGHTY

SUBMITTED BY:
Audrey D. Smith
Georgia Bar No. 951173
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3789
Facsimile: (404) 685-7089
adsmith@sgrlaw.com