## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **J.G.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE** |
| **vs.** | : | |
| | : | **NO. 1:20-cv-05233-SEG** |
| **NORTHBROOK INDUSTRIES,** | : | |
| **INC., D/B/A UNITED INN AND** | : | |
| **SUITES,** | : | |
| | : | |
| **Defendant.** | : | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to N.D.Ga. Local Rule 5.4, I hereby certify that I have this day electronically filed with the Clerk of Court using the CM/ECF system this Certificate of Service of Discovery for the following:

1.  Plaintiff's Ninth Production of Documents to Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites

I further certify that the production of documents has been served upon all parties to this action via electronic mail and addressed to counsel of record as follows:

**Attorney for Defendant Northbrook Industries, Inc.,**
**d/b/a United Inn and Suites**
Dana M. Richens
Smith, Gambrell & Russell, LLP
1105 W. Peachtree St. N.E.
Suite 1000
Atlanta, Georgia 30309

Respectfully submitted this 1st day of July, 2025.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on today's date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Attorney for Defendant Northbrook Industries, Inc.,**
**d/b/a United Inn and Suites**
Dana M. Richens
Smith, Gambrell & Russell, LLP
1105 W. Peachtree St. N.E.
Suite 1000
Atlanta, Georgia 30309

**Co-Counsel for Plaintiff**
Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Respectfully submitted this 1st day of July, 2025.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

3