IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ALLOW EQUIPMENT IN THE COURTROOM

Defendant's counsel respectfully submits this motion to seek permission to allow Eric Rudich to bring the following items into the courtroom to assist counsel during the trial: cellphone, laptop, smartwatch, hotspot device, charger cables, and earbud headphones. Counsel requests that Mr. Rudich be allowed to bring such equipment at the start of trial on July 7, 2025 through the end of trial.

RESPECTFULLY SUBMITTED on this 2nd day of July, 2025,

                                                     */s/ Audrey D. Smith*
                                                   Audrey D. Smith
                                                   Georgia Bar No. 951173
                                                   SMITH, GAMBRELL & RUSSELL, LLP
                                                   1105 W. Peachtree NE, Suite 1000
                                                   Atlanta, Georgia 30309
                                                   Telephone: (404) 815-3789
                                                   Facsimile: (404) 685-7089
                                                   adsmith@sgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date filed the within and foregoing **MOTION TO ALLOW EQUIPMENT IN THE COURTROOM** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 2nd day of July, 2025.

                                        */s/ Audrey D. Smith*