IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) No. 1:20-cv-05233-SEG |
| | ) |
| NORTHBROOK INDUSTRIES, INC., | ) |
| d/b/a UNITED INN AND SUITES, | ) |
| | ) |
| Defendant. | ) |

## ORDER ALLOWING EQUIPMENT IN COURTROOM

Defendant's counsel requests that Eric Rudich be allowed to bring the following items into the courtroom to assist counsel during the trial: cellphone, laptop, smartwatch, hotspot device, charger cables, and earbud headphones. The Court hereby grants that request. The Court orders that officers at the security entrances allow Mr. Rudich to bring these items into the building upon presentation of this Order and appropriate identification at the start of trial on July 7, 2025 through the end of trial.

SO ORDERED, this 2nd day of July, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE