# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| Defendant. | : |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to N.D.Ga. Local Rule 5.4, I hereby certify that I have this day electronically filed with the Clerk of Court using the CM/ECF system this Certificate of Service of Discovery for the following:

1. Plaintiff's Tenth Production of Documents to Defendant Northbrook Industries, Inc., d/b/a United Inn and Suites

I further certify that the production of documents has been served upon all parties to this action via electronic mail and addressed to counsel of record as follows:

**Attorney for Defendant Northbrook Industries, Inc.,
d/b/a United Inn and Suites**
Dana M. Richens
Smith, Gambrell & Russell, LLP
1105 W. Peachtree St. N.E.
Suite 1000
Atlanta, Georgia 30309

Respectfully submitted this 4th day of July, 2025.

/s/ David H. Bouchard
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on today's date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Attorney for Defendant Northbrook Industries, Inc.,
d/b/a United Inn and Suites**
Dana M. Richens
Smith, Gambrell & Russell, LLP
1105 W. Peachtree St. N.E.
Suite 1000
Atlanta, Georgia 30309

**Co-Counsel for Plaintiff**
Patrick J. McDonough
Jonathan S. Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Respectfully submitted this 4th day of July, 2025.

/s/ David H. Bouchard
David H. Bouchard
Georgia Bar No. 712859
david@finchmccranie.com
Oto U. Ekpo
Georgia Bar No. 327088
oto@finchmccranie.com

FINCH McCRANIE, LLP
229 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile