**Attachment G-1 – Plaintiff J.G.'s Exhibit List with Defendant's Objections**

| Exhibit Number | Bates Number | Description | Defendant's Objection/s |
|---|---|---|---|
| 1 | PLAINTIFF-JG-001918(UI&S) | Aerial photo of location of United Inn in metro Atlanta showing I-285 and I-75 | None at this time. |
| 2 | PLAINTIFF-JG-001919(UI&S) | Aerial photo of location of United Inn showing Memorial Drive and I-285 | None at this time. |
| 3 | PLAINTIFF-031420(UI&S) | Aerial photo of United Inn with outline of property | None at this time. |
| 4 | PLAINTIFF-031416(UI&S) | Aerial photo of United Inn with outline of property | None at this time. |
| 5 | PLAINTIFF-JG-001925(UI&S) | Aerial photo of United Inn and parking lot | None at this time. |
| 6 | PLAINTIFF-JG-001927(UI&S) | Photo from Memorial Drive of bus stop and United Inn | None at this time. |

| 7 | PLAINTIFF-031466(UI&S) | Photo of front of United Inn | None at this time. |
|---|---|---|---|
| 8 | PLAINTIFF-025025(UI&S) | Photo of United Inn front office and front of hotel | None at this time. |
| 9 | PLAINTIFF-025019(UI&S) | Photo of United Inn sign on Memorial Drive | None at this time. |
| 10 | PLAINTIFF-031544(UI&S) | Photo of side of United Inn | None at this time. |
| 11 | PLAINTIFF-031489(UI&S) | Photo of side and back of United Inn | None at this time. |
| 12 | PLAINTIFF-031423(UI&S) | Photo of United Inn back parking lot | None at this time. |
| 13 | PLAINTIFF-JG-002098(UI&S) | Photo of United Inn back parking lot | None at this time. |

| 14 | PLAINTIFF-JG-002099(UI&S) | Photo of United Inn back parking lot | None at this time. |
|---|---|---|---|
| 15 | PLAINTIFF-JG-001928(UI&S) | Photo of United Inn back parking lot | Relevance, prejudice |
| 16 | PLAINTIFF-JG-001929(UI&S) | Photo of United Inn back parking lot | Relevance, prejudice |
| 17 | PLAINTIFF-031927(UI&S) - PLAINTIFF-031947(UI&S) | Extended Stay Hotels and Motels Intervention Strategy Steering Committee PowerPoint, September 2015 | Relevance, prejudice, confusing the issues, Rule 404, improper expert opinion |
| 18 | PLAINTIFF-034999(UI&S) - PLAINTIFF-035095(UI&S) | HOTEL/MOTEL INTERVENTION Proposed Pilot, July 2016 | Relevance, prejudice, confusing the issues, Rule 404, improper expert opinion |
| 19 | PLAINTIFF-024276(UI&S) - PLAINTIFF-024277(UI&S) and PLAINTIFF-000001(UI&S) | 7/16/14 DeKalb PD police report and business records certification | None at this time. |
| 20 | PLAINTIFF-024278(UI&S) - PLAINTIFF-024280(UI&S) and PLAINTIFF-000001(UI&S) | 7/23/14 DeKalb PD police report and business records certification | None at this time. |

| 21 | PLAINTIFF-024281(UI&S) - PLAINTIFF-024282(UI&S) and PLAINTIFF-000001(UI&S) | 8/12/15 DeKalb PD police report and business records certification | None at this time. |
|----|------|------|------|
| 22 | PLAINTIFF-JG-002090(UI&S) and PLAINTIFF-024853(UI&S) | Backpage Homepage and business records certification | Relevance |
| 23 | PLAINTIFF-024283(UI&S) - PLAINTIFF-024302(UI&S) and PLAINTIFF-000001(UI&S) | 8/26/15 DeKalb PD police report and business records certification | Relevance, double hearsay |
| 24 | PLAINTIFF-024305(UI&S) - PLAINTIFF-024319(UI&S) and PLAINTIFF-000001(UI&S) | 6/2/17 DeKalb PD police report and business records certification | Relevance, double hearsay |
| 25 | PLAINTIFF-024320(UI&S) - PLAINTIFF-024323(UI&S) and PLAINTIFF-000001(UI&S) | 6/20/17 DeKalb PD police report and business records certification | Relevance, double hearsay |
| 26 | PLAINTIFF-024324(UI&S) - PLAINTIFF-024325(UI&S) and PLAINTIFF-000001(UI&S) | 7/21/17 DeKalb PD police report and business records certification | None at this time. |
| 27 | PLAINTIFF-024341(UI&S) - PLAINTIFF-024345(UI&S) and PLAINTIFF-000001(UI&S) | 3/24/19 DeKalb PD police report and business records certification | Relevance, double hearsay |

| 28 | PLAINTIFF-024346(UI&S) - PLAINTIFF-024349(UI&S) and PLAINTIFF-000001(UI&S) | 4/8/19 DeKalb PD police report and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
|---|---|---|---|
| 29 | PLAINTIFF-002978(UI&S) - PLAINTIFF-002985(UI&S) and PLAINTIFF-000001(UI&S) | 9/27/19 DeKalb PD police report and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
| 30 | PLAINTIFF-031546(UI&S)- PLAINTIFF-031548(UI&S) and PLAINTIFF-031546(UI&S) | Superior Court Case Summary, State of Georgia v. James Dionte Ruffin and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
| 31 | PLAINTIFF-024350(UI&S) - PLAINTIFF-024355(UI&S) and PLAINTIFF-000001(UI&S) | 10/22/19 DeKalb PD police report and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
| 32 | PLAINTIFF-024359(UI&S) - PLAINTIFF-024370(UI&S) and PLAINTIFF-000001(UI&S) | 1/8/20 DeKalb PD police report and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
| 33 | PLAINTIFF-031686(UI&S) and PLAINTIFF-JG-002096(UI&S) | 9/27/19 email from Casey Benton to Tracy Benjamin and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
| 34 | PLAINTIFF-031674(UI&S) – PLAINTIFF-031675(UI&S) and PLAINTIFF-JG-002096(UI&S) | 10/19 email chain involving Casey Benton and Grace Cho re Natalie Rivas and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |

| 35 | PLAINTIFF-031551(UI&S) – PLAINTIFF-031553(UI&S) and PLAINTIFF-JG-002096(UI&S) | 6/10/20 email from Detective PL Lopez and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
|---|---|---|---|
| 36 | PLAINTIFF-031282(UI&S) – PLAINTIFF-031286(UI&S) | 6/11/20 email involving Phillips Lopez re 20-044426 FI referral | Relevance, prejudice, confusing the issues, Rule 404 |
| 37 | PLAINTIFF-JG-001723(UI&S)- PLAINTIFF-JG-001724(UI&S) and PLAINTIFF-JG-001725(UI&S) | GBI Sex Offender Registry for United Inn & Suites with business records certification | Relevance, prejudice, confusing the issues, Rule 404, not timely produced |
| 38 | PLAINTIFF-031865(UI&S) | Photo of GW at United Inn | None at this time. |
| 39 | PLAINTIFF-031859(UI&S) | Photo of GW at United Inn | None at this time. |
| 40 | PLAINTIFF-031861(UI&S) | Photo of GW at United Inn | None at this time. |
| 41 | PLAINTIFF-031867(UI&S) | Photo of GW at United Inn | None at this time. |

| 42 | PLAINTIFF-031870(UI&S) | Photo of GW at United Inn | None at this time. |
| 43 | NBI 002886 | 4/28/17 Letter from DeKalb County PD to United Inn | Relevance, prejudice, confusing the issues, Rule 404 |
| 44 | NBI 002566 - NBI 002572 | 8/11/17 business record certification regarding GJ subpoena to United Inn / production from United Inn | None at this time. |
| 45 | NBI 003765, NBI 003766 - NBI 003774 | 11/14/17 email from Chief Sumlin to unitedinn4649@gmail.com re "Security Proposal" with attachments | None at this time. |
| 46 | PLAINTIFF-031395(UI&S) - PLAINTIFF-031409(UI&S) | Signed Hotel/Motel ordinance dated November 16, 2017 | Relevance, prejudice, confusing the issue, misleading jury, invades province of Court to instruct on law |
| 47 | NBI 000625 - NBI 000631 | Miscellaneous documents re human trafficking | None at this time. |
| 48 | PLAINTIFF-JG-002346(UI&S)- PLAINTIFF-JG-002352(UI&S) | O.C.G.A. § 16-5-47; Posting model notice with human trafficking hotline information in businesses and on internet (2013 version) | Relevance, prejudice, confusing the issue, invades province of Court to instruct on law |

| 49 | PLAINTIFF-JG-001726(UI&S)-<br>PLAINTIFF-JG-001730(UI&S) | June 27, 2017 consent Agreement Order | MIL |
|----|---------------------------------------------------------|---------------------------------------|-----|
| 50 | NBI 002451 - 002451.0001 | Deferred sentencing order from Magistrate Court of DeKalb County (May 22, 2018) and check (June 1, 2018) | MIL |
| 51 | NBI 002286 – 002286.0257 | Receipt # 179349 from State Court of DeKalb County to United Inn & Suites (6/5/18) | MIL |
| 52 | NBI 001239 - NBI 001240 | 6/4/19 email chain with Tahir Shareef regarding business license renewal | MIL |
| 53 | PLAINTIFF-037867(UI&S) | 9/5/19 email from Tahir Shareef to Ashad Khan, Saara Consulting | Relevance, prejudice |
| 54 | PLAINTIFF-037846(UI&S) | 4/25/18 email from Tahir Shareef to Muktar Ali | Relevance, prejudice |
| 55 | PLAINTIFF-037908(UI&S) –<br>PLAINTIFF-037910(UI&S) | 9/5/19 email from skusa85@yahoo.com to Muktar Ali with attachments | Relevance, prejudice |

| 56 | NBI 004150 - NBI 004152 | Email from APD and APD re missing person Ashanti Walker with notice | Relevance, prejudice, confusing the issues |
|---|---|---|---|
| 57 | NBI 004153 | APD missing/runaway juvenile Nevaeh Williams | Relevance, prejudice |
| 58 | NBI 003097 - 003098 | 10/29/18 email from Tim Wade to UnitedInn4649@gmail.com re "bolo J.G." | None at this time. |
| 59 | NBI 003099 | 10/29/18 email from Tim Wade to UnitedInn4649@gmail.com re "MISSING JUVENILE MAYBE AT UNITED INN HOTEL ON MEMORIAL DRIVE" | None at this time. |
| 60 | NBI 003106 - 003107 | 10/29/18 email from Tim Wade to UnitedInn4649@gmail.com re "Missing Juvenile" | None at this time. |
| 61 | PLAINTIFF-002718(UI&S)- PLAINTIFF-002729(UI&S) and PLAINTIFF-000001 | 11/14/18 police reports and business records certification | None at this time. |
| 62 | NBI000182 | 11/14/18 trespass notice to Chimeko Grimes | None at this time. |

| 63 | PLAINTIFF-JG-002082(UI&S)-PLAINTIFF-JG-002089(UI&S) | Summary chart of trespass notices produced by United Inn at NBI 000001-NBI 000623 | Relevance, prejudice, confusing the issues |
|---|---|---|---|
| 64 | NBI 004060 - NBI 004081 | Text messages between Tahir Shareef and Officer Webber | None at this time. |
| 65 | NBI 004103 - NBI 004104 | Text messages between Tahir Shareef and Officer Webber | None at this time. |
| 66 | NBI 004105 - NBI 004110 | Text messages between Ashar Islam and Officer Webber | None at this time. |
| 67 | NBI 000632 - NBI 000655 | 2017 W-2 Wage and Tax Statements | None at this time. |
| 68 | NBI 000658 - NBI 000683 | 2018 W-2 Wage and Tax Statements | None at this time. |
| 69 | NBI 000686 - NBI 000707 | 2019 W-2 Wage and Tax Statements | None at this time. |

| 70 | NBI 002348 - NBI 002354 | 10/12/18 pay records for United Inn | None at this time. |
|----|--------------------------|-------------------------------------|--------------------|
| 71 | NBI 002338 - NBI 002340 | 11/7/18 pay records for United Inn | None at this time. |
| 72 | NBI 002341 - NBI 002346 | 11/9/18 pay records for United Inn | None at this time. |
| 73 | NBI 002318 – NBI 002323 | 11/23/18 pay records for United Inn | None at this time. |
| 74 | NBI 000955 - NBI 000960 | 2/1/19 pay records for United Inn | None at this time. |
| 75 | NBI 002510 | Undated Excel list of employee hours | None at this time. |
| 76 | NBI 000624 | Paragraph lists of names of workers at United Inn | None at this time. |

| 77 | NBI 004147 - NBI 004148 | List of workers at United Inn with contact information | None at this time. |
|---|---|---|---|
| 78 | NBI 000073 | Front desk schedule October – November 2018, January 2019 | None at this time. |
| 79 | NBI 000621 - NBI 000623 | Housekeeping schedule October 2018, November 2018, January 2019 | None at this time. |
| 80 | Awaiting receipt of certified records | Jenorris Parker's certified criminal history | Untimely production, relevance, prejudice, Rule 404, confusing the issues |
| 81 | PLAINTIFF-JG-002316(UI&S)-PLAINTIFF-JG-002345(UI&S) | Corita Watts's certified criminal history | Untimely production, Rule 404, relevance, prejudice, foundation |
| 82 | NBI 000770 | 12/11/19 email from Tahir Shareef to Ashar Islam with subject, "Jenorris Letter" | Relevance, prejudice, confusing the issues |
| 83 | PLAINTIFF-037303(UI&S) | United Inn & Suites Total Management Summary, January 2018 – December 2018 | Relevance, prejudice |

| 84 | PLAINTIFF-037911(UI&S) - PLAINTIFF-037912(UI&S) | United Inn & Suites Management Audit Summary, January 2018 – October 16, 2018 | Relevance, prejudice |
|---|---|---|---|
| 85 | PLAINTIFF-037302(UI&S) | United Inn & Suites Total Management Summary, January 2019 – December 2019 | Relevance, prejudice |
| 86 | PLAINTIFF-037301(UI&S) | United Inn & Suites Total Management Summary, January 2020 – September 2020 | Relevance, prejudice |
| 87 | PLAINTIFF-JG-038862(UI&S) | Photo of NS at United Inn | None at this time. |
| 88 | PLAINTIFF-JG-038863(UI&S) | Photo of JG and NS at United Inn | None at this time. |
| 89 | PLAINTIFF-038860(UI&S) (filtered-6A41F261-403D-4BA8-AA8F-346D3F3A38F4.mov) | January 6, 2019 video of JG and NS at United Inn | None at this time. |
| 90 | PLAINTIFF-JG-002194(UI&S)-PLAINTIFF-JG-002214(UI&S) | McDowell expert report | None at this time. |

| 91 | Exhibit 1 from Deposition of Naeshia McDowell on 11/10/23 | McDowell resume | None at this time. |
|---|---|---|---|
| 92 | Exhibit 3 from Deposition of Naeshia McDowell on 11/10/23 | CSE-IT Form | Relevance |
| 93 | Exhibit 4 from Deposition of Naeshia McDowell on 11/10/23 | CSE-IT validation report | Relevance |
| 94 | Exhibit 6 from Deposition of Naeshia McDowell on 11/10/23 | CSE-IT form (J.G.) | Hearsay, improper expert opinon |
| 95 | PLAINTIFF-JG-000020(UI&S) | Text Messages | Foundation, relevance, prejudice |
| 96 | PLAINTIFF-JG-001720(UI&S) | October 8, 2018 Photo of JG at United Inn | None at this time. |
| 97 | PLAINTIFF-JG-001719(UI&S) | October 16, 2018 Photo of JG at United Inn | None at this time. |

| 98 | PLAINTIFF-JG-001721(UI&S) | October 24, 2018 video of JG at United Inn | None at this time. |
|---|---|---|---|
| 99 | PLAINTIFF-JG-001722(UI&S) (trim.87BBEB61-3EE7-462E-93DF-8E3146136FEB) | October 25, 2018 video of JG at United Inn | None at this time. |
| 100 | PLAINTIFF-JG-001718(UI&S) | November 2, 2018 Text Message re Room 145 at United Inn | None at this time. |
| 101 | NBI 000710 – NBI 000721 | November 14, 2018 DeKalb PD bodycam footage at United Inn | None at this time. |
| 102 | PLAINTIFF-JG-000192(UI&S) - PLAINTIFF-JG-000194(UI&S) | Georgia Cares Assessment Summary, Jhordyn Grimes, 11/30/18, | Improper expert opinion |
| 103 | PLAINTIFF-JG-000198(UI&S) – PLAINTIFF-JG-000205(UI&S) | House of Hope Case Plan, Jhordyn Grimes, 7/16/19 | Improper expert opinion |
| 104 | PLAINTIFF-JG-000313(UI&S) – PLAINTIFF-JG-000314(UI&S) | House of Hope Discharge Summary and Closing Report, Jhordyn Grimes, 2/3/20 | Improper expert opinion |

| 105 | PLAINTIFF-JG-001372(UI&S) – PLAINTIFF-JG-001381(UI&S) | Coastal Pines Technical College Application, Jhordyn Grimes | None at this time. |
|-----|---|---|---|
| 106 | PLAINTIFF-JG-001425(UI&S) - PLAINTIFF-JG-001463(UI&S) and PLAINTIFF-JG-001425(UI&S) | Children's Hospital of Atlanta Medical Records, Jhordyn Grimes, and business records certification | Improper expert opinion |
| 107 | PLAINTIFF-JG-001464(UI&S) – PLAINTIFF-JG-001522(UI&S) and PLAINTIFF-JG-001464(UI&S) | Oakhurst Medical Center Medical Records, Jhordyn Grimes, and certification statement | Improper expert opinion |
| 108 | PLAINTIFF-JG-001523(UI&S) - PLAINTIFF-JG-001540(UI&S) and PLAINTIFF-JG-001523(UI&S) | Coastal Community Health Services Medical Records, Jhordyn Grimes, and certificate of authentication | Improper expert opinion |
| 109 | PLAINTIFF-JG-001541(UI&S) – PLAINTIFF-JG-001582(UI&S) and PLAINTIFF-JG-001541(UI&S) | United Behavioral Health Solutions Medical Records, Jhordyn Grimes, and certificate of authentication | Improper expert opinion |
| 110 | PLAINTIFF-JG-001586(UI&S) - PLAINTIFF-JG-001587(UI&S) | Amerigroup correspondence, Jhordyn Grimes | Relevance, confusing the issues, misleading jury |
| 111 | PLAINTIFF-025265(UI&S) | Photo of United Inn hotel room | Relevance, prejudice, confusing the issues |

| 112 | PLAINTIFF-025243(UI&S) | Photo of United Inn hotel room | Relevance, prejudice, confusing the issues |
|---|---|---|---|
| 113 | NBI004149 | Video walkthrough of United Inn lobby and front office | None at this time. |
| 114 | NBI 004140 | Photos of United Inn office wall | None at this time. |
| 115 | NBI 004141 | Photo of United Inn office wall | None at this time. |
| 116 | NBI 004142 | Photo of United Inn office wall | None at this time. |
| 117 | NBI 004143 | Photo of United Inn office wall | None at this time. |
| 118 | NBI 004144 | Photo of United Inn office wall | None at this time. |

| 119 | PLAINTIFF-JG-001932(UI&S) | Photo of nighttime office window | None at this time. |
|---|---|---|---|
| 120 | NBI 002745 - NBI 002746 | 2/5/17 correspondence with Hope Atlanta | None at this time. |
| 121 | NBI 002778 - NBI 002780 | 2/7/17 correspondence with Hope Atlanta | None at this time. |
| 122 | NBI 003214 | 11/15/17 email from Kathy Laity re hotel-motel ordinance | Relevance, prejudice, confusing the issue, misleading jury, invades province of Court to instruct on law |
| 123 | NBI 003215 - NBI 003229 | 11/14/17 DeKalb County agenda regarding County Code | Relevance, prejudice, confusing the issue, misleading jury, invades province of Court to instruct on law |
| 124 | NBI 002682 – NBI 002683 | 1/3/18 email from United Inn | Relevance, prejudice, confusing the issue, misleading jury, invades province of Court to instruct on law |

| 125 | NBI 003237 - NBI 003238 | 1/10/18 email from Kathy Laity regarding hotel-motel ordinance | Relevance, prejudice, confusing the issue, misleading jury, invades province of Court to instruct on law |
|-----|-------------------------|---------------------------------------------------------------|----------------------------------------------------------------------------------------------------------|
| 126 | NBI 002711 - NBI 002712 | 1/30/18 email from Kathy Laity to United Inn | Relevance, prejudice, confusing the issue, misleading jury, invades province of Court to instruct on law |
| 127 | PLAINTIFF-025032(UI&S) | Photo of United Inn rates and DeKalb County Ordinance | Relevance |
| 128 | NBI 000916 - NBI 000918 | Business License Renewal Affidavit – 2019 (DeKalb County Department of Planning & Sustainability) | Relevance |
| 129 | NBI 000734 | Renewal Request for Information – 2019 (DeKalb County Department of Planning & Sustainability) | Relevance, prejudice |
| 130 | NBI 002717 – NBI 002718 | 1/17/17 email attaching United Inn & Suites Rules and Regulations | None at this time. |

| 131 | NBI 000559 - NBI 000570 | United Inn & Suites Management Policies | None at this time. |
|---|---|---|---|
| 132 | PLAINTIFF-031059(UI&S) - PLAINTIFF-031063(UI&S) and PLAINTIFF-025629(UI&S) | DeKalb PD Tucker Precinct Letter re Operation Safeguard and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
| 133 | NBI 002456 | 5/16/18 email from Suzanne Bold to Tahir Shareef re "Claim #G10045009" | Relevance, prejudice, confusing the issues, Rule 404 |
| 134 | NBI 002459 | 5/14/18 email from Tahir Shareef to Azfar Haque re "United Inn" | Relevance, prejudice, confusing the issues, Rule 404 |
| 135 | PLAINTIFF-JG-002140(UI&S)-PLAINTIFF-JG-002142(UI&S) | Defendant's Witness List as part of pre-trial order | Procedural device, not evidence |
| 136 | PLAINTIFF-JG-001731(UI&S)-PLAINTIFF-JG-001747(UI&S) | Defendant's Initial Disclosures | None at this time. |
| 137 | PLAINTIFF-JG-001748(UI&S)-PLAINTIFF-JG-001809(UI&S) | Defendant's Responses to 1st RFAs | None at this time. |

| 138 | PLAINTIFF-JG-001810(UI&S)-PLAINTIFF-JG-001850(UI&S) | Defendant's Responses to 1st RPDs | None at this time. |
|---|---|---|---|
| 139 | PLAINTIFF-JG-001851(UI&S)-PLAINTIFF-JG-001869(UI&S) | Defendant's Responses to 1st ROGs | None at this time. |
| 140 | PLAINTIFF-JG-002100(UI&S)-PLAINTIFF-JG-002112(UI&S) | Defendant's Responses to 1st Supplemental RPDs | None at this time. |
| 141 | PLAINTIFF-JG-002113(UI&S)-PLAINTIFF-JG-002116(UI&S) | Defendant's Responses to 1st Supplemental ROGs | None at this time. |
| 142 | PLAINTIFF-JG-001870(UI&S)-PLAINTIFF-JG-001876(UI&S) | Defendant's Supplement to Initial Disclosures | None at this time. |
| 143 | PLAINTIFF-JG-001877(UI&S)-PLAINTIFF-JG-001889(UI&S) | Defendant's Response to 1st Supplemental RFAs | None at this time. |
| 144 | PLAINTIFF-JG-001890(UI&S)-PLAINTIFF-JG-001896(UI&S) | Defendant's Response to 2nd Supplemental RPDs | None at this time. |

| 145 | PLAINTIFF-JG-001897(UI&S)-PLAINTIFF-JG-001905(UI&S) | Defendant's Response to 2nd Supplemental ROGs | None at this time. |
|---|---|---|---|
| 146 | PLAINTIFF-JG-001906(UI&S)-PLAINTIFF-JG-001917(UI&S) | Defendant's Response to 3rd Supplemental RPDs | None at this time. |
| 147 | Bates-numbers vary (PLAINTIFF-00xxxx(UI&S)) and PLAINTIFF-000001(UI&S) | 2014-2019 Police reports from United Inn and business records certification | |
| 148 | PLAINTIFF-JG-002091(UI&S)-PLAINTIFF-JG-002095(UI&S) | United Inn & Suites' privilege log | None at this time. |
| 149 | PLAINTIFF-025558(UI&S) – PLAINTIFF-025559(UI&S) and PLAINTIFF-JG-002117(UI&S) | DeKalb County Code Enforcement Case Inspection Detail (Feb. 23, 2021) and business records certification | Relevance, prejudice, confusing the issues, Rule 404 |
| 150 | NBI 000071 - NBI 000072 | Dontavis Carr Room Receipt | Relevance, prejudice, confusing the issues |
| 151 | NBI 000075 - NBI 000076 | James Ruffin Room Receipt | Relevance, prejudice, confusing the issues |

| 152 | NBI 000001 - NBI 000033 | Bobby Spence Customer Receipt | Relevance, prejudice, confusing the issues |
|---|---|---|---|
| 153 | NBI 000034 - NBI 000069 | Chelsie Williams Customer Receipt | Relevance, prejudice, confusing the issues |
| 154 | NBI 000079 | Raevyn Rustemeyer-Broncheau Room Receipt | None at this time. |
| 155 | NBI 000081 - NBI 000085 | Rebecca Faulks Room Receipt | Relevance, prejudice, confusing the issues |
| 156 | NBI 000612 - NBI 000613 | Certificate of Incorporation for North Brook Industries, Inc. | Relevance |
| 157 | NBI 000616 - NBI 000619 | Certificate of Amendment of the Certificate of Incorporation of North Brook Industries, Inc. | Relevance |
| 158 | PLAINTIFF-025308(UI&S) and PLAINTIFF-JG-002117(UI&S) | State of Georgia, Secretary of State, Annual Registration and business records certification | Relevance |

| 159 | PLAINTIFF-036832(UI&S) - PLAINTIFF-036845(UI&S) | Shareholder Agreement for Northbrook Industries, Inc., Sept. 6, 2005 | Relevance, prejudice |
|---|---|---|---|
| 160 | PLAINTIFF-036900(UI&S) – PLAINTIFF-036919(UI&S) | Consent and Assumption Agreement with Limited Release for Northbrook Industries, Inc. | Relevance, prejudice |
| 161 | NBI 000599 – NBI 000610 | United Inn by laws | None at this time. |
| 162 | PLAINTIFF-JG-002150(UI&S)- PLAINTIFF-JG-002184(UI&S) | Chaneyfield expert report | None at this time. |
| 163 | PLAINTIFF-JG-002148(UI&S)- PLAINTIFF-JG-002149(UI&S) | Chaneyfield CV | None at this time. |
| 164 | PLAINTIFF-JG-002185(UI&S)- PLAINTIFF-JG-002193(UI&S) | IAPSC Forensic Methodology | None at this time. |
| 165 | PLAINTIFF-024763(UI&S) - PLAINTIFF-024769(UI&S) | DHS Blue Campaign Materials | Relevance, prejudice, confusing the issues, misleading jury |

| 166 | PLAINTIFF-JG-002215(UI&S)-PLAINTIFF-JG-002300(UI&S) | Vellani expert report | None at this time. |
|---|---|---|---|
| 167 | PLAINTIFF-JG-002301(UI&S)-PLAINTIFF-JG-002315(UI&S) | Vellani CV | None at this time. |
| 168 | NBI 000928 - NBI 000929 | North Brook Industries, Inc. Balance Sheet dated December 31, 2018 | Objections reserved for Phase 2, if any |
| 169 | PLAINTIFF-037571(UI&S) – PLAINTIFF-037575(UI&S) | Income Tax Return for an S Corporation, Northbrook Industries, Inc., 2017 | Objections reserved for Phase 2, if any |
| 170 | PLAINTIFF-036521(UI&S) – PLAINTIFF-036525(UI&S) | Income Tax Return for an S Corporation, Northbrook Industries, Inc., 2018 | Objections reserved for Phase 2, if any |
| 171 | PLAINTIFF-037587(UI&S) – PLAINTIFF-037589(UI&S) | Georgia Form 600S for Northbrook Industries, Inc., 2017-2018 | Objections reserved for Phase 2, if any |
| 172 | PLAINTIFF-037923(UI&S) – PLAINTIFF-037934(UI&S) | Sales and Use Summary Tax Forms for 2018, Northbrook Industries, Inc. | Objections reserved for Phase 2, if any |

| 173 | PLAINTIFF-037935(UI&S) – PLAINTIFF-037936(UI&S) | United Inn and Suites Revenue and Expense Report for Twelve Months Ending December 31, 2018 | Objections reserved for Phase 2, if any |
|---|---|---|---|
| 174 | PLAINTIFF-036539(UI&S) - PLAINTIFF-036541(UI&S) | Georgia Form 600S for Northbrook Industries, Inc., 2018-2019 | Objections reserved for Phase 2, if any |
| 175 | PLAINTIFF-036579(UI&S) – PLAINTIFF-036583(UI&S) | Income Tax Return for an S Corporation for Northbrook Industries, Inc., 2020 | Objections reserved for Phase 2, if any |
| 176 | PLAINTIFF-036677(UI&S) – PLAINTIFF-036685(UI&S) | Federal Tax Return for Northbrook Industries, Inc., 2021 | Objections reserved for Phase 2, if any |
| 177 | PLAINTIFF-038071(UI&S) - PLAINTIFF-038112(UI&S) | Federal Tax Return for Northbrook Industries, Inc., 2021 | Objections reserved for Phase 2, if any |
| 178 | PLAINTIFF-038049(UI&S) | Certificate of Liability Insurance, Northbrook Industries, Inc., 6/29/15 | Objections reserved for Phase 2, if any |
| 179 | PLAINTIFF-037745(UI&S) | Certificate of Liability Insurance, Northbrook Industries, Inc., 8/1/16 | Objections reserved for Phase 2, if any |

| 180 | PLAINTIFF-038460(UI&S) | Certificate of Liability Insurance, Northbrook Industries, Inc., 8/25/17 | Objections reserved for Phase 2, if any |
|---|---|---|---|
| 181 | PLAINTIFF-038319(UI&S) | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/23/18 | Objections reserved for Phase 2, if any |
| 182 | PLAINTIFF-038443(UI&S) | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/18/19 | Objections reserved for Phase 2, if any |
| 183 | PLAINTIFF-037467(UI&S) | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/30/20 | Objections reserved for Phase 2, if any |
| 184 | PLAINTIFF-036860(UI&S) | Certificate of Liability Insurance, Northbrook Industries, Inc., 8/9/21 | Objections reserved for Phase 2, if any |
| 185 | PLAINTIFF-037445(UI&S) – PLAINTIFF-037446(UI&S) – | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/20/22 | Objections reserved for Phase 2, if any |
| 186 | PLAINTIFF-036870(UI&S) - PLAINTIFF-036871(UI&S) | Commercial Appraisal Review of United Inn & Suites, 12/19/13 | Objections reserved for Phase 2, if any |

| 187 | PLAINTIFF-036883(UI&S) – PLAINTIFF-036884(UI&S) | DeKalb County Appraisal Department, Property Appraisal form for Northbrook Industries, Inc. | Objections reserved for Phase 2, if any |
|---|---|---|---|
| 188 | PLAINTIFF-037001(UI&S) - PLAINTIFF-037084(UI&S) | Appraisal of United Inn by Buckhead Advisory Group, December 19, 2013 | Objections reserved for Phase 2, if any |
| 189 | PLAINTIFF-037273(UI&S) – PLAINTIFF-037279(UI&S) | Wells Fargo Bank Statement November 2013 | Objections reserved for Phase 2, if any |
| 190 | PLAINTIFF-037307(UI&S) - PLAINTIFF-037313(UI&S) | Wells Fargo Bank Statement December 2013 | Objections reserved for Phase 2, if any |
| 191 | PLAINTIFF-037324(UI&S) – PLAINTIFF-037378(UI&S) | Closing Documents for Quantum National Bank 7A Loan to Northbrook Industries, Inc., March 7, 2014 | Objections reserved for Phase 2, if any |
| 192 | PLAINTIFF-036040(UI&S) - PLAINTIFF-036044(UI&S) | Quantum National Bank Loan Offer Letter | Objections reserved for Phase 2, if any |
| 193 | PLAINTIFF-JG-002143(UI&S) | DeKalb County Tax Commissioner, Appraised Value of 4649 Memorial Drive (certified) | Objections reserved for Phase 2, if any |

| 194 | PLAINTIFF-JG-002144(UI&S) | DeKalb County Tax Commissioner, Sales of 4649 Memorial Drive (certified) | Objections reserved for Phase 2, if any |
|---|---|---|---|
| 195 | PLAINTIFF-036237(UI&S) – PLAINTIFF-036239(UI&S) | Georgia Form 600S, Corporation Tax Return 2019, Northbrook Industries, Inc. | Objections reserved for Phase 2, if any |
| 196 | PLAINTIFF-036260(UI&S) - PLAINTIFF-036265(UI&S) | New York S Corporation Franchise Tax Return ending 12/31/2019, Northbrook Industries, Inc. | Objections reserved for Phase 2, if any |
| 197 | NBI 002403 | Employee Payroll List | |
| 198 | | Summary exhibit of United Inn staff based on Plaintiff's Exhibits 136, 139, 197, and 76. | |
| 199 | | Summary exhibit of sex offenders living at United Inn based on Plaintiff's Exhibit 37 | |
| 200 | | Summary exhibit of Plaintiff's Ex. 153 | |

| 201 | | Summary exhibit of Plaintiff's Ex. 154 | |
| 202 | | Summary exhibit of Plaintiff's Ex. 155 | |