✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | GEORGIA, ATLANTA DIVISION |
|---|---|---|

| J.G. | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| NORTHBROOK INDUSTRIES, INC. | Case Number: 1:20-cv-05233-SEG |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Sarah E. Geraghty | David Bouchard | Dana Richens |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/7/25 - 7/11/25 | | Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Location of United Inn |
| | 2 | | | | United Inn layout (NBI000620) |
| | 3 | | | | Aerial view of United Inn |
| | 4 | | | | United Inn Rules of Conduct (NBI000581) |
| | 5 | | | | United Inn Rules and Regulations (NBI002718) |
| | 6 | | | | Registration form (NBI000584) |
| | 7 | | | | United Inn Management Policies (NBI000559 - NBI000570) |
| | 8 | | | | Criminal trespass warning (blank) (NBI000325) |
| | 9 | | | | Employee list (NBI004147) |
| | 10 | | | | Employee list (NBI000624) |
| | 11 | | | | Front desk schedules (NBI000073) |
| | 12 | | | | Housekeeping schedules (NBI000621) |
| | 13 | | | | Payroll information – August 2018 (NBI002403) |
| | 14 | | | | Payroll information – November 2018 (NBI002338) |
| | 15 | | | | Atlanta Center for Self- Sufficiency correspondence (NBI002937) |
| | 16 | | | | Salvation Army correspondence (NBI003104-003105; NBI003133-003134; NBI003357-003360) |
| | 17 | | | | St. Vincent de Paul correspondence (NBI002915-002918) |
| | 18 | | | | DeKalb County DFCS correspondence (NBI003697-003701; NBI003922-003924) |
| | 19 | | | | United Way of Greater Atlanta correspondence (NBI003195-003199) |
| | 20 | | | | Atlanta Cancer Care Foundation correspondence (NBI003195-003199) |
| | 21 | | | | Women's Resource Center to End Domestic Violence correspondence |
| | 22 | | | | Decatur Cooperative Ministry correspondence (NBI002960-002962) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

J.G.

V.

NORTHBROOK INDUSTRIES, INC.

## EXHIBIT AND WITNESS LIST

Case Number: 1:20-cv-05233-SEG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Sarah E. Geraghty | David Bouchard | Dana Richens |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/7/25 - 7/11/25 | | Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | Decatur Presbyterian Church correspondence (NBI003230-003233; NBI003813-003814) |
| | 24 | | | | Wheat Street Baptist Church correspondence (NBI--3189-003191) |
| | 25 | | | | Georgia Cancer Center for Excellence correspondence ()NBI002912002914) |
| | 26 | | | | Berea Mennonite Church correspondence (NBI003399-003402) |
| | 27 | | | | Buckhead Christian Ministry correspondence (NBI003345-003347; NBI003925-003928) |
| | 28 | | | | American Lung Association correspondence (NBI003003-003005; NBI003092-003094) |
| | 29 | | | | Photo of interior of United Inn (NBI004133) |
| | 30 | | | | Photo of interior of United Inn (NBI004134) |
| | 31 | | | | Photo of interior of United Inn (NBI004135) |
| | 32 | | | | Photo of interior of United Inn (NBI004136) |
| | 33 | | | | Photo of interior of United Inn (NBI004137) |
| | 34 | | | | Photo of interior of United Inn (NBI004138) |
| | 35 | | | | Photo of interior of United Inn (NBI004139) |
| | 36 | | | | Photo of interior of United Inn (NBI004140) |
| | 37 | | | | Photo of interior of United Inn (NBI004141) |
| | 38 | | | | Photo of interior of United Inn (NBI004142) |
| | 39 | | | | Photo of interior of United Inn (NBI004143) |
| | 40 | | | | Photo of interior of United Inn (NBI004144) |
| | 41 | | | | Photo of interior of United Inn (NBI004145) |
| | 42 | | | | Photo of interior of United Inn (NBI004146) |
| | 43 | | | | Photo of interior of United Inn (NBI004149) |
| | 44 | | | | Photo of lobby from office (produced 9.6.23) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

J.G.

V.

NORTHBROOK INDUSTRIES, INC.

## EXHIBIT AND WITNESS LIST

Case Number: 1:20-cv-05233-SEG

| PRESIDING JUDGE<br>Hon. Sarah E. Geraghty | PLAINTIFF'S ATTORNEY<br>David Bouchard | DEFENDANT'S ATTORNEY<br>Dana Richens |
|---|---|---|
| TRIAL DATE (S)<br>7/7/25 - 7/11/25 | COURT REPORTER | COURTROOM DEPUTY<br>Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 45 | | | | Photo of lobby from office (produced 9.6.23) |
| | 46 | | | | Night window and camera (produced 9.6.23) |
| | 47 | | | | Night window and camera (produced 9.6.23) |
| | 48 | | | | Night window and camera (produced 9.6.23) |
| | 49 | | | | Office from lobby (produced 9.6.23) |
| | 50 | | | | Office from lobby (produced 9.6.23) |
| | 51 | | | | Email thread re: Discover DeKalb meeting (NBI002709-002710) |
| | 52 | | | | Email thread re: Discover DeKalb meeting (NBI002682-002683) |
| | 53 | | | | DeKalb County ordinance (NBI002684-002697) |
| | 54 | | | | Anti-trafficking literature (NBI000625-000631) |
| | 55 | | | | WITHDRAWN |
| | 56 | | | | Tourist Accommodation Inspection Report (NBI002982) |
| | 57 | | | | Email thread with DeKalb Co. (NBI002494-2495) |
| | 58 | | | | DeKalb Co. State Court Receipt (NBI002286) |
| | 59 | | | | Check to DeKalb County (NBI 002451.0001) |
| | 60 | | | | Text messages with Detective Weber (NBI004060-004081) |
| | 61 | | | | Text messages with Detective Weber (NBI004105-004110) |
| | 62 | | | | Text messages with Detective Weber (NBI004103-004104) |
| | 63 | | | | Email thread with Agent Strickler (NBI002554-002555) |
| | 64 | | | | J.G. DFCS Universal Application (PLAINTIFF-JG-000071(UI&S) - PLAINTIFF-JG-000078(UI&S)) |
| | 65 | | | | J.G. screenshot (PLAINTIFF-JG-000069 (UI&S)) |
| | 66 | | | | J.G. screenshot (PLAINTIFF-JG-001716 (UI&S)) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of ___8___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

J.G.

V.

NORTHBROOK INDUSTRIES, INC.

## EXHIBIT AND WITNESS LIST

Case Number: 1:20-cv-05233-SEG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Sarah E. Geraghty | David Bouchard | Dana Richens |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/7/25 - 7/11/25 | | Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 67 | | | | J.G. text thread (PLAINTIFF-JG-001718 (UI&S)) |
| | 68 | | | | J.G. photo (PLAINTIFF-JG-001720 (UI&S)) |
| | 69 | | | | J.G. photo (PLAINTIFF-JG-001721 (UI&S)) |
| | 70 | | | | J.G. photo (PLAINTIFF-JG-001722 (UI&S)) |
| | 71 | | | | Missing/runaway juvenile bulletin (N. Williams) (NBI004153) |
| | 72 | | | | Missing person notice (Ashanti Walker) (NBI004150-004152) |
| | 73 | | | | Email from Investigator Wade (NBI003099) |
| | 74 | | | | Investigator Wade (NBI003106) |
| | 75 | | | | J.G. BOLO (NBI003107) |
| | 76 | | | | Email from Investigator Wade with J.G. BOLO (NBI003097-003098) |
| | 77 | | | | 11.14.18 incident report (PLAINTIFF-002718- 002725 (UI&S)) |
| | 78 | | | | Police body-cam footage of 11.14.2018 incident (NBI000710)    * |
| | 79 | | | | Police body-cam footage of 11.14.2018 incident (NBI000711)    * |
| | 80 | | | | Police body-cam footage of 11.14.2018 incident (NBI000712)    * |
| | 81 | | | | Police body-cam footage of 11.14.2018 incident (NBI000713)    * |
| | 82 | | | | Police body-cam footage of 11.14.2018 incident (NBI000714)    * |
| | 83 | | | | Police body-cam footage of 11.14.2018 incident (NBI000715)    * |
| | 84 | | | | Police body-cam footage of 11.14.2018 incident (NBI000716)    * |
| | 85 | | | | Police body-cam footage of 11.14.2018 incident (NBI000717)    * |
| | 86 | | | | Police body-cam footage of 11.14.2018 incident (NBI000718)    * |
| | 87 | | | | Police body-cam footage of 11.14.2018 incident (NBI000719)    * |
| | 88 | | | | Police body-cam footage of 11.14.2018 incident (NBI000720)    * |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

J.G.

V.

NORTHBROOK INDUSTRIES, INC.

## EXHIBIT AND WITNESS LIST

Case Number: 1:20-cv-05233-SEG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Sarah E. Geraghty | David Bouchard | Dana Richens |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/7/25 - 7/11/25 | | Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 89 | | | | Police body-cam footage of 11.14.2018 incident (NBI000721)   * |
| | 90 | | | | Partial clip of police bodycam footage (42:40 - 45:20)   * |
| | 91 | | | | Still image from police bodycam footage at 42:43 |
| | 92 | | | | Still image from police bodycam footage at 1:11:45 |
| | 93 | | | | Partial clip of police bodycam footage (5:23 – 6:10)   * |
| | 94 | | | | Still image from police bodycam footage at 1:40 |
| | 95 | | | | Partial clip of bodycam footage (5:05 – 9:30)   * |
| | 96 | | | | Still image from police bodycam footage at 2:11 |
| | 97 | | | | Partial clip of police bodycam footage (3:24 - 4:30)   * |
| | 98 | | | | Still image from police bodycam footage at 48:39 |
| | 99 | | | | Criminal trespass warning (Victoria Thomas) (NBI000181) |
| | 100 | | | | Criminal trespass warning (Chimeko G.) (NBI000182) |
| | 101 | | | | Criminal trespass warning (Raevyn Rustenmeyer) (NBI00178) |
| | 102 | | | | Criminal trespass warning (Quinton Bush) (NBI000`22) |
| | 103 | | | | Naliesha-ann Satele photo (PLAINTIFF-038862(UI&S)) |
| | 104 | | | | Naliesha-ann Satele photo with J.G. (PLAINTIFF-038863(UI&S)) |
| | 105 | | | | Naliesha-ann Satele video, January 6, 2019 (PLAINTIFF-038860(UI&S))   * |
| | 106 | | | | Naliesha-ann Satele video (PLAINTIFF-038861(UI&S))   * |
| | 107 | | | | Naliesha-ann Satele social media (NBI004154-004163) |
| | 108 | | | | WITHDRAWN |
| | 109 | | | | WITHDRAWN |
| | 110 | | | | WITHDRAWN |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

J.G.

V.

NORTHBROOK INDUSTRIES, INC.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:20-cv-05233-SEG

| PRESIDING JUDGE<br>Hon. Sarah E. Geraghty | PLAINTIFF'S ATTORNEY<br>David Bouchard | DEFENDANT'S ATTORNEY<br>Dana Richens |
|---|---|---|
| TRIAL DATE (S)<br>7/7/25 - 7/11/25 | COURT REPORTER | COURTROOM DEPUTY<br>Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 111 |  |  |  | WITHDRAWN |
|  | 112 |  |  |  | WITHDRAWN |
|  | 113 |  |  |  | WITHDRAWN |
|  | 114 |  |  |  | WITHDRAWN |
|  | 115 |  |  |  | WITHDRAWN |
|  | 116 |  |  |  | J.G. audited history (PLAINTIFF-JG-000063(UI&S)) |
|  | 117 |  |  |  | WITHDRAWN |
|  | 118 |  |  |  | WITHDRAWN |
|  | 119 |  |  |  | WITHDRAWN |
|  | 120 |  |  |  | WITHDRAWN |
|  | 121 |  |  |  | WITHDRAWN |
|  | 122 |  |  |  | A.G. v. Northbrook Industries Order on Summary Judgment (20-cv-05231, Doc151) |
|  | 123 |  |  |  | A.G. v. Northbrook Industries Clerk's Entry of Judgment (20-cv-05231, Doc152) |
|  | 124 |  |  |  | G.W. v. Northbrook Industries Order on Summary Judgment (20-cv-05232, Doc148) |
|  | 125 |  |  |  | G.W. v. Northbrook Industries Clerk's Entry of Judgment (20-cv-05232, Doc149) |
|  | 126 |  |  |  | Vellani expert report |
|  | 127 |  |  |  | Polaris Comprehensive Human Trafficking Assessment |
|  | 128 |  |  |  | Chaneyfield engagement letter |
|  | 129 |  |  |  | Chaneyfield expert report |
|  | 130 |  |  |  | IHG hotel brands |
|  | 131 |  |  |  | IHG sex trafficking lawsuits |
|  | 132 |  |  |  | IHG job posting |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 6 of __8__ Pages

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  GEORGIA, ATLANTA DIVISION

J.G.

V.

NORTHBROOK INDUSTRIES, INC.

## EXHIBIT AND WITNESS LIST

Case Number: 1:20-cv-05233-SEG

| PRESIDING JUDGE Hon. Sarah E. Geraghty | PLAINTIFF'S ATTORNEY David Bouchard | DEFENDANT'S ATTORNEY Dana Richens |
|---|---|---|
| TRIAL DATE (S) 7/7/25 - 7/11/25 | COURT REPORTER | COURTROOM DEPUTY Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 133 |  |  |  | GHLA training notice |
|  | 134 |  |  |  | IAPSC Forensic Methodology |
|  | 135 |  |  |  | IAPSC Forensic Methodology (revised) |
|  | 136 |  |  |  | McDowell engagement letters |
|  | 137 |  |  |  | McDowell resume |
|  | 138 |  |  |  | McDowell expert report |
|  | 139 |  |  |  | CSE-IT form |
|  | 140 |  |  |  | CSE-IT validation report |
|  | 141 |  |  |  | CSE-IT form (J.G.) |
|  | 142 |  |  |  | Trafficking placard |
|  | 143 |  |  |  | Plaintiff's Initial Disclosures |
|  | 144 |  |  |  | Plaintiff's Responses to Defendant's First Continuing Interrogatories |
|  | 145 |  |  |  | Plaintiff's Responses to Defendant's First Request for Production of Documents |
|  | 146 |  |  |  | Plaintiff's Responses to Defendant's Second Continuing Interrogatories |
|  | 147 |  |  |  | Plaintiff's Responses to Defendant's Second Request for Production of Documents |
|  | 148 |  |  |  | Defendant's Initial Disclosures |
|  | 149 |  |  |  | Defendant's Responses to 1st RPDs |
|  | 150 |  |  |  | Defendant's Responses to 1st ROGs |
|  | 151 |  |  |  | Defendant's Responses to 1st RFAs |
|  | 152 |  |  |  | Defendant's Supplement to Initial Disclosures |
|  | 153 |  |  |  | Defendant's Responses to 1st Supplemental RPDs |
|  | 154 |  |  |  | Defendant's Responses to 1st Supplemental ROGs |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 7 of    8    Pages

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

J.G.

V.

NORTHBROOK INDUSTRIES, INC.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:20-cv-05233-SEG

| PRESIDING JUDGE<br>Hon. Sarah E. Geraghty | PLAINTIFF'S ATTORNEY<br>David Bouchard | DEFENDANT'S ATTORNEY<br>Dana Richens |
|---|---|---|
| TRIAL DATE (S)<br>7/7/25 - 7/11/25 | COURT REPORTER | COURTROOM DEPUTY<br>Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 155 |  |  |  | Defendant's Responses to 1st Supplemental RFAs |
|  | 156 |  |  |  | Defendant's Responses to 2nd Supplemental RPDs |
|  | 157 |  |  |  | Defendant's Responses to 2nd Supplemental ROGs |
|  | 158 |  |  |  | Defendant's Responses to 3rd Supplemental RPDs |
|  | 159 |  |  |  | Partial clip of bodycam footage (42:40– 42:43)  * |
|  | 160 |  |  |  | Partial clip of bodycam footage (1:37 – 1:40) * |
|  | 161 |  |  |  | Partial clip of bodycam footage (48:36– 48:39)    * |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8 of ___8___ Pages