# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 06/30/2025.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:57 P.M.    COURT REPORTER: Melissa Brock
TIME IN COURT: 0:57    DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G. |
| | Oto Ekpo representing J.G. |
| | Dana Richens representing Northbrook Industries, Inc. |
| | Audrey Smith representing Northbrook Industries, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing (Non-Evidentiary) |
| MINUTE TEXT: | The Court closed the courtroom to the public for discussion of the Defendant's F.R.E. 412 motion (Doc. 175). After hearing argument from the parties on Defendant's F.R.E. 412 motion, the Court took the motion under advisement. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |