# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 07/02/2025.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:46 P.M.      COURT REPORTER: Melissa Brock
TIME IN COURT: 1:46                   DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G.<br>Oto Ekpo representing J.G.<br>Patrick J. McDonough representing J.G.<br>Dana Richens representing Northbrook Industries, Inc.<br>Audrey Smith representing Northbrook Industries, Inc. |
| PROCEEDING CATEGORY: | Pretrial Conference |
| MOTIONS RULED ON: | [99] Motion to Exclude Testimony of Plaintiff's Expert Naeshia McDowell – For the reasons stated on the record, the Court DENIED the motion.<br>[100] Motion to Exclude Testimony of Plaintiff's Expert Darrell B. Chaneyfield – The Court stated that the motion will be granted in part and denied in part. |
| MINUTE TEXT: | This case is set to begin trial on July 7, 2025, at 9:30 AM. The Court discussed estimated trial time, bifurcation, voir dire, requests to charge, and the verdict form, among other subjects.<br><br>For the reasons stated on the record, the Court will permit Plaintiff to seek punitive damages in this case. Written order to follow.<br><br>After hearing argument from the parties on Plaintiff's request to present excerpts of Tahir Shareef's deposition to the jurors during her case-in-chief, the Court took the issue under advisement.<br><br>By 5:00 PM on July 3, the parties should file and submit in Word format a fully formatted juror questionnaire. They should also file their finalized exhibit lists. |

|                  | By 5:00 PM on July 4, the parties should file their proposed requests to charge. |
|---|---|
|                  | The parties were directed to promptly to inform the Court if they settle the case. |
| HEARING STATUS:  | Hearing Concluded |