# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Chambers on 07/03/2025.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:07 P.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 1:07                       DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G.<br>Oto Ekpo representing J.G.<br>Dana Richens representing Northbrook Industries, Inc.<br>Audrey Smith representing Northbrook Industries, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference (Second Pretrial Conference) |
| PLEADINGS RULED ON: | [109] Motion to Exclude Testimony of Defendant's Expert Karim Vellani – For the reasons stated on the record, the Court granted in part and denied in part the motion to exclude.<br>[100] Motion to Exclude Testimony of Plaintiff's Expert Darrell B. Chaneyfield – For the reasons stated on the record, the Court granted in part and denied in part the motion to exclude. |
| MINUTE TEXT: | The parties appeared via telephone conference to discuss outstanding pretrial matters. |
| HEARING STATUS: | Hearing Concluded |