# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 07/07/2025.

TIME COURT COMMENCED: 8:50 A.M.
TIME COURT CONCLUDED: 5:19 P.M.            COURT REPORTER: Keisha Crump
TIME IN COURT: 8:29                          DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G. <br> Oto Ekpo representing J.G. <br> Patrick J. McDonough representing J.G. <br> Dana Richens representing Northbrook Industries, Inc. <br> Audrey Smith representing Northbrook Industries, Inc. |
| OTHERS PRESENT: | J.G., Plaintiff <br> Tahir Shareef, corporate representative for Defendant |
| PROCEEDING CATEGORY: | Jury Selection; Jury Trial Began |
| JURY INFORMATION: | The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Voir dire began. The parties exercised their strikes for cause and peremptory challenges. A jury was selected and sworn. One selected juror was excused with no objection from either party. The Court gave its preliminary instructions to the jury. Opening Statements. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene on July 8, 2025, at 9:00 AM. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Jury Selection Only, continued |