# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 07/08/2025.

TIME COURT COMMENCED: 8:50 A.M.
TIME COURT CONCLUDED: 5:02 P.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 7:12                       DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G.<br>Oto Ekpo representing J.G.<br>Patrick J. McDonough representing J.G.<br>Dana Richens representing Northbrook Industries, Inc.<br>Audrey Smith representing Northbrook Industries, Inc. |
| OTHERS PRESENT: | J.G., Plaintiff<br>Tahir Shareef, corporate representative for Defendant |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MINUTE TEXT: | Plaintiff's witness, Calvin King, was sworn and testified on direct, cross, and redirect. Plaintiff's witness, Casey Benton, was sworn and testified on direct and cross. The Court gave instructions to the jurors regarding video deposition testimony. Plaintiff played the video deposition testimony of Tahir Shareef. Plaintiff's witness, Tahir Shareef, was sworn and testified on direct, cross, and redirect. Plaintiff's witness, Ashr Islam, was sworn and testified on direct. Plaintiff's witness, N.S., was sworn and testified on direct, cross, and redirect. Plaintiff's expert witness, Naeshia McDowell, was sworn and testified on direct. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene on July 9, 2025, at 9:00 AM. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Plaintiff's exhibits 1-14, 16, 19, 33, 43, 46, 47, 48, 53, 58, 59, 63, 64, 78, 81, 83, 85, 87, 88, 89, 97, 98, 99, 100, 119, 137 were admitted and retained by the Court to be forwarded to the Clerk's Office. |