# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 07/09/2025.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:14 P.M.              COURT REPORTER: Melissa Brock
TIME IN COURT: 7:14                          DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G.<br>Oto Ekpo representing J.G.<br>Patrick J. McDonough representing J.G.<br>Dana Richens representing Northbrook Industries, Inc.<br>Audrey Smith representing Northbrook Industries, Inc. |
| OTHERS PRESENT: | J.G., Plaintiff<br>Tahir Shareef, corporate representative for Defendant |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MINUTE TEXT: | Plaintiff's witness, G.W., was sworn and testified on direct and cross. Plaintiff, J.G., was sworn and testified on direct. Outside the presence of the jurors, the Court denied Defendant's oral motion for a mistrial and directed the parties to confer as to language for a curative instruction. The Court permitted Plaintiff to reopen direct. J.G. continued to testify on direct and cross. Plaintiff rested her case. After hearing argument from the parties and for the reasons stated on the record, the Court denied Defendant's oral motion for judgment as a matter of law. Defendant's witness, Willie McClelland, was sworn and testified on direct and cross. Defendant's witness, Royal Weber, was sworn and testified on direct and cross. Defendant's expert witness, Karim Vellani, was sworn and testified on direct. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene on July 10, 2025, at 9:00 AM. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |

EXHIBIT STATUS: Plaintiff's exhibits 38, 39, 41, 42, 61, 62, 96-101, 153-155, 200-202 and Defendant's exhibits 8, 73, 91, 93, 95, 97 were admitted and retained by the Court to be forwarded to the Clerk's Office.