# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 07/10/2025.

TIME COURT COMMENCED: 8:50 A.M.
TIME COURT CONCLUDED: 2:30 P.M.    COURT REPORTER: Melissa Brock
TIME IN COURT: 5:40                DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G.<br>Oto Ekpo representing J.G.<br>Patrick J. McDonough representing J.G.<br>Dana Richens representing Northbrook Industries, Inc.<br>Audrey Smith representing Northbrook Industries, Inc. |
| OTHERS PRESENT: | J.G., Plaintiff<br>Tahir Shareef, corporate representative for Defendant |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| PLEADINGS RULED ON: | [209] Motion for Curative Instruction – For the reasons stated on the record, the Court denied the motion as written but took under advisement Plaintiff's revised oral motion. |
| MINUTE TEXT: | Defendant's expert witness, Karim Vellani, was recalled and testified on direct. Defendant's witness, Naem Craft, was sworn and testified on direct and cross. Defendant's witness, Tahir Shareef, was sworn and testified on direct and cross. Defendant rested its case. The Court denied Defendant's renewed oral motion for judgment as a matter of law. Charge conference. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene on July 11, 2025, at 9:00 AM. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Defendant's exhibits 4, 5, 7, 39, 92, 94, 98 were admitted and retained by the Court to be forwarded to the Clerk's Office. |