# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 07/11/2025.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 6:15 P.M.      COURT REPORTER: Melissa Brock
TIME IN COURT: 8:15                              DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G.<br>Oto Ekpo representing J.G.<br>Patrick J. McDonough representing J.G.<br>Dana Richens representing Northbrook Industries, Inc.<br>Audrey Smith representing Northbrook Industries, Inc. |
| OTHERS PRESENT: | J.G., Plaintiff<br>Tahir Shareef, corporate representative for Defendant |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Charge conference continued. Jury charged. Closing arguments. Deliberations began. Verdict reached. The Court received and reviewed the verdict. Having found that the verdict was in proper form, the Court announced the verdict in favor of Plaintiff. Verdict was entered. Jury charged for phase 2 concerning punitive damages. Opening and closing statements. Deliberations began. Jury submitted two written questions. The Court conferred with the parties regarding the same and provided a written response. Verdict reached. The Court received and reviewed the verdict. Having found that the verdict was in proper form, the Court announced the verdict in favor of Plaintiff on punitive damages. Verdict was entered and jurors were dismissed. |
| HEARING STATUS: | Hearing Concluded. |
| TRIAL STATUS: | Completed by Jury Verdict |