UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G.,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHBROOK INDUSTRIES, INC., d/b/a United Inn and Suites,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:20-CV-05233-SEG |

## JUDGMENT ON JURY VERDICT

This case having come before the Court for a trial by jury, the Honorable Sarah E. Geraghty presiding, and the issues having been duly tried and the jury having duly rendered its verdict in favor of Plaintiff J.G. and against Defendant Northbrook Industries, Inc., it is

ORDERED AND ADJUDGED that Plaintiff recover from Defendant the amount of $10,000,000.00 for compensatory damages and $30,000,000.00 for punitive damages, for a total amount of $40,000,000.00.

Dated at Atlanta, Georgia this 11th day of July, 2025.

                                                            KEVIN P. WEIMER
                                                            CLERK OF COURT

                                  By:    s/Stephanie Pittman
                                                 Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
July 11, 2025
Kevin P. Weimer
Clerk of Court

By:    s/Stephanie Pittman
          Deputy Clerk