FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 1 1 2025

Kevin P. Weimer, Clerk
By:
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., <br><br> Plaintiff, <br><br> v. <br><br> NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:20-CV-5233-SEG |

## JURY QUESTIONS

**Question 1:**
(a) Are we allowed to ask for precedent in similar cases? If so, will you provide it?
(b) If not, will you confirm if we are setting the precedent?

**Response:**
(a) No.
(b) This is not a matter you should consider in reaching your decision. You must base your decision only on the testimony and evidence presented in court.

**Question 2:** What are the limits of the insurance coverage that United Inn carries in regards to this lawsuit? (to establish financial conditions of Defendant)

**Response:** I instruct you that you should not consider in your deliberations the existence or non-existence of any insurance that may or may not be available to United Inn. You must base your decision only on the testimony and evidence presented in court.

**Question 3: What is the legal distinction between "punish" and "penalize"?**

**Response:** There is no legal distinction between "punish" and "penalize" for the purposes of your deliberations.

Sarah E. Geraghty
United States District Judge

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 11 2025

Kevin P. Weimer, Clerk
By: _____
Deputy Clerk

Juror #2 - Foreman
Zachary Luna

Questions: 1) Are we allowed to ask for precedent in similar cases? If so, will you provide it.

① If not, will you confirm if we are setting the precedent?

2) What are the limits of the insurance coverage that United Inn carries, in regards to this lawsuit? (to establish financial circumstances of Defendant

[ Juror #2 - Zachary Luna Foreman ]

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 11 2025

Kevin P. Weimer, Clerk
By _____
Deputy Clerk

Juror #2 - Foreman
Zachary Luna

Questions: 1) Are we allowed to ask for precedent in similar cases? If so, will you provide it.
1a) If not, will you confirm if we are setting the precedent?

2) What are the limits of the insurance coverage that United Inn carries, in regards to this lawsuit? (to establish financial circumstances of Defendant

[Juror #2 - Zachary Luna, Foreman]

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 11 2025

Kevin P. Weimer, Clerk
By
Deputy Clerk

Juror #6

What is the legal distinction between "punish" and "penalize"?

7/11/25
4:44pm

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 11 2025

Kevin P. Weimer, Clerk
By
Deputy Clerk

Juror #6

What is the legal distinction between "punish" and "penalize"?

7/11/25
4:44pm