FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 11 2025

Kevin P. Weimer, Clerk
By: _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, | : |
| Defendant. | : |

### VERDICT FORM

1. Is United Inn liable to Jhordyn under the TVPRA?

   **Circle one:**    (YES)        NO

   If you answered **Yes**, please proceed to question 2 below.

   If you answered **No**, please sign and date the verdict form, as this ends your deliberations.

2. The amount of Jhordyn's damages is: $ 10,000,000.00   (Ten million)

   _____
   Jury Foreperson

   Zachary Luna
   Print Name

   07/11/2025
   Date