FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 11 2025

Kevin P. Weimer, Clerk
By_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| vs. | : | |
| | : | NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : | |
| INC., D/B/A UNITED INN AND | : | |
| SUITES, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM – PHASE TWO

1. Is United Inn liable to Jhordyn for punitive damages?

   **Circle one:**   (YES)     NO

   If you answered **Yes**, please proceed to question 2 below.

   If you answered **No**, please sign and date the verdict form, as this ends your deliberations.


2. The amount of punitive damages imposed against United Inn is: $ 30,000,000.00
   (Thirty million)

   _____
   Jury Foreperson

   Zachary Luna
   Print Name

   07/11/2025
   Date