AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern _____ DISTRICT OF _____ Georgia

J.G.

V.

Northbrook Industries, Inc.

**Plaintiff's**
**EXHIBIT AND WITNESS LIST**

Case Number:  1:20-cv-05233-SEG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Sarah E. Geraghty | David Bouchard/Oto Ekpo/Pat McDono | Dana Richens/Audrey Smith |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/7/2025 | Melissa Brock | Stephanie Pittman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/8/25 | ✓ | ✓ | Aerial photo of location of United Inn in metro Atlanta showing I-285 and I-75 |
| 2 | | | ✓ | ✓ | Aerial photo of location of United Inn showing Memorial Drive and I-285 |
| 3 | | | ✓ | ✓ | Aerial photo of United Inn with outline of property |
| 4 | | | ✓ | ✓ | Aerial photo of United Inn with outline of property |
| 5 | | | ✓ | ✓ | Aerial photo of United Inn and parking lot |
| 6 | | | ✓ | ✓ | Photo from Memorial Drive of bus stop and United Inn |
| 7 | | | ✓ | ✓ | Photo of front of United Inn |
| 8 | | | ✓ | ✓ | Photo of United Inn front office and front of hotel |
| 9 | | | ✓ | ✓ | Photo of United Inn sign on Memorial Drive |
| 10 | | | ✓ | ✓ | Photo of side of United Inn |
| 11 | | | ✓ | ✓ | Photo of side and back of United Inn |
| 12 | | | ✓ | ✓ | Photo of United Inn back parking lot |
| 13 | | | ✓ | ✓ | Photo of United Inn back parking lot |
| 14 | | | ✓ | ✓ | Photo of United Inn back parking lot |
| 15 | | | ✓ | ✓ | Photo of United Inn back parking lot |
| 16 | | 7/8/25 | ✓ | ✓ | Photo of United Inn back parking lot |
| 17 | | | | | Extended Stay Hotels and Motels Intervention Strategy Steering Committee PPT, 9/2015 and busin |
| 18 | | | | | HOTEL/MOTEL INTERVENTION Proposed Pilot, July 2016 and business records certification |
| 19 | | 7/8/25 | ✓ | ✓ | 7/16/14 DeKalb PD police report and business records certification |
| 20 | | | | | 7/23/14 DeKalb PD police report and business records certification |
| 21 | | | | | 8/12/15 DeKalb PD police report and business records certification |
| 22 | | | | | Backpage Homepage and business records certification |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | J.G. | | | vs. | Northbrook Industries, Inc. | CASE NO.<br>1:20-cv-05233-SEG |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | 8/26/15 DeKalb PD police report and business records certification |
| 24 | | | | | 6/2/17 DeKalb PD police report and business records certification |
| 25 | | | | | 6/20/17 DeKalb PD police report and business records certification |
| 26 | | | | | 7/21/17 DeKalb PD police report and business records certification |
| 27 | | | | | 3/24/19 DeKalb PD police report and business records certification |
| 28 | | | | | 4/8/19 DeKalb PD police report and business records certification |
| 29 | | | | | 9/27/19 DeKalb PD police report and business records certification |
| 30 | | | | | Superior Court Case Summary, State of Georgia v. James Dionte Ruffin and business records cert |
| 31 | | | | | 10/22/19 DeKalb PD police report and business records certification |
| 32 | | | | | 1/8/20 DeKalb PD police report and business records certification |
| 33 | | 7/8/25 | ✓ | ✓ | 9/27/19 email from Casey Benton to Tracy Benjamin and business records certification |
| 34 | | | | | 10/19 email chain involving Casey Benton and Grace Cho re Natalie Rivas and business records c |
| 35 | | | | | 6/10/20 email from Detective PL Lopez and business records certification |
| 36 | | | | | 6/11/20 email involving Phillips Lopez re 20-044426 FI referral |
| 37 | | | | | GBI Sex Offender Registry for United Inn & Suites with business records certification |
| 38 | | 7/9/25 | ✓ | ✓ | Photo of GW at United Inn |
| 39 | | 7/9/25 | ✓ | ✓ | Photo of GW at United Inn |
| 40 | | | | | Photo of GW at United Inn |
| 41 | | 7/9/25 | ✓ | ✓ | Photo of GW at United Inn |
| 42 | | 7/9/25 | ✓ | ✓ | Photo of GW at United Inn |
| 43 | | 7/8/25 | ✓ | ✓ | 4/28/17 Letter from DeKalb County PD to United Inn |
| 44 | | | | | 8/11/17 business record certification regarding GJ subpoena to United Inn / production from United |
| 45 | | | ✓ | ✓ | 11/14/17 email from Chief Sumlin to unitedinn4649@gmail.com re "Security Proposal" with attach |
| 46 | | 7/8/25 | ✓ | ✓ | Signed Hotel/Motel ordinance dated November 16, 2017 |
| 47 | | 7/8/25 | ✓ | ✓ | Miscellaneous documents re human trafficking |
| 48 | | 7/8/25 | ✓ | ✓ | O.C.G.A. § 16-5-47; Posting model notice with human trafficking hotline information in businesses |
| 49 | | | | | June 27, 2017 consent Agreement Order |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| J.G. | | vs. | Northbrook Industries, Inc. | | CASE NO. 1:20-cv-05233-SEG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Deferred sentencing order from Magistrate Court of DeKalb County (May 22, 2018) and check (Ju... |
| 51 | | | | | Receipt # 179349 from State Court of DeKalb County to United Inn & Suites (6/5/18) |
| 52 | | | | | 6/4/19 email chain with Tahir Shareef regarding business license renewal |
| 53 | | 7/8/25 | ✓ | ✓ | 9/5/19 email from Tahir Shareef to Ashad Khan, Saara Consulting and business records certificatio... |
| 54 | | | | | 4/25/18 email from Tahir Shareef to Muktar Ali and business records certification |
| 55 | | | | | 9/5/19 email from skusa85@yahoo.com to Muktar Ali with attachments and business records certifi... |
| 56 | | | | | Email from APD and APD re missing person Ashanti Walker with notice |
| 57 | | | | | APD missing/runaway juvenile Nevaeh Williams |
| 58 | | 7/8/25 | ✓ | ✓ | 10/29/18 email from Tim Wade to UnitedInn4649@gmail.com re "bolo J.G." |
| 59 | | 7/8/25 | ✓ | ✓ | 10/29/18 email from Tim Wade to UnitedInn4649@gmail.com re "MISSING JUVENILE MAYBE AT... |
| 60 | | | | | 10/29/18 email from Tim Wade to UnitedInn4649@gmail.com re "Missing Juvenile" |
| 61 | | 7/9/25 | ✓ | ✓ | 11/14/18 police reports and business records certification |
| 62 | | 7/9/25 | ✓ | ✓ | 11/14/18 trespass notice to Chimeko Grimes |
| 63 | | 7/8/25 | ✓ | ✓ | Summary chart of trespass notices produced by United Inn at NBI 000001-NBI 000623 |
| 64 | | 7/8/25 | ✓ | ✓ | Text messages between Tahir Shareef and Officer Webber |
| 65 | | | | | Text messages between Tahir Shareef and Officer Webber |
| 66 | | | | | Text messages between Ashar Islam and Officer Webber |
| 67 | | | | | 2017 W-2 Wage and Tax Statements |
| 68 | | | | | 2018 W-2 Wage and Tax Statements |
| 69 | | | | | 2019 W-2 Wage and Tax Statements |
| 70 | | | | | 10/12/18 pay records for United Inn |
| 71 | | | | | 11/7/18 pay records for United Inn |
| 72 | | | | | 11/9/18 pay records for United Inn |
| 73 | | | | | 11/23/18 pay records for United Inn |
| 74 | | | | | 2/1/19 pay records for United Inn |
| 75 | | | | | Undated Excel list of employee hours |
| 76 | | | | | Paragraph lists of names of workers at United Inn |

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | J.G. | | vs. | Northbrook Industries, Inc. | CASE NO. 1:20-cv-05233-SEG |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | | | | List of workers at United Inn with contact information |
| 78 | | 7/8/25 | ✓ | ✓ | Front desk schedule October – November 2018, January 2019 |
| 79 | | | | | Housekeeping schedule October 2018, November 2018, January 2019 |
| 80 | | | | | Jenorris Parker's certified criminal history |
| 81 | | 7/8/25 | ✓ | ✓ | Corita Watts's certified criminal history |
| 82 | | | | | 12/11/19 email from Tahir Shareef to Ashar Islam with subject, "Jenorris Letter" |
| 83 | | 7/8/25 | ✓ | ✓ | United Inn & Suites Total Management Summary, January 2018 – December 2018 and business⊞ |
| 84 | | | | | United Inn & Suites Management Audit Summary, January 2018 – October 16, 2018 and business⊞ |
| 85 | | 7/8/25 | ✓ | ✓ | United Inn & Suites Total Management Summary, January 2019 – December 2019 and business⊞ |
| 86 | | | | | United Inn & Suites Total Management Summary, January 2020 – September 2020 and business⊞ |
| 87 | | 7/8/25 | ✓ | ✓ | Photo of NS at United Inn |
| 88 | | 7/8/25 | ✓ | ✓ | Photo of JG and NS at United Inn |
| 89 | | 7/8/25 | ✓ | ✓ | January 6, 2019 video of JG and NS at United Inn |
| 90 | | | | | McDowell expert report |
| 91 | | | | | McDowell resume |
| 92 | | | | | CSE-IT Form |
| 93 | | | | | CSE-IT validation report |
| 94 | | | | | CSE-IT form (J.G.) |
| 95 | | | | | Text Messages |
| 96 | | 7/9/25 | ✓ | ✓ | October 8, 2018 Photo of JG at United Inn |
| 97 | | 7/8/25 | ✓ | ✓ | October 16, 2018 Photo of JG at United Inn |
| 98 | | 7/8/25 | ✓ | ✓ | October 24, 2018 video of JG at United Inn |
| 99 | | 7/8/25 | ✓ | ✓ | October 25, 2018 video of JG at United Inn |
| 100 | | 7/8/25 | ✓ | ✓ | November 2, 2018 Text Message re Room 145 at United Inn |
| 101 | | 7/9/25 | ✓ | ✓ | November 14, 2018 DeKalb PD bodycam footage at United Inn |
| 102 | | | | | Georgia Cares Assessment Summary, Jhordyn Grimes, 11/30/18 |
| 103 | | | | | House of Hope Case Plan, Jhordyn Grimes, 7/16/19 |

Page ___4___ of ___8___ Pages

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| J.G. | | VS. | Northbrook Industries, Inc. | CASE NO.<br>1:20-cv-05233-SEG | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | House of Hope Discharge Summary and Closing Report, Jhordyn Grimes, 2/3/20 |
| 105 | | | | | Coastal Pines Technical College Application, Jhordyn Grimes |
| 106 | | | | | Children's Hospital of Atlanta Medical Records, Jhordyn Grimes, and business records certification |
| 107 | | | | | Oakhurst Medical Center Medical Records, Jhordyn Grimes, and certification statement |
| 108 | | | | | Coastal Community Health Services Medical Records, Jhordyn Grimes, and certificate of authenticity |
| 109 | | | | | United Behavioral Health Solutions Medical Records, Jhordyn Grimes, and certificate of authenticity |
| 110 | | | | | Amerigroup correspondence, Jhordyn Grimes |
| 111 | | | | | Photo of United Inn hotel room |
| 112 | | | | | Photo of United Inn hotel room |
| 113 | | | | | Video walkthrough of United Inn lobby and front office |
| 114 | | | | | Photos of United Inn office wall |
| 115 | | | | | Photo of United Inn office wall |
| 116 | | | | | Photo of United Inn office wall |
| 117 | | | | | Photo of United Inn office wall |
| 118 | | | | | Photo of United Inn office wall |
| 119 | | 7/8/25 | ✓ | ✓ | Photo of nighttime office window |
| 120 | | | | | 2/5/17 correspondence with Hope Atlanta |
| 121 | | | | | 2/7/17 correspondence with Hope Atlanta |
| 122 | | | | | 11/15/17 email from Kathy Laity re hotel-motel ordinance |
| 123 | | | | | 11/14/17 DeKalb County agenda regarding County Code |
| 124 | | | | | 1/3/18 email from United Inn |
| 125 | | | | | 1/10/18 email from Kathy Laity regarding hotel-motel ordinance |
| 126 | | | | | 1/30/18 email from Kathy Laity to United Inn |
| 127 | | | | | Photo of United Inn rates and DeKalb County Ordinance |
| 128 | | | | | Business License Renewal Affidavit – 2019 (DeKalb County Department of Planning & Sustainability) |
| 129 | | | | | Renewal Request for Information – 2019 (DeKalb County Department of Planning & Sustainability) |
| 130 | | | | | 1/17/17 email attaching United Inn & Suites Rules and Regulations |

Page ___5___ of ___8___ Pages

✎ AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | J.G. | | vs. | Northbrook Industries, Inc. | CASE NO. 1:20-cv-05233-SEG |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 131 | | | | | United Inn & Suites Management Policies |
| 132 | | | | | DeKalb PD Tucker Precinct Letter re Operation Safeguard and business records certification |
| 133 | | | | | 5/16/18 email from Suzanne Bold to Tahir Shareef re "Claim #G10045009" |
| 134 | | | | | 5/14/18 email from Tahir Shareef to Azfar Haque re "United Inn" |
| 135 | | | | | Defendant's Witness List as part of pre-trial order |
| 136 | | | | | Defendant's Initial Disclosures |
| 137 | | 7/8/25 | ✓ | ✓ | Defendant's Responses to 1st RFAs |
| 138 | | | | | Defendant's Responses to 1st RPDs |
| 139 | | | | | Defendant's Responses to 1st ROGs |
| 140 | | | | | Defendant's Responses to 1st Supplemental RPDs |
| 141 | | | | | Defendant's Responses to 1st Supplemental ROGs |
| 142 | | | | | Defendant's Supplement to Initial Disclosures |
| 143 | | | | | Defendant's Response to 1st Supplemental RFAs |
| 144 | | | | | Defendant's Response to 2nd Supplemental RPDs |
| 145 | | | | | Defendant's Response to 2nd Supplemental ROGs |
| 146 | | | | | Defendant's Response to 3rd Supplemental RPDs |
| 147 | | | | | 2014-2019 Police reports from United Inn |
| 148 | | | | | United Inn & Suites' privilege log |
| 149 | | | | | DeKalb County Code Enforcement Case Inspection Detail (Feb. 23, 2021) and business records ce⊞ |
| 150 | | | | | Dontavis Carr Room Receipt |
| 151 | | | | | James Ruffin Room Receipt |
| 152 | | | | | Bobby Spence Customer Receipt |
| 153 | | 7/9/25 | ✓ | ✓ | Chelsie Williams Customer Receipt |
| 154 | | | ✓ | ✓ | Raevyn Rustemeyer-Broncheau Room Receipt |
| 155 | | ↓ | ✓ | ✓ | Rebecca Faulks Room Receipt |
| 156 | | | | | Certificate of Incorporation for North Brook Industries, Inc. |
| 157 | | | | | Certificate of Amendment of the Certificate of Incorporation of North Brook Industries, Inc. |

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | J.G. | vs. | Northbrook Industries, Inc. | CASE NO. 1:20-cv-05233-SEG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 158 | | | | | State of Georgia, Secretary of State, Annual Registration and business records certification |
| 159 | | | | | Shareholder Agreement for Northbrook Industries, Inc., Sept. 6, 2005 |
| 160 | | | | | Consent and Assumption Agreement with Limited Release for Northbrook Industries, Inc. |
| 161 | | | | | United Inn by laws |
| 162 | | | | | Chaneyfield expert report |
| 163 | | | | | Chaneyfield CV |
| 164 | | | | | IAPSC Forensic Methodology |
| 165 | | | | | DHS Blue Campaign Materials |
| 166 | | | | | Vellani expert report |
| 167 | | | | | Vellani CV |
| 168 | | | | | North Brook Industries, Inc. Balance Sheet dated December 31, 2018 |
| 169 | | | | | Income Tax Return for an S Corporation, Northbrook Industries, Inc., 2017 |
| 170 | | | | | Income Tax Return for an S Corporation, Northbrook Industries, Inc., 2018 |
| 171 | | | | | Georgia Form 600S for Northbrook Industries, Inc., 2017-2018 |
| 172 | | | | | Sales and Use Summary Tax Forms for 2018, Northbrook Industries, Inc. |
| 173 | | | | | United Inn and Suites Revenue and Expense Report for Twelve Months Ending December 31, 201 |
| 174 | | | | | Georgia Form 600S for Northbrook Industries, Inc., 2018-2019 |
| 175 | | | | | Income Tax Return for an S Corporation for Northbrook Industries, Inc., 2020 |
| 176 | | | | | Federal Tax Return for Northbrook Industries, Inc., 2021 |
| 177 | | | | | Federal Tax Return for Northbrook Industries, Inc., 2021 |
| 178 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 6/29/15 |
| 179 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 8/1/16 |
| 180 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 8/25/17 |
| 181 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/23/18 |
| 182 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/18/19 |
| 183 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/30/20 |
| 184 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 8/9/21 |

AO 187A (Rev. 7/87)                 **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| J.G. | | | vs. | Northbrook Industries, Inc. | CASE NO.<br>1:20-cv-05233-SEG |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 185 | | | | | Certificate of Liability Insurance, Northbrook Industries, Inc., 7/20/22 |
| 186 | | | | | Commercial Appraisal Review of United Inn & Suites, 12/19/13 |
| 187 | | | | | DeKalb County Appraisal Department, Property Appraisal form for Northbrook Industries, Inc. |
| 188 | | | | | Appraisal of United Inn by Buckhead Advisory Group, December 19, 2013 |
| 189 | | | | | Wells Fargo Bank Statement November 2013 |
| 190 | | | | | Wells Fargo Bank Statement December 2013 |
| 191 | | | | | Closing Documents for Quantum National Bank 7A Loan to Northbrook Industries, Inc., March 7, 2 |
| 192 | | | | | Quantum National Bank Loan Offer Letter |
| 193 | | | | | DeKalb County Tax Commissioner, Appraised Value of 4649 Memorial Drive (certified) |
| 194 | | | | | DeKalb County Tax Commissioner, Sales of 4649 Memorial Drive (certified) |
| 195 | | | | | Georgia Form 600S, Corporation Tax Return 2019, Northbrook Industries, Inc. |
| 196 | | | | | New York S Corporation Franchise Tax Return ending 12/31/2019, Northbrook Industries, Inc. |
| 197 | | | | | Employee Payroll List |
| 198 | | | | | Summary exhibit of United Inn staff based on Plaintiff's Exhibits 136, 139, 197, and 76. |
| 199 | | | ✓ | ✓ | Summary exhibit of sex offenders living at United Inn based on Plaintiff's Exhibit 37 |
| 200 | | 7/9/25 | ✓ | ✓ | Hotel invoices Summary (Chelsie Williams, Chelsie Williams/Schletha Martiin) |
| 201 | | | ✓ | ✓ | Hotel invoices Summary (Raevyn Rusteiryer Broncheau) |
| 202 | | | ✓ | ✓ | Hotel invoices Summary (Rebecca Faulks) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page ___8___ of ___8___ Pages