

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Defendant's Counsel

**FROM:** Finn Johnston , Deputy Clerk

**DATE:** 8/18/2025

**CASE NO.:** 1:20-cv-05233-SEG

**SUBJECT:** RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits [ 1...202 ] from the Jury Trial held from July 7 - July 11, 2025 held in the above styled case will be disposed of if you have not recovered the same within 30 days from the date of this Notice.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed case, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt and indicate how the exhibits should be handled. If you are an electronically registered attorney, please electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading. If you are not an electronically registered attorney, please file this form with the clerk's office in paper.

*(To minimize your wait time when picking up exhibits, please allow for a minimum of 24 hours from the time you file the Notice to the time you come to the clerk's office to retrieve the exhibits.)*

**Receipt of this Notice is hereby acknowledged.** _____
*(Signature)*

☐ **Exhibits will be picked up no later than** _____
*(Date)*

☐ **Exhibits may be destroyed.** _____
*(Initials)*

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by:** _____
*(Signature)*

**This** _____ **day of** _____ **, 2025**.

[1] *The exhibits have been uploaded to the electronic file which is the official record of the court.*