IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:20-cv-05233-SEG |
| | ) | |
| NORTHBROOK INDUSTRIES, INC., | ) | |
| d/b/a UNITED INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES**

Defendant Northbrook Industries, Inc. d/b/a United Inn and Suites ("Northbook") hereby provides its initial response to Plaintiff's motion for attorney's fees and expenses, filed on August 14, 2025 [Dkt. #240].

Local Rule 7.1(B) requires that a party opposing a motion serve a response not later than 14 days after service of the motion, which, in the case of Plaintiff's motion for fees and expenses, is today. However, Plaintiff has yet to provide any itemization, supporting documentation, legal support, or argument as to the amounts to which she contends she is entitled and the basis therefor. Northbrook therefore respectfully reserves the right to provide substantive response to

Plaintiff's motion until after Northbrook receives Plaintiff's materials in support of her motion and has been afforded an opportunity to respond to them.

## L.R. 7.1(D) CERTIFICATION

The undersigned counsel hereby certifies that this filing has been prepared in Times New Roman (14 point), which are font and point selections approved by the Court in L.R. 5.1(C).

Respectfully submitted,

*/s/ Dana M. Richens*
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3659
Facsimile: (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this date served all parties with the within and foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES** via the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 28th day of August, 2025.


 */s/ Dana M. Richens*