# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| **Defendant.** | : |

## PROPOSED ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (DOC. 247)

Presently before the Court is Plaintiff's Unopposed Motion to Extend the Deadline for Plaintiff to file a Response to Defendant's Renewed Motion for Judgment as a Matter of Law (Doc. 247). Therein, Plaintiff requests that this Court extend the deadline for Plaintiff to file a response to Defendant's motion from September 10, 2025, to September 19, 2025. Plaintiff requests an extension due to the press of other matters. Granting the requested nine-day extension will provide Plaintiff's counsel adequate time to prepare a response brief to Defendant's motion.

For good cause shown, Plaintiff's Unopposed Motion to Extend the Deadline for Plaintiff to file a Response to Defendant's Renewed Motion for

Judgment as a Matter of Law (Doc. 247) is **GRANTED**. The deadline for Plaintiff to file a Response to Defendant's Renewed Motion for Judgment as a Matter of Law is **EXTENDED** to September 19, 2025.

SO ORDERED, this _____ day of _____, 2025.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
David H. Bouchard
Oto U. Ekpo
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Tel: 404-658-9070; Fax 404-688-0649
david@finchmccranie.com
oto@finchmccranie.com