IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., <br><br>    Plaintiff, <br><br> vs. <br><br> NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, <br><br>    Defendant. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-05233-MLB |

## ENTRY OF APPEARANCE

COMES NOW, Rory A. Weeks, of the law firm of Andersen, Tate & Carr, P.C., and hereby enters an appearance as counsel on behalf of Plaintiff, J.G., in the above-styled action.

Respectfully submitted this 11th day of September, 2025.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Rory A. Weeks*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
*Attorneys for Plaintiff*

1

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 11th day of September, 2025.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Rory A. Weeks*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

Respectfully submitted this 11th day of September, 2025.

                                           **ANDERSEN, TATE & CARR, P.C.**

                                           */s/ Rory A. Weeks*_____
                                           Patrick J. McDonough
                                           Georgia Bar No. 489855
                                           pmcdonough@atclawfirm.com
                                           Jonathan S. Tonge
                                           Georgia Bar No. 303999
                                           jtonge@atclawfirm.com
                                           Rory A. Weeks
                                           Georgia Bar No. 113491
                                           rweeks@atclawfirm.com
                                           *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile