IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., <br><br> Plaintiff, <br><br> vs. <br><br> NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-05233-SEG |

## ORDER GRANTING EXCESS PAGES FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (DOC. 247)

The consent motion for extra pages for Plaintiff's response in opposition to Defendant's Renewed Motion for Judgment as a Matter of Law (Doc. 247) in the above-styled action having been read and considered:

IT IS HEREBY ORDERED that Plaintiff shall be entitled to five extra pages (for a total of 30 pages) in the response brief.

So ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
David H. Bouchard
Oto U. Ekpo
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Tel: 404-658-9070; Fax 404-688-0649
david@finchmccranie.com
oto@finchmccranie.com