# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **J.G.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **CIVIL ACTION FILE** |
| **vs.** | **:** | |
| | **:** | **NO. 1:20-cv-05233-SEG** |
| **NORTHBROOK INDUSTRIES,** | **:** | |
| **INC., D/B/A UNITED INN AND** | **:** | |
| **SUITES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER GRANTING EXCESS PAGES FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (DOC. 247)

The consent motion for extra pages for Plaintiff's response in opposition to Defendant's Renewed Motion for Judgment as a Matter of Law (Doc. 247) in the above-styled action having been read and considered:

IT IS HEREBY ORDERED that Plaintiff shall be entitled to five extra pages (for a total of 30 pages) in the response brief.

SO ORDERED this 19th day of September, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE