IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G.,<br><br>  Plaintiff,<br><br> vs.<br><br>NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES,<br><br>  Defendant. | CIVIL ACTION FILE<br>NO. 1:20-cv-05233-SEG |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned attorney, Gabriel E. Knisely, is no longer employed with Finch McCranie, LLP, the law firm representing Plaintiff in this matter. As an associate in the firm, he had no contractual relationship with the Plaintiff and has no responsibility as counsel for the Plaintiff. Accordingly, the undersigned hereby requests that he be withdrawn as counsel in this case and his name be removed from all service lists in this matter.

This 23rd day of September, 2025.

                Respectfully submitted,

                By: _/s/Gabriel E. Knisely_
                Gabriel E. Knisely
                Georgia Bar No. 367407
                gabe@warlawgroup.com

WARSHAUER WOODWARD ATKINS, LLC
2740 Bert Adams Road
Atlanta, GA 30339
404-892-4900

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiff, through her attorneys, has served a true and correct copy of the foregoing Motion into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

This 23rd day of September, 2025.

                                    By:  */s/Gabriel E. Knisely*
                                    Gabriel E. Knisely
                                    Georgia Bar No. 367407
                                    gabe@warlawgroup.com

WARSHAUER WOODWARD ATKINS, LLC
2740 Bert Adams Road
Atlanta, GA 30339
404-892-4900