IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:20-cv-05233-SEG |
| ) | |
| NORTHBROOK INDUSTRIES, INC., ) | |
| d/b/a UNITED INN AND SUITES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's Consent Motion for Extension of Time for Response to Plaintiff's Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses ("Plaintiff's Supplemental Motion") (the "Consent Motion"). Upon consideration of the Consent Motion, and for good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

The Consent Motion is hereby GRANTED. Defendant shall have until Monday, October 13, 2025 to respond to Plaintiff's Supplemental Motion.

This ___ day of September, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE


Prepared by:


  /s/ Dana M. Richens
Dana M. Richens
Georgia Bar No. 604429
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, Georgia  30309
Telephone:  (404) 815-3659
Facsimile:  (404) 685-6959
drichens@sgrlaw.com

Attorney for Defendant
Northbrook Industries, Inc.
d/b/a United Inn and Suites