# **Exhibit 3**

# Exhibit A-5

**Finch, McCranie, LLP**
**Customer Open Balance**
All Transactions

| Date | Memo | Amount |
|---|---|---:|
| **15278-3 United Inn-All Plaintiff J.G.** | | |
| 11/18/2020 | Uber ride for J█████ G█████ to Firm | 27.72 |
| 12/28/2020 | Courts/USDC GA Filing Fees | 402.00 |
| 02/02/2021 | Photocopies via 1.31.21 | 17.60 |
| 04/12/2021 | CIOX Health for Medical Records | 39.38 |
| 07/01/2021 | Photocopies thru 6/30/2021 | 68.20 |
| 08/03/2021 | Photocopies thru 7/31/21 | 90.60 |
| 08/27/2021 | CIOX Health - Oakhurst Medical | 48.85 |
| 07/19/2022 | United Behavioral Health Solutions (medical records) | 34.70 |
| 02/09/2023 | Lodging & food for Depo prep and depo | 1,576.02 |
| 02/23/2023 | Huseby Global Litigation - copy of transcript | 1,125.40 |
| 02/28/2023 | 2/7 Uber charges for J. G████ to Firm for Depo. Prep. | 16.72 |
| 03/07/2023 | Photocopies thru 2.28.23 | 0.20 |
| 03/14/2023 | Uber - 2/8 - 2/9 (JG to Firm for Depo. & back home) | 40.26 |
| 05/11/2023 | Fedex 5/4 to Dana Richens | 22.56 |
| 05/18/2023 | Mark Brittain - Legal Fees for investigation of United Inn | 471.61 |
| 05/18/2023 | Mark Brittain - 10/20 title searches of United Inn | 150.00 |
| 05/18/2023 | Photocopies thru 11/30/20 | 0.07 |
| 05/18/2023 | Discrete Professional Service LLC 1.4.21 (Private Investigation Of United Inn) | 398.33 |
| 05/18/2023 | Goswick Legal Services - serving documents 1.5.21 | 31.50 |
| 05/18/2023 | Discrete Professional ServicesLLC retainer Fees 1.12.21 | 416.67 |
| 05/18/2023 | Fedex 1.5.21 to Jim Goswick | 14.13 |
| 05/18/2023 | Photocopies thru 1.31.21 | 0.60 |
| 05/18/2023 | Rachel Cooper Thomas 3.23.21 (meeting with ST Expert) | 222.22 |
| 05/18/2023 | Photocopies thru 3.31.21 | 0.60 |
| 05/18/2023 | travel from Mt. Pleasant SC to Atl 4.12.21 (meeting with law enforcement on sex trafficking) | 249.99 |
| 05/18/2023 | Barbara Brown Mileage 3/17-3/19 666 miles | 30.83 |
| 05/18/2023 | Photocopies thru 4.30.21 | 0.27 |
| 05/18/2023 | ==Fedex - 5.12 Fedex to Darrell Chaneyfield== | ==8.09== |
| 05/18/2023 | Photocopies thru 5.31.21 | 66.40 |
| 05/18/2023 | Spearhead Investigations LLC 3/23/21-5/24/21 (private investigation of case) | 872.08 |
| 05/18/2023 | Criminal Justice Coordinating council - open record 11.23.21 | 12.02 |
| 05/18/2023 | Dekalb County Police Department record request | 2.54 |
| 05/18/2023 | Photocopies thru 6.30.22 | 1.47 |
| 05/18/2023 | Photocopies thru 7.31.22 | 3.53 |
| 05/18/2023 | Photocopies thru 8.31.22 | 4.40 |
| 05/18/2023 | Photocopies thru 9.30.22 | 22.80 |
| 05/18/2023 | Fedex 9/23 to Dana Richens 10.6.22 | 11.02 |
| 05/18/2023 | Fellows LaBriola LLP review emails and insurance | 133.33 |
| 05/18/2023 | Photocopies thru 12.31.22 | 4.93 |
| 05/18/2023 | Fellows LaBriola LLP review and analyze insurance 1.12.23 | 200.00 |
| 05/18/2023 | Photocopies thru 2.28.23 | 146.87 |
| 05/18/2023 | Veritext 2.22.23 Video services | 644.51 |
| 05/18/2023 | Veritext - transcript services 3.20.23 | 1,094.25 |
| 05/18/2023 | Spearhead Investigations LLC | 1,203.10 |
| 05/18/2023 | Photocopies thru3.31.23 | 0.67 |
| 05/18/2023 | Photocopies thru 4.30.23 | 6.67 |
| 05/18/2023 | Discrete Professional Services, LLC | 75.00 |
| 05/18/2023 | Veritext - transcript services | 658.50 |
| 05/23/2023 | Spearhead Investigations, LLC | 1,002.09 |
| 06/01/2023 | Photocopies | 2.60 |

# Finch, McCranie, LLP
## Customer Open Balance
### All Transactions

| Date | Memo | Amount |
|---|---|---:|
| 06/06/2023 | Dekalb County Police Department records request | 140.58 |
| 06/08/2023 | Discrete Professional Services, LLC | 41.66 |
| 06/08/2023 | Discrete Professional Services, LLC | 41.66 |
| 06/13/2023 | Discrete Professional Services, LLC | 41.67 |
| 06/29/2023 | Veritext - Video Services | 366.66 |
| 08/21/2023 | Naeshia McDowell | 1,083.34 |
| 09/18/2023 | Naeshia McDowell - Deposition prep | 166.66 |
| 09/18/2023 | Hospitalitys Finest, LLC (Darrell Chaneyfield) | 2,800.00 |
| 12/13/2023 | Gabe Knisely - parking at courthouse | 21.15 |
| 01/09/2024 | Photocopies via 12.31.23 | 179.80 |
| 01/09/2024 | Huseby Global Litigation | 428.00 |
| 01/09/2024 | Huseby Global Litigation | 1,354.57 |
| 01/09/2024 | Huseby Global Litigation | 552.83 |
| 01/09/2024 | Huseby Global Litigation | 835.10 |
| 01/18/2024 | Huseby Global Litigation | 426.04 |
| 01/18/2024 | Huseby Global Litigation | 182.66 |
| 01/25/2024 | Veritext | 233.24 |
| 02/01/2024 | Photocopies thru 1.31.24 | 33.00 |
| 03/04/2024 | Photocopies thru 2.29.24 | 12.40 |
| 03/19/2024 | Threat Analysis Group, LLC (Karim Vellani) | 1,016.66 |
| 05/03/2024 | Photocopies thru 3.31.24 | 20.60 |
| 05/03/2024 | photocopies thru 4.30.24 | 6.00 |
| 07/11/2024 | Hospitalitys Finest, LLC | 4,133.34 |
| 09/05/2024 | Photocopies thru 8.31.24 | 11.00 |
| 09/05/2024 | Fedex - 8.23.24 Fedex to Dana Richens | 25.62 |
| 11/11/2024 | Fellows LaBriola LLP - Discussion about United Inn's Insurance | 200.00 |
| 12/03/2024 | Photocopies through 11.30.24 | 0.20 |
| 12/30/2024 | Parking for Gabe Knisley Federal Courthouse | 21.15 |
| 01/02/2025 | Photocopies thru 12.31.24 | 5.80 |
| 02/03/2025 | Photocopies via 1.31.25 | 470.60 |
| 02/03/2025 | Photocopies via 1.31.25 | 387.20 |
| 02/05/2025 | Veritext - transcript services | 506.36 |
| 02/11/2025 | CourierNet - 1.27.25 Courier to Andersen Tate & Carr | 39.69 |
| 02/13/2025 | Fedex - 2.6 Fedex to Andersen, Tate, & Carr | 28.45 |
| 02/13/2025 | Focus group food | 246.08 |
| 02/17/2025 | Veritext | 856.00 |
| 02/17/2025 | Veritext | 538.75 |
| 03/03/2025 | Photocopies thru 2.28.25 | 63.80 |
| 03/13/2025 | CityWide Serve, LLC - Police reports | 145.00 |
| 03/27/2025 | Truth Hunter Investigations LLC (Investigation of United Inn) | 300.00 |
| 04/01/2025 | Photocopies via 3.31.25 | 79.00 |
| 04/07/2025 | CityWide Serve, LLC | 170.00 |
| 04/16/2025 | Focus group food | 420.00 |
| 05/01/2025 | Photocopies via 4.30.25 | 28.60 |
| 06/03/2025 | Photocopies via 5.1.25 -5.22.25 | 26.40 |
| 06/03/2025 | Photocopies via 5.23.25-5.31.25 | 3.60 |
| 06/19/2025 | NY Private Detective Services, LLC - Subpoena & Process of Service | 163.13 |
| 06/20/2025 | Office Depot - Binders for Trial Exhibits | 100.14 |
| 06/30/2025 | Fulton County State Court records | 5.00 |
| 06/30/2025 | Legal Services Solutions LLC | 279.80 |
| 07/01/2025 | Photocopies via 6.30.25 | 667.60 |

## Finch, McCranie, LLP
### Customer Open Balance
**All Transactions**

| Date | Memo | Amount |
|---|---|---:|
| 07/08/2025 | Dekalb County State Court - certified copies | 5.00 |
| 07/15/2025 | Uber to courthouse | 11.95 |
| 07/15/2025 | Parking 7.11.25 and 7.10.25 | 18.72 |
| 07/15/2025 | Food for courthouse for trial team | 257.80 |
| 07/15/2025 | Lunch courthouse for J.G. | 25.00 |
| 07/23/2025 | Alison M Dealy - 7.5 & 7.10 time for paralegal services | 680.88 |
| 07/23/2025 | Parking | 102.00 |
| 08/01/2025 | Photocopies via 7.31.25 | 2,615.40 |
| 08/05/2025 | Fedex - 7/22 to Casey Benton | 37.95 |
| 08/05/2025 | Fedex - 7/22 to Calvin King | 37.95 |
| 08/05/2025 | Childcare for J.G.'s daughter during trial week | 1,429.44 |
| 08/05/2025 | David H. Bouchard - Reimburse for Uber charges 6/24 - 7/2 | 189.49 |
| 08/05/2025 | David H. Bouchard - Reimburse for Parking charges 7/2 - 7/11 | 103.40 |
| 08/21/2025 | Focus Group Exercise with Schlesinger Group | 3,819.50 |
| 08/21/2025 | Fedex - 7/24 to Genesis Wilson | 24.81 |
| 09/02/2025 | Photocopies via 8.31.25 | 18.00 |
| 09/11/2025 | Lodging during trial week for JG (6 nights in Atlanta) and business attire & prescription glasses eyewear for JG during Trial | 2,315.84 |
| 09/15/2025 | Courier Services 9/15/25 | 375.00 |
| Total 15278-3 United Inn-All Plaintiff J.G. | | 43,648.62 |
| **TOTAL** | | **43,648.62** |