# **Exhibit 5**

# Exhibit B-5

# Expense Listing

**Listing Order:** Transaction Date, Client-Matter  
**Client:** J█████ G█████  
**Matter:** Hotels  
**Date:**               through  

**Code:** All  
**Person:** All  
**Responsible:** All  
**Invoicing Status:** Not Invoiced  

| Record | Date | Client-Matter | Stat | Description | Units | Our Cost | Client Cost |
|---|---|---|---|---|---|---|---|
| 1638807 | 04/23/2020 | 028313-013001 | S | DeKalb County Police Department- - Incident reports | | $184.49 | $184.49 |
| 1656715 | 03/31/2025 | 028313-013001 | S | Crawford, Shaney & Rasco, Inc.- - Investigations | | $1,325.00 | $1,325.00 |
| 1658835 | 06/19/2025 | 028313-013001 | S | Phoenix Legal- - Process server | | $200.00 | $200.00 |
| 1658871 | 06/23/2025 | 028313-013001 | S | Naleisha-Ann Satele- - Witness fees | | $48.96 | $48.96 |
| 1659270 | 07/02/2025 | 028313-013001 | S | Crawford, Shaney & Rasco, Inc.- - Investigations | | $998.96 | $998.96 |
| 1659771 | 07/06/2025 | 028313-013001 | S | Patrick McDonough- - Cash tips for parking, valet, and luggage | | $120.00 | $120.00 |
| 1659360 | 07/07/2025 | 028313-013001 | S | Lyft | | $8.61 | $8.61 |
| 1659410 | 07/08/2025 | 028313-013001 | S | Courtyard by Marriott - Lodging for witness for trial | | $149.96 | $149.96 |
| 1659411 | 07/08/2025 | 028313-013001 | S | Lyft | | $16.19 | $16.19 |
| 1659420 | 07/09/2025 | 028313-013001 | S | Courtyard by Marriott - Lodging for witness for trial | | $163.45 | $163.45 |
| 1659658 | 07/10/2025 | 028313-013001 | S | Patrick McDonough- - Ray's in the City - Meal during trial | | $96.00 | $96.00 |
| 1660567 | 07/11/2025 | 028313-013001 | S | Meal during trial | | $2.50 | $2.50 |
| 1660569 | 07/11/2025 | 028313-013001 | S | Parking during trial | | $15.99 | $15.99 |
| 1659657 | 07/12/2025 | 028313-013001 | S | Patrick McDonough- - The Ritz-Carlton Atlanta - Lodging for trial | | $3,518.21 | $3,518.21 |
| 1660324 | 07/12/2025 | 028313-013001 | S | M.C. Brock Reporting Inc.- - Transcript of jury trial July 8-11, 2025 - Case #20CV5233 | | $2,346.57 | $2,346.57 |
| 1660326 | 07/28/2025 | 028313-013001 | S | Keisha Crump- - Transcript for jury trial on July 7, 2025 - Case #1:20-CV-05233-SEG | | $668.10 | $668.10 |
| 1661362 | 08/12/2025 | 028313-013001 | S | No. 246 - Lunch with David Bouchard | | $19.54 | $19.54 |
| | | | | **Transaction Listing Total:** | | **$9,882.53** | **$9,882.53** |

# Units Tally

| Code | Description | Units | Our Cost | Client Cost |
|---|---|---|---|---|
| CAETC | | 0 | $9,321.80 | $9,321.80 |
| EXEXP | | 0 | $560.73 | $560.73 |