IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : |
| Defendant. | : |

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO EXTEND THE DEADLINE TO REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION PURSUANT TO LR54.2, NDGa FOR ATTORNEY'S FEES AND EXPENSES (DOC. 268)

The consent motion to extend the deadline for Plaintiff to file a Reply to Defendant's Response in Opposition to Plaintiff's Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses (Doc. 268) in the above-styled action having been read and considered:

IT IS HEREBY ORDERED that Plaintiff shall have until November 10, 2025 to file her reply brief.

So ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

2

SUBMITTED BY:
David H. Bouchard
Oto U. Ekpo
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Tel: 404-658-9070; Fax 404-688-0649
david@finchmccranie.com
oto@finchmccranie.com