IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., <br><br> **Plaintiff,** <br><br> vs. <br><br> **NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES,** <br><br> **Defendant.** | CIVIL ACTION FILE <br><br> NO. 1:20-cv-05233-SEG |

## ORDER

The consent motion to extend the deadline for Plaintiff to file a Reply to Defendant's Response in Opposition to Plaintiff's Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses (Doc. 268) in the above-styled action having been read and considered:

IT IS HEREBY ORDERED that Plaintiff shall have until November 10, 2025, to file her reply brief.

So ORDERED this 21st day of October, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE