IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| vs. | : |
| | : NO. 1:20-cv-05233-SEG |
| NORTHBROOK INDUSTRIES, | : |
| INC., D/B/A UNITED INN AND | : |
| SUITES, | : |
| | : CONSENT MOTION |
| Defendant. | : |

**PLAINTIFF'S CONSENT MOTION FOR EXCESS PAGES FOR PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION PURSUANT TO LR54.2, NDGa FOR ATTORNEY'S FEES AND EXPENSES**

Plaintiff hereby moves, with **consent** of Defendant, for excess pages for Plaintiff's Reply Brief in Support of Plaintiff's Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses. (Doc. 255). In this consent motion, Plaintiff requests that the Court grant Plaintiff ten extra pages for Plaintiff's reply brief (for a total of 25 pages). In support, Plaintiff states the following:

1.

On September 15, 2025, Plaintiff filed a Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses. (Doc. 255).

2.

On October 13, 2025, Defendant filed a Response in Opposition to Plaintiff's Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses. (Doc. 268).

3.

The deadline for Plaintiff to file a reply to the same motion is November 10, 2025. (Doc.270).

4.

Plaintiff requests an extra ten pages (for a total of 25 pages) to respond to the several factual and legal issues raised by Defendant in its response about attorney's fees in this five-year litigation.

5.

Defendant has consented to Plaintiff's request for an extra ten pages.

6.

This is the first request Plaintiff has made for extra pages, and, therefore, Plaintiff respectfully requests that the Court grant the instant consent motion. The text of a proposed Consent Order is attached hereto as "Exhibit A."

**WHEREFORE**, Plaintiff respectfully requests that this Court grant the instant Consent Motion for the reasons set forth above.

(*signature on following page*)

Respectfully submitted this 10th day of November, 2025.

/s/ David H. Bouchard
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859
Oto U. Ekpo
oto@finchmccranie.com
Georgia Bar No. 327088

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing pleading has been prepared with a font and point selection approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14-point size.

Respectfully submitted,

*/s/ David H. Bouchard*
David H. Bouchard
david@finchmccranie.com
Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile

*Attorney for Plaintiff*

4

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into the District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Respectfully submitted this 10th day of November, 2025.

                                    */s/ David H. Bouchard*
                                    David H. Bouchard
                                    david@finchmccranie.com
                                    Georgia Bar No. 712859

FINCH McCRANIE, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
(404) 658-9070 – Telephone
(404) 688-0649 – Facsimile