IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G., <br><br> **Plaintiff,** <br><br> vs. <br><br> NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES, <br><br> **Defendant.** | CIVIL ACTION FILE <br><br> NO. 1:20-cv-05233-SEG |

## ORDER GRANTING EXCESS PAGES FOR PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION PURSUANT TO LR54.2, NDGa FOR ATTORNEY'S FEES AND EXPENSES (DOC. 255)

The consent motion for extra pages for Plaintiff's reply brief in support of Plaintiff's Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses (Doc. 255) in the above-styled action having been read and considered:

IT IS HEREBY ORDERED that Plaintiff shall be entitled to ten extra pages (for a total of 25 pages) in the reply brief.

So ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
David H. Bouchard
Oto U. Ekpo
Finch McCranie, LLP
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Tel: 404-658-9070; Fax 404-688-0649
david@finchmccranie.com
oto@finchmccranie.com

2