IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.G.,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHBROOK INDUSTRIES, INC., D/B/A UNITED INN AND SUITES,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-05233-SEG |

**ORDER GRANTING EXCESS PAGES FOR PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION PURSUANT TO LR54.2, NDGa FOR ATTORNEY'S FEES AND EXPENSES (DOC. 255)**

The consent motion for extra pages for Plaintiff's reply brief in support of Plaintiff's Supplemental Motion Pursuant to LR54.2, NDGa for Attorney's Fees and Expenses (Doc. 255) in the above-styled action having been read and considered:

IT IS HEREBY ORDERED that Plaintiff shall be entitled to ten extra pages (for a total of 25 pages) in the reply brief.

SO ORDERED this 12th day of November, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE