| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 25-12276-EE J.G. v. Northfield Insurance Company "Record/Documents Requested from District Court" (1:20-cv-05233-SEG) |
| **Date:** | Wednesday, December 31, 2025 9:15:08 AM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

## United States Court of Appeals for the Eleventh Circuit

## Notice of Docket Activity

The following transaction was filed on 12/31/2025

**Case Name:**    J.G. v. Northfield Insurance Company
**Case Number:**  25-12276

**Docket Text:**
USDC Clerk is requested to forward paper documents and audio/visual files to this Court that are not available electronically. HOWEVER, PLEASE **DO NOT** TRANSMIT ANY EXHIBITS IDENTIFIED IN 11TH CIR. R. 11-3, SUCH AS CHILD PORNOGRAPHY AND PHYSICAL EXHIBITS IN RESPONSE TO THIS REQUEST. Such exhibits will be specifically requested and only by separate notice. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals.
Specifically, please forward: PLAINTIFF'S AUDIO/VIDEO EXHIBITS (One (1) red USB w/DE# 243 and DEFENDANT'S AUDIO/VIDEO EXHIBITS (One (1) black USB w/DE# 247.

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court