UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.G.,

    Plaintiff,

v.

NORTHBROOK INDUSTRIES, INC.
D/B/A UNITED INN AND SUITES,

    Defendant.

CIVIL ACTION FILE

NO. 1:20-cv-5233-SEG

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL BRIEFS**

J.G. requests that the Court extend the deadline to file the supplemental briefs requested by the Court's Order of March 30, 2026 (Doc. 277), by one week: from April 20 to April 27. J.G. requests this one-week extension in large part because most of her counsel are traveling out of state next week for preplanned family vacations. Given that the Court has stayed the other pending motions until supplemental briefing is complete, no prejudice to either the Court or any party will result from a one-week extension. The extension J.G. requests would apply to both parties.

After speaking with Defendant's counsel, J.G. reports that this motion is unopposed.

A proposed order granting this motion is attached as Exhibit 1.

Respectfully submitted on April 2, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

FINCH McCRANIE, LLP

DAVID H. BOUCHARD
david@finchmccranie.com
Georgia Bar No. 712859
OTO U. EKPO
oto@finchmccranie.com
Georgia Bar No. 327088

229 Peachtree Street, NE
Suite 2500
Atlanta, GA 30303
(404) 658-9070 | Telephone
(404) 688-0649 | Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile