# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.G.,

     Plaintiff,

v.

NORTHBROOK INDUSTRIES, INC.
D/B/A UNITED INN AND SUITES,

     Defendant.

CIVIL ACTION FILE

NO. 1:20-cv-5233-SEG

## ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS

Having reviewed and considered the Consent Motion for an Extension of Time to File Supplemental Briefs (Doc. 278), the Court finds good cause to extend the deadline set by the Court's Order of March 30, 2026. Accordingly, the parties shall have until April 27, 2026, to file supplemental briefs on the issues set forth in the Court's Order of March 30, 2026 (Doc. 277).

SO ORDERED on April __, 2026.

_____
SARAH E. GERAGHTY
United States District Judge