UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.G.,

    Plaintiff,

v.

NORTHBROOK INDUSTRIES, INC.
D/B/A UNITED INN AND SUITES,

    Defendant.

CIVIL ACTION FILE

NO. 1:20-cv-5233-SEG

## PLAINTIFF'S MOTION FOR EXCESS PAGES

The Court has requested supplemental briefing on the applicability of *Edwards v. Grubbs*, 169 F.4th 1261 (11th Cir. 2026), to United Inn's constitutional challenge to the punitive-damages verdict. The Court set a ten-page limit for that briefing. (Doc. 277). Plaintiff J.G. asks for an additional five pages to adequately respond to the Court's concerns.

United Inn does not oppose this motion. While United Inn needs no more pages to respond, J.G. requests that the Court's order apply to both sides—just in case United Inn changes its mind.

A proposed order granting this motion is attached as Exhibit 1.

Respectfully submitted on April 24, 2026.

ANDERSEN, TATE & CARR, P.C.

/s/ Rory A. Weeks
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

FINCH McCRANIE, LLP

DAVID H. BOUCHARD
david@finchmccranie.com
Georgia Bar No. 712859
OTO U. EKPO
oto@finchmccranie.com
Georgia Bar No. 327088

229 Peachtree Street, NE
Suite 2500
Atlanta, GA 30303
(404) 658-9070 | Telephone
(404) 688-0649 | Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile