# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.G.,

      Plaintiff,

v.

NORTHBROOK INDUSTRIES, INC.
D/B/A UNITED INN AND SUITES,

      Defendant.

CIVIL ACTION FILE

NO. 1:20-cv-5233-SEG

## ORDER GRANTING EXCESS PAGES FOR SUPPLEMENTAL BRIEFS

Having reviewed and considered Plaintiff J.G.'s Motion for Excess Pages for Supplemental Briefs (Doc. 280), the Court finds good cause to grant excess pages for the supplemental briefs requested by the Court's Order of March 30, 2026 (Doc. 277). Accordingly, the parties shall have up to 15 pages to provide that supplemental briefing on the issues the Court requested.

SO ORDERED on April __, 2026.

_____
SARAH E. GERAGHTY
United States District Judge