UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.G.,

      Plaintiff,

    v.

NORTHBROOK INDUSTRIES,
INC., D/B/A UNITED INN AND
SUITES,

      Defendant.

CIVIL ACTION NO.

1:20-CV-5233-SEG

## **O R D E R**

This matter is before the Court on Plaintiff J.G.'s motion for hearing concerning Defendant Northbrook Industries, Inc.'s ("Northbrook") renewed motion for judgment as a matter of law.  (Doc. 284.)  Defendant Northbrook joins Plaintiff's request for oral argument.  (Doc. 285.)

Having reviewed the parties' briefing, the Court agrees that it would be helpful to have oral argument before ruling on Defendant's renewed motion for judgment as a matter of law.  The parties are requested to address, *inter alia*, whether the jury's punitive damages award was unconstitutionally excessive considering the Eleventh Circuit's decisions in *Edwards v. Grubbs*, 169 F.4th 1261 (11th Cir. 2026) and *Faulk v. Dimerco Express USA Corp.*, 172 F.4th 844 (11th Cir. 2026).

Plaintiff's motion for hearing (Doc. 284) is **GRANTED**.  Oral argument is accordingly set for July 22, 2026, at 2:00 PM in Courtroom 2307.

**SO ORDERED**, this 12th day of June, 2026.

SARAH E. GERAGHTY
United States District Judge