UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:20-cv-05233-SEG

J.G.,

       Plaintiff,

v.

NORTHBROOK INDUSTRIES,
INC., d/b/a UNITED INN AND
SUITES,

       Defendant.

**JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT TO HEARING ON JULY 22, 2026**

Plaintiff, J.G., and Defendant, Northbrook Industries, Inc., hereby jointly move for leave for counsel to bring electronic equipment to the hearing scheduled to take place on July 22, 2026, and in support states:

1.     Counsel for Plaintiff and Counsel for Defendant seek to bring a laptop computer or tablet (including ancillary power supplies, cables, and connectors needed to operate the authorized equipment, if any) to Courtroom Room 2307, 2321 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia on July 22, 2026, for use during the scheduled hearing.

2.      Plaintiffs seek authority for the following individuals as counsel to bring the requested equipment into the Courthouse: David Bouchard, Esq.

3.      Defendants seek authority for the following individuals as counsel to bring the requested equipment into the Courthouse: Jack R. Reiter, Esq.

4.      Counsel will ensure that the computers or tablets used during the hearing will not disrupt the proceeding in any way.

5.      A proposed order granting this motion is attached as Exhibit 1.

WHEREFORE, Plaintiff J.G., and Defendant Northbrook Industries, Inc., respectfully request that the Court permit such computer equipment to be brought into the courthouse by the identified individuals on July 22, 2026.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ David Bouchard | */s/ Jack R. Reiter* |
| David Bouchard, Esq. | Jack R. Reiter, Esq. |
| Georgia Bar No. 712859 | Florida Bar No. 0028304 |
| Finch McCraine, LLP | GRAYROBINSON, P.A. |
| 229 Peachtree Street, NE | 333 SE Second Avenue, Suite 3200 |
| Suite 2500 | Miami, Florida 33131 |
| Atlanta, Georgia 30303 | Telephone: (305) 416-6880 |
| Telephone: (404) 658-9070 | Facsimile: (305) 416-6887 |
| Facsimile: (404) 688-0649 | jack.reiter@gray-robinson.com |
| david@finchmccranie.com | *Admitted Pro Hac Vice for Defendant* |
| *Counsel for Plaintiff* | *Northbrook Industries, Inc., d/b/a* |
| | *United Inn and Suites* |

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(D)

I hereby certify that the foregoing **JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT TO HEARING ON JULY 22, 2026,** has been prepared with a typeface and point selection approved by the Court in LR 5.1, NDGA.  Specifically, the above-mentioned pleading was prepared using Century Schoolbook typeface in 13-point font size.

/s/ Jack R. Reiter

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date filed the within and foregoing **JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT TO HEARING ON JULY 22, 2026,** using the Court's CM/ECF electronic filing system, which will automatically provide notice of filing constituting service to all counsel of record.

This 13th day of July 2026.

/s/ Jack R. Reiter