# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:20-cv-05233-SEG

J.G.,

       Plaintiff,

v.

NORTHBROOK INDUSTRIES,
INC., d/b/a UNITED INN AND
SUITES,

       Defendant.

**ORDER GRANTING JOINT MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT TO HEARING ON JULY 22, 2026**

Having reviewed and considered Joint Motion for Leave to bring
Electronic Equipment to hearing on July 22, 2026 (Doc. 288), the Court finds
good cause to grant the motion.

SO ORDERED on July ___, 2026.

_____
SARAH E. GERAGHTY
United States District Judge