UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:20-cv-05233-SEG

J.G.,

      Plaintiff,

v.

NORTHBROOK INDUSTRIES,
INC., d/b/a UNITED INN AND
SUITES,

      Defendant.

**ORDER GRANTING JOINT MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT TO HEARING ON JULY 22, 2026**

Having reviewed and considered Joint Motion for Leave to bring Electronic Equipment to hearing on July 22, 2026 (Doc. 289), the Court finds good cause to grant the motion.

Accordingly, the Court **ORDERS** the following:

1.    Plaintiff's counsel <u>David Bouchard, Esq.</u> and Defendant's counsel <u>Jack Reiter, Esq.</u> are authorized to bring the following electronic equipment to the hearing in Courtroom Room 2307, 2321 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, at 2:00 pm on July 22, 2206:

     a.     Cell phone;

     b.     Laptop computer;

     c.     Tablet computer; and/or

     d.     Necessary charging equipment for power sources to the electronic items.

SO ORDERED on July \_\_\_, 2026.

_____

SARAH E. GERAGHTY
United States District Judge