UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.G.,

      Plaintiff,

v.

NORTHBROOK INDUSTRIES,
INC., d/b/a UNITED INN AND
SUITES,

      Defendant.

Case No. 1:20-cv-05233-SEG

**ORDER GRANTING JOINT MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT TO HEARING ON JULY 22, 2026**

Having reviewed and considered Joint Motion for Leave to bring Electronic Equipment to hearing on July 22, 2026 (Doc. 289), the Court finds good cause to grant the motion.

Accordingly, the Court **ORDERS** the following:

1.     Plaintiff's counsel David Bouchard, Esq. and Defendant's counsel Jack Reiter, Esq. are authorized to bring the following electronic equipment to the hearing in Courtroom Room 2307, 2321 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, at 2:00 pm on July 22, 2206:

a.    Cell phone;

b.    Laptop computer;

c.    Tablet computer; and/or

d.    Necessary charging equipment for power sources to the electronic

items.

SO ORDERED this 16th day of July, 2026.

_____
Sarah E. Geraghty
United States District Judge