# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-05233-SEG
### J.G. v. Northbrook Industries, Inc.
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 07/22/2026.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:11 P.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 1:11                      DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | David Bouchard representing J.G.<br>Oto Ekpo representing J.G.<br>Jonathan Tonge representing J.G.<br>Rory Weeks representing J.G.<br>Jack Reiter representing Northbrook Industries, Inc.<br>Dana Richens representing Northbrook Industries, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing (Non-evidentiary) |
| MINUTE TEXT: | After hearing arguments from the parties on Defendant's motion for judgment as a matter of law, the Court took the motion under advisement. (Doc. 247.) |
| HEARING STATUS: | Hearing Concluded |