IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.G.,<br>Plaintiff,<br>v.<br><br>NORTHBROOK INDUSTRIES, INC.,<br>D/B/A UNITED INN AND SUITES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>1:20-CV-5233-SEG |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW Erin N. Spritzer of Smith, Gambrell & Russell, LLP, and hereby notifies the Court and counsel of record in the above-styled civil action of her substitution as counsel of record for Defendant Northbrook Industries Inc., d/b/a United Inn and Suites ("Northbrook"), in place of Dana M. Richens of Smith, Gambrell & Russell, LLP, who is retiring from the firm. The contact information for Erin N. Spritzer is as follows:

Erin N. Spritzer
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street N.E, Suite 1000
Atlanta, Georgia 30309
404-815-3540
espritzer@sgrlaw.com

Ms. Richens should be removed as counsel of record for Northbrook. Audrey D. Smith of Smith, Gambrell & Russell, LLP, will continue to serve as additional counsel of record for Northbrook.

Respectfully submitted this 28th day of September, 2026.

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Erin N. Spritzer*
Erin N. Spritzer
Georgia Bar No. 152374
Dana M. Richens
Georgia Bar No. 604429
Audrey D. Smith
Georgia Bar No. 951173
1105 West Peachtree Street N.E.
Suite 1000
Atlanta, Georgia 30309
404-815-3659 – telephone
404-815-3509 – facsimile
espritzer@sgrlaw.com
drichens@sgrlaw.com
adsmith@sgrlaw.com

*Attorneys for Defendant Northbrook Industries Inc., d/b/a United Inn and Suites*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record.

This 28th day of September, 2026.

*/s/ Erin N. Spritzer*
Erin N. Spritzer
Georgia Bar No. 152374